**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CulinAerie DC, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0269860** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **P. O. Box 40422** **Washington, DC 20016** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.culinaerie.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **CulinAerie DC, LLC**                                              Case number (*if known*) _____
      Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| |     **6110** |

| | | |
|---|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* | |
| | ☑ Chapter 7 | |
| | ☐ Chapter 9 | |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 11. *Check **all** that apply:* | |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 | |

| | | |
|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No. | |
| | ☐ Yes. | |

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor      **CulinAerie DC, LLC**                                                    Case number (*if known*)
            Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000                   ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 4

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 26, 2021**
              MM / DD / YYYY

**X** **/s/ Susan C. Holt**                                    **Susan C. Holt**
Signature of authorized representative of debtor              Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**                          Date   **August 26, 2021**
Signature of attorney for debtor                              MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone   **301-441-2420**        Email address   **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **CulinAerie DC, LLC**

United States Bankruptcy Court for the:      DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 26, 2021**          X **/s/ Susan C. Holt**
                                              Signature of individual signing on behalf of debtor

                                              **Susan C. Holt**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **CulinAerie DC, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ **9,997.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ **9,997.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ **407,842.00**

4. **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b    $ **407,842.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CulinAerie DC, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **United Bank** | **Checking account** | 9294 | **$8,500.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$8,500.00**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>https://www. culinaerie.com/ | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**List or records include customer personally identifiable information** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

65.   **Goodwill**

66.   **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
  Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

| **Federal Carryover** | Tax year **2020** | **$1,247.00** |
|---|---|---|

| **DC Unincorporated Franchise Prepayment** | Tax year **2021** | **$250.00** |
|---|---|---|

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

| | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | **$1,497.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,497.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,997.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,997.00 |

**Fill in this information to identify the case:**

Debtor name    **CulinAerie DC, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**CulinAerie DC, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLUMBIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **A Browne** | ☐ Contingent | |
| | **2633 15th Street, NW** | ☐ Unliquidated | |
| | **Washington, DC 20009** | ☐ Disputed | |
| | **Date(s) debt was incurred** __3/5/2017__ | | |
| | **Last 4 digits of account number** __F7EF__ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|
| | **Aaron Kubey** | ☐ Contingent | |
| | **3521 17th Street NE** | ☐ Unliquidated | |
| | **Washington, DC 20018** | ☐ Disputed | |
| | **Date(s) debt was incurred** __11/25/2016__ | | |
| | **Last 4 digits of account number** __42CB__ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|
| | **Aaron Monick** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __12/18/2017__ | | |
| | **Last 4 digits of account number** __B0ED__ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|
| | **Aaron Nelson** | ☐ Contingent | |
| | **559 E. Linden Street** | ☐ Unliquidated | |
| | **Fleetwood, PA 19522** | ☐ Disputed | |
| | **Date(s) debt was incurred** __12/17/2018__ | | |
| | **Last 4 digits of account number** __A9E9__ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    29742                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Aaron Smith**
**9905 Winding Oak Cir**
**Austin, TX 78750-3830**

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number  7118

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Abbey Roach**
**2952 Hickory Street**
**Alexandria, VA 22305**

Date(s) debt was incurred  5/10/2017

Last 4 digits of account number  5B0D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Abby Bing**
**3600 Bremerton Dr**
**Henrico, VA 23233**

Date(s) debt was incurred  12/3/2018

Last 4 digits of account number  25AC

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Abby Hare**
**1621 T St NW**
**Apt 604**
**Washington, DC 20009**

Date(s) debt was incurred  8/10/2016

Last 4 digits of account number  5562

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Abby James**
**2125 14th St. NW Apt. 326**
**Washington, DC 20009**

Date(s) debt was incurred  2/7/2018

Last 4 digits of account number  DC47

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Abby Mergenmeier**
**700 Constitution Avenue NE**
**Apartment 123**
**Washington, DC 20002**

Date(s) debt was incurred  12/2/2019

Last 4 digits of account number  BB6D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Abigail Dimen-Taylor**
**1300 N St NW, Unit 705**
**Washington, DC 20005**

Date(s) debt was incurred  8/20/2017

Last 4 digits of account number  9527

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Abigail Todd**
**540 Boscobel Ferry Road**
**Manakin Sabot, VA 23103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/3/2018

Basis for the claim: _

Last 4 digits of account number  4D8F

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Adam Banner**
**1391 Pennsylvania Ave SE**
**Apt. 219**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2018

Basis for the claim: _

Last 4 digits of account number  DA77

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Adam Harr**
**6408 Francis Ave N**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/12/2017

Basis for the claim: _

Last 4 digits of account number  70D6

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Adam Khachaturian**
**29A Dora Lane**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/2020

Basis for the claim: _

Last 4 digits of account number  2250

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Adam Levin**
**2250 11th St. NW**
**Apt 401**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2016

Basis for the claim: _

Last 4 digits of account number  F39B

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Adam Ly**
**2200 Columbia Pike**
**Apt. 1104**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/14/2017

Basis for the claim: _

Last 4 digits of account number  9E70

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Adam Noah**
**1320 N Veitch St**
**#431**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/27/2017

Basis for the claim: _

Last 4 digits of account number  0319

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Adam Striar**
**765 Hobart Pl NW**
**Washington, DC 20001**

Date(s) debt was incurred  **10/9/2019**

Last 4 digits of account number  **AD62**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.20** | Nonpriority creditor's name and mailing address
**Adam Waksman**
**1311 Jackson Ave**
**5A**
**Long Island City, NY 11101**

Date(s) debt was incurred  **4/24/2019**

Last 4 digits of account number  **FCBB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Adam Williams**
**3006 13th Street NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **F83D**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**Adrianna Yameen**
**79 Potomac Ave. SE**
**#544**
**Washington, DC 20003**

Date(s) debt was incurred  **6/18/2017**

Last 4 digits of account number  **1CAC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Aidan Gray**
**11108 Deborah Drive**
**Potomac, MD 20854**

Date(s) debt was incurred  **12/31/2018**

Last 4 digits of account number  **39E5**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Aidan Tacheron**
**214 4th St SE**
**Apartment A**
**Washington, DC 20003**

Date(s) debt was incurred  **11/19/2012**

Last 4 digits of account number  **2402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Aileen Nguyen**
**616 E Street NW**
**#649**
**Washington, DC 20004**

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **07D8**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Aisha Alexander**
**3433 Carpenter Street SE**
**Washington, DC 20020**

**Date(s) debt was incurred  7/16/2016**

**Last 4 digits of account number  1D8C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Aisling O'Shea**
**1806 Corcoran St., NW**
**Washington, DC 20009**

**Date(s) debt was incurred  4/21/2018**

**Last 4 digits of account number  61B5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$145.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Aislinn Toohey**
**5136 Scarsdale Rd**
**Bethesda, MD 20816**

**Date(s) debt was incurred  12/25/2019**

**Last 4 digits of account number  2B0C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Al Panio**
**3902 14th Street NW**
**Washington, DC 20011**

**Date(s) debt was incurred  9/9/2016**

**Last 4 digits of account number  12FE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Alan Keck**

**Date(s) debt was incurred  11/27/2017**

**Last 4 digits of account number  1F6E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Alan Levine**
**131 Rynda Road**
**South Orange, NJ 07079**

**Date(s) debt was incurred  9/4/2018**

**Last 4 digits of account number  BB88**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Alanna Gregory**
**408 W 57th St.**
**Apt 10F**
**New York, NY 10019**

**Date(s) debt was incurred  9/6/2017**

**Last 4 digits of account number  B15A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Alec Mclean**
**7701 Woodmont Ave**
**#507**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5394**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Alec Gouss**
**179 4th Avenue**
**Apartment 4**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2016**

**Basis for the claim:** _

Last 4 digits of account number  **9636**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Aleks Hasegawa**
**2308 Popkins Lane**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/13/2017**

**Basis for the claim:** _

Last 4 digits of account number  **BBB2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Alesia Garon**
**35 Tulip Court**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2019**

**Basis for the claim:** _

Last 4 digits of account number  **407D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Alex Arrivillaga**
**2614 S Arlington Mill Dr**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2018**

**Basis for the claim:** _

Last 4 digits of account number  **587C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Alex Bogdon**
**2025 11th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2BB9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Alex De Bruyne**
**1001 3rd St. SW**
**Apt. 806**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

**Basis for the claim:** _

Last 4 digits of account number  **9377**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

**Alex Doody**
**5004 Placid Pl**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2019**

**Basis for the claim:** _

Last 4 digits of account number  **E83A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

**Alex Harden**
**33 University Circle**
**Apartment 5**
**Charlottesville, VA 22903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **1385**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

**Alex Kin**
**1465 Columbia Rd**
**Apt 100**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/10/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9896**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

**Alex Macfarlane**
**1550 11th Street, NW**
**#208**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2020**

**Basis for the claim:** _

Last 4 digits of account number  **8C4B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

**Alex Mcauliffe**
**1325 pierce street**
**#303**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **5642**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00**

**Alex O'Flinn**
**159 West Manor Street**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2017**

**Basis for the claim:** _

Last 4 digits of account number  **7460**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00**

**Alex Oliver**
**1328 Maryland Ave NE**
**#4**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/2020**

**Basis for the claim:** _

Last 4 digits of account number  **2015**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Alexander Anderson**
**1391 Pennsylvania Ave. SE**
**Washington, DC 20003**

Date(s) debt was incurred  **11/29/2018**

Last 4 digits of account number  **B7F0**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Alexander Champoux-Crowley**
**721 7th St SE**
**Apartment F**
**Minneapolis, MN 55414**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **8022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Alexander Lataille**
**1000 6th St SW**
**Apt 613**
**Washington, DC 20024**

Date(s) debt was incurred  **6/1/2018**

Last 4 digits of account number  **0EF8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Alexander Ramsey**
**12620 West Oak Drive**
**Mount Airy, MD 21771**

Date(s) debt was incurred  **1/21/2020**

Last 4 digits of account number  **1778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Alexander Solms-Baruth**
**23000 Hollywood  Rd**
**Leonardtown, MD 20650**

Date(s) debt was incurred  **12/16/2018**

Last 4 digits of account number  **AD0D**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Alexandra Blumenstock**
**1810 Ingleside Ter NW**
**Apt 5**
**Washington, DC 20010**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **B8E9**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Alexandra Crabtree**

Date(s) debt was incurred  **6/18/2016**

Last 4 digits of account number  **BF66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Alexandra Crabtree**

Date(s) debt was incurred  **9/1/2019**

Last 4 digits of account number  **76C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**Alexandra Denale**
**19774 Frasier Hill Lane**
**Bluemont, VA 20135**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **6354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Alexandra Lalos**
**218 SE 14th St**
**Apt 1108**
**Miami, FL 33131**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **1CD4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Alexandra Leonardo**

Date(s) debt was incurred  **3/6/2019**

Last 4 digits of account number  **7851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00**

**Alexandra Orsini**
**1706 T Street NW**
**Apt. 104**
**Washington, DC 20009**

Date(s) debt was incurred  **11/27/2018**

Last 4 digits of account number  **0E23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

**Alexandra Pomponio**
**505 N. Park Drive**
**#9**
**ARLINGTON, VA 22203**

Date(s) debt was incurred  **11/19/2020**

Last 4 digits of account number  **2602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Alexandra Romeo**
**30 Rolling Hills Drive**
**Nesconset, NY 11767**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **12F6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Alexandra Varipapa
521 12th Street
Apt 1L
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/4/2019

Basis for the claim:  _

Last 4 digits of account number  3D64

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Alexandra Watson
42475 Benfold Square
Ashburn, VA 20148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2019

Basis for the claim:  _

Last 4 digits of account number  C542

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Alexandra Wesolek
1789 Massachusetts Avenue NW
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019

Basis for the claim:  _

Last 4 digits of account number  558D

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Alexey Gorokhov
102 New Mark Esplanade
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2019

Basis for the claim:  _

Last 4 digits of account number  F05F

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

Alexis Ellis
2233 40th Pl NW
Unit 5
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2016

Basis for the claim:  _

Last 4 digits of account number  65EB

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Alexis Wistermayer
22 Oldis St
Rochelle Park, NJ 07662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/2019

Basis for the claim:  _

Last 4 digits of account number  3FCA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

Alia Murphy
2615 4th St NE
Apt 202
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2019

Basis for the claim:  _

Last 4 digits of account number  DE5A

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00**

Alice Miller
436 Hidden Falls Rd
Washington, DC 20015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/11/2018

Last 4 digits of account number  91D0

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00**

Alicia Bradley
20006 Palmer Classic Pkwy
Ashburn, VA 20147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/9/2016

Last 4 digits of account number  CD15

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00**

Alisa Newman Hood
1306 Mass Ave SE
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2014

Last 4 digits of account number  6291

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00**

Alisa Newman Hood
1306 Mass Ave SE
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/2016

Last 4 digits of account number  3213

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

Alison Cathles
59 Fiddler's Green
Lansing, NY 14882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/2019

Last 4 digits of account number  6D92

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Alison Dagostino
2303 Dulles Station Blvd
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/28/2016

Last 4 digits of account number  E44B

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00**

Alison Elworthy
85 Newton St
Weston, MA 02493

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2017

Last 4 digits of account number  8B09

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Alison McBride
7827 Overhill Rd
Bethesda, MD 20814

Date(s) debt was incurred  **7/18/2019**

Last 4 digits of account number  **A197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Alison Morrison
1082 Apple Valley Ct
Watkinsville, GA 30677

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **21F9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

Alison Ross
3520 35th St NW
Washington, DC 20016

Date(s) debt was incurred  **12/16/2018**

Last 4 digits of account number  **6326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Alison Stilwell
220 13th St SE
Apt 25
Washington, DC 20003

Date(s) debt was incurred  **9/22/2017**

Last 4 digits of account number  **6AD8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Alison Stilwell
220 13th St SE
Apt 25
Washington, DC 20003

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **C383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

Alison Wacker
13 10th St SE
Washington, DC 20003

Date(s) debt was incurred  **6/18/2017**

Last 4 digits of account number  **2FAC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Alissa Tafti
3533 13th St, NW
#1
Washington, DC 20010

Date(s) debt was incurred  **5/2/2014**

Last 4 digits of account number  **7443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Allan McBride**
**110 W Fort Ave**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/26/2017

Basis for the claim: _

Last 4 digits of account number  DDC1

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Allen Seals**
**3948 South Third St**
**Suite 321**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/2019

Basis for the claim: _

Last 4 digits of account number  B8A2

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Allen Segal**
**12324 Old Canal Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/9/2017

Basis for the claim: _

Last 4 digits of account number  39F7

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Allie Drory**
**910 M Street NW**
**Apt 614**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2017

Basis for the claim: _

Last 4 digits of account number  2053

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Allison  Christopher**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2017

Basis for the claim: _

Last 4 digits of account number  A280

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Allison Brown**
**2500 Clarendon Blvd**
**Apt #512**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

Basis for the claim: _

Last 4 digits of account number  B5DF

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Allison Crha**
**1632 30th Street  NW**
**Apt 9**
**washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/6/2017

Basis for the claim: _

Last 4 digits of account number  2FC4

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Allison Davis**
**1613 Harvard Street NW**
**Apt 211**
**Washington, DC 20009**

Date(s) debt was incurred  **1/8/2012**

Last 4 digits of account number  **0588**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Allison Davis**
**1613 Harvard St NW**
**Apt 211**
**Washington, DC 20009**

Date(s) debt was incurred  **12/11/2016**

Last 4 digits of account number  **86DC**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Allison Finkelstein**
**86 15th St  NE**
**Washington, DC 20002**

Date(s) debt was incurred  **9/21/2019**

Last 4 digits of account number  **414C**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Allison Kline**
**10192 A Ashbrooke Ct**
**Oakton, VA 22124**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **3BCD**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Allison Lewis**
**4401 Lee Hwy**
**Apt 222**
**Arlington, VA 22207**

Date(s) debt was incurred  **4/16/2019**

Last 4 digits of account number  **41D0**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Allison Pecore**
**1121 Pleasant Valley Drive**
**Catonsville, MD 21228**

Date(s) debt was incurred  **12/10/2019**

Last 4 digits of account number  **AB73**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Allison Pierre**
**3530 13th Street NW**
**Washington, DC 20010**

Date(s) debt was incurred  **12/15/2016**

Last 4 digits of account number  **7E36**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Allison Shroeder**
**1063 N Nelson St**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2017

Basis for the claim: _

Last 4 digits of account number  4204

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Allison Swislocki**
**2480 16th St NW #114**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/7/2016

Basis for the claim: _

Last 4 digits of account number  5BF2

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Allyson Cutright**
**31 Grant Cir**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2016

Basis for the claim: _

Last 4 digits of account number  1904

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Allyson Doker**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

Basis for the claim: _

Last 4 digits of account number  AFF9

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Althea Schwartz**
**218 Broad Hill Road**
**West Granby, CT 06090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2016

Basis for the claim: _

Last 4 digits of account number  3A1F

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $485.00 |
|---|---|---|---|

**Alyce Thompson**
**4006 Hamilton St**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

Basis for the claim: _

Last 4 digits of account number  89E7

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Alyssa Dunn**
**2201 N Pershing Drive**
**Apt 525**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/21/2020

Basis for the claim: _

Last 4 digits of account number  80F3

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Alyssa Leone**
**124 Windover Street**
**Danville, CA 94506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/27/2015**

**Basis for the claim:** _

Last 4 digits of account number  **2205**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Alyssa McCrea**
**1242 Monroe Street NE**
**Washington, DC 20017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/18/2017**

**Basis for the claim:** _

Last 4 digits of account number  **695C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Alyssa Pollizzi**
**246 6th Ave**
**Apt 3**
**Brooklyn, NY 11215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/19/2017**

**Basis for the claim:** _

Last 4 digits of account number  **8092**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Alyssandra Jaquith**
**165 W 127th St**
**Apt 3K**
**New York, NY 10027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/9/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6311**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Amanda Anderson**
**2062 Hanover Street**
**Palo Alto, CA 94306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/6/2019**

**Basis for the claim:** _

Last 4 digits of account number  **C8F0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Amanda Berger**
**6820 Wisconsin Ave**
**Apt 7005**
**CHEVY CHASE, MD 20815**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/28/2019**

**Basis for the claim:** _

Last 4 digits of account number  **B8EA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Amanda Duckworth**
**104 7th St SE**
**Washington, DC 20003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/4/2017**

**Basis for the claim:** _

Last 4 digits of account number  **0111**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Amanda Fisherow**
**2446 N. Powhatan St**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2017

Basis for the claim: _

Last 4 digits of account number  A24F

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Amanda Fisherow**
**2446 N. Powhatan St**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2017

Basis for the claim: _

Last 4 digits of account number  C0EE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Amanda Gormsen**
**1213 Wilkes St.**
**ALEXANDRIA, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/22/2019

Basis for the claim: _

Last 4 digits of account number  9DAA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Amanda Lewis**
**803 1/4 N Vendome St**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/8/2016

Basis for the claim: _

Last 4 digits of account number  7566

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Amanda Melillo**
**232 M St SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2019

Basis for the claim: _

Last 4 digits of account number  EC9D

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Amanda Sereyka**
**39 Robert St**
**Springbrook township, PA 18444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2020

Basis for the claim: _

Last 4 digits of account number  FF11

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Amanda Silva**
**7035 Blair Rd NW**
**Apt 232**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2019

Basis for the claim: _

Last 4 digits of account number  F665

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Amanda Smith**
**918 State St**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2016**

**Basis for the claim:** _

Last 4 digits of account number  **3292**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Amanda Woodward**
**1400 Irving Street**
**Apt  419**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

**Basis for the claim:** _

Last 4 digits of account number  **1035**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Amber Antiuk**
**922 O St NW**
**Unit 2**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **0869**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Amber Antiuk**
**922 O St NW**
**Unit 2**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **F260**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Amber Antiuk**
**922 O st NW**
**Unit 2**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **0869**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Amber Yang**
**1703 Harvard St NW**
**washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2019**

**Basis for the claim:** _

Last 4 digits of account number  **CAEE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Amee Garg**
**3305 Runnymede Pl NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23/2020**

**Basis for the claim:** _

Last 4 digits of account number  **76DE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Amelia Wyant**
**1001 Barley Mill Rd**
**Wilmington, DE 19807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/13/2016__

Last 4 digits of account number __BCFF__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Ami  Milstead**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/18/2017__

Last 4 digits of account number __2FD0__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Amie Schwartz**
**6028 Bakers Place**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/9/2018__

Last 4 digits of account number __2BF9__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |
|---|---|---|---|

**Amina  Brown**
**623 Emerson Street, NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/14/2016__

Last 4 digits of account number __3A09__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|

**Amit Chaudhary**
**5136 37th Rd N**
**ARLINGTON, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/19/2019__

Last 4 digits of account number __E063__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Ammar Zafar**
**539 Power Plant Circle**
**Apt 249**
**Winston-Salem, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/25/2020__

Last 4 digits of account number __DF92__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Amy Adams**
**10637 Weymouth St**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/7/2015__

Last 4 digits of account number __2443__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
| | **Amy Brundage** | ☐ Contingent | |
| | **111 18th St SE** | ☐ Unliquidated | |
| | **Washington, DC 20003** | ☐ Disputed | |
| | Date(s) debt was incurred **1/29/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7377** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
| | **Amy Carroll** | ☐ Contingent | |
| | **10909 Silent Wood Place** | ☐ Unliquidated | |
| | **North Potomac, MD 20878** | ☐ Disputed | |
| | Date(s) debt was incurred **10/5/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **62B0** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Amy Copeland** | ☐ Contingent | |
| | **1432 F Street NE** | ☐ Unliquidated | |
| | **Washington, DC 20002** | ☐ Disputed | |
| | Date(s) debt was incurred **12/18/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3FC0** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
| | **Amy Croen** | ☐ Contingent | |
| | **1313 N Franklin Place** | ☐ Unliquidated | |
| | **Unit 1804** | ☐ Disputed | |
| | **Milwaukee, WI 53202** | | |
| | Date(s) debt was incurred **9/24/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **B6A0** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
| | **Amy Hauter** | ☐ Contingent | |
| | **209 Albemarle St** | ☐ Unliquidated | |
| | **Baltimore, MD 21202** | ☐ Disputed | |
| | Date(s) debt was incurred **12/16/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **96CD** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
| | **Amy Heltzer** | ☐ Contingent | |
| | **5704 Overlea Road** | ☐ Unliquidated | |
| | **Bethesda, MD 20816** | ☐ Disputed | |
| | Date(s) debt was incurred **12/23/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0311** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Amy Moore** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred **12/15/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **92E3** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Amy Piccola**
**728 Preston Ave**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2019

Basis for the claim: _

Last 4 digits of account number  9640

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Amy Piccolo**
**601 20th Street South**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/6/2018

Basis for the claim: _

Last 4 digits of account number  54BA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Amy Reed**
**231 N Lee St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2016

Basis for the claim: _

Last 4 digits of account number  60F6

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Amy Spain**
**2316 N. Early St.**
**Alexandria, VA 22302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/9/2018

Basis for the claim: _

Last 4 digits of account number  80A6

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Amy Woo**
**13522 Cielo Ranch Road**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2017

Basis for the claim: _

Last 4 digits of account number  1D24

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Ana Estes**
**1 Scott Circle NW**
**Apt 717**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/13/2019

Basis for the claim: _

Last 4 digits of account number  E582

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Ana Malhotra**
**8644 Wind Song Court**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/16/2017

Basis for the claim: _

Last 4 digits of account number  937D

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Ana Martinez
7507 W Manchester Ave
Apt 723
Los Angeles, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2018**

**Basis for the claim:** _

Last 4 digits of account number  **CD79**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

Ana Van Balen

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/2019**

**Basis for the claim:** _

Last 4 digits of account number  **3421**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Anchal Liddar
1224 Euclid Street NW
Unit 1
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2017**

**Basis for the claim:** _

Last 4 digits of account number  **6214**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Andre Gouyet
1160 1st St NE
PH21
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2020**

**Basis for the claim:** _

Last 4 digits of account number  **F34C**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Andre Kotze
814 Charles James Circle
ELLICOTT CITY, MD 21043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

**Basis for the claim:** _

Last 4 digits of account number  **05B8**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

Andrea  Carroll McNeil
1401 Branch Avenue SE
Washington, DC 20020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5420**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Andrea Baechler
8315 N Brook Lane
#402
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2017**

**Basis for the claim:** _

Last 4 digits of account number  **5277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Andrea Collis**
**1901 Connecticut Ave NW**
**Apt 212**
**Washington, DC 20009-6073**

Date(s) debt was incurred __9/7/2017__

Last 4 digits of account number __9669__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Andrea Cuba**
**1363 FLORIDA AVE NE**
**WASHINGTON, DC 20002**

Date(s) debt was incurred __11/23/2018__

Last 4 digits of account number __5553__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Andrea G. Kaplan**
**Takeda Pharmaceuticals America, Inc.**
**750 9th Street, NW**
**Ste 575**
**Washington, DC 20001**

Date(s) debt was incurred __2/21/2020__

Last 4 digits of account number __6185__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Andrea Goldman**
**7433 Crestberry Lane**
**Bethesda, MD 20810**

Date(s) debt was incurred __9/22/2016__

Last 4 digits of account number __5D3C__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Andrea Kurgan**
**445 Heston Point Drive**
**Pawleys Island, SC 29585**

Date(s) debt was incurred __12/11/2017__

Last 4 digits of account number __9FA7__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Andrea Kurgan**
**445 Heston Point Drive**
**Pawleys Island, SC 29585**

Date(s) debt was incurred __12/11/2017__

Last 4 digits of account number __9772__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Andrea Lee**
**1369 C Street NE**
**Washington, DC 20002**

Date(s) debt was incurred __4/25/2018__

Last 4 digits of account number __3761__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
| --- | --- | --- | --- |

**Andrea McCahill**
**6924 Fairfax Drive #204**
**Arlington, VA 22213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2016

Basis for the claim: _

Last 4 digits of account number  7E0E

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
| --- | --- | --- | --- |

**Andrea Moody**
**6210 Belcrest Road**
**Apt 1216**
**Hyattsville, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2018

Basis for the claim: _

Last 4 digits of account number  4B38

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
| --- | --- | --- | --- |

**Andrea Munro**
**510 Woodland Ct NW**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/23/2017

Basis for the claim: _

Last 4 digits of account number  C673

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
| --- | --- | --- | --- |

**Andrea Reilly**
**3236 NE 5th St.**
**#501**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2019

Basis for the claim: _

Last 4 digits of account number  D434

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
| --- | --- | --- | --- |

**Andrea Richardson**
**500 S. Pitt St.**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/20/2019

Basis for the claim: _

Last 4 digits of account number  52DA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
| --- | --- | --- | --- |

**Andrea Ross**
**2555 Pennsylvania Ave NW**
**Suite 717**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2017

Basis for the claim: _

Last 4 digits of account number  E331

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
| --- | --- | --- | --- |

**Andrea Ross**
**2555 Pennsylvania ave NW**
**Unit 717**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/25/2017

Basis for the claim: _

Last 4 digits of account number  A077

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Andrea Vazzano
3426 16th St NW
Apt 602
Washington, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2017

**Basis for the claim:** _

Last 4 digits of account number  1770

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Andres Bachelet
9902 MICHAEL SCHAR CT
VIENNA, VA 22181-5912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/5/2019

**Basis for the claim:** _

Last 4 digits of account number  8805

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Andrew  Goldsmith
7404 Maple Avenue
Takoma Park, MD 20912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

**Basis for the claim:** _

Last 4 digits of account number  00B7

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Andrew Allen
39 Collingwood St
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

**Basis for the claim:** _

Last 4 digits of account number  9E21

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

Andrew Duke
204 S Virginia Ave
Falls Church, VA 22046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/9/2017

**Basis for the claim:** _

Last 4 digits of account number  B8C2

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

Andrew Evans
4705 Berkeley Ter NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/29/2016

**Basis for the claim:** _

Last 4 digits of account number  EDF7

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Andrew Hunt
2200 12th Ct N
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/9/2020

**Basis for the claim:** _

Last 4 digits of account number  2949

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Andrew McGill**
2501 Porter St NW
Apt 617
Washington, DC 20008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2016

**Basis for the claim:** _

Last 4 digits of account number  DB13

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Andrew Melton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/14/2017

**Basis for the claim:** _

Last 4 digits of account number  C24C

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Andrew Olek**
12726 Lime Kiln Rd.
Highland, MD 20777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2019

**Basis for the claim:** _

Last 4 digits of account number  6F26

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Andrew Pagano**
1018 Huntingdon Pike
Huntingdon Valley, PA 19006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2016

**Basis for the claim:** _

Last 4 digits of account number  54E7

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Andrew Salek-Raham**
1113 R St NW
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2016

**Basis for the claim:** _

Last 4 digits of account number  43DF

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Andrew Welters**
919 Saigon Road
McLean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/12/2019

**Basis for the claim:** _

Last 4 digits of account number  BB48

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Andrew Zurlo**
123 Saddlestone Place
Apt G
Camillus, NY 13031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/2018

**Basis for the claim:** _

Last 4 digits of account number  4299

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Andy Chasin**
**121 Grafton Street**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **3/6/2018**

Last 4 digits of account number  **0FCD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Andy Riemer**
**30 Fernald Drive**
**Unit 12**
**Cambridge, MA 02138**

Date(s) debt was incurred  **3/12/2018**

Last 4 digits of account number  **C1E6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Andy Stone**
**1622 Forbes St**
**Rockville, MD 20851**

Date(s) debt was incurred  **2/24/2020**

Last 4 digits of account number  **2126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Aneesha Srikar**
**95 Heather Ave.**
**Apt. 14**
**San Francisco, CA 94118**

Date(s) debt was incurred  **9/15/2018**

Last 4 digits of account number  **60B3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Angel B Perez**
**2C Mill  Pond Lane**
**Simsbury, CT 06070**

Date(s) debt was incurred  **10/10/2019**

Last 4 digits of account number  **CBAA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Angela Borah**
**300 W 49th St, #800**
**New York, NY 10019**

Date(s) debt was incurred  **11/21/2019**

Last 4 digits of account number  **83C1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Angela Freedman**
**3701 Connecticut Ave NW**
**Apt. 712**
**Washington, DC 20008**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **1A94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Angela Wacek**
**26 Soden Street**
**Apt 3**
**Cambridge, MA 02139**

Date(s) debt was incurred  **12/14/2019**
Last 4 digits of account number  **0B93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00**

**Anil Narang**
**1024 Eaton Drive**
**Mclean, VA 22102**

Date(s) debt was incurred  **7/1/2017**
Last 4 digits of account number  **9B30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Anisha Mathur**
**Po Box 2729**
**La plata, Md 20646**

Date(s) debt was incurred  **6/4/2019**
Last 4 digits of account number  **5497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Anita Badrock**
**90 Paul Green Road**
**Pittsboro, NC 27312**

Date(s) debt was incurred  **12/17/2017**
Last 4 digits of account number  **0867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Anjani Patel**
**477 FDR DR**
**New York, NY 10002**

Date(s) debt was incurred  **3/11/2019**
Last 4 digits of account number  **15E6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Anjuli Garg**
**50 C Columbus Dr**
**#3413**
**Jersey City, NJ 07302**

Date(s) debt was incurred  **4/2/2017**
Last 4 digits of account number  **5B81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Anjya Thomas**

Date(s) debt was incurred  **12/19/2019**
Last 4 digits of account number  **D62C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Ann Berzin**
**137 West 74th Street**
**New York, NY 10023**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **6755**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$390.00**

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Ann Howard**
**408 N Street NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  **0C14**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Ann Palmisano**
**8001 Ferrara Drive**
**Harahan, LA 70123**

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number  **5833**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**Ann Schmitt**
**1833 Woodfield Rd**
**Martinsville, NJ 08836**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **3DC3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Ann Schmitt**
**1833 Woodfield Rd**
**Martinsville, NJ 08836**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **417E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Ann Sutter**
**24 Pinnacle Drive**
**Port Jefferson, NY 11777**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **C8FE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Ann Walker**
**3328 Kindlewood Crescent**
**Chesapeake, VA 23321**

Date(s) debt was incurred  **12/5/2019**

Last 4 digits of account number  **28DD**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Ann Walker**
**20 Brook Terrace**
**Brockport, NY 14420**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **21B1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Anna Aperans**
**902 Spring Road NW**
**Washington, DC 20010**

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **5650**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Anna Croll**
**2110 10th St NW**
**Washington, DC 20001**

Date(s) debt was incurred  **7/23/2020**

Last 4 digits of account number  **53A6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.204**

**Nonpriority creditor's name and mailing address**

**Anna Earles**
**3315 Rowland PL NW**
**Washington, DC 20008**

Date(s) debt was incurred  **4/7/2016**

Last 4 digits of account number  **4575**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Anna Hopkins**
**416 Lakeview Drive**
**Newark, DE 19711**

Date(s) debt was incurred  **5/30/2017**

Last 4 digits of account number  **25D9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.206**

**Nonpriority creditor's name and mailing address**

**Anna Klapper**
**1329 V St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **CEC2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.207**

**Nonpriority creditor's name and mailing address**

**Anna Legard**
**389 Stone Quarry Rd.**
**Ithaca, NY 14850**

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  **863C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Anna Li**
7109 Bay City Bend
Austin, TX 78725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2016**

**Basis for the claim:** _

Last 4 digits of account number  **2CBE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Anna MacGillivray**
44 8th Avenue
Apt 5
Brooklyn, NY 11217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5689**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Anna Mae Akers**
2304 41st Street  NW
Apt 303
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2019**

**Basis for the claim:** _

Last 4 digits of account number  **535A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Anna Nicol**
3707 Woodley Rd NW
Apt 45
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2019**

**Basis for the claim:** _

Last 4 digits of account number  **5281**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**Anna Quinn**
11849 Bright Psge
Columbia, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2017**

**Basis for the claim:** _

Last 4 digits of account number  **0948**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Anna Rhymes**
299 E Raymond Ave.
Alexandria, VA 22301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2019**

**Basis for the claim:** _

Last 4 digits of account number  **C94E**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Anna Rhymes**
299 E Raymond Ave.
Alexandria, VA 22301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2019**

**Basis for the claim:** _

Last 4 digits of account number  **A73A**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Anna Shaffer**
**1200 N Garfield Street**
**#1210**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/5/2016__

**Basis for the claim:** _

Last 4 digits of account number  __1B0B__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Anna Tsaur**
**1201 F St NW**
**Suite 250**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/3/2019__

**Basis for the claim:** _

Last 4 digits of account number  __8507__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Anna Zinkgraf**
**400 Wilson Blvd**
**Apt 1514**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/19/2019__

**Basis for the claim:** _

Last 4 digits of account number  __C5BE__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Anna Zinkgraf**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/19/2019__

**Basis for the claim:** _

Last 4 digits of account number  __A570__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Annalane Owens**
**4751 Loyola Drive**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/9/2017__

**Basis for the claim:** _

Last 4 digits of account number  __7A67__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Anne Buchanan**
**615 Valley View Road**
**Ardmore, PA 19003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/27/2019__

**Basis for the claim:** _

Last 4 digits of account number  __EFB5__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**Anne Dehnisch**
**210 E. Cleveland St**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/19/2018__

**Basis for the claim:** _

Last 4 digits of account number  __2635__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
| --- | --- | --- | --- |

**Anne Hurley**
**2302 Ken Oak Rd.**
**Baltimore, MD 21209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/11/2018

**Basis for the claim:**  _

Last 4 digits of account number  45F3

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
| --- | --- | --- | --- |

**Anne Hyman**
**21513 Quick Fox Lane**
**GAITHERSBURG, MD 20882**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/12/2016

**Basis for the claim:**  _

Last 4 digits of account number  2EFE

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
| --- | --- | --- | --- |

**Anne Marie Sheedy**
**3311 Arcola Rd**
**Collegeville, PA 19426**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  4/12/2019

**Basis for the claim:**  _

Last 4 digits of account number  1F1D

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
| --- | --- | --- | --- |

**Anne Marr**
**1217 Nipomo St.**
**San Luis Obispo, CA 93401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  11/17/2018

**Basis for the claim:**  _

Last 4 digits of account number  2780

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
| --- | --- | --- | --- |

**Anne Meltzer**
**2800 Quarry Lake Drive**
**Suite 120**
**Baltimore, MD 21209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  11/6/2019

**Basis for the claim:**  _

Last 4 digits of account number  0378

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
| --- | --- | --- | --- |

**Anne Nagle**
**1139 Manor Drive**
**Wilmette, IL 60091**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/18/2019

**Basis for the claim:**  _

Last 4 digits of account number  9E89

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
| --- | --- | --- | --- |

**Anne Reckitt**
**1346 Park Road NW**
**Apt 2B**
**Washington, DC 20010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/12/2018

**Basis for the claim:**  _

Last 4 digits of account number  0314

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

**Anne Scanley**
**1315 21st ST NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2020**

Basis for the claim: _

Last 4 digits of account number  **2144**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Anne Tully**
**4602 Overbrook Rd**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2018**

Basis for the claim: _

Last 4 digits of account number  **3177**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**Annee Price**
**3434 NW 65th St**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2017**

Basis for the claim: _

Last 4 digits of account number  **F02E**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**Annelie Sauer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2019**

Basis for the claim: _

Last 4 digits of account number  **C605**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**AnneRose Menachery**
**1228 W Street NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

Basis for the claim: _

Last 4 digits of account number  **48AA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Annette Aulton**
**1272 Sheridan Road**
**Crownsville, MD 21032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/3/2019**

Basis for the claim: _

Last 4 digits of account number  **47E1**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Annie Duong**
**3235 Sleepy Hollow Rd**
**Falls Church, VA 22042-4311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2019**

Basis for the claim: _

Last 4 digits of account number  **4ADB**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

Annie Rogerson
304 W. 21st St.
Apt 1D
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/28/2019

**Basis for the claim:** _

Last 4 digits of account number  B599

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00**

Annie Signorelli
Care of Ruth Signorelli
22 Lotus Road
Bayport, NY 11705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/10/2019

**Basis for the claim:** _

Last 4 digits of account number  7886

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Anthony  Margadonna
627 Kenyon Street
Washington, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2018

**Basis for the claim:** _

Last 4 digits of account number  5E37

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

Anthony DeStefano
28 Cratetown Road
Lebanon, NJ 08833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/9/2016

**Basis for the claim:** _

Last 4 digits of account number  AA69

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00**

Anthony Orlando

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/17/2016

**Basis for the claim:** _

Last 4 digits of account number  A1AC

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

Anthony Pinheiro
4415 20th St N
Arlington, VA 22207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2017

**Basis for the claim:** _

Last 4 digits of account number  B824

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00**

Anthony Rosser II
12611 Town Center Way
Upper Marlboro, MD 20772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/18/2020

**Basis for the claim:** _

Last 4 digits of account number  2468

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

Anthony Severino
1855 N Bissell St
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2019

Basis for the claim: _

Last 4 digits of account number  65C3

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

Anthony Watkins
4807 Davenport St. NW
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/27/2016

Basis for the claim: _

Last 4 digits of account number  3721

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

Antonio Giles
1001 4TH ST SW
APT 404
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2019

Basis for the claim: _

Last 4 digits of account number  957A

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

April Carter

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2020

Basis for the claim: _

Last 4 digits of account number  75DB

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

April Carter

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2020

Basis for the claim: _

Last 4 digits of account number  7363

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

Areeb Ahmad
290 Quincy St
Brooklyn, NY 11216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2019

Basis for the claim: _

Last 4 digits of account number  6DA5

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

Ari Jones
3507 Broadrun Drive
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/7/2019

Basis for the claim: _

Last 4 digits of account number  1DDF

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Arianna White**
**12228 Arabian Place**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/9/2018__

Last 4 digits of account number  __5323__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Ariel Fuchs**
**1684 Oxford St**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/9/2016__

Last 4 digits of account number  __108A__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Ariella Kurshan**
**1512 8th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/30/2019__

Last 4 digits of account number  __BBDF__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Arielle Schneck**
**515 Catalonia Ave**
**Apt 3**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/18/2019__

Last 4 digits of account number  __6512__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Armi Friebele**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/27/2016__

Last 4 digits of account number  __2363__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Arnon Ben Meir**
**7206 Old Stage Rd**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/26/2019__

Last 4 digits of account number  __9094__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Arthur Peterson**
**4629 50th Ave S**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/14/2016__

Last 4 digits of account number  __7AE3__

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**Arun Philip**
**14506 Highbury Lane**
**Laurel, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/21/2019**

Basis for the claim: _

Last 4 digits of account number  **4B30**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Arun Singh**
**1230 13th Street NW**
**Apt 313**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2018**

Basis for the claim: _

Last 4 digits of account number  **3996**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**Ashby Rushing**
**3304 23rd St N**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2016**

Basis for the claim: _

Last 4 digits of account number  **7170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**Ashley Blakeley**
**12114 Bretwood Ct**
**Waldorf, MD 20602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22/2018**

Basis for the claim: _

Last 4 digits of account number  **7F7D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Ashley Jenkins**
**10082 Aspenleigh Court**
**Newburg, MD 20664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2020**

Basis for the claim: _

Last 4 digits of account number  **C56D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Ashley Miller**
**3549 11th st nw**
**Apt 301**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2019**

Basis for the claim: _

Last 4 digits of account number  **9474**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00** |
|---|---|---|---|

**Ashley Pencak**
**6623 Harlan Place, NW**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2018**

Basis for the claim: _

Last 4 digits of account number  **16C5**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Ashley Swick**
6800 York Ave S
Apt 413
Edina, MN 55435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6CB8**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.00**

**Ashley Yesayan**
922 S. Carolina Ave SE
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6070**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Aslin Sauer**
1503 Avenida Ashford
Ste 14C
San Juan, PR 00911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/28/2018**

**Basis for the claim:** _

Last 4 digits of account number  **CE9B**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.00**

**Athena Kopsidas**
1440 Church Street NW
#607
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/9/2019**

**Basis for the claim:** _

Last 4 digits of account number  **C172**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Aubrielle Walrond**
1507 C St SE
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2018**

**Basis for the claim:** _

Last 4 digits of account number  **D521**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Augusto de la Torre**
6301 Linway Terrace
McLean, VA 22101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2019**

**Basis for the claim:** _

Last 4 digits of account number  **13CD**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Aura Skigen**
6541 Washington Blvd
Arlington, VA 22205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2018**

**Basis for the claim:** _

Last 4 digits of account number  **A391**

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Austin Helm**
**3104 Faber Drive**
**Falls Church, VA 22044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/26/2019**

Basis for the claim: _

Last 4 digits of account number  **E989**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Austin Mellor**
**108 Kingsley Rd SW**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/9/2019**

Basis for the claim: _

Last 4 digits of account number  **0803**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Austin Parham**
**2801 Quebect ST NW**
**APT 325**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2017**

Basis for the claim: _

Last 4 digits of account number  **DD92**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**Avery Lewis**
**1221 Van Street SE**
**Apt. 1202**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2018**

Basis for the claim: _

Last 4 digits of account number  **6803**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Aviella Snitman**
**4411 Connecticut Ave. NW**
**Apt. T410**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17/2018**

Basis for the claim: _

Last 4 digits of account number  **3D3A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**Bailey Lassiter**
**1021 North Garfield Street**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2016**

Basis for the claim: _

Last 4 digits of account number  **5669**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Barb Power**
**5520 Sherier Place NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2019**

Basis for the claim: _

Last 4 digits of account number  **4E06**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Barbara Brattin**
2117 Green St
Racine, WI 53402

Date(s) debt was incurred  6/11/2017

Last 4 digits of account number  8375

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Barbara Drazin**
14 Sunnyside Rd
Silver Spring, MD 20910

Date(s) debt was incurred  1/18/2020

Last 4 digits of account number  0DAB

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Barbara Fried**
122 Carriage Lane
Plainview, NY 11803

Date(s) debt was incurred  12/3/2018

Last 4 digits of account number  869A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Barbara Giloth**
6827 4th St. NW
#315
Washington, DC 20012

Date(s) debt was incurred  7/11/2018

Last 4 digits of account number  F3A5

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Barbara Gorman**
2895 Blackberry Rd
Dover, PA 17315

Date(s) debt was incurred  12/8/2016

Last 4 digits of account number  EE40

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Barbara Hendrickson**
312 Hearthstone Mews
Alexandria, VA 22314

Date(s) debt was incurred  12/10/2019

Last 4 digits of account number  B382

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Barbara Johnson**
5701 Governors Pond Circle
Alexandria, VA 22310

Date(s) debt was incurred  7/8/2018

Last 4 digits of account number  82DC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285**   **Nonpriority creditor's name and mailing address**

**Barbara Johnson**
**5701 Governors Pond Cir**
**Alexandria, VA 22310**

Date(s) debt was incurred **12/25/2018**

Last 4 digits of account number **EAFD**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.286**   **Nonpriority creditor's name and mailing address**

**Barbara Klein**
**7409 Honeywell Lane**
**Bethesda, MD 20814**

Date(s) debt was incurred **1/30/2017**

Last 4 digits of account number **491E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$490.00**

---

**3.287**   **Nonpriority creditor's name and mailing address**

**Barbara Patterson**
**770 P St NW**
**Apt 311**
**Washington, DC 20001**

Date(s) debt was incurred **12/20/2019**

Last 4 digits of account number **237E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.288**   **Nonpriority creditor's name and mailing address**

**Barbara Patterson**
**770 P St NW**
**Apt 311**
**Washington, DC 20001**

Date(s) debt was incurred **12/20/2019**

Last 4 digits of account number **70D5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.289**   **Nonpriority creditor's name and mailing address**

**Barbara Richards**
**14617 Drum Hill Court**
**North Potomac, MD 20878**

Date(s) debt was incurred **11/12/2017**

Last 4 digits of account number **6F8E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.290**   **Nonpriority creditor's name and mailing address**

**Barbara Richardson**
**1100 Red Rose Lane**
**Villanova, PA 19085**

Date(s) debt was incurred **9/25/2017**

Last 4 digits of account number **B081**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.291**   **Nonpriority creditor's name and mailing address**

**Barbara Schmitz**
**31 Mohegan Rd**
**Acton, MA 01720**

Date(s) debt was incurred **5/16/2017**

Last 4 digits of account number **AE2C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Barbara Whitesides**
**2310 Waverly Drive**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/16/2018**

Basis for the claim:  _

Last 4 digits of account number   **8E70**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Basil Clarke**
**5901 Jarvis Lane**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/17/2017**

Basis for the claim:  _

Last 4 digits of account number   **9751**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Bea Ann Phillips**
**4913 Loosestrife Court**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/15/2018**

Basis for the claim:  _

Last 4 digits of account number   **05D1**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Bea Ann Phillips**
**4913 Loosestrife Court**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/13/2016**

Basis for the claim:  _

Last 4 digits of account number   **54F2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Becca Voss**
**19 Rustic Lodge W**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/23/2016**

Basis for the claim:  _

Last 4 digits of account number   **C337**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Becky Lambros**
**1064 Harbor Court**
**Eldersburg, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/14/2017**

Basis for the claim:  _

Last 4 digits of account number   **6CCA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Becky Lambros**
**1064 Harbor Court**
**Eldersburg, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/14/2017**

Basis for the claim:  _

Last 4 digits of account number   **483C**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Becky Lambros**
**1064 Harbor Court**
**Eldersburg, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2017

Basis for the claim: _

Last 4 digits of account number  CBF6

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Becky Rhodes**
**12853 Valleywood Drive**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2016

Basis for the claim: _

Last 4 digits of account number  937D

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Becky Richardson**
**4428 34th ST S**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/26/2019

Basis for the claim: _

Last 4 digits of account number  68C2

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Ben Goldstein-Smith**
**40 Albermarle Road**
**Newton, MA 04260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2019

Basis for the claim: _

Last 4 digits of account number  1549

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Ben Lundin**
**1328 Corcoran St NW**
**Apt 1**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2018

Basis for the claim: _

Last 4 digits of account number  6275

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Ben Trachman**
**12213 Grove Park Ct**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/7/2016

Basis for the claim: _

Last 4 digits of account number  6086

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Benjamin Berger**
**9203 Prince William ST**
**APT 309**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/10/2019

Basis for the claim: _

Last 4 digits of account number  AD3B

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.306**

**Nonpriority creditor's name and mailing address**
**Benjamin Clayton**
**2610 Washington Avenue**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **12/25/2019**
Last 4 digits of account number  **E00C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.307**

**Nonpriority creditor's name and mailing address**
**Benjamin Daly**
**1660 Lanier pl**
**Washington, DC 20009**

Date(s) debt was incurred  **12/24/2015**
Last 4 digits of account number  **3313**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.308**

**Nonpriority creditor's name and mailing address**
**Benjamin Medina**
**153 East 32nd St**
**Apt 3L**
**New York, NY 10016**

Date(s) debt was incurred  **9/6/2016**
Last 4 digits of account number  **BE4A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.309**

**Nonpriority creditor's name and mailing address**
**Benjamin Miles**
**306 Todd Pl NE**
**Unit 4**
**Washington, DC 20002**

Date(s) debt was incurred  **12/16/2019**
Last 4 digits of account number  **12A3**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.310**

**Nonpriority creditor's name and mailing address**
**Bennett Smith**

Date(s) debt was incurred  **12/6/2016**
Last 4 digits of account number  **C3DC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.311**

**Nonpriority creditor's name and mailing address**
**Bernadette Meehan**
**1934 15TH St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **6/3/2019**
Last 4 digits of account number  **93CB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.312**

**Nonpriority creditor's name and mailing address**
**Bernadette Miller**
**848 Wynnewood Rd**
**Camp Hill, PA 17011**

Date(s) debt was incurred  **12/24/2018**
Last 4 digits of account number  **B98F**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

BERNARD KNIGHT
4th Street NW
Washington, DC 20001

Date(s) debt was incurred  **7/16/2016**

Last 4 digits of account number  **0CA1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Beth Gayer
181 Avalon Circle
Smithtown, NY 11787

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **CFBF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

Beth Hughes
175 Harvard Street NW
Washington, DC 20009

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **5B3E**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Beth Hughes
1735 Harvard Street NW
Washington, DC 20009

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **A4F1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Beth Reiter
5825 3rd Street NE
washington, DC 20011

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **3603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Beth Ritter Ruback
1434 E Katie Ln
Palatine, IL 60074

Date(s) debt was incurred  **1/6/2020**

Last 4 digits of account number  **D7EF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Bethany Davison
6606 Netties Lane, Unit 1301
Alexandria, VA 22315

Date(s) debt was incurred  **9/7/2018**

Last 4 digits of account number  **1F14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320** Nonpriority creditor's name and mailing address

**Bethany Hoff**
**910 Prince Street**
**Alexandria, VA 22314**

Date(s) debt was incurred __12/13/2016__

Last 4 digits of account number __6960__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.321** Nonpriority creditor's name and mailing address

**Bethany Horstmann**
**1565 N Colonial Terrace**
**Unit 303**
**Arlington, VA 22209**

Date(s) debt was incurred __12/19/2019__

Last 4 digits of account number __2D18__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.322** Nonpriority creditor's name and mailing address

**Betsy Glenday**
**6 Crawford Terrace**
**Riverside, CT 06878**

Date(s) debt was incurred __10/10/2019__

Last 4 digits of account number __E0D7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.323** Nonpriority creditor's name and mailing address

**Betsy Hutson**
**619 S Columbus Street**
**Alexandria, VA 22314**

Date(s) debt was incurred __7/12/2018__

Last 4 digits of account number __FF1B__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.324** Nonpriority creditor's name and mailing address

**Betsy Pigg**
**600 WILCREST DR #35**
**Houston, TX 77042**

Date(s) debt was incurred __12/12/2018__

Last 4 digits of account number __F288__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.325** Nonpriority creditor's name and mailing address

**Betty Wetmiller**
**250 Deepkill Rd**
**Troy, NY 12182**

Date(s) debt was incurred __6/12/2017__

Last 4 digits of account number __3366__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.326** Nonpriority creditor's name and mailing address

**Beverly Dorman**
**7648 Golden Wheat Lane**
**Westerville, OH 43082**

Date(s) debt was incurred __12/16/2016__

Last 4 digits of account number __432E__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327** Nonpriority creditor's name and mailing address

**Beverly Gedutis**
**342 Wood Street**
**Woodville, MA 01747**

Date(s) debt was incurred  12/4/2018

Last 4 digits of account number  FD50

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.328** Nonpriority creditor's name and mailing address

**Beverly Welch**
**37 Ocoee Falls Drive**
**Chapel Hill, NC 27517**

Date(s) debt was incurred  11/28/2018

Last 4 digits of account number  65F8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.329** Nonpriority creditor's name and mailing address

**Bianca Ruffin**
**9166 Furey Rd**
**Lorton, VA 22079**

Date(s) debt was incurred  1/1/2018

Last 4 digits of account number  965F

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.330** Nonpriority creditor's name and mailing address

**Billy Daniel**

Date(s) debt was incurred  12/11/2019

Last 4 digits of account number  01F1

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.331** Nonpriority creditor's name and mailing address

**Blair Soars**
**334 Wolf Run Rd**
**Hughesville, PA 17737**

Date(s) debt was incurred  12/17/2018

Last 4 digits of account number  3BB3

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$510.00**

---

**3.332** Nonpriority creditor's name and mailing address

**Blair Tracy**
**26 Fremont Street**
**SOUTH DARTMOUTH, MA 02748**

Date(s) debt was incurred  9/16/2019

Last 4 digits of account number  95C0

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.333** Nonpriority creditor's name and mailing address

**Bob Lind**
**1346 4th st se**
**apt 525**
**Washington, DC 20003**

Date(s) debt was incurred  12/16/2019

Last 4 digits of account number  8AB7

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Bob Vizza**
**951 Spencer Way**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2018

Last 4 digits of account number  3555

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Bobby Scheiwe**
**181 Amherst Dr.**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number  5558

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Bona Park**
**3500 13th Street, NW**
**#202**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  6A29

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Bonnie J. Prober**
**8306 Westmont Terrace**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2020

Last 4 digits of account number  6154

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Bonnie Miller**
**2506 Dawn Dr**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2018

Last 4 digits of account number  2A89

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Borna Daftari**
**710 Snowden Hallowell Way**
**Alexandria   22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2015

Last 4 digits of account number  2325

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Brad Hicks**
**1419 W Street NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2017

Last 4 digits of account number  ED16

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Bradley Abt**
**759 W Melrose Street**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2018**

Basis for the claim: _

Last 4 digits of account number  **C501**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Brandon Diamond**
**15 Berglund Ave**
**Wakefield, RI 02879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2017**

Basis for the claim: _

Last 4 digits of account number  **F171**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Brandon Picchierri**
**4 Ivy Ridge NE**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2017**

Basis for the claim: _

Last 4 digits of account number  **2F46**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Brenda Bailey**
**7714 Visionary Ct.**
**Manassas, VA 20112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2019**

Basis for the claim: _

Last 4 digits of account number  **A1EC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Brenda Griffin**
**7609 Newcastle Drive**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/2017**

Basis for the claim: _

Last 4 digits of account number  **E9E9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Brendan Williams-Kief**
**2818 Rittenhouse Street NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2017**

Basis for the claim: _

Last 4 digits of account number  **4C8C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Brendon Dorgan**
**837 shepherd st nw**
**unit 1**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2019**

Basis for the claim: _

Last 4 digits of account number  **6445**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Brendon Vina**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2017**

Last 4 digits of account number  **022D**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brenna Dames**
**1830 17th St NW Apt 605**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/5/2019**

Last 4 digits of account number  **BFE2**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brett Hope**
**2690 Centennial Ct.**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/18/2019**

Last 4 digits of account number  **1C3B**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Brett Maybe**
**2101 n Rolfe st unit B**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **1B50**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brett Taxin**
**6305 Alcott Road**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2018**

Last 4 digits of account number  **F3D0**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Brian Allard**
**9018 Walden Road**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2019**

Last 4 digits of account number  **C889**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Brian Andrews**
**235 Wicks Rd**
**P.O. Box 207**
**New Suffolk, NY 11956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **2A68**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Brian Boettcher**
20351 Zebulon St NW
Elk River, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2019**

Basis for the claim:  _

Last 4 digits of account number  **9985**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Brian Cole**
1307 1/2 P St NW
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2017**

Basis for the claim:  _

Last 4 digits of account number  **E7F3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Brian Cooke**
1464 Rhode Island Avenue NW, Apt. 704
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/3/2016**

Basis for the claim:  _

Last 4 digits of account number  **1249**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Brian Flynn**
1391 Pennsylvania Ave SE
Unit 342
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2018**

Basis for the claim:  _

Last 4 digits of account number  **89A9**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.00**

**Brian Francica**
3140 College Ave
Apartment 3
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2019**

Basis for the claim:  _

Last 4 digits of account number  **A180**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Brian Frickert**
4866 Old Dominion Drive
Arlington, VA 22207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2018**

Basis for the claim:  _

Last 4 digits of account number  **4A14**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Brian Gerrard**
1525 35th street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2018**

Basis for the claim:  _

Last 4 digits of account number  **2273**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Brian Golden**
**401 Vandenberg Avenue**
**Barksdale AFB, LA 71110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2020

**Basis for the claim:** _

Last 4 digits of account number  AA97

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Brian Gould**
**5629 Madison Street**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/8/2019

**Basis for the claim:** _

Last 4 digits of account number  01C4

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Brian Hayes**
**1718 Corcoran St NW**
**Unit 41**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/13/2019

**Basis for the claim:** _

Last 4 digits of account number  7069

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Brian James**
**525 Irving St. NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2019

**Basis for the claim:** _

Last 4 digits of account number  63B6

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Brian Kelly**
**602 Greenwich Street**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/2016

**Basis for the claim:** _

Last 4 digits of account number  5095

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00**

**Brian LICSW**
**1929 19th Street NW**
**#4**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

**Basis for the claim:** _

Last 4 digits of account number  94D4

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

**Brian Neumann**
**1033 Riva Ridge Dr.**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2018

**Basis for the claim:** _

Last 4 digits of account number  6454

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brian Ostar**
**2406 Lexington Road**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2019**

Last 4 digits of account number  **7738**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Brian Roscitt**
**151 N Michigan Ave**
**Apt 1915**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **5D1E**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Brian Wonderly**
**1020 Monroe St NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **E81A**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Brianna Letzelter**
**4411 Mckinney Ave**
**Unit 33**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2019**

Last 4 digits of account number  **D2DA**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Bridget LeBlanc**
**7740 Lower Gateway Loop**
**Apt 1513**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2016**

Last 4 digits of account number  **15CC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Bridget Nistico**
**1463C N Van Dorn St**
**Alexandria  22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2016**

Last 4 digits of account number  **4751**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Brigid McCauley**
**64 Bow St**
**Apt C**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2018**

Last 4 digits of account number  **8AB8**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|--------|--------------------|--|------------------------|--|
| | Name | | | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Brigitte Carrollo**
**9511 Seminole St**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2017**

**Basis for the claim:** _

Last 4 digits of account number  **2CE9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Brittany Cavalieri**
**1330 Willow Ave.**
**Apt 209**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2017**

**Basis for the claim:** _

Last 4 digits of account number  **EDEF**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Brittany Cines**
**1401 Church Street NW**
**#214**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2016**

**Basis for the claim:** _

Last 4 digits of account number  **404E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Brittany Fiocca**
**9036 TELEGRAPH RD**
**Lorton, VA 22079-1655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/20/2019**

**Basis for the claim:** _

Last 4 digits of account number  **9212**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Brittany Fried**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/2017**

**Basis for the claim:** _

Last 4 digits of account number  **DC9E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Brittany Hellreich**
**801 N Monroe St**
**Apt 329**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2019**

**Basis for the claim:** _

Last 4 digits of account number  **765D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Brittany Linkous**
**2005 Columbia Pike**
**Apt 731**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9B72**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**Brittany Martin**
**1140 Connecticut Avenue, NW**
**Suite 400**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/3/2019__

**Basis for the claim:** _

Last 4 digits of account number __6BBC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**Brittany Martin**
**1140 Connecticut Avenue, NW**
**Suite 400**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/3/2019__

**Basis for the claim:** _

Last 4 digits of account number __B257__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Brittany Rosenthal**
**1318 14TH ST. NW, APT 313**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/13/2017__

**Basis for the claim:** _

Last 4 digits of account number __201A__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00**

**Brooke Ody**
**1501 12th Street NW**
**Apt B**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/15/2014__

**Basis for the claim:** _

Last 4 digits of account number __5133__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Brooke Ross**
**Winston & Strawn LLP**
**1700 K Street, NW**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/16/2019__

**Basis for the claim:** _

Last 4 digits of account number __BB04__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Brooks Hanner**
**4601 Connecticut Ave, NW**
**Apt. 101**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/17/2020__

**Basis for the claim:** _

Last 4 digits of account number __3B5A__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Bruce Haase**
**16600 Lescot Terrace**
**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/17/2016__

**Basis for the claim:** _

Last 4 digits of account number __717F__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**Bruce Hearey**
**1852 Coltman Road**
**Cleveland, OH 44106**

Date(s) debt was incurred  12/19/2017

Last 4 digits of account number  64C4

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Bruce Hutchison**
**14245-P Centreville Square**
**Centreville, VA 20121**

Date(s) debt was incurred  7/13/2016

Last 4 digits of account number  DF2B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Bruce Seeman**
**1324 Dale Drive**
**Silver Spring, MD 20910-1601**

Date(s) debt was incurred  12/25/2019

Last 4 digits of account number  39C0

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Bryan Davis**
**2511 39th Street NW**
**Washington, DC 20007**

Date(s) debt was incurred  12/17/2019

Last 4 digits of account number  512B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Bryan Pashigian**
**310 Philadelphia Ave**
**Takoma Park, MD 20912**

Date(s) debt was incurred  5/13/2018

Last 4 digits of account number  D18C

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Bryan Saba**
**12002 S. 35th CT**
**Phoenix, AZ 85044**

Date(s) debt was incurred  4/12/2018

Last 4 digits of account number  CD17

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Bryan Stockton**
**3719 Van Ness St. NW**
**Washington, DC 20016**

Date(s) debt was incurred  2/23/2020

Last 4 digits of account number  220A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Bryanah Bascon**
**42 8th st.**
**Apt 3520**
**Charlestown, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/5/2017

Basis for the claim: _

Last 4 digits of account number  A56B

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Bryant Hall**
**521 5th Street NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/22/2010

Basis for the claim: _

Last 4 digits of account number  6648

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Bryn Carroll**
**1830 Lombard St**
**Apt 410**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2020

Basis for the claim: _

Last 4 digits of account number  3894

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Brytnee Grogan**
**16 Talega**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/9/2019

Basis for the claim: _

Last 4 digits of account number  8621

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Cady Burnes**
**10301 Cutters Lane**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2020

Basis for the claim: _

Last 4 digits of account number  E303

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Caitlin  Garlington**
**1201 F St. NW, Suite 1100**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2017

Basis for the claim: _

Last 4 digits of account number  9BB7

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Caitlin Benda**
**5903 Carters Oak Ct**
**Burke, VA 22015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2016

Basis for the claim: _

Last 4 digits of account number  D5E5

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Caitlin Boyle**
**504 Broadway Ave**
**Leonardo, NJ 07737**

Date(s) debt was incurred  9/7/2019

Last 4 digits of account number  FB0D

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Caitlin Cassidy**
**82 north country road**
**shoreham, NY 11786**

Date(s) debt was incurred  3/15/2017

Last 4 digits of account number  55F7

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Caitlin Danberg**
**3900 Fairfax Drive #1300**
**Arlington, VA 22203**

Date(s) debt was incurred  11/9/2016

Last 4 digits of account number  307F

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Caitlin Dennison**

Date(s) debt was incurred  10/16/2019

Last 4 digits of account number  8F03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**Caitlin Devlin**

Date(s) debt was incurred  12/4/2018

Last 4 digits of account number  7B73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**Caitlin Downs**
**1444 Rhode Island Avenue NW**
**Apt 905**
**Washington, DC 20005**

Date(s) debt was incurred  8/19/2016

Last 4 digits of account number  33E9

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.00** |
|---|---|---|---|

**Caitlin French**
**101 Windstone Drive**
**Portsmouth, RI 02871**

Date(s) debt was incurred  12/19/2019

Last 4 digits of account number  98C1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.411** | Nonpriority creditor's name and mailing address

**Caitlin Jones**

Date(s) debt was incurred  **6/6/2017**

Last 4 digits of account number  **B9B1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.412** | Nonpriority creditor's name and mailing address

**Caitlin Mullin**
**3835 9th Street North**
**103e**
**Arlington, VA 22203**

Date(s) debt was incurred  **1/1/2018**

Last 4 digits of account number  **B10C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.413** | Nonpriority creditor's name and mailing address

**Caitlin Welsh**
**1930 New Hampshire Avenue NW**
**Apt 11**
**Washington, DC 20009**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **AE40**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.414** | Nonpriority creditor's name and mailing address

**Caleb Cade**
**1001 Wilson Blvd,**
**Apt 506**
**Arlington, VA 22209**

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number  **9265**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.415** | Nonpriority creditor's name and mailing address

**Caleb Graff**
**134 F St SE**
**Washington, DC 20003**

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **E010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.416** | Nonpriority creditor's name and mailing address

**Calli Seigart**
**2808 Hoxie Gorge Rd**
**Marathon, NY 13803**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **5760**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.417** | Nonpriority creditor's name and mailing address

**Cameron Foose**
**1931 18th St SE**
**Washington, DC 20020**

Date(s) debt was incurred  **4/22/2017**

Last 4 digits of account number  **795B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.418**

Nonpriority creditor's name and mailing address
**Cameron McKee**
**1240 Hillside Ave**
**Norfolk, VA 23503**

Date(s) debt was incurred  **2/13/2020**

Last 4 digits of account number  **B550**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.419**

Nonpriority creditor's name and mailing address
**Campbell Palmer**
**6245 Cheryl Dr**
**Falls Church, VA 22044**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **8E59**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.420**

Nonpriority creditor's name and mailing address
**Campbell Palmer**
**6245 Cheryl Dr**
**Falls Church, VA 22044**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **2590**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.421**

Nonpriority creditor's name and mailing address
**Caoimhe O'Sullivan Roche**
**690 Prospect Place**
**2L**
**Brooklyn, NY 11216**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **EE87**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.422**

Nonpriority creditor's name and mailing address
**Caol Ross**
**3612 Quesada Street NW**
**Washington, DC 20015**

Date(s) debt was incurred  **4/28/2017**

Last 4 digits of account number  **CF0C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.423**

Nonpriority creditor's name and mailing address
**Cara Hedgepeth**
**3577 Warder Street NW**
**Apt. #301**
**Washington, DC 20001**

Date(s) debt was incurred  **8/15/2019**

Last 4 digits of account number  **D142**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.424**

Nonpriority creditor's name and mailing address
**Cara Manket**
**1933 Lamont St NW**
**Washington, DC 20010**

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **A2FD**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Cara Manket**
**1933 Lamont Street NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number  8192

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Cara McDonough**
**47 High Lane**
**Hamden, CT 06517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/2019

Last 4 digits of account number  93DE

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Carla O'Connor**
**12533 Pine Valley Club Drive**
**CHARLOTTE, NC 28277-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2019

Last 4 digits of account number  C0B4

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Carley Ruff**
**4519 Georgia Ave NE**
**#5**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2019

Last 4 digits of account number  FE1B

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Carli Halper**
**57 Hansom Road**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/6/2017

Last 4 digits of account number  B8AD

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Carlie  Fisherow**
**1608 Lawrence St. NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2016

Last 4 digits of account number  6339

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Carlin Baker**
**1410 N Scott St**
**Apt 961**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2017

Last 4 digits of account number  AF27

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Carlos Ulloa**
4120 Kiaora St.
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/12/2018__

Last 4 digits of account number __E225__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Carlton Bourne**
282 Murtha St
Alexandria, VA 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/15/2017__

Last 4 digits of account number __1F4E__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Carlton Bourne**
282 Murtha St
Alexandria, VA 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/15/2017__

Last 4 digits of account number __A19B__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Carly Whiteside**
700 7th Street, SW, Apt. 319
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/24/2017__

Last 4 digits of account number __25B0__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Carmel Steindam**
6930 Chestnut Avenue
Falls Church, VA 22042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/23/2018__

Last 4 digits of account number __845A__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Carol Conrad**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/26/2018__

Last 4 digits of account number __82B7__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**Carol Cristiani**
4425 Xerxes Avenue South
Minneapolis, MN 55410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/27/2018__

Last 4 digits of account number __B4A1__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Carol Danko**
**1616 16th Street NW**
**#107**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2017**

**Basis for the claim:** _

Last 4 digits of account number  **081D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Carol Dickson**
**101 W Beach Place**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

**Basis for the claim:** _

Last 4 digits of account number  **D697**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Carol Hauke**
**236 Depot Rd**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2019**

**Basis for the claim:** _

Last 4 digits of account number  **152A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Carol Hughes**
**74-2 Jockey Hollow Road**
**Bernardsville, NJ 07924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2017**

**Basis for the claim:** _

Last 4 digits of account number  **D422**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Carol Kaleta**
**732 Courtland Ave**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/2020**

**Basis for the claim:** _

Last 4 digits of account number  **81A8**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Carol Kimmitt**
**1706 Forest Lane**
**McLean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **332E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Carol Kooistra**
**240 Meagan Lane**
**Campobello, SC 29322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2018**

**Basis for the claim:** _

Last 4 digits of account number  **255B**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

Carol Marshall
25 Walker Way
Plymouth, MA 02360

Date(s) debt was incurred __3/5/2020__

Last 4 digits of account number __2793__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

Carol Moore
11212 Old Post Rd.
Potomac, MD 20854

Date(s) debt was incurred __12/14/2017__

Last 4 digits of account number __4D28__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

Carol Petruzzi
135 Goldfinch Terrace
Hackettstown, NJ 07840

Date(s) debt was incurred __12/18/2017__

Last 4 digits of account number __A983__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

CAROL RHEES
5801 Searl Terrace
Bethesda, MD 20816

Date(s) debt was incurred __12/24/2019__

Last 4 digits of account number __D526__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

CAROL WALTERS
2955 MORROW LANE
MILFORD, MI 48381-3396

Date(s) debt was incurred __11/4/2019__

Last 4 digits of account number __2A07__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

Carole Burk
10150 Hampton Rd
Fairfax Station, VA 22039

Date(s) debt was incurred __12/17/2017__

Last 4 digits of account number __074C__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

Carolina Wotherspoon
3641 Bangor St. SE
Washington, DC 20020

Date(s) debt was incurred __12/24/2016__

Last 4 digits of account number __24E2__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Caroline Cherston**
**65 E 96 Street**
**8A**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/23/2018

Basis for the claim: _

Last 4 digits of account number  02CC

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Caroline Diemer**
**PO Box 29651**
**Henrico, VA 23242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/20/2018

Basis for the claim: _

Last 4 digits of account number  AE83

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Caroline Greenwood**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2019

Basis for the claim: _

Last 4 digits of account number  FC49

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Caroline Larsson**
**2550 17th Street NW**
**Unit 507**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/13/2019

Basis for the claim: _

Last 4 digits of account number  8F23

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Caroline Reynolds**
**7220 ANDERSON ST**
**ALEXANDER, AR 72002-2878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2019

Basis for the claim: _

Last 4 digits of account number  D9F0

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**Caroline Trotter**
**925 cleveland street**
**unit 267**
**greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2016

Basis for the claim: _

Last 4 digits of account number  29AF

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Carolyn Hession**
**27 Corn Hill Drive**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/24/2019

Basis for the claim: _

Last 4 digits of account number  DE9A

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Carolyn Anderson**
**2633 N Pocomoke Street**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/8/2018

**Basis for the claim:** _

**Last 4 digits of account number** A8C2

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**Carolyn Davidson**
**1010 Massachusetts Ave NW**
**#603**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/16/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3618

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Carolyn DeCourcey**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/4/2018

**Basis for the claim:** _

**Last 4 digits of account number** 01D2

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Carolyn DeCourcey**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/4/2018

**Basis for the claim:** _

**Last 4 digits of account number** 2CF4

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Carolyn Dombrowski**
**2009 N 14th Street**
**#1102**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/14/2019

**Basis for the claim:** _

**Last 4 digits of account number** 8801

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Carolyn Lalos**
**3828 Georgia ave NW, Apt 601**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/10/2018

**Basis for the claim:** _

**Last 4 digits of account number** CB3A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Carolyn Nestle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/16/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3A0F

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Carolyn Quinn**
**17516 Ashton Green Drive**
**Sandy Spring, MD 20860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2019**

Basis for the claim: _

Last 4 digits of account number  **A2CB**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Carolyn Ring**
**200 Black Skimmer Ct.**
**Edgewater, MD 21037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17/2019**

Basis for the claim: _

Last 4 digits of account number  **B2DB**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Carolyn Shaw**
**675 Potomac River Rd**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2017**

Basis for the claim: _

Last 4 digits of account number  **CAEE**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Carolyn Sufrin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2016**

Basis for the claim: _

Last 4 digits of account number  **C149**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Carolyn Swords**
**906 East Capitol St NE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/26/2017**

Basis for the claim: _

Last 4 digits of account number  **253B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Carrie Allen**
**664 gateway drive SE**
**Unit 304**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2017**

Basis for the claim: _

Last 4 digits of account number  **5FC0**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Carrie Boyle**
**12712 Veirs Mill Rd**
**#102**
**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2012**

Basis for the claim: _

Last 4 digits of account number  **0885**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Carrie Traverso**
**242 14th Place NE**
**Washington, DC 20002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   10/20/2019

Basis for the claim:  _

Last 4 digits of account number   DCD9

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Carrie VanDenbergh**
**1000 6th St SW Apt 411**
**Washington, DC 20024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   12/4/2019

Basis for the claim:  _

Last 4 digits of account number   4107

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Carrie Wolfe**
**6220 North 19th Street**
**Arlington, VA 22205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   12/20/2018

Basis for the claim:  _

Last 4 digits of account number   E251

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Cary Poropatich**
**5710 springfield drive**
**bethesda, MD 20816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   6/25/2020

Basis for the claim:  _

Last 4 digits of account number   D6F4

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Caryn Mazzie**
**1491 Chestnut St.**
**San Francisco, CA 94123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   2/11/2019

Basis for the claim:  _

Last 4 digits of account number   4361

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Caryn Spangler**
**104 S Columbia Ave**
**Bexley, OH 43209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   12/16/2017

Basis for the claim:  _

Last 4 digits of account number   9EA1

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Casey Aboulafia**
**3415 Lowell St NW**
**Washington, DC 20016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred   8/24/2016

Basis for the claim:  _

Last 4 digits of account number   D4C2

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Casey Cutting**
**137 Gaffney Road**
**South Dartmouth, MA 02748**

Date(s) debt was incurred  11/2/2017

Last 4 digits of account number  170D

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Casey Cutting**
**137 Gaffney Road**
**South Dartmouth, MA 02748**

Date(s) debt was incurred  11/2/2017

Last 4 digits of account number  FA56

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Casey Robinson**
**3711 S. 14th St.**
**Arlington, VA 22204**

Date(s) debt was incurred  12/30/2016

Last 4 digits of account number  7457

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Casey Storme**
**1706 T Street NW**
**Apt 301**
**Washington, DC 20009**

Date(s) debt was incurred  7/23/2016

Last 4 digits of account number  675F

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Cassandra Mateja**
**3612 Vintage Place**
**Dallas, TX 75214**

Date(s) debt was incurred  6/2/2020

Last 4 digits of account number  825F

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Cassie Cunningham**
**5337 Juniper Dr**
**Roeland Park, KS 66205**

Date(s) debt was incurred  2/10/2020

Last 4 digits of account number  0A88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|---|

**Cat Ward**
**105 Duane Street**
**Apt 21G**
**New York, NY 10007**

Date(s) debt was incurred  9/12/2017

Last 4 digits of account number  6F59

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|--------|--------------------|------------------------|
| | Name | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Catherine Brandon**
762 Park Rd. NW
Apt. 5
Washington, DC 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2019**

Basis for the claim: _

Last 4 digits of account number  **53EE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Catherine  Steinhoff**
55 Forest Street
Manchester, MA 01944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/26/2019**

Basis for the claim: _

Last 4 digits of account number  **EB54**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Catherine Bakos**
6147 North Country Road
Wading River, NY 11792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018**

Basis for the claim: _

Last 4 digits of account number  **E24F**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Catherine Burke**
193 President Street, apt 3
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2018**

Basis for the claim: _

Last 4 digits of account number  **A2C5**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Catherine Germani**
1013 Firethorn Lane
Newark, DE 19713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2017**

Basis for the claim: _

Last 4 digits of account number  **7096**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Catherine Giff**
75 TAHMORE CT
Fairfield, CT 06825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2018**

Basis for the claim: _

Last 4 digits of account number  **90C6**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Catherine McLean**
5102 Yuma Place NW
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2017**

Basis for the claim: _

Last 4 digits of account number  **51E7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Catherine McLean**
**5102 Yuma Place NW**
**Washington, DC 20016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _12/10/2017_

**Basis for the claim:** _

**Last 4 digits of account number** _3F1B_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Catherine McLean**
**5102 Yuma Place NW**
**Washington, DC 20016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _12/10/2017_

**Basis for the claim:** _

**Last 4 digits of account number** _F73E_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Catherine Miller**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _10/13/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _0BDA_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Catherine Mootz**
**3669 Peachtree Road NE**
**Unit 3B**
**Atlanta, GA 30319**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _1/26/2019_

**Basis for the claim:** _

**Last 4 digits of account number** _17BD_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Catherine Murphy**
**10 Jay Drive**
**Randolph, NJ 07869**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _12/19/2017_

**Basis for the claim:** _

**Last 4 digits of account number** _7D37_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Catherine Parker**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _12/18/2017_

**Basis for the claim:** _

**Last 4 digits of account number** _EFB3_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Catherine Rocco**
**1165 76th Street**
**Brooklyn, NY 11228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _12/18/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _D02B_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Catherine Shumaker**
**405 Holtz Ln**
**Cary, NC 27511**

Date(s) debt was incurred   12/21/2019

Last 4 digits of account number   2478

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Catherine Stone**
**4313 Clearbrook Lane**
**Kensington, MD 20895**

Date(s) debt was incurred   3/2/2018

Last 4 digits of account number   DB33

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Cathi Sitzman**
**5105 Connecticut Avenue, NW**
**Unit 4**
**Washington, DC 20008**

Date(s) debt was incurred   4/28/2018

Last 4 digits of account number   F2BB

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Cathy Burgess**
**3728 Alton Pl NW**
**Washington, DC 20016**

Date(s) debt was incurred   12/19/2018

Last 4 digits of account number   4DCD

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Cathy Mock**
**14420 SW Rochester Dr.**
**Beaverton, OR 97008**

Date(s) debt was incurred   4/19/2019

Last 4 digits of account number   7846

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Catie Morrissette**
**11 Laurel Hill Rd**
**Unit H**
**Greenbelt, MD 20770**

Date(s) debt was incurred   5/12/2020

Last 4 digits of account number   8851

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Cecilia Garcia**

Date(s) debt was incurred   12/11/2017

Last 4 digits of account number   D9D3

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Celeste Rodrigo**
**2200 17th St NW**
**Unit 202**
**Washington   20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2018**

**Basis for the claim:** _

Last 4 digits of account number  **4061**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Chandler McCann**
**4429 9th St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2017**

**Basis for the claim:** _

Last 4 digits of account number  **6C6A**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Charla Trusheim**
**26 Carlton Dr**
**Acton, MA 01720-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22/2019**

**Basis for the claim:** _

Last 4 digits of account number  **601F**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Charlene Viola**
**2862 Pacific Coast Highway**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/2019**

**Basis for the claim:** _

Last 4 digits of account number  **D9CF**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Charles  Becker**
**3901 Ivydale Drive**
**ANNANDALE, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **D421**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Charles Crawford-Silva**
**10909 Cripplegate Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **BAB9**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**CHARLES DAVIS**
**6115 Westbrook Drive**
**New Carrollton, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2016**

**Basis for the claim:** _

Last 4 digits of account number  **B8FB**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Charles LeFebure**
**5122 Swift Court**
**Fairfax, VA 22032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2016
Last 4 digits of account number  ED6A

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Charles Posner**
**7301 Brennon Ln.**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15/2019
Last 4 digits of account number  A4A4

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Charles Stallings**
**2016 Gough St**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/2019
Last 4 digits of account number  7393

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Charlie Townshend**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2020
Last 4 digits of account number  6919

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Charlotte Booncharoen**
**10310 Lloyd Rd**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/17/2017
Last 4 digits of account number  7145

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Charlotte Callaway**
**41922 Pacific Grove Way**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2018
Last 4 digits of account number  372F

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Charlotte Cronin**
**8390 E Via de Ventura**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/2019
Last 4 digits of account number  CCB5

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Charlotte Echols**
**2031 Commonwealth Ave**
**apt 14**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2019**

**Basis for the claim:** _

Last 4 digits of account number  **5A93**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Charlotte Gjerloev**
**1059 Carbondale Way**
**Gambrills, MD 21054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2019**

**Basis for the claim:** _

Last 4 digits of account number  **394E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Charlotte Higgins**
**3104 Black Chestnut Lane**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/21/2019**

**Basis for the claim:** _

Last 4 digits of account number  **4991**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Charlotte Higgins**
**3104 Black Chestnut Lane**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/9/2018**

**Basis for the claim:** _

Last 4 digits of account number  **2D4D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Charlotte LeGates**
**5028 Massachusetts Ave. NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/7/2020**

**Basis for the claim:** _

Last 4 digits of account number  **4DB1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Chelsea Friauf-Evans**
**9011 Miles Street**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2018**

**Basis for the claim:** _

Last 4 digits of account number  **96FF**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Chelsea Raab**
**1467 Swann Street NW**
**Unit 3**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2019**

**Basis for the claim:** _

Last 4 digits of account number  **E4D8**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Chelsea Tufarolo**
**1117 10th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2020

Basis for the claim: _

Last 4 digits of account number  9B48

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Cheri Moran**
**4390 Lorcom Lane**
**#309**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2016

Basis for the claim: _

Last 4 digits of account number  1CA4

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Cherie Harder**
**704 Catts Tavern Drive**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/18/2018

Basis for the claim: _

Last 4 digits of account number  7AB0

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Cheryl Weiner**
**4248 50th S NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2017

Basis for the claim: _

Last 4 digits of account number  AEBA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Cheryl Weiner**
**4248 50th S NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2019

Basis for the claim: _

Last 4 digits of account number  10DC

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Cheryl Weiner**
**4248 50th S NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019

Basis for the claim: _

Last 4 digits of account number  9256

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Cheryl Weiner**
**4248 50th S NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2019

Basis for the claim: _

Last 4 digits of account number  4CC4

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Cheryl Zimmer**
**19 9th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  __4/3/2018__

Last 4 digits of account number  __31E0__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Chiraag Bains**
**522 6th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  __12/23/2015__

Last 4 digits of account number  __3265__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Chris Alexander**
**1200 N Street NW Apt 408**
**Washington, DC 20005**

Date(s) debt was incurred  __12/23/2018__

Last 4 digits of account number  __E064__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Chris Bolger**
**4545 MacArthur Blvd**
**Apt 202**
**Washington, DC 20007**

Date(s) debt was incurred  __12/21/2017__

Last 4 digits of account number  __9100__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Chris Butrico**
**1706 Wickford Rd**
**South Plainfield, NJ 07080**

Date(s) debt was incurred  __1/20/2020__

Last 4 digits of account number  __1772__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Chris Cherkis**
**1200 G Street NW**
**Suite 1100**
**Washington, DC 20005**

Date(s) debt was incurred  __11/26/2019__

Last 4 digits of account number  __6DB2__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Chris Clifford**
**6836 Lemon Road**
**Mc Lean, VA 22101**

Date(s) debt was incurred  __7/30/2015__

Last 4 digits of account number  __0732__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Chris Coffin**
**23 Knights Bridge Way**
**Landenberg, PA 19350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2017**

Basis for the claim: _

Last 4 digits of account number  **9768**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Chris Collier**
**61 Seaton PL NW**
**Apt 1**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2016**

Basis for the claim: _

Last 4 digits of account number  **965B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Chris Filstrup**
**15 Eastbourne Crescent**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2018**

Basis for the claim: _

Last 4 digits of account number  **E5FD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Chris Hueston**
**22 Winding Way**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2019**

Basis for the claim: _

Last 4 digits of account number  **0390**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Chris Norman**
**1550 7th Street NW**
**#833**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2017**

Basis for the claim: _

Last 4 digits of account number  **D613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Chris Serrano**
**10804 Blakpowder Ct**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2019**

Basis for the claim: _

Last 4 digits of account number  **ED99**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Chris Swift**
**18697 Middletown Rd**
**Parkton, MD 21120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2019**

Basis for the claim: _

Last 4 digits of account number  **4773**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00**

**Chris Tanski**
**2121 N Westmoreland**
**APT 226**
**Arlington, VA 22213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2019**

**Basis for the claim:** _

Last 4 digits of account number  **7EC5**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

**Chris Walker**
**622 hemlock rd**
**coraopolis, PW 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

**Basis for the claim:** _

Last 4 digits of account number  **AC5A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00**

**Christel Gesterling**
**13912 Little Tree Ct**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/28/2016**

**Basis for the claim:** _

Last 4 digits of account number  **AA0B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

**Christi Jefferds**
**720 Kent Circle**
**Florence, KY 41042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/23/2017**

**Basis for the claim:** _

Last 4 digits of account number  **68A7**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00**

**Christian K. Patterson**
**2712 Pelham ave**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2019**

**Basis for the claim:** _

Last 4 digits of account number  **947A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00**

**Christie Byers**
**504 Albany Ave**
**Takoma Park, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/7/2019**

**Basis for the claim:** _

Last 4 digits of account number  **A097**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00**

**Christina Berger**
**9987 E Fanfol Drive**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/2017**

**Basis for the claim:** _

Last 4 digits of account number  **DB72**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Christina Byers**
**8102 Halton Road**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/2019**

**Basis for the claim:** _

Last 4 digits of account number  **25F3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Christina Del Tatto**
**415 L St NW**
**Apt 1248**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2018**

**Basis for the claim:** _

Last 4 digits of account number  **3E52**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Christina Engh**
**2612 S Troy St**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2020**

**Basis for the claim:** _

Last 4 digits of account number  **896B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Christina Grimaldi**
**3 Kim Ln**
**Poughkeepsie, NY 12601-6414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2019**

**Basis for the claim:** _

Last 4 digits of account number  **91F2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Christina Kissel**
**324 9th Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2020**

**Basis for the claim:** _

Last 4 digits of account number  **1EB9**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Christina Prevalsky**
**1106 16th St S**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2018**

**Basis for the claim:** _

Last 4 digits of account number  **B827**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**CHRISTINA S GARCIA**
**3285 1/2 M st NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2017**

**Basis for the claim:** _

Last 4 digits of account number  **A1EC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Christina Sorley**
**Van Ness**
**Washington, DC 20008**

Date(s) debt was incurred  **3/19/2017**

Last 4 digits of account number  **B509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Christina Torres-Kottman**
**14545 Nina Court**
**Waterford, VA 20197**

Date(s) debt was incurred  **12/9/2016**

Last 4 digits of account number  **DF44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**CHRISTINE CARMAN**
**225 ORCHARD ST**
**CRANFORD, NJ 07016**

Date(s) debt was incurred  **2/10/2020**

Last 4 digits of account number  **3BB7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Christine Coscia**

Date(s) debt was incurred  **1/26/2018**

Last 4 digits of account number  **9E7A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Christine Crawford**
**18 Fairhaven Road**
**Nashual, NH 03060**

Date(s) debt was incurred  **8/29/2017**

Last 4 digits of account number  **60E5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Christine Cunningham**
**30 Waterside Plaza**
**Apt 8J**
**New York, NY 10010**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **91F9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Christine Hodges**
**310 KENWOOD CT**
**WALKERSVILLE, MD 21793**

Date(s) debt was incurred  **11/14/2019**

Last 4 digits of account number  **20B5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.572** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Christine McKissack**
**113 Blue Bird Cove**
**White Hall, AR 71602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2018**

**Basis for the claim:** _

Last 4 digits of account number  **4926**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Christine Murphy**
**4620 N Park Ave**
**CHEVY CHASE, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

**Basis for the claim:** _

Last 4 digits of account number  **C5A5**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Christine Ramirez**
**5944 Avon Drive**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **00CA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Christine Ryu**
**732 Girard Street NW #1**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2017**

**Basis for the claim:** _

Last 4 digits of account number  **0098**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Christine Steinberg**
**7 Viking Terrace**
**Flemington, NJ 08822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2018**

**Basis for the claim:** _

Last 4 digits of account number  **56C3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Christine Sutkowski**
**22 East Madison Street**
**Apt 14**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2020**

**Basis for the claim:** _

Last 4 digits of account number  **B27C**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Christopher Anzidei**
**5020 Park Place**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/2017**

**Basis for the claim:** _

Last 4 digits of account number  **E512**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Christopher Barrett**
**1213 S Street, NW**
**Washington, DC 20009**

Date(s) debt was incurred  **3/30/2019**

Last 4 digits of account number  **F38C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Christopher Coyne**
**1330 New Hampshire Ave NW**
**Apt 822**
**Washington, DC 20036**

Date(s) debt was incurred  **6/13/2019**

Last 4 digits of account number  **E59C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Christopher Grunewald**
**4101 Stanford street**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **10/16/2019**

Last 4 digits of account number  **748F**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**Christopher Hughes**
**808 Charles James Circle**
**Ellicott city, MD 21043**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **1B63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00** |
|---|---|---|---|

**Christopher Janiak**
**1111 Lac De Ville Blvd Apt 306**
**Rochester, NY 14618**

Date(s) debt was incurred  **12/5/2018**

Last 4 digits of account number  **2976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Christopher Kiefer**
**7313 Pine Dr.**
**Arlington, VA 22203**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **7429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Christopher Lo Sapio**
**5711 Cheshire Drive**
**Bethesda, MD 20814**

Date(s) debt was incurred  **4/6/2019**

Last 4 digits of account number  **FB7D**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Christopher Lyon**
**17 Seaton Place NE**
**Washington, DC 20002**

Date(s) debt was incurred __12/26/2017__

Last 4 digits of account number __1242__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Christopher Mallard**
**3051 Idaho Ave., NW**
**Apt. 409**
**Washington, DC 20016**

Date(s) debt was incurred __11/9/2017__

Last 4 digits of account number __C3CF__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Christopher Mugford**
**4001 9th St N**
**Apt 806**
**Arlington, VA 22203**

Date(s) debt was incurred __12/3/2016__

Last 4 digits of account number __E752__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**Christopher Munsey**
**4223 Glenwood Ave**
**Los Angeles, CA 90065**

Date(s) debt was incurred __12/26/2016__

Last 4 digits of account number __6C54__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Christopher Rung**
**929 O St NW**
**Apt 3**
**Washington, DC 20001**

Date(s) debt was incurred __3/30/2020__

Last 4 digits of account number __982D__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Christopher Saunders**

Date(s) debt was incurred __3/30/2018__

Last 4 digits of account number __45F4__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Christopher Spiro**
**3256 Van Hazen St NW**
**Washington, DC 20015**

Date(s) debt was incurred __12/18/2017__

Last 4 digits of account number __EC39__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Christopher Wheldon**
**2601 Woodley PL NW Apt 1101**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/10/2017**

**Basis for the claim: _**

**Last 4 digits of account number  B983**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Christopher Womack**
**3115 7th st N**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/21/2017**

**Basis for the claim: _**

**Last 4 digits of account number  C711**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Christopher Womack**
**3115 7th st N**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/24/2017**

**Basis for the claim: _**

**Last 4 digits of account number  E92C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Christyne Neff**
**502 Greenbrier Dr**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/18/2020**

**Basis for the claim: _**

**Last 4 digits of account number  2085**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Churek Medill**
**4002 Carson Pl**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/24/2017**

**Basis for the claim: _**

**Last 4 digits of account number  D86D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Cindy Hamady**
**P.O. Box 5676**
**Charlottesville, VA 22905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/7/2017**

**Basis for the claim: _**

**Last 4 digits of account number  58EE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Cindy Kacher**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/31/2016**

**Basis for the claim: _**

**Last 4 digits of account number  9146**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.600**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Cindy Mahon**<br>**38 Sheep Hill Drive**<br>**West Hartford, CT 06117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/5/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  8D17 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.601**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Claire Fitzpatrick**<br>**847 Pat Lane**<br>**Arnold, MD 21012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/7/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  B540 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.602**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| **Claire Lerner** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/1/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  9478 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.603**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Claire Lonegan**<br>**145 Hudson Ave**<br>**Red Bank, NJ 07701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/29/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  A025 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.604**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Claire Treanor**<br>**1190 South River Landing Road**<br>**Edgewater, MD 21037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/16/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  2CB3 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.605**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Clarence Burke**<br>**1451 Belmont St NW**<br>**#102**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/23/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  9EEF | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.606**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Clark Johnson**<br>**1022 Lamont St., NW**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/12/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  AC88 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.607**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|
| Claudia James | ☐ Contingent | |
| 3167 19th Street North | ☐ Unliquidated | |
| Arlington, VA 22201 | ☐ Disputed | |
| **Date(s) debt was incurred** 6/16/2018 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 07A9 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.608**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|
| Claudia Parker | ☐ Contingent | |
| 5106 52nd Street, NW | ☐ Unliquidated | |
| Washington, DC 20016 | ☐ Disputed | |
| **Date(s) debt was incurred** 12/13/2018 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 808F | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.609**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|
| Clayton Walker | ☐ Contingent | |
| 1329 Stillwater Dr | ☐ Unliquidated | |
| Mandeville, LA 70471 | ☐ Disputed | |
| **Date(s) debt was incurred** 12/24/2019 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 2701 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.610**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|
| Clinton Oxford | ☐ Contingent | |
| 2853 Ontario Rd NW | ☐ Unliquidated | |
| #421 | ☐ Disputed | |
| Washington, DC 20009 | | |
| **Date(s) debt was incurred** 2/14/2020 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 3294 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.611**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|
| Colbert Tew | ☐ Contingent | |
| 1610 1/2 Q St. NW | ☐ Unliquidated | |
| WASHINGTON, DC 20009-3808 | ☐ Disputed | |
| **Date(s) debt was incurred** 8/22/2018 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 6390 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.612**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|
| Colby Sheffer | ☐ Contingent | |
| 321 Elm Street NW | ☐ Unliquidated | |
| Washington, DC 20001 | ☐ Disputed | |
| **Date(s) debt was incurred** 9/21/2014 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 2685 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.613**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|
| Colette Hudson | ☐ Contingent | |
| po box 727 | ☐ Unliquidated | |
| kilmarnock, VA 22482 | ☐ Disputed | |
| **Date(s) debt was incurred** 12/15/2018 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 78E1 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.614** | Nonpriority creditor's name and mailing address

**Colleen Garrehy**
573 Metropolitan Ave.
APT#. 3B
Brooklyn, NY 11211

Date(s) debt was incurred  **8/23/2016**

Last 4 digits of account number  **6FC0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.615** | Nonpriority creditor's name and mailing address

**Colleen Hussey**
1815 17th Street NW
Apt. 102
Washington, DC 20009

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **9B09**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.616** | Nonpriority creditor's name and mailing address

**Colleen Kelly**
1158 W Cadence Court
Kamas, UT 84036

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **6CA7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.617** | Nonpriority creditor's name and mailing address

**Colleen Korp**
1045 N Utah St
Apt #607
Arlington, VA 22201

Date(s) debt was incurred  **7/8/2019**

Last 4 digits of account number  **9224**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.618** | Nonpriority creditor's name and mailing address

**Colleen Sideropoulos**
51 Anderson Farm Lane
Hanover, MA 02339

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **621D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.619** | Nonpriority creditor's name and mailing address

**Collin Finnerty**
111 3rd Ave
New York, NY 10003

Date(s) debt was incurred  **6/28/2016**

Last 4 digits of account number  **E52C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.620** | Nonpriority creditor's name and mailing address

**Connie Angle**
70 Windsor Lane
Atoka, TN 38004

Date(s) debt was incurred  **5/15/2019**

Last 4 digits of account number  **3C2B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **Connor Smith** | ☐ Contingent | |
| | **N63W23309 Main St** | ☐ Unliquidated | |
| | **Apt 208** | ☐ Disputed | |
| | **Sussex, WI 53089** | | |
| | Date(s) debt was incurred  1/4/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  B168 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Constance Neary** | ☐ Contingent | |
| | **3509 Thornapple St.** | ☐ Unliquidated | |
| | **Chevy Chase, MD 20815** | ☐ Disputed | |
| | Date(s) debt was incurred  12/1/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  7589 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Conway Yao** | ☐ Contingent | |
| | **11 Adams Drive** | ☐ Unliquidated | |
| | **Belle Meade, NJ 08502** | ☐ Disputed | |
| | Date(s) debt was incurred  12/11/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  11B2 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Corey Berg** | ☐ Contingent | |
| | **151 N Michigan Avenue** | ☐ Unliquidated | |
| | **Chicago, IL 60601** | ☐ Disputed | |
| | Date(s) debt was incurred  12/20/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  F62C | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **Corey Maymon** | ☐ Contingent | |
| | **8 Marina Dr** | ☐ Unliquidated | |
| | **Newnan, GA 30263** | ☐ Disputed | |
| | Date(s) debt was incurred  12/29/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  8CF6 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Corry Juedeman** | ☐ Contingent | |
| | **1050 N Stuart St** | ☐ Unliquidated | |
| | **#304** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | Date(s) debt was incurred  12/16/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  F6E9 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Cory Foley** | ☐ Contingent | |
| | **617 Portledge Dr** | ☐ Unliquidated | |
| | **Bryn Mawr, PA 19010** | ☐ Disputed | |
| | Date(s) debt was incurred  12/9/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3173 | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.628**

**Nonpriority creditor's name and mailing address**

**Courtney Ambrose**
**185 Canal St**
**Unit 1077**
**Shelton, CT 06484**

Date(s) debt was incurred  12/18/2016

Last 4 digits of account number  F553

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.629**

**Nonpriority creditor's name and mailing address**

**Courtney Federico**
**1712 16th St. NW**
**Apt. 101**
**Washington, DC 20009**

Date(s) debt was incurred  4/21/2017

Last 4 digits of account number  7F0F

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.630**

**Nonpriority creditor's name and mailing address**

**Courtney Framm**
**2020 12th St NW**
**Washington, DC 20009**

Date(s) debt was incurred  12/27/2018

Last 4 digits of account number  AAEA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.631**

**Nonpriority creditor's name and mailing address**

**Courtney Gordon**
**1234 Harmony Lane**
**Deridder, LA 70634**

Date(s) debt was incurred  12/12/2019

Last 4 digits of account number  2E4E

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.632**

**Nonpriority creditor's name and mailing address**

**Courtney Griffith**
**1201 N. Garfield st.**
**APT 611**
**arlington, VA 22201**

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number  9DA8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.633**

**Nonpriority creditor's name and mailing address**

**Courtney Krakowski**
**1009 Independence Ave SE**
**Washington, DC 20003**

Date(s) debt was incurred  6/19/2019

Last 4 digits of account number  6A36

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.634**

**Nonpriority creditor's name and mailing address**

**Courtney Kwiatkowski**
**1741 N. Troy St. Apt. 429**
**Arlington, VA 22201**

Date(s) debt was incurred  9/5/2019

Last 4 digits of account number  2066

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Courtney Walsh**

Date(s) debt was incurred  **7/14/2016**

Last 4 digits of account number  **E1AE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Courtney Weiner**
**1301 M St., NW, Apt. 506**
**Washington, DC 20005**

Date(s) debt was incurred  **11/19/2018**

Last 4 digits of account number  **6974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Craig Torres**
**6815 Felix Street**
**McLean, VA 22101**

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **2DA7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Cros Saint**
**1865 River Forest rd**
**atlanta, GA 30327**

Date(s) debt was incurred  **5/7/2018**

Last 4 digits of account number  **65E1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Crystal Bridgeman**
**215 12th St NE**
**Apt 2**
**Washington, DC 20002**

Date(s) debt was incurred  **11/3/2016**

Last 4 digits of account number  **8E57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Crystal Talley**
**259 Beacon Street**
**Boston, MA 02116**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **39F7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Curt Bailey**

Date(s) debt was incurred  **8/30/2016**

Last 4 digits of account number  **C014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.642**

**Nonpriority creditor's name and mailing address**

**Curtis Hine**
**230 W Lanvale St**
**Baltimore, MD 21217**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  6686

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$85.00

---

**3.643**

**Nonpriority creditor's name and mailing address**

**Cynthia Morton**
**4609 Overbrook Road**
**Bethesda, MD 20816**

Date(s) debt was incurred  12/15/2018

Last 4 digits of account number  FC12

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

**3.644**

**Nonpriority creditor's name and mailing address**

**Cynthia Starke**
**4795 NW Kiwanda Dr**
**Portland, OR 97229**

Date(s) debt was incurred  1/10/2019

Last 4 digits of account number  DC59

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.645**

**Nonpriority creditor's name and mailing address**

**Cynthia Stuenkel**
**6376 Castejon Drive**
**La Jolla, CA 92037**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  089C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.646**

**Nonpriority creditor's name and mailing address**

**D Couch**

Date(s) debt was incurred  7/3/2016

Last 4 digits of account number  ABBA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$85.00

---

**3.647**

**Nonpriority creditor's name and mailing address**

**Dahlia Rockowitz**
**1708 Kilbourne Pl NW**
**Washington, DC 20010**

Date(s) debt was incurred  6/18/2019

Last 4 digits of account number  A395

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$190.00

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Daison Thomas**
**2106 Gunnell Farms Drive**
**Vienna, VA 22181**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number  CF18

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.649** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Daisy Cushner**
**1348 Newton St NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **1F1A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Dale Rife**
**14 Torrance Court**
**Kensington, MD 20895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/6/2020**

**Basis for the claim:** _

Last 4 digits of account number  **AE0D**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Dale Rife**
**14 Torrance Court**
**Kensington, MD 20895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2019**

**Basis for the claim:** _

Last 4 digits of account number  **F003**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Dan  Hines**
**181 Millchop Lane**
**Magnolia, DE 19962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2017**

**Basis for the claim:** _

Last 4 digits of account number  **CDB6**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**Dan Boff**
**1903 7th St NW**
**Apt. 41**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2019**

**Basis for the claim:** _

Last 4 digits of account number  **7336**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Dan Finn**
**9705 S Kibourn Ave**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2017**

**Basis for the claim:** _

Last 4 digits of account number  **8801**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**DAN MCGIVNEY**
**1640 16th St., NW**
**Apt 205**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9E80**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Dan Montalbano**
**1920 14th Street NW, Apt 316**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **0175**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Dana Kessler**
**3122 keenly Ives. Ct**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2017**

Last 4 digits of account number  **C3A7**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Dane Shikman**
**1111 25th Street NW #923**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2016**

Last 4 digits of account number  **AF33**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Dania Yousef**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2017**

Last 4 digits of account number  **1BC1**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Danica Tan**
**106 Burgess Mill Ct**
**Locust Grove, VA 22508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2019**

Last 4 digits of account number  **1B28**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Daniel  Moorhead**
**5 Hunt Manor Court**
**Baldwin, MD 21013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/2018**

Last 4 digits of account number  **094C**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Daniel Briggs**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/2018**

Last 4 digits of account number  **FEE8**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**Daniel Bucherer**
1701 East-West Hwy.
Apt. 220
Silver Spring, MD 20910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2018**

Basis for the claim: _

Last 4 digits of account number  **2D60**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Daniel Chernin**
336 Arlington St.
Acton, MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2017**

Basis for the claim: _

Last 4 digits of account number  **A3A2**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Daniel Didio**
1320 North Veitch Street
Apt 1525
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/2019**

Basis for the claim: _

Last 4 digits of account number  **4DCB**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Daniel Glover**
7506 Calais Way
Glen Burnie, MD 21060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

Basis for the claim: _

Last 4 digits of account number  **0A7C**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Daniel Graham**
5508 Brite Drive
Bethesda, MD 20818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/4/2018**

Basis for the claim: _

Last 4 digits of account number  **E82D**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Daniel Hodin**
14232 Platinum Drive
North Potomac, MD 20878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/2018**

Basis for the claim: _

Last 4 digits of account number  **8D34**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Daniel Jacobs**
3090 McNeal Road
Woodbine, MD 21797

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2019**

Basis for the claim: _

Last 4 digits of account number  **8715**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.670** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Daniel Kowalyshyn**
**4977 Battery lane**
**Apt 221**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6386**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Daniel Lee**
**1230 13th Street NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2016**

**Basis for the claim:** _

Last 4 digits of account number  **7F1B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Daniel Rico**
**2231 Ontario Rd NW #01**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **F7BA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**DANIEL SEBASTIAN**
**608 M ST NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2019**

**Basis for the claim:** _

Last 4 digits of account number  **81AD**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**DANIEL SEBASTIAN**
**608 M ST NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

**Basis for the claim:** _

Last 4 digits of account number  **3E95**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Daniela Villacres**
**1831 California Street NW**
**Apt 31**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2019**

**Basis for the claim:** _

Last 4 digits of account number  **6A15**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Danielle  Dyer**
**2725 39th street nw**
**Apt 307**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/10/2014**

**Basis for the claim:** _

Last 4 digits of account number  **2592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.677** | Nonpriority creditor's name and mailing address

**Danielle  Dyer**
2725 39th street nw
Apt 307
Washington, DC 20007

Date(s) debt was incurred  **12/21/2016**

Last 4 digits of account number  **CEA0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.678** | Nonpriority creditor's name and mailing address

**Danielle Berman**
11410 Reston Station Blvd
Apt 356
Reston, VA 20190

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **887D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.679** | Nonpriority creditor's name and mailing address

**Danielle DeBroeck**
1924 8th St NW
Washington, DC 20001-3450

Date(s) debt was incurred  **8/13/2019**

Last 4 digits of account number  **9595**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.680** | Nonpriority creditor's name and mailing address

**Danielle Dromerhauser**
5759 Calvin Way
San Diego, CA 92120

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **C349**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.681** | Nonpriority creditor's name and mailing address

**Danielle Grossman**
3883 Connecticut Ave NW
#310
Washington, DC 20008

Date(s) debt was incurred  **12/15/2020**

Last 4 digits of account number  **C208**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.682** | Nonpriority creditor's name and mailing address

**Danielle Psimas**
1412 A Street SE, Apt 2
Washington, DC 20003

Date(s) debt was incurred  **12/11/2016**

Last 4 digits of account number  **C292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.683** | Nonpriority creditor's name and mailing address

**Danielle Spratling**
3004 button bush lane
laurel, MD 20724

Date(s) debt was incurred  **11/4/2016**

Last 4 digits of account number  **E428**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Danielle Sutton**
**550 14th Rd S Apt 535**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2020**

**Basis for the claim:** _

Last 4 digits of account number  **B768**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Danya Humeida**
**111 Michigan ave nw**
**WASHINGTON, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/2018**

**Basis for the claim:** _

Last 4 digits of account number  **D382**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Darci Benesh McGrath**
**6707 Belmar Ave**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2017**

**Basis for the claim:** _

Last 4 digits of account number  **7DD7**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Darcy Osta**
**4433 Colorado Ave NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2017**

**Basis for the claim:** _

Last 4 digits of account number  **8969**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00**

**Dave Detweiler**
**1600 Landmark Dr**
**Cottage Grove, MD 21798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2017**

**Basis for the claim:** _

Last 4 digits of account number  **5DF5**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Dave Strauss**
**7718 Norsham Lane**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/2019**

**Basis for the claim:** _

Last 4 digits of account number  **136D**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Dave Zabell**
**200 East 74th Street**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2020**

**Basis for the claim:** _

Last 4 digits of account number  **7599**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**David  Croom**
**8720 N Sherman Circle**
**#301**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2018**

**Basis for the claim:** _

Last 4 digits of account number  **FA62**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**David  Smigielski**
**13406 Whaley Court**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/5/2015**

**Basis for the claim:** _

Last 4 digits of account number  **0787**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**David Biesiada**
**11174 Red Fox Run**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/2019**

**Basis for the claim:** _

Last 4 digits of account number  **8922**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**David Bruce**
**3917 Blaine St NE**
**Washington, DC 20019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/14/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5CB1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**David Charles**
**4311 38th Street North**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**David Charles**
**4311 38th Street North**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **A234**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**David Chodak**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2017**

**Basis for the claim:** _

Last 4 digits of account number  **4518**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**David Cochrane**
**2987 District Ave Apt 511**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/2016**

Basis for the claim: _

Last 4 digits of account number  **A91C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**David Crowley**
**1458 Columbia Rd. NW**
**Apt. 511**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2017**

Basis for the claim: _

Last 4 digits of account number  **23B5**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**David Cuddy**
**2015 NE 80TH ST**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2018**

Basis for the claim: _

Last 4 digits of account number  **1823**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**David Curry-Johnson**
**8439 Willow forge rd**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/2019**

Basis for the claim: _

Last 4 digits of account number  **9FA4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**David Cypes**
**14517 Triple Crown Place**
**North Potomac, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2019**

Basis for the claim: _

Last 4 digits of account number  **E1F2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**David Dellosso**
**14 W Beckonvale Cir**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2017**

Basis for the claim: _

Last 4 digits of account number  **451F**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**David Dryer**
**143 Henry Street**
**New York, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2017**

Basis for the claim: _

Last 4 digits of account number  **B155**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**David Francis**
**3542 Warder St NW**
**Unit 102**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/27/2017**

Basis for the claim: _

Last 4 digits of account number  **E33C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**David Gaston**
**343 Gold Street, Apt. 801**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2017**

Basis for the claim: _

Last 4 digits of account number  **C6FC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**David Johnson**
**24 S Weber**
**Suite 300**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2017**

Basis for the claim: _

Last 4 digits of account number  **E738**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**David Kizer**
**7980 Juniper Drive**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2019**

Basis for the claim: _

Last 4 digits of account number  **3C2D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**David Lefty**
**258 Broadway**
**7B**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2016**

Basis for the claim: _

Last 4 digits of account number  **12CF**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**David Loewy**
**7607 Camp Alger Ave**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2019**

Basis for the claim: _

Last 4 digits of account number  **171C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**David Marlatt**
**Tomales Street**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/3/2017**

Basis for the claim: _

Last 4 digits of account number  **1B77**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**David Moran**
**4844 30th Street, N**
**Arlington, VA 22207**

Date(s) debt was incurred  12/22/2016

Last 4 digits of account number  2E5E

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**David Newman**
**2617 Woodley Place, NW**
**Washington, DC 20008**

Date(s) debt was incurred  9/23/2019

Last 4 digits of account number  2D29

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**David Sapin**
**4806 Essex Avenue**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  12/22/2016

Last 4 digits of account number  2F5F

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**David Schwartz**
**4718 9TH ST NW**
**WASHINGTON, DC 20011-4544**

Date(s) debt was incurred  12/5/2018

Last 4 digits of account number  E82B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**David Sherman**
**77 Wentworth Ave**
**Glencoe, IL 60022**

Date(s) debt was incurred  8/30/2017

Last 4 digits of account number  64DD

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.717** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**David Siegal**
**4141 N Henderson Rd**
**Apt 227**
**Arlington, VA 22203**

Date(s) debt was incurred  1/17/2012

Last 4 digits of account number  0678

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**David Thomas**
**1918 Eamons Way**
**Annapolis, MD 21401**

Date(s) debt was incurred  2/11/2017

Last 4 digits of account number  192B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.719** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**David Winston**
**126 Betsy Rawls Drive**
**Middletown, DE 19709**

Date(s) debt was incurred  **6/8/2017**

Last 4 digits of account number  **59F1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**DAVID WOOLLEY**
**1001 Parkview Blvd**
**Colorado Springs, CO 80903**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **A44C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**David Yi**
**1412 Leslie Ave**
**Alexandria, VA 22301**

Date(s) debt was incurred  **12/17/2017**

Last 4 digits of account number  **5EEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**David Zabludowsky**
**600 13th St NW**
**Washington, DC 20005**

Date(s) debt was incurred  **12/6/2019**

Last 4 digits of account number  **66BA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Dawn Audia**
**12113 Blue Flag Way**
**Columbia, MD 21044**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **378D**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Dawn Beaupain**
**10035 Gulf Beach Hwy**
**Unit 405**
**Pensacola, FL 32507**

Date(s) debt was incurred  **9/15/2018**

Last 4 digits of account number  **3192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Dawn Murphy**
**13131 Thornapple Place**
**Oak Hill, VA 20171**

Date(s) debt was incurred  **5/20/2018**

Last 4 digits of account number  **2764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.726**

**Nonpriority creditor's name and mailing address**

**Dawn Perla**
**2421 Berry Thicket Court**
**Waldorf, MD 20603**

Date(s) debt was incurred  __11/27/2019__

Last 4 digits of account number  __1F7E__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.727**

**Nonpriority creditor's name and mailing address**

**Dawn Tatz**
**2532 Clinton St**
**Bellmore, NY 11710**

Date(s) debt was incurred  __12/17/2016__

Last 4 digits of account number  __A255__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.728**

**Nonpriority creditor's name and mailing address**

**Dayna Fellows**
**5927 Conway Road**
**Bethesda, MD 20817**

Date(s) debt was incurred  __7/26/2018__

Last 4 digits of account number  __452E__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.729**

**Nonpriority creditor's name and mailing address**

**Dean Cira**
**5334 32nd Street, NW**
**Washington, DC 20015**

Date(s) debt was incurred  __12/16/2016__

Last 4 digits of account number  __EBD9__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.730**

**Nonpriority creditor's name and mailing address**

**Dean Liou**
**2484 Saybrook Rd**
**University Heights, OH 44118**

Date(s) debt was incurred  __12/12/2019__

Last 4 digits of account number  __B44B__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.731**

**Nonpriority creditor's name and mailing address**

**Deb Rossi**
**2797 1st street**
**#701**
**Fort Myers, FL 33916**

Date(s) debt was incurred  __11/29/2019__

Last 4 digits of account number  __9A3A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.732**

**Nonpriority creditor's name and mailing address**

**Debbie Accame**
**6516 Lone Oak Ct.**
**Bethesda, MD 20817**

Date(s) debt was incurred  __6/22/2018__

Last 4 digits of account number  __DFE7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00**

**Debbie Edelheit**
**28 Omni Ct**
**New City, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2019

**Basis for the claim:** _

Last 4 digits of account number  E544

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190.00**

**Debbie Forrest**
**5106 Randall Lane**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2020

**Basis for the claim:** _

Last 4 digits of account number  2020

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00**

**Debbie Gates**
**4015 LaCrosse Ave**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

**Basis for the claim:** _

Last 4 digits of account number  4F4A

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00**

**Deborah  Diroll**
**3664 River Ridge Way**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/2018

**Basis for the claim:** _

Last 4 digits of account number  019B

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00**

**Deborah  Diroll**
**3664 River Ridge Way**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/2018

**Basis for the claim:** _

Last 4 digits of account number  BF13

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00**

**Deborah  Stewart**
**PO Box 112**
**Constantine, MI 49042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14/2019

**Basis for the claim:** _

Last 4 digits of account number  1C3A

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00**

**Deborah Aloof**
**1016 S Wayne Street**
**Apt. 804**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/23/2017

**Basis for the claim:** _

Last 4 digits of account number  1204

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.740** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Deborah Balsamo**
**116 Orchid Ct**
**Toms River, NJ 08753**

Date(s) debt was incurred  12/9/2016

Last 4 digits of account number  EA4F

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Deborah Quilhot**
**6425 E. 1000 South - 92**
**Roanoke, IN 46783**

Date(s) debt was incurred  12/10/2016

Last 4 digits of account number  6D67

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.742** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Deborah Upton**
**8 Hesperus Circle**
**Gloucester, MA 01930**

Date(s) debt was incurred  11/28/2016

Last 4 digits of account number  EE53

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.743** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Deborah Wells**
**100 Maple Heights Rd**
**Pittsburgh, PA 15232**

Date(s) debt was incurred  12/16/2019

Last 4 digits of account number  0450

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Debra Cahill**
**218 E Mason Ave**
**#1**
**Alexandria, VA 22301**

Date(s) debt was incurred  12/24/2016

Last 4 digits of account number  1AE9

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.745** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Debra Cronin**
**250 E. PEARSON ST.**
**Apt. 1905**
**Chicago, IL 60611-7225**

Date(s) debt was incurred  12/4/2019

Last 4 digits of account number  449B

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Debra Gajer**
**299 Jayne Avenue**
**Oakland, CA 94610**

Date(s) debt was incurred  11/18/2018

Last 4 digits of account number  37DB

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Debra Principi**
**24710 New Post Road**
**St Michaels, MD 21663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2018**

Last 4 digits of account number  **1774**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Deirdre Mcgonagle**
**5117 Grimm Drive**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **E8E9**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Delacey Skinner**
**1010 8TH ST NE, Unit 1**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **3952**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Delia Burnett**
**200 MOTT STREET**
**Apt 23**
**NEW YORK, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **7B4B**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Deneise Conrad**
**19114 Mazattan Way**
**San Antonio, TX 78256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **1072**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Deneka Horalek**
**670 St George Rd**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **A14F**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Denisa Piatti**
**622 Randolph street NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **1045**

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Denise Gallagher**
**153 Stanford Lane**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/22/2017__

Basis for the claim:  _

Last 4 digits of account number  __AE56__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Denise Nguyenphu**
**70 Rhode Island Ave NW**
**Apt 204**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/15/2018__

Basis for the claim:  _

Last 4 digits of account number  __458F__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Denise Nguyenphu**
**70 Rhode Island Ave NW**
**Apt 204**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/15/2018__

Basis for the claim:  _

Last 4 digits of account number  __458F__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Denise Sussman**
**532 N Church Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/16/2016__

Basis for the claim:  _

Last 4 digits of account number  __5872__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Dennis Boyle**
**10 Bassett Lane**
**Newfields, NH 03856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/2/2019__

Basis for the claim:  _

Last 4 digits of account number  __AA5E__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Dennis Cakert**
**300 Massachusetts Ave**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/11/2018__

Basis for the claim:  _

Last 4 digits of account number  __89BA__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Dennis Drinkwater**
**107 Lynnmoor Drive**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/21/2017__

Basis for the claim:  _

Last 4 digits of account number  __DAB1__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.761** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Dennis Fujka**
**400 Saddler Rd**
**Bay Village, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2017**

**Basis for the claim:** _

Last 4 digits of account number  **8343**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Dennis Fujka**
**400 Saddler Rd**
**Bay Village, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2018**

**Basis for the claim:** _

Last 4 digits of account number  **CA7E**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Dennis Ostrovsky**
**11504 Nairn Farmhouse Ct**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2015**

**Basis for the claim:** _

Last 4 digits of account number  **0562**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Derek Jones**
**1063 N Nelson St**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/27/2017**

**Basis for the claim:** _

Last 4 digits of account number  **646E**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Desiree Jewell**
**3385 Traver Drive**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2016**

**Basis for the claim:** _

Last 4 digits of account number  **854E**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00**

**Desmond Swanson**
**2900 Main Line Blvd.**
**Apt. 436**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2016**

**Basis for the claim:** _

Last 4 digits of account number  **CB2D**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**Devin Mulhern**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2016**

**Basis for the claim:** _

Last 4 digits of account number  **C07D**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Diana Chafetz**
9800 Meadow Knoll Ct.
Vienna, VA 22181-3213

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **5911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Diana Jahries**
104 Bobcat Trail
Simpsonville, SC 29681

Date(s) debt was incurred  **10/8/2019**

Last 4 digits of account number  **3F1E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Diana Le**
2621 Harrison Ln.
Beavercreek, OH 45431

Date(s) debt was incurred  **6/11/2017**

Last 4 digits of account number  **25D6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Diana Molina**

new york, NY 11206

Date(s) debt was incurred  **7/15/2016**

Last 4 digits of account number  **FE6B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Diana Murphy**
479 E WESLEY RD NE
ATLANTA, GA 30305

Date(s) debt was incurred  **12/7/2019**

Last 4 digits of account number  **1FF2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Diane  Johnson-Quinn**
12633 Jedburg Lane
Woodbridge, VA 22192

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **7AFD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Diane Diemert**
114 15th Avenue SW
Unit 404
Calgary Alberta, Canada T2R0P5

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **5477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Diane Hall**
913 French Broad Parkway
Marshall, NC 28753

Date(s) debt was incurred  1/13/2020

Last 4 digits of account number  C8BC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Diane Horan**
8 West St
Foxboro, MA 02035

Date(s) debt was incurred  12/5/2019

Last 4 digits of account number  40F2

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Diane Masket**
220B Lee Avenue
Fort Myer, VA 22211

Date(s) debt was incurred  12/25/2017

Last 4 digits of account number  F23D

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Diane Pannullo**
arjay circle
ellicott city, MD 21042

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number  17F6

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Diane Roeing**
1907 N Summit St
Wheaton, IL 60187

Date(s) debt was incurred  5/22/2019

Last 4 digits of account number  EFB1

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Dimitri Deychakiwsky**
226 E 85th St
Apt 3B
New York, NY 10028

Date(s) debt was incurred  12/24/2019

Last 4 digits of account number  54E5

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Dina Booher**
10919 Drumm Avenue
Kensington, MD 20895

Date(s) debt was incurred  12/16/2017

Last 4 digits of account number  0D79

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.782**

**Nonpriority creditor's name and mailing address**

**Dionne Lewis-Jones**
**14014 Heatherstone Dr.**
**Bowie, MD 20720**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **BC61**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.783**

**Nonpriority creditor's name and mailing address**

**Dirk Brazil**
**1418 Redwood Lane**
**Davis, CA 95616**

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **D305**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.784**

**Nonpriority creditor's name and mailing address**

**Dmitri  Levitas**
**1423 Columbia Rd. NW**
**#4**
**Washington, DC 20009**

Date(s) debt was incurred  **2/13/2019**

Last 4 digits of account number  **7602**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.785**

**Nonpriority creditor's name and mailing address**

**Dolores  Flamiano**
**461 Lee Avenue**
**Harrisonburg, VA 22802**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **F589**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.786**

**Nonpriority creditor's name and mailing address**

**Dolores Shea**
**24 Mayapple Dr.**
**Brick, NJ 08724**

Date(s) debt was incurred  **12/4/2017**

Last 4 digits of account number  **F94D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.787**

**Nonpriority creditor's name and mailing address**

**Dominic Maione**
**2550 17th St.**
**#501**
**Washington, DC 20009**

Date(s) debt was incurred  **10/21/2019**

Last 4 digits of account number  **CF95**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.788**

**Nonpriority creditor's name and mailing address**

**Dominique Riffe**
**2600 Rose Mount Ln**
**Bowie, MD 20721**

Date(s) debt was incurred  **3/12/2014**

Last 4 digits of account number  **6076**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$295.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.789** | Nonpriority creditor's name and mailing address

**Donald Crane**
**10717 Independence Ave**
**Los Angeles, CA 91311**

Date(s) debt was incurred  **12/22/2018**

Last 4 digits of account number  **8D2B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.790** | Nonpriority creditor's name and mailing address

**Donald Ferfolia**
**289 Prestwick Drive**
**Broadview Heights, OH 44147**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **8142**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.791** | Nonpriority creditor's name and mailing address

**Donald Judy**
**610 Buckingham St**
**Staunton, VA 24401**

Date(s) debt was incurred  **11/17/2017**

Last 4 digits of account number  **69F1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.792** | Nonpriority creditor's name and mailing address

**Donald Murphy**
**5650 4th Street North**
**Arlington, VA 22205**

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **EE04**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.793** | Nonpriority creditor's name and mailing address

**Donna Berns**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **2EAF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.794** | Nonpriority creditor's name and mailing address

**Donna Cascio**
**496 Felgar Road**
**Somerset, PA 15501**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **E7F2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.795** | Nonpriority creditor's name and mailing address

**Donna Fuqua**
**12200 Plater Road**
**Charlotte Hall, MD 20622**

Date(s) debt was incurred  **11/25/2019**

Last 4 digits of account number  **833F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Donna Hansen**
104 Asbury Ave.
Freehold, NJ 07728

Date(s) debt was incurred  **7/13/2017**

Last 4 digits of account number  **18AB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Donna PANZARELLA**
668 E St NE
washington, DC 20002

Date(s) debt was incurred  **3/4/2019**

Last 4 digits of account number  **6D26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Doreen Campbell**
1319 Corcoran St
#9
Washington, DC 20009

Date(s) debt was incurred  **4/20/2019**

Last 4 digits of account number  **D8A9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Doreen Silver**
9600 koupela drive
Raleigh, NC 27615

Date(s) debt was incurred  **2/21/2020**

Last 4 digits of account number  **B82A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Doris Girgis**
24888 Castleton Drive
Chantilly, VA 20152

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **E3E3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Douglas Myers**
1135 S. Milwaukee St
Denver, CO 80210

Date(s) debt was incurred  **12/10/2016**

Last 4 digits of account number  **A2A9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Doyle Green**
139 McCarty Road
Fredericksburg, VA 22405

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **9CD7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

Dr J Wayne Mancari
2315 Canoas Garden Avenue
San Jose, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2016

Basis for the claim: _

Last 4 digits of account number  978B

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.00**

Drennan Hicks
7211 James I Harris Memorial
Drive
Frederick, MD 21702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2019

Basis for the claim: _

Last 4 digits of account number  0E48

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

Dulce Baptista
1515 O street ap 411
washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/14/2017

Basis for the claim: _

Last 4 digits of account number  561F

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

Dustin Pusch
2500 Q Street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2017

Basis for the claim: _

Last 4 digits of account number  90FC

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

Dustin Pusch
2500 Q Street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2017

Basis for the claim: _

Last 4 digits of account number  69B9

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145.00**

Dwight Hill
2901 South Bayshore Drive
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2018

Basis for the claim: _

Last 4 digits of account number  8C45

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

E. Fielding Layman
396 Acme Co.st
Broadway, VA 22815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2019

Basis for the claim: _

Last 4 digits of account number  CC14

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.810** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Eddie Booher**
**2019 Clematis Drive**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/10/2019**

Basis for the claim: _

Last 4 digits of account number  **AF91**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Eden Schiffmann**
**1418 15th Street NW**
**#2**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2019**

Basis for the claim: _

Last 4 digits of account number  **A792**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.812** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Edward  Harmon**
**2701 Mount Vernon Avenue**
**#1**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**

Basis for the claim: _

Last 4 digits of account number  **68A1**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Edward Specht**
**112 Overlook Rd**
**Cedar Grove, NJ 07009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2018**

Basis for the claim: _

Last 4 digits of account number  **5AA7**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Edward Toumayan**
**1546 Shoreline Dr.**
**Santa Barbara, CA 93109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/24/2016**

Basis for the claim: _

Last 4 digits of account number  **1020**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Edwin Roa**
**3003 Van Ness Street NW, Apt  W1014**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2016**

Basis for the claim: _

Last 4 digits of account number  **261A**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Eileen Doheny**
**1916 n nelson st**
**arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17/2017**

Basis for the claim: _

Last 4 digits of account number  **8385**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.817** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Eileen Kuletz-Burke**
**607 N. Tazewell Street**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2017**

Basis for the claim:  _

Last 4 digits of account number  **FF0B**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Elaine Diaz**
**45 Winding Oak Drive**
**Okatie, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2019**

Basis for the claim:  _

Last 4 digits of account number  **A8D2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Elaine HIllgrove**
**14341 Heathland Terrace**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2018**

Basis for the claim:  _

Last 4 digits of account number  **6980**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Elbert Davis**
**2100 Connecticut Ave NW**
**Apt 105**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2016**

Basis for the claim:  _

Last 4 digits of account number  **6D85**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Eleanor Gailey**
**2201 L Street NW**
**#501**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2018**

Basis for the claim:  _

Last 4 digits of account number  **60F1**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Eleanor Gailey**
**2201 L Street NW**
**#501**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2018**

Basis for the claim:  _

Last 4 digits of account number  **7AE9**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**Elisabeth Conrad**
**60 West 23rd Street**
**Apt 1030**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/2018**

Basis for the claim:  _

Last 4 digits of account number  **2AD2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |
|---|---|---|---|

**Elisabeth Ebb**
**81 Oxford Rd.**
**Newton, MA 02459**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  12/1/2019

**Last 4 digits of account number**  8625

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Elisabeth Hoffman**
**40 Twin Ponds Drive**
**Falmouth, ME 04105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  12/16/2019

**Last 4 digits of account number**  DEDD

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Elisabeth Miller**
**2004 11th St NW**
**#133**
**Washington, DC 20001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  12/18/2016

**Last 4 digits of account number**  624F

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Elisabeth Niemann**
**1401 33rd Street NW**
**Washington, DC 20007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  12/22/2016

**Last 4 digits of account number**  3E91

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Elissa Cmunt**
**1304 W Waveland**
**Unit 2**
**Chicago, IL 60613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  7/23/2018

**Last 4 digits of account number**  6BF2

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Elizabeth  Cummings**
**6060 California Circ #110**
**Rockville, MD 20852**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  12/12/2018

**Last 4 digits of account number**  A5F5

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Elizabeth  Mullen**
**6035 Cathcart Drive**
**Excelsior, MN 55331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  1/1/2020

**Last 4 digits of account number**  8562

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.831**

**Nonpriority creditor's name and mailing address**
**Elizabeth Ballou**
**1288 Medway Road**
**Charleston, SC 29412**

Date(s) debt was incurred **12/22/2019**

Last 4 digits of account number **64FB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.832**

**Nonpriority creditor's name and mailing address**
**Elizabeth Black**
**1435 Newton St NW**
**Apt. 402**
**Washington, DC 20010**

Date(s) debt was incurred **12/18/2017**

Last 4 digits of account number **0957**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.833**

**Nonpriority creditor's name and mailing address**
**Elizabeth Brightwell**
**5215 Center Street**
**Apartment #408**
**Williamsburg, VA 23188**

Date(s) debt was incurred **9/3/2017**

Last 4 digits of account number **4F45**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.834**

**Nonpriority creditor's name and mailing address**
**Elizabeth Claydon**
**4390 Lorcom Lane, #709**
**Arlington, VA 22207**

Date(s) debt was incurred **12/20/2019**

Last 4 digits of account number **8182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.835**

**Nonpriority creditor's name and mailing address**
**Elizabeth Cornwell**
**2426 Davis Ave.**
**Alexandria, VA 22302**

Date(s) debt was incurred **3/25/2019**

Last 4 digits of account number **8034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.836**

**Nonpriority creditor's name and mailing address**
**Elizabeth Coyne**
**2201 2nd Street NW #23**
**Washington, DC 20001**

Date(s) debt was incurred **12/15/2017**

Last 4 digits of account number **378C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.837**

**Nonpriority creditor's name and mailing address**
**Elizabeth Cunningham**
**1731 Willard Street NW #505**
**Washington, DC 20009**

Date(s) debt was incurred **2/7/2020**

Last 4 digits of account number **1754**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.838** | **Nonpriority creditor's name and mailing address**

**Elizabeth Doherty**
**915 Silver Spring Ave Unit 102**
**Silver Spring, MD 20910**

Date(s) debt was incurred  **11/4/2019**

Last 4 digits of account number  **6B6A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.839** | **Nonpriority creditor's name and mailing address**

**Elizabeth Dunphy**
**5405 Tuckerman Lane**
**A671**
**North Bethesda, MD 20852**

Date(s) debt was incurred  **12/8/2018**

Last 4 digits of account number  **CE2E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.840** | **Nonpriority creditor's name and mailing address**

**Elizabeth Elser**
**22 Eagleshead Road**
**Ithaca, NY 14850**

Date(s) debt was incurred  **12/17/2016**

Last 4 digits of account number  **8128**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.841** | **Nonpriority creditor's name and mailing address**

**Elizabeth Fedyna**
**1738 Del Paso Ave**
**San Jose, CA 95124**

Date(s) debt was incurred  **12/7/2019**

Last 4 digits of account number  **45D9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.842** | **Nonpriority creditor's name and mailing address**

**Elizabeth Fine**
**713 N Cleveland Street**
**Arlington, VA 22201**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **C82E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.843** | **Nonpriority creditor's name and mailing address**

**Elizabeth Hagan**
**2480 16th St NW**
**apt 313**
**Washington, DC 20009**

Date(s) debt was incurred  **6/20/2018**

Last 4 digits of account number  **E17F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.844** | **Nonpriority creditor's name and mailing address**

**Elizabeth Hamilton**
**1822 Vernon Street NW**
**Apt. 101**
**Washington, DC 20009**

Date(s) debt was incurred  **9/25/2016**

Last 4 digits of account number  **DDFD**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Elizabeth Johnson**
**4107 Winding Waters Terrace**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/23/2018

Last 4 digits of account number  CE08

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Elizabeth Jordan**
**3442 Oakwood Terrace NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/14/2019

Last 4 digits of account number  2204

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Elizabeth LaBerge**
**140 M Street NE, Apt. 649**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2019

Last 4 digits of account number  96A2

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Elizabeth Leblanc**
**4 kings Road**
**lynnfield, MA 01940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2017

Last 4 digits of account number  BA57

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.00**

**Elizabeth Leung**
**1311 Jackson Ave**
**Apt 8B**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2017

Last 4 digits of account number  3590

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**Elizabeth Lyford**
**7112 Beechwood Drive**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2018

Last 4 digits of account number  3325

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Elizabeth MacDonough**
**2921B So. Woodstock St.**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2020

Last 4 digits of account number  FEFD

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.852** Nonpriority creditor's name and mailing address

**Elizabeth Madejski**
**4501 Dunton Ter**
**unit Q**
**PERRY HALL, MD 21128**

Date(s) debt was incurred  **12/8/2019**

Last 4 digits of account number  **5499**

As of the petition filing date, the claim is: *Check all that apply.*                **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853** Nonpriority creditor's name and mailing address

**Elizabeth Mangum**
**2736 Bush Street**
**San Francisco, CA 94115**

Date(s) debt was incurred  **11/15/2019**

Last 4 digits of account number  **64A4**

As of the petition filing date, the claim is: *Check all that apply.*                **$195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.854** Nonpriority creditor's name and mailing address

**Elizabeth McCarthy**
**3000 Washington Blvd.**
**#324**
**Arlington, VA 22201**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **E2C6**

As of the petition filing date, the claim is: *Check all that apply.*                **$195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.855** Nonpriority creditor's name and mailing address

**Elizabeth Nimick**

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number  **DC2C**

As of the petition filing date, the claim is: *Check all that apply.*                **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.856** Nonpriority creditor's name and mailing address

**Elizabeth Penniman**
**American Red Cross**
**431 18th Street, NW**
**Washington, DC 20006**

Date(s) debt was incurred  **2/6/2020**

Last 4 digits of account number  **6140**

As of the petition filing date, the claim is: *Check all that apply.*                **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.857** Nonpriority creditor's name and mailing address

**Elizabeth Pinede**
**3460 14th St. NW**
**Apt. 206**
**Washington, DC 20010**

Date(s) debt was incurred  **11/23/2018**

Last 4 digits of account number  **5549**

As of the petition filing date, the claim is: *Check all that apply.*                **$210.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858** Nonpriority creditor's name and mailing address

**Elizabeth Ravesteijn**
**4006 38th Place n**
**Arlington, VA 22207**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **3B6D**

As of the petition filing date, the claim is: *Check all that apply.*                **$195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Elizabeth Rentz**
**73 Doc Hardy Lane**
**Norwich, VT 05055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/11/2018**

Last 4 digits of account number  **8794**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Elizabeth Rowe**
**31 Walthery Avenue**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2019**

Last 4 digits of account number  **FFDB**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Elizabeth Schmitt**
**315 James St**
**Falls Church, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/2019**

Last 4 digits of account number  **2FD8**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Elizabeth Sicuso**
**1550 Clarendon Blvd, #204**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2017**

Last 4 digits of account number  **98C6**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Elizabeth Soltis**
**117 Rhode Island Ave NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/4/2016**

Last 4 digits of account number  **D084**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Elizabeth Stout**
**800 Great Cumberland Road**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/2016**

Last 4 digits of account number  **71F9**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Elizabeth Thaler**
**243 E 71st St**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/2018**

Last 4 digits of account number  **A054**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Elizabeth Thomas**
**1020 N Highland Street**
**Apt 424**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2018**

Basis for the claim: _

Last 4 digits of account number  **4D7F**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Elizabeth White**
**1211 West 69th**
**Cleveland, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/23/2018**

Basis for the claim: _

Last 4 digits of account number  **9123**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Ella Schneiberg**
**22199 Parnall Road**
**Shaker Heights, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2018**

Basis for the claim: _

Last 4 digits of account number  **6462**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Ellen Gehrs**
**1109 N. Gaillard Street**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2018**

Basis for the claim: _

Last 4 digits of account number  **FE67**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Ellen Hemmer**
**780 Blueberry Ct**
**Huntingtown, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2018**

Basis for the claim: _

Last 4 digits of account number  **A49D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Ellen MacDonald**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2019**

Basis for the claim: _

Last 4 digits of account number  **CFBD**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Ellen McMillin**
**187N POW-MIA Drive**
**Scott AFB, IL 62225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2019**

Basis for the claim: _

Last 4 digits of account number  **76F5**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.873** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Ellin Wade**
**54 Woodside Road**
**Harvard, MA 01451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/15/2017

Basis for the claim:  _

Last 4 digits of account number  F23A

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.874** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Elliot Land**
**4870 Deer Lake Dr. E., #1211**
**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2016

Basis for the claim:  _

Last 4 digits of account number  B269

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.875** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Elliott Cernik**
**219 Wisteria Walk Circle**
**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/2018

Basis for the claim:  _

Last 4 digits of account number  53AC

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.876** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Ellison Soobert**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2020

Basis for the claim:  _

Last 4 digits of account number  5A1F

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.877** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Ellyn Guttman**
**260 6th Avenue**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2020

Basis for the claim:  _

Last 4 digits of account number  7F5B

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.00**

**Elodie Manuel**
**4960 Sentinel Drive**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/2017

Basis for the claim:  _

Last 4 digits of account number  2D74

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

**Emilee Roberson**
**1527 P ST NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/20/2018

Basis for the claim:  _

Last 4 digits of account number  23C7

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.880** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

Emilee Roberson
1527 P ST NW
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/20/2018

**Basis for the claim:** _

**Last 4 digits of account number** 3224

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

Emilie Korban
8943 Claret Way
Bristow, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/29/2018

**Basis for the claim:** _

**Last 4 digits of account number** ECDB

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

Emily  McHugh
4200 N. Carlin Springs Rd
Apt 519
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/3/2018

**Basis for the claim:** _

**Last 4 digits of account number** D69D

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00**

Emily Adams

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/18/2017

**Basis for the claim:** _

**Last 4 digits of account number** 92AF

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00**

Emily Baumann
714 Park Ridge Road
Apt. B4
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/13/2017

**Basis for the claim:** _

**Last 4 digits of account number** 2D25

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00**

Emily Chonde
620 North Fayette Street, Apt 242
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/21/2018

**Basis for the claim:** _

**Last 4 digits of account number** F929

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

Emily Eshman
2521 Van Ness Avenue
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/23/2019

**Basis for the claim:** _

**Last 4 digits of account number** D2AB

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.887** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Emily Fredette**
**1824 Allison St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **7/8/2018**

Last 4 digits of account number  **8A99**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00**

**Emily Goering**
**518 Oklahoma Ave NE**
**Washington, DC 20002**

Date(s) debt was incurred  **3/11/2020**

Last 4 digits of account number  **D0A0**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Emily Huesgen**

Date(s) debt was incurred  **1/1/2018**

Last 4 digits of account number  **453B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Emily Larson**
**3604 Morrison St. NW**
**Washington, DC 20015**

Date(s) debt was incurred  **3/12/2009**

Last 4 digits of account number  **2233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Emily McCarthy**
**2400 16th Street NW**
**Unit 523**
**Washington, DC 20009**

Date(s) debt was incurred  **2/7/2020**

Last 4 digits of account number  **1949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$380.00**

**Emily McKnight**
**53 Ridge Road**
**Unit E**
**Greenbelt, MD 20770**

Date(s) debt was incurred  **3/29/2019**

Last 4 digits of account number  **8078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Emily McMahon**

Date(s) debt was incurred  **5/30/2017**

Last 4 digits of account number  **3278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

Emily Metzger
130 old rt 30
Mcknightstown, PA 17343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2016

Basis for the claim: _

Last 4 digits of account number  4503

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.895** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

Emily Moran

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2018

Basis for the claim: _

Last 4 digits of account number  2D62

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.896** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

Emily Murphy
26 eastern drive
ardsley, NY 10502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2/2018

Basis for the claim: _

Last 4 digits of account number  9AEA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

Emily Newhook
1425 South Eads Street
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/18/2016

Basis for the claim: _

Last 4 digits of account number  C44E

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Emily Paul
2017 North Quinn St
Arlington, VA 22209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/16/2016

Basis for the claim: _

Last 4 digits of account number  D0B0

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

Emily Rice
3509 Noriega Street
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2019

Basis for the claim: _

Last 4 digits of account number  697E

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

Emily servais
34 Willow Avenue
Islip, NY 11751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/29/2018

Basis for the claim: _

Last 4 digits of account number  A307

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Emily Stevenson**
**71 S Winchester Rd**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/8/2019**

Basis for the claim:  _

Last 4 digits of account number  **E657**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**Emily Swain**
**5242 Nebraska Ave NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2019**

Basis for the claim:  _

Last 4 digits of account number  **1253**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Emily Tully**
**1532 N. Randolph Street**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2016**

Basis for the claim:  _

Last 4 digits of account number  **E2DF**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Emily Tully**
**1532 N. Randolph Street**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2016**

Basis for the claim:  _

Last 4 digits of account number  **F9B8**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Emily Wheland**
**1600 South Eads Street**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2016**

Basis for the claim:  _

Last 4 digits of account number  **3736**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Emilyann Key**
**8511 Lorainew**
**Alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/8/2018**

Basis for the claim:  _

Last 4 digits of account number  **EB94**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Emma Copeland**
**1230 13th Street NW**
**Unit 908**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2018**

Basis for the claim:  _

Last 4 digits of account number  **6367**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Emma Hyde**
**3337 Rittenhouse St. NW**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/25/2018__

Last 4 digits of account number  __8AF9__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Emma Simon**
**6522 7th St NW**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/16/2020__

Last 4 digits of account number  __2071__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Emma Strauss**
**1111 New Jersey Ave SE**
**Apt 522**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/4/2020__

Last 4 digits of account number  __BA7E__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Emma Sutton**
**2217 3rd Ave**
**Apt 305**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/8/2020__

Last 4 digits of account number  __1D0A__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Emmanuelle Dusart**
**3537 S street NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/17/2018__

Last 4 digits of account number  __3437__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Endri Mustafa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/12/2017__

Last 4 digits of account number  __AD65__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Eric  Smith**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/24/2018__

Last 4 digits of account number  __DE5A__

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Eric  Weimers**
**1125 W Drummond Pl**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2020

Basis for the claim: _

Last 4 digits of account number  A4FA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Eric Bunning**
**1113 N. Pitt Street**
**Unit 1A**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/24/2018

Basis for the claim: _

Last 4 digits of account number  9666

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Eric Gorte**
**2443 Ontario Rd NW #3**
**washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/11/2016

Basis for the claim: _

Last 4 digits of account number  53AE

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Eric Harris**
**3130 Wisconsin Avenue NW**
**Apt 803**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/13/2016

Basis for the claim: _

Last 4 digits of account number  6E75

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Eric Menatti**
**2540 Fairfax Dr.**
**Apt C**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/23/2019

Basis for the claim: _

Last 4 digits of account number  12FB

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Eric Nash**
**148 Colony Point Drive**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/23/2018

Basis for the claim: _

Last 4 digits of account number  EF05

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Eric Nawrocki**
**9401 Ewing Dr**
**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2020

Basis for the claim: _

Last 4 digits of account number  09A2

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Eric Pitts**
**4853 Cordell Avenue**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **C367**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Eric Quehl**
**1111 Belle Pre Way**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **E480**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**Eric Robinson**
**3500 13th St NW**
**Apt 104**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2017**

Last 4 digits of account number  **7438**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Eric Schmid**
**515 East 6th Street**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **BD0D**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Eric Simms**
**8458 Sugar Creek Lane**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/7/2020**

Last 4 digits of account number  **2B72**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Erica Fersch**
**30 Calumet Avenue**
**Oakland, NJ 07436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2018**

Last 4 digits of account number  **3B86**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Erica Grant**
**4040 A 8th St. NW, Apt. 1**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/2018**

Last 4 digits of account number  **284E**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Erica Linthorst**
**19 Huntwood Pl.**
**Mt. Vernon, NY 10552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2017**

**Basis for the claim:** _

Last 4 digits of account number  **A28F**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Erica Rhodes**
**1900 S Eads St**
**Apt 413**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **F6C2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Erica Schlaikjer**
**110 Gallatin St NW**
**Unit 6**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2017**

**Basis for the claim:** _

Last 4 digits of account number  **D494**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Ericka Welsh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2018**

**Basis for the claim:** _

Last 4 digits of account number  **CF94**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Erik Gammell**
**1114 Windsor Place**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2018**

**Basis for the claim:** _

Last 4 digits of account number  **27F5**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Erik Mueller**
**850 Quincy St NW**
**Apt 205**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2016**

**Basis for the claim:** _

Last 4 digits of account number  **FDF9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Erika Bibelnieks**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2017**

**Basis for the claim:** _

Last 4 digits of account number  **5B06**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Erika Davis**
**6665 Debra Lu Way**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/27/2019**

Last 4 digits of account number **0FB3**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Erin  Fitzgerald**
**4607 41st Street N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/11/2018**

Last 4 digits of account number **FA7F**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Erin Bell**
**1505 Crystal Drive**
**Apt 214**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/22/2018**

Last 4 digits of account number **D058**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Erin Blakeslee**
**1301 Massachusetts Ave NW**
**Apt #301**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2017**

Last 4 digits of account number **FDCA**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Erin Conlon**
**71 W 109th St.**
**Apt. 2C**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/17/2016**

Last 4 digits of account number **5F5F**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Erin French**
**2612 10th Ave E**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/27/2020**

Last 4 digits of account number **5FD6**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Erin Kate Brady**
**495 W. End Ave**
**Apt. 9F**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/18/2019**

Last 4 digits of account number **59A4**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.943** | Nonpriority creditor's name and mailing address

**Erin Kinney**
**2745 29th Street NW**
**#620**
**Washington, DC 20008**

Date(s) debt was incurred  **7/16/2015**

Last 4 digits of account number  **0578**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.944** | Nonpriority creditor's name and mailing address

**Erin Le Febure**
**5122 Swift Ct.**
**Fairfax, VA 22032**

Date(s) debt was incurred  **10/25/2018**

Last 4 digits of account number  **6971**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.945** | Nonpriority creditor's name and mailing address

**Erin Leonard**
**1833 Swann St, NW**
**Apt #2**
**Washington, DC 20009**

Date(s) debt was incurred  **5/11/2019**

Last 4 digits of account number  **5B95**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.946** | Nonpriority creditor's name and mailing address

**Erynn Huff**
**3909 20th St NE**
**Washington, DC 20018**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **6CBF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.947** | Nonpriority creditor's name and mailing address

**Eser Yildirim**
**1736 Willard Street NW**
**Unit 103**
**Washington, DC 20009**

Date(s) debt was incurred  **2/23/2020**

Last 4 digits of account number  **2111**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.948** | Nonpriority creditor's name and mailing address

**esmeralda aguilar**
**900 7th street NW**
**suite 1000**
**Washington, DC 20001**

Date(s) debt was incurred  **3/7/2018**

Last 4 digits of account number  **085B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$220.00**

---

**3.949** | Nonpriority creditor's name and mailing address

**Esther Felipa**
**5040 Eisenhower Ave**
**Apt 410**
**Alexandria, VA 22304**

Date(s) debt was incurred  **1/29/2020**

Last 4 digits of account number  **1873**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.950** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**Ethan Katz**
**2745 29th st NW**
**Apt#108**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/2019**

**Basis for the claim:** _

Last 4 digits of account number  **184A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Eugene   Sullivan**
**3339 18th St NW**
**Unit 2**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2019**

**Basis for the claim:** _

Last 4 digits of account number  **3D00**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Eugene   Sullivan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2019**

**Basis for the claim:** _

Last 4 digits of account number  **C6F3**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Eugene Finn**
**770 P Street, NW**
**Apt. 401**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2017**

**Basis for the claim:** _

Last 4 digits of account number  **7B39**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00**

**Eugene McCoy**
**2430 Wentworth Dr**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/7/2016**

**Basis for the claim:** _

Last 4 digits of account number  **4371**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**Eva Walter**
**1013 4th Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/11/2016**

**Basis for the claim:** _

Last 4 digits of account number  **724A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.956** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Evan Hammerman**
**13723 Lambertina Place**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2018**

**Basis for the claim:** _

Last 4 digits of account number  **E955**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Evan King**
**2116 Frederick Douglass Boulevard**
**Apt. 3L**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _8/10/2016_

**Basis for the claim:** _

Last 4 digits of account number  _3E92_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Evangeline Paschal**
**1750 16th St NW**
**Apt 41**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _9/3/2018_

**Basis for the claim:** _

Last 4 digits of account number  _4CBB_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Ewell G. Smith**
**1811 Monroe St. NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/13/2020_

**Basis for the claim:** _

Last 4 digits of account number  _5161_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Faith Korbel**
**1401 N TAFT ST**
**#813**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/14/2019_

**Basis for the claim:** _

Last 4 digits of account number  _A595_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Fatima Hasan**
**2330 14th St North**
**Apt 302**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _9/22/2015_

**Basis for the claim:** _

Last 4 digits of account number  _1370_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**felicia  velos**
**2514 K St NW**
**Apt 34**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _8/10/2017_

**Basis for the claim:** _

Last 4 digits of account number  _DDB9_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Fiona Swerdlow**
**89 Woodcrest Avenue**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _12/22/2018_

**Basis for the claim:** _

Last 4 digits of account number  _B7BD_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**florence morrisey**
**135 corrigan**
**southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/27/2016**

Basis for the claim: _

Last 4 digits of account number **77E2**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Frances  James**
**1531 Vermont Ave NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/23/2019**

Basis for the claim: _

Last 4 digits of account number **E984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Frances Glendening**
**6824 Pineway**
**University Park, MD 20782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/29/2019**

Basis for the claim: _

Last 4 digits of account number **03AA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Frances Granville**
**224 Eliot St.**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/5/2016**

Basis for the claim: _

Last 4 digits of account number **8A6C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Frances Varner**
**1812 Florida Avenue NW**
**Apartment 2**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/13/2018**

Basis for the claim: _

Last 4 digits of account number **809A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Frances Wu**
**3633 Yuma St NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/4/2019**

Basis for the claim: _

Last 4 digits of account number **2189**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Francesco  Dacunto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2/2017**

Basis for the claim: _

Last 4 digits of account number **62D2**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
|---|---|---|---|

**Francine Hinchey**
**237 Locust St**
**Danvers, MA 01923**

Date(s) debt was incurred  **1/10/2018**

Last 4 digits of account number  **E982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Francis Moore**
**1237 Potomac Ave SE**
**Washington, DC 20003**

Date(s) debt was incurred  **12/8/2016**

Last 4 digits of account number  **2F22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Francisco Borelli**
**1908 Reston Metro Plaza**
**Apt 1617**
**Reston, VA 20190**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **E9FC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Francisco Chabran**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred  **1/11/2019**

Last 4 digits of account number  **761F**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Frank Higgins**
**15429 Skyline Dr**
**Montclair, VA 22025**

Date(s) debt was incurred  **12/13/2017**

Last 4 digits of account number  **4DFA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Frank Lewis**
**9601 Lagersfield Circle**
**Vienna, VA 22181**

Date(s) debt was incurred  **10/17/2017**

Last 4 digits of account number  **D854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Frank Schmidt**
**12640 MOLESWORTH DR**
**MOUNT AIRY, MD 21771-4810**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **56E1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Frank Sherrill**
**1800 N. Lynn Street**
**#901**
**Arlington, VA 22209**

Date(s) debt was incurred  8/15/2019

Last 4 digits of account number  9611

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Frank Stainback**
**622 Ford Ave**
**Owensboro, KY 42301**

Date(s) debt was incurred  12/15/2019

Last 4 digits of account number  2078

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Frank Toohey**
**5136 Scarsdale Rd.**
**Bethesda, MD 20816**

Date(s) debt was incurred  12/15/2017

Last 4 digits of account number  7383

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Fred Peters**
**1101 14th St., N.W.**
**Suite 750**
**Washington, DC 20005**

Date(s) debt was incurred  12/15/2018

Last 4 digits of account number  6903

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Frederick Isasi**
**1300 N Street, N.W.**
**Washington, DC 20005**

Date(s) debt was incurred  7/1/2019

Last 4 digits of account number  6F22

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Gabriela Botura**

Date(s) debt was incurred  8/2/2018

Last 4 digits of account number  F4AB

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Gabriele Aulisi**
**6808 Wemberly Way**
**Mclean, VA 22101**

Date(s) debt was incurred  11/9/2017

Last 4 digits of account number  9D77

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.985** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**Gabriele Aulisi**
**6808 Wemberly Way**
**Mclean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2017**

Last 4 digits of account number  **9D77**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Gabriella Romaniello**
**901 N Pollard Street**
**Apt. 1609**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2019**

Last 4 digits of account number  **D85D**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Gabrielle Brezovsky**
**23552 Epperson Sq**
**Brambleton, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2020**

Last 4 digits of account number  **2292**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Gaby Gloeckle**
**7451 Fisher Island Dr.**
**Miami Beach, FL 33109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **D820**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00**

**Gail  Anderson**
**6150 Snow Mountain Road**
**Broad Run, VA 20137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **8839**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Gail  Anderson**
**6150 Snow Mountain Road**
**Broad Run, VA 20137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2018**

Last 4 digits of account number  **4F8B**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Gail Robinson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2017**

Last 4 digits of account number  **6A74**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Gail Schwartz**
**420 Monticello Avenue, 403B**
**Norfolk, VA 23510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number  8C0E

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Gail Wood-Brooks**
**2432 Cloister Dr**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/22/2019

Last 4 digits of account number  B3F6

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Gannett Cassidy**
**15333 Baileys Lane**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2020

Last 4 digits of account number  3A86

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Garret Martin**
**4613 Arkansas Avenue NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/18/2020

Last 4 digits of account number  4B8E

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Garrett Jacobs**
**2158 Cumberland Pkwy SE, Apt 5201**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number  AAEB

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**gary einhorn**
**514 ethan allen ave**
**takoma park, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/13/2017

Last 4 digits of account number  E55F

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|

**Gary Goosman**
**1441 Rhode Island Ave NW**
**Unit 113**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

Last 4 digits of account number  9558

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Gary I. Rubin**
**Hollingsworth LLP**
**1350 I Street NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2020**

**Basis for the claim:** _

Last 4 digits of account number  **6175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1000 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Gary Stein**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9015**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1001 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Genevieve Hernandez**
**1318 Ransolph St NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2020**

**Basis for the claim:** _

Last 4 digits of account number  **564E**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1002 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Georganne Sanders**
**1226 Clifton Street**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2016**

**Basis for the claim:** _

Last 4 digits of account number  **68AB**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**George Rodrigue**
**3255 Dorchester Road**
**Shaker Heights, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2017**

**Basis for the claim:** _

Last 4 digits of account number  **C5A0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1004 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**George Shevlin**
**920 Westminster Street, NW**
**Washington, DC 20001-4130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2018**

**Basis for the claim:** _

Last 4 digits of account number  **6B59**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Georgia Kendall**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2020**

**Basis for the claim:** _

Last 4 digits of account number  **2890**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Gerald  White**
**1912 W. 61st Terr**
**Mission Hills, KS 66208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** CBB9

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Gerald Kelly**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/12/2017

**Basis for the claim:** _

**Last 4 digits of account number** 4614

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**gerard clinton**
**135 fourth ave**
**milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/23/2018

**Basis for the claim:** _

**Last 4 digits of account number** F739

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Gerry Lyons**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/27/2020

**Basis for the claim:** _

**Last 4 digits of account number** 2827

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Giedre Slivinski**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/29/2016

**Basis for the claim:** _

**Last 4 digits of account number** A976

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Giedre Slivinski**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/30/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3B86

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Giffin Daughtridge**
**2148 Beckenham Drive**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2/2018

**Basis for the claim:** _

**Last 4 digits of account number** 3130

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Gilbert Watson**
**1916 17th St NW**
**Apartment 314**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2016**

Basis for the claim: _

Last 4 digits of account number  **B8C0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Gillian Edick**
**5602 Warwick Place**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/10/2018**

Basis for the claim: _

Last 4 digits of account number  **4971**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Gillian Morgan**
**5913 hall street**
**SPRINGFIELD, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2019**

Basis for the claim: _

Last 4 digits of account number  **3BD8**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Gina  Mahar**
**33 Freshfield Rise**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2018**

Basis for the claim: _

Last 4 digits of account number  **B5F4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Glenn Bass**
**3508 36th ST NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2020**

Basis for the claim: _

Last 4 digits of account number  **4641**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Glenn Shiplet**
**4832 Briscoe Rd.**
**Saint Leonard, MD 20685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/19/2018**

Basis for the claim: _

Last 4 digits of account number  **A4F4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Gloria Tercero**
**1315 W Street NE**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/8/2018**

Basis for the claim: _

Last 4 digits of account number  **578C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.102 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Grace Cleary**
**617 W Lynn Street**
**Unit A**
**Austin, TX 78703**

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number  1783

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Grace Drummond**
**420 Mission Bay Blvd N**
**Unit 904**
**San Francisco, CA 94158**

Date(s) debt was incurred  6/13/2016

Last 4 digits of account number  205C

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Grace Flaherty**
**401 N Kensington Ave**
**La Grange Park, Il 60526**

Date(s) debt was incurred  12/22/2016

Last 4 digits of account number  BE0A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Grace Harter**
**1224 13th Street NW**
**Washington, DC 20005**

Date(s) debt was incurred  9/7/2017

Last 4 digits of account number  9662

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Grace Riley-Adams**
**1271 Holbrook Terrance NE**
**Washington, DC 20002**

Date(s) debt was incurred  11/5/2017

Last 4 digits of account number  2EC2

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Graham Hastie**
**4a Green Drive**
**Inverness, DC 20037**

Date(s) debt was incurred  12/27/2019

Last 4 digits of account number  C2BC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Graham Welsh**
**3000 Saint Annes Ln NW**
**Atlanta, GA 30327**

Date(s) debt was incurred  12/23/2016

Last 4 digits of account number  2630

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102
7**

**Nonpriority creditor's name and mailing address**

**Greg Carter**
**3 Rhode Island Ave NE**
**Washington, DC 20002**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **8DE5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.102
8**

**Nonpriority creditor's name and mailing address**

**Greg Gormley**
**601 Overlook Ct**
**Wexford, PA 15090**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **ADD2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.102
9**

**Nonpriority creditor's name and mailing address**

**Greg Saphier**
**6600 Rockmont Ct.**
**Falls Church, VA 22043**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **836C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.103
0**

**Nonpriority creditor's name and mailing address**

**Gregory Angstman**
**644 SHARDLOW PL NE**
**Byron, MN 55920**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **53A0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.103
1**

**Nonpriority creditor's name and mailing address**

**Gregory Bassett**
**3626 Dumbarton**
**Houston, TX 77025**

Date(s) debt was incurred  **12/6/2018**

Last 4 digits of account number  **68BD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.103
2**

**Nonpriority creditor's name and mailing address**

**Gregory Dempsey**
**2335 40th Street NW #3**
**Washington, DC 20007**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **0766**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.103
3**

**Nonpriority creditor's name and mailing address**

**Gsrry Lyons**

Date(s) debt was incurred  **10/27/2020**

Last 4 digits of account number  **2827**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 148 of 428

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103
4**

**Nonpriority creditor's name and mailing address**

**Gustavus Hulin**
**4550 Connecticut Ave NW**
**Apt 515**
**Washington, DC 20008**

Date(s) debt was incurred  12/5/2016

Last 4 digits of account number  438C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.103
5**

**Nonpriority creditor's name and mailing address**

**Gwyn Heaver**
**442 Caswallen Dr**
**West Chester, PA 19380**

Date(s) debt was incurred  12/20/2019

Last 4 digits of account number  0557

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.103
6**

**Nonpriority creditor's name and mailing address**

**Hailey Morris**
**1420 N street nw**
**apt 915**
**washington, DC 20005**

Date(s) debt was incurred  11/7/2019

Last 4 digits of account number  0E7D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.103
7**

**Nonpriority creditor's name and mailing address**

**Hailey Sylvander**
**50 Carlton Place**
**Rutherford, NJ 07070**

Date(s) debt was incurred  2/17/2020

Last 4 digits of account number  A8C7

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

**3.103
8**

**Nonpriority creditor's name and mailing address**

**Haley Dorgan**
**1349 Randolph Street NW**
**Apt 2**
**Washington   20011**

Date(s) debt was incurred  2/21/2020

Last 4 digits of account number  2097

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.103
9**

**Nonpriority creditor's name and mailing address**

**Halle Kern**
**48 Alberta Ave**
**Charleston, SC 29403**

Date(s) debt was incurred  12/25/2016

Last 4 digits of account number  4DC6

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.104
0**

**Nonpriority creditor's name and mailing address**

**Hamed Semati**
**350 G St SW**
**614N**
**Washington, DC 20024**

Date(s) debt was incurred  2/7/2016

Last 4 digits of account number  3871

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.104**
**1**

**Nonpriority creditor's name and mailing address**

**Hanna Slomianyj**
**403 10th St SE**
**Apt B**
**Washington, DC 20003**

**Date(s) debt was incurred 2/1/2014**

**Last 4 digits of account number 5734**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.104**
**2**

**Nonpriority creditor's name and mailing address**

**Hannah DePaulis**
**52 15th St NE**
**Washington, DC 20002**

**Date(s) debt was incurred 1/12/2020**

**Last 4 digits of account number 1702**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.104**
**3**

**Nonpriority creditor's name and mailing address**

**Hannah Henningsgaard**
**1556 Bradley Drive**
**Boulder, CO 80305**

**Date(s) debt was incurred 11/29/2018**

**Last 4 digits of account number 97A7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.104**
**4**

**Nonpriority creditor's name and mailing address**

**Hannah Kemp**
**442 S St NW, Apt A**
**Washington, DC 20001**

**Date(s) debt was incurred 11/15/2016**

**Last 4 digits of account number E676**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.104**
**5**

**Nonpriority creditor's name and mailing address**

**Hannah Rowlette**
**1026 Harvard St NW**
**APT 2**
**Washington, DC 20001**

**Date(s) debt was incurred 5/4/2020**

**Last 4 digits of account number 0102**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**

**Hannah Schneider**
**13 S Street NW**
**Washington, DC 20001**

**Date(s) debt was incurred 12/23/2018**

**Last 4 digits of account number 6691**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**

**Hardik Patel**
**4 Harrison ct**
**Wilmington, DE 19810**

**Date(s) debt was incurred 7/27/2020**

**Last 4 digits of account number 3E40**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Hart Wood**
**1800 R St. NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/15/2015**

Last 4 digits of account number  **2788**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Harvey Hinman**
**717 n 43rd st**
**Seattle, WA 98103**

Date(s) debt was incurred  **5/15/2020**

Last 4 digits of account number  **9A76**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Heather Bayko**
**203 Fingertip Rd**
**Apt 275**
**Abingdon, MD 21009**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **2118**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Heather Buss**
**5720 Metroview Parkway,**
**Apt 563**
**Alexandria, VA 22303**

Date(s) debt was incurred  **2/6/2018**

Last 4 digits of account number  **B9B3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Heather Camm**
**24 Blaine St**
**Seattle, WA 98109**

Date(s) debt was incurred  **12/4/2016**

Last 4 digits of account number  **C1E5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Heather Cohen**
**199 Amity St Apt 3**
**Brooklyn, NY 11201**

Date(s) debt was incurred  **3/6/2017**

Last 4 digits of account number  **9535**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Heather Hostetter**
**5134 Nebraska Ave, NW**
**Washington, DC 20008**

Date(s) debt was incurred  **6/8/2019**

Last 4 digits of account number  **464F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.105 5**

Nonpriority creditor's name and mailing address

**Heather Mills**
**426 E Luray Ave.**
**Alexandria, VA 22301**

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **7135**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.105 6**

Nonpriority creditor's name and mailing address

**Heather Molina**
**12710 Veirs Mill Rd #104**
**Rockville, MD 20853**

Date(s) debt was incurred  **7/19/2017**

Last 4 digits of account number  **6500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.105 7**

Nonpriority creditor's name and mailing address

**HEATHER WAGNER**
**2020 N 7th Avenue**
**Phoenix, AZ 85007**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **86D9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.105 8**

Nonpriority creditor's name and mailing address

**Heidi Barron**
**1111 Abbington Lane**
**Crownsville, MD 21032**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **7C24**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.105 9**

Nonpriority creditor's name and mailing address

**Heidi Knoll**
**52 Weskora Avenue**
**Pleasantville, NY 10570**

Date(s) debt was incurred  **1/7/2017**

Last 4 digits of account number  **1707**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.106 0**

Nonpriority creditor's name and mailing address

**Heidi Parsont**
**838 Fontaine St.**
**Alexandria, VA 22302**

Date(s) debt was incurred  **8/18/2015**

Last 4 digits of account number  **0929**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.106 1**

Nonpriority creditor's name and mailing address

**Helen Joel**
**1212 19th Ave East**
**#2**
**Seattle, WA 98112**

Date(s) debt was incurred  **4/12/2019**

Last 4 digits of account number  **D99D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**Helen Steinberg**
**4512 Van Ness St., NW**
**Washington, DC 20016**

Date(s) debt was incurred **4/27/2018**

Last 4 digits of account number **2995**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

**Helen Wan**
**51 Claremont Ave**
**Maplewood, NJ 07040**

Date(s) debt was incurred **1/8/2020**

Last 4 digits of account number **C414**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

**Helene Herman**
**120 Brookmead Court**
**San Anselmo, CA 94960**

Date(s) debt was incurred **11/28/2016**

Last 4 digits of account number **03B4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**helene Rosenzweig**
**16260 Ventura blvd #530**
**Encino, CA 91436**

Date(s) debt was incurred **7/7/2018**

Last 4 digits of account number **3D2B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**Henry Clarke**
**22612 Griffith Drive**
**Laytonsville, MD 20882**

Date(s) debt was incurred **12/20/2017**

Last 4 digits of account number **7F54**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**Henry Strong**
**8710 Belmart Rd**
**Potomac, MD 20854**

Date(s) debt was incurred **12/21/2016**

Last 4 digits of account number **6969**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**Henry Tugendhat**
**1620 Fuller Street, NW**
**Apt 315**
**Washington, DC 20009**

Date(s) debt was incurred **1/1/2020**

Last 4 digits of account number **DC05**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1069**

**Nonpriority creditor's name and mailing address**

**Hilarey Leonard**
**213 Rock Creek Church Rd. NW**
**Washington, IA 50312**

Date(s) debt was incurred  **11/3/2019**

Last 4 digits of account number  **63A4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$195.00**

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**Hilary Reilly**
**2234 Massachusetts Avenue NW**
**Washington, DC 20008**

Date(s) debt was incurred  **6/3/2018**

Last 4 digits of account number  **656C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$100.00**

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**Holly  Betancourt**
**7514 Wisconsin Ave, Suite 500**
**Bethesda, MD 20814**

Date(s) debt was incurred  **12/18/2017**

Last 4 digits of account number  **70D9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$185.00**

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**Holly Cannon**
**4635 Clark Place NW**
**Washington, DC 20007**

Date(s) debt was incurred  **2/8/2018**

Last 4 digits of account number  **9727**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$195.00**

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**Holly Povlich**
**163 Blackford Dr.**
**Stephenson, VA 22656**

Date(s) debt was incurred  **2/5/2019**

Last 4 digits of account number  **43AC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$200.00**

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**Hugh Carter**
**1901 Connecticut Ave NW Apt 412**
**WASHINGTON, DC 20009**

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **EDE9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$195.00**

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**Hugh Carter**
**1901 Connecticut Ave NW Apt 412**
**WASHINGTON, DC 20009**

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **EDE9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Hugh Hamlin**
**35 Berkeley Street**
**Rochester, NY 14607**

Date(s) debt was incurred **2/11/2020**

Last 4 digits of account number **1998**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Ian Appel**
**770 Boylston St Apt 10B**
**Boston, MA 02199-7709**

Date(s) debt was incurred **12/23/2018**

Last 4 digits of account number **10E8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Ian Carchman**
**823 Cinnamon Ct**
**Odenton, MD 21113**

Date(s) debt was incurred **6/20/2019**

Last 4 digits of account number **C3F3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Ian Eisele**
**333 I Street SE**
**Washington, DC 20003**

Date(s) debt was incurred **8/26/2018**

Last 4 digits of account number **4370**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Ian Lingwood**
**2112 8th St NW**
**Apt 702**
**Washington, DC 20001**

Date(s) debt was incurred **12/30/2017**

Last 4 digits of account number **A9A8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Ian Simpson**
**1711 Massachusetts Ave, NW**
**Apt 521**
**Washington, DC 20036**

Date(s) debt was incurred **12/22/2018**

Last 4 digits of account number **152A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Ian Simpson**
**1711 Massachusetts Ave, NW**
**Apt 521**
**Washington, DC 20036**

Date(s) debt was incurred **12/22/2018**

Last 4 digits of account number **83D0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**ien sie**
**339 spyglass way**
**aptos, CA 95003**

Date(s) debt was incurred  **12/6/2019**

Last 4 digits of account number  **5B4C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**Ifor Williams**
**17 Glenhurst Ct**
**North Potomac, MD 20878**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **7983**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**Ing Ing Heistand**
**653 Beinhower Road**
**Etters, PA 17319**

Date(s) debt was incurred  **1/27/2018**

Last 4 digits of account number  **DAA4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**Ingrid Kleckner**
**12417 Borges Avenue**
**Silver Spring, MD 20904**

Date(s) debt was incurred  **12/25/2017**

Last 4 digits of account number  **8A36**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**Ingrid Sahu**
**PO Box 777**
**Dubai, UAE**

Date(s) debt was incurred  **1/11/2019**

Last 4 digits of account number  **8BD7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Irene  Firippis**
**8807 Tribeca Street**
**Rockville, MD 20855**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **F4A1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Irvine Nugent**
**45 Sutton Sq SW**
**#1003**
**Washington, DC 20024**

Date(s) debt was incurred  **2/14/2019**

Last 4 digits of account number  **7622**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
| | **Iryna Dronova** | ☐ Contingent | |
| | **6080 N Rockridge Blvd** | ☐ Unliquidated | |
| | **Oakland, CA 94618** | ☐ Disputed | |
| | Date(s) debt was incurred  5/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  D7BA | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
| | **Isaac Breen-Franklin** | ☐ Contingent | |
| | **317 Old County Road** | ☐ Unliquidated | |
| | **Severna Park, MD 21146** | ☐ Disputed | |
| | Date(s) debt was incurred  10/10/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  6114 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
| | **Isabella  Bauer** | ☐ Contingent | |
| | **77 H Street NW** | ☐ Unliquidated | |
| | **Apt 252** | ☐ Disputed | |
| | **Washington, DC 20001** | | |
| | Date(s) debt was incurred  11/25/2016 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  6519 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
| | **Isabella Fiacco** | ☐ Contingent | |
| | **5 Julia Court** | ☐ Unliquidated | |
| | **Boonton, NJ 07005** | ☐ Disputed | |
| | Date(s) debt was incurred  6/12/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  EBEB | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
| | **Isabella Loose** | ☐ Contingent | |
| | **1616 16th St NW, Apt 707** | ☐ Unliquidated | |
| | **Washington, DC 20009** | ☐ Disputed | |
| | Date(s) debt was incurred  2/14/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  C0A2 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
| | **Ishaan Karpe** | ☐ Contingent | |
| | **1401 Columbia Rd NW** | ☐ Unliquidated | |
| | **Washington, DC 20009** | ☐ Disputed | |
| | Date(s) debt was incurred  12/4/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  50B2 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
| | **Isis Rodriguez-Cortes** | ☐ Contingent | |
| | **912 K St NE** | ☐ Unliquidated | |
| | **Washington, DC 20002** | ☐ Disputed | |
| | Date(s) debt was incurred  6/10/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  9009 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1097**

**Nonpriority creditor's name and mailing address**
**Itselda Shand- Gaines**
**1508 Lawrence St NE**
**Washington, DC 20017**

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **5805**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.1098**

**Nonpriority creditor's name and mailing address**
**Ivana Hajnal**
**4808 Grantham Ave**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **3/20/2019**

Last 4 digits of account number  **5213**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.1099**

**Nonpriority creditor's name and mailing address**
**Jace McFerran**
**6429 Northanna Dr**
**Springfield, VA 22150**

Date(s) debt was incurred  **11/4/2017**

Last 4 digits of account number  **18DE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.11000**

**Nonpriority creditor's name and mailing address**
**Jack Herron**
**3323 18th St NW**
**Washington, DC 20010**

Date(s) debt was incurred  **11/19/2018**

Last 4 digits of account number  **0030**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.11001**

**Nonpriority creditor's name and mailing address**
**Jack Hubbard**
**807 enderby drive**
**alexandria, VA 22302**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **4631**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.11002**

**Nonpriority creditor's name and mailing address**
**Jackie Brideau**
**8612 Oak Chase Circle**
**Fairfax Station, VA 22039**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **08D0**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.11003**

**Nonpriority creditor's name and mailing address**
**Jackie Winkler**
**1018 Doreen place**
**VENICE, CA 90291**

Date(s) debt was incurred  **12/25/2018**

Last 4 digits of account number  **B97A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **CulinAerie DC, LLC**
_____
Name

Case number (if known) _____

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|

**Jackson Proskow**
**1449 A Street NE, Apt D.**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/24/2018**
Last 4 digits of account number  **52BE**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Jaclyn  Aruch**
**32-80 38th Street**
**2nd Floor**
**Astoria, NY 11103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2018**
Last 4 digits of account number  **9EA9**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Jacob  Moschler**
**44181 Airport Rd**
**California, MD 20619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2018**
Last 4 digits of account number  **16E3**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Jacob Betit**
**5962 Edgehill Ct**
**Alexandria, VA 22303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/2017**
Last 4 digits of account number  **E664**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00** |
|---|---|---|---|

**Jacob Walzer**
**710 North Nelson Street**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2019**
Last 4 digits of account number  **36F5**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190.00** |
|---|---|---|---|

**Jacqueline Cremos**
**2130 P St NW**
**Apt 219**
**WASHINGTON, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/2017**
Last 4 digits of account number  **9145**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**Jacqueline Eagan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2016**
Last 4 digits of account number  **FB0A**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111**
**1**

**Nonpriority creditor's name and mailing address**

**Jacqueline Hunt**
**1689 Drewlaine Drive**
**Vienna, VA 22182**

Date(s) debt was incurred  9/30/2011

Last 4 digits of account number  9725

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**

**Jacqueline Jenkins**
**PO Box 460**
**Port Tobacco, MD 20677**

Date(s) debt was incurred  12/7/2018

Last 4 digits of account number  2A9C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**

**Jacqueline Jenkins**
**PO Box 460**
**Port Tobacco, MD 20677**

Date(s) debt was incurred  12/7/2018

Last 4 digits of account number  866F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**

**Jacqueline Jenkins**
**PO Box 460**
**Port Tobacco, MD 20677**

Date(s) debt was incurred  12/7/2018

Last 4 digits of account number  4E88

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**

**Jacqueline Jenkins**
**PO Box 460**
**Port Tobacco, MD 20677**

Date(s) debt was incurred  12/7/2018

Last 4 digits of account number  6BC0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**

**Jacqueline Walker**
**1301 Princess Street**
**Alexandria, VA 22314**

Date(s) debt was incurred  3/15/2019

Last 4 digits of account number  7945

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**

**Jade Madrid**
**3125 Hawthorne Dr NE**
**Washington, DC 20017**

Date(s) debt was incurred  2/22/2020

Last 4 digits of account number  7134

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**Jaik Balakumar**
**860 West Blackhawk #2408**
**Chicago, IL 60642**

**Date(s) debt was incurred** 11/21/2017

**Last 4 digits of account number** 7DE5

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Jaime Horn**
**3709 Albemarle St NW**
**Washington, DC 20016**

**Date(s) debt was incurred** 6/14/2019

**Last 4 digits of account number** F7F0

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**Jake Lewis**
**638 Q ST NW**
**#1**
**Washington, DC 20001**

**Date(s) debt was incurred** 12/30/2016

**Last 4 digits of account number** 5C1F

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**Jake Lipsett**
**1821 Vermont Ave NW**
**Washington, DC 20001**

**Date(s) debt was incurred** 10/3/2019

**Last 4 digits of account number** 0080

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**Jake Selby**
**727 Jefferson st nw**
**Unit 3**
**Washington, DC 20011**

**Date(s) debt was incurred** 4/17/2019

**Last 4 digits of account number** 6537

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**James  Hala**
**1025 1st ST SE**
**#808**
**Washington, DC 20003**

**Date(s) debt was incurred** 12/12/2019

**Last 4 digits of account number** F4F7

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**James Adams**
**1935 12th Street NW, Unit 1**
**Washington, DC 20009**

**Date(s) debt was incurred** 4/30/2018

**Last 4 digits of account number** 08E1

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**James Bowers**
**221 Sherbrooke Dr**
**Newport News, VA 23602**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **79FC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$195.00

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**James Brooks**
**13415 Mary Bowie PKWY**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred  **2/16/2020**

Last 4 digits of account number  **DBD5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$195.00

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**James Burpo**
**5634 19th Street, N.**
**Arlington, VA 22205**

Date(s) debt was incurred  **8/20/2016**

Last 4 digits of account number  **9063**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$15.00

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**James Champlin**
**1241 Crystal Pointe Circle**
**Fenton, MI 48430**

Date(s) debt was incurred  **7/10/2020**

Last 4 digits of account number  **09DF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$195.00

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**James Crivella**
**1468 N Quinn St**
**Arlington, VA 22209**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **214B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$195.00

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**James Dufief**
**1214 I Street NE**
**Washington, DC 20002**

Date(s) debt was incurred  **4/3/2017**

Last 4 digits of account number  **30F1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$185.00

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**james egan**
**3804 Rodman St NW**
**Apt 101**
**Washington, DC 20016**

Date(s) debt was incurred  **4/2/2018**

Last 4 digits of account number  **E1B0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$200.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113**
**2**

**Nonpriority creditor's name and mailing address**

**James Foley**
**414 Poplar Drive**
**Falls Church, VA 22046**

Date(s) debt was incurred  **3/7/2017**

Last 4 digits of account number  **BE67**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.113**
**3**

**Nonpriority creditor's name and mailing address**

**James G. Schmitt**
**12027 Ariana Elyse Dr.**
**Jacksonville, FL 32258**

Date(s) debt was incurred  **6/12/2020**

Last 4 digits of account number  **BB90**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.113**
**4**

**Nonpriority creditor's name and mailing address**

**James Gehrke**
**832 Buchanan St NE**
**Washington, DC 20017**

Date(s) debt was incurred  **12/18/2017**

Last 4 digits of account number  **0902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.113**
**5**

**Nonpriority creditor's name and mailing address**

**James Kim**
**6707 Hitching Post Ct.**
**Clarksville, MD 21029**

Date(s) debt was incurred  **4/11/2017**

Last 4 digits of account number  **529E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.113**
**6**

**Nonpriority creditor's name and mailing address**

**James Leo**
**22361 Wallingford Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **10/3/2018**

Last 4 digits of account number  **7713**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.113**
**7**

**Nonpriority creditor's name and mailing address**

**James McDonough**
**15451 Martins Hundred Drive**
**Centreville, VA 20120**

Date(s) debt was incurred  **9/14/2019**

Last 4 digits of account number  **6123**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.113**
**8**

**Nonpriority creditor's name and mailing address**

**James Murdock**
**4703 31st Street South**
**Arlington, VA 22206**

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **93E9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**James Politi**
**6128 Utah Avenue NW**
**Washington, DC 20015**

Date(s) debt was incurred  **2/12/2019**

Last 4 digits of account number  **7572**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**James Raymond**
**515 Tennessee Avenue**
**Alexandria, VA 22305**

Date(s) debt was incurred  **12/7/2019**

Last 4 digits of account number  **7A5D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**James Rowe**
**918 25th St NE**
**Washington, DC 20037**

Date(s) debt was incurred  **12/28/2018**

Last 4 digits of account number  **4A4E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$340.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**James Sakers**
**8000 Chanute Place #16**
**Falls Church, VA 22042**

Date(s) debt was incurred  **4/14/2019**

Last 4 digits of account number  **214D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**James Stascavage**
**224 Q Street NW**
**Unit A**
**Washington, DC 20001**

Date(s) debt was incurred  **10/9/2016**

Last 4 digits of account number  **6100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**James Vranish**
**4333 Steinbeck Way**
**Ave Maria, FL 34142**

Date(s) debt was incurred  **5/9/2019**

Last 4 digits of account number  **FE21**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**James Weber**
**2928 Jermantown Rd**
**Oakton, VA 22124**

Date(s) debt was incurred  **3/1/2019**

Last 4 digits of account number  **7481**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**James Wilson**
**1630 R St NW**
**Apt 606**
**Washington, DC 20009**

**Date(s) debt was incurred  9/1/2017**

**Last 4 digits of account number  39F2**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Jami Gunzenhauser**
**9614 Shore Front Pkwy**
**Rockaway Beach, NY 11639**

**Date(s) debt was incurred  6/21/2017**

**Last 4 digits of account number  F143**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Jamie Denman**
**843 S Kenwood Ave**
**Baltimore, MD 21224**

**Date(s) debt was incurred  12/3/2018**

**Last 4 digits of account number  1069**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Jamie Rapfogel**
**49 Colgate lane**
**Woodbury, NY 11797**

**Date(s) debt was incurred  12/15/2019**

**Last 4 digits of account number  09D9**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Jamie Tammariello**
**12816 Boxwood Lane**
**Union Bridge, MD 21791**

**Date(s) debt was incurred  2/14/2019**

**Last 4 digits of account number  BC43**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Jan Howland**

**Date(s) debt was incurred  12/13/2017**

**Last 4 digits of account number  DA8D**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Jana Ruthberg**
**2101 Arlington Blvd**
**Charlottesville, VA 22903**

**Date(s) debt was incurred  8/1/2019**

**Last 4 digits of account number  97A2**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **CulinAerie DC, LLC**
_____
Name                                                    Case number *(if known)*   _____

| | |
|---|---|

**3.115 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$185.00**

**jana trevino**
**1201 greenbriar st**
**denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2018

**Basis for the claim:** _

Last 4 digits of account number  **973D**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$195.00**

**Janan Evans-Wilent**
**3883 Connecticut Ave NW #903**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2019

**Basis for the claim:** _

Last 4 digits of account number  **ECF8**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

**Jane Bigham**
**238 11th St SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

**Basis for the claim:** _

Last 4 digits of account number  **1024**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$170.00**

**Jane Cloos**
**2504 Brookview Lane**
**DeWitt, MI 48820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2016

**Basis for the claim:** _

Last 4 digits of account number  **FB15**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$195.00**

**Jane Hanley**
**1754 U Street NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/7/2016

**Basis for the claim:** _

Last 4 digits of account number  **1142**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$205.00**

**Jane Holder**
**3635 West Gulf Dr**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2017

**Basis for the claim:** _

Last 4 digits of account number  **8391**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$160.00**

**Jane Ingram**
**3131 Connecticut Avenue NW**
**Apartment 2706**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2018

**Basis for the claim:** _

Last 4 digits of account number  **6894**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Jane Malocha**
**119 Bluff Point Road**
**Fredericksburg, VA 22407**

Date(s) debt was incurred  **12/2/2018**

Last 4 digits of account number  **7B08**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Jane McAuliffe**
**4038 Chancery Ct NW**
**Washington, DC 20007**

Date(s) debt was incurred  **8/9/2018**

Last 4 digits of account number  **4141**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Jane Wolf**
**212 W 4th Street**
**East Greenville, PA 18041**

Date(s) debt was incurred  **8/12/2019**

Last 4 digits of account number  **D512**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Janelle Mulvenon**
**1659 Golddust Dr**
**Sparks, NV 89436**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **2FAF**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**Janelle Mulvenon**
**1659 Golddust Dr**
**Sparks, NV 89436**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **21B2**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Janice  Unger**
**10323 Kensington Shore Drive**
**Unit K-101**
**Orlando, FL 32827**

Date(s) debt was incurred  **12/10/2019**

Last 4 digits of account number  **331E**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Janice DeAngelis**
**457 Lake Forest Drive**
**Bay Village, OH 44140**

Date(s) debt was incurred  **12/17/2016**

Last 4 digits of account number  **83B9**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**Janice Phillips**
**805 W Pheasant Bluff Ct**
**Spokane, WA 99224-9016**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **4CCC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Janice Wise**
**3042 S Florence Ct**
**Denver, CO 80231**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **7116**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Janie Immanuel**
**4653 28th Rd S, Apt A**
**Arlington, VA 22206**

Date(s) debt was incurred  **2/13/2020**

Last 4 digits of account number  **2028**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Janine  Fontaine**
**15 Indigo Run Drive**
**Unit 16**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred  **5/12/2019**

Last 4 digits of account number  **6134**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Janine Garcia**
**4905 Bangor Dr**
**Kensington, MD 20895**

Date(s) debt was incurred  **2/6/2019**

Last 4 digits of account number  **6058**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Janine Johnson**
**14786 Ashley Rd**
**Minooka, IL 60447**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **D5CC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Janis Sethness**
**2860 Emporia Ct**
**Denver, CO 80238**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **ED51**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Jannety Mosley**
**1500 McMahon Rd**
**Apt 1514**
**Wheaton, MD 20902**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **F4B1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Jared Byers**
**2120 16th St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/27/2018**

Last 4 digits of account number  **9F43**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Jared Hand**
**1414 Belmont Street NW**
**Apt 204**
**Washington, DC 20009**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **6637**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Jarrett Datcher**
**1325 173rd Place**
**Bothell, WA 20675**

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **BC47**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$260.00

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Jarrett Ray**
**4500 S Four Mile Run Dr**
**#710**
**Arlington, VA 22204**

Date(s) debt was incurred  **12/24/2015**

Last 4 digits of account number  **3278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**Jarryd McManus**
**1001 N. Randolph St.**
**Apt. 912**
**Arlington, VA 22201**

Date(s) debt was incurred  **2/13/2018**

Last 4 digits of account number  **44B0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Jasmin Sharifi**
**1201 East West Highway**
**Unit 327**
**Silver Spring, MD 20910**

Date(s) debt was incurred  **9/28/2017**

Last 4 digits of account number  **9819**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118
1**

**Nonpriority creditor's name and mailing address**

**Jasmine Rosner**
**1617 V Street, NW**
**Washington, DC 20009**

Date(s) debt was incurred  **9/15/2018**

Last 4 digits of account number  **1344**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.118
2**

**Nonpriority creditor's name and mailing address**

**Jasmine Washington**
**3101 Pennsylvania ave**
**Washington, DC**

Date(s) debt was incurred  **6/3/2017**

Last 4 digits of account number  **F1A5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.118
3**

**Nonpriority creditor's name and mailing address**

**Jason  Lovell**
**10718 Eastland Circle**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **D289**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.118
4**

**Nonpriority creditor's name and mailing address**

**JASON BAUM**

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **C0B1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.118
5**

**Nonpriority creditor's name and mailing address**

**Jason DeGraftenreid**
**4221 Rowan Street**
**Raleigh, NC 27609**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  **A25D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.118
6**

**Nonpriority creditor's name and mailing address**

**Jason King**
**1545 18th Street NW**
**Washington, DC 20036**

Date(s) debt was incurred  **11/8/2018**

Last 4 digits of account number  **E994**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.118
7**

**Nonpriority creditor's name and mailing address**

**Jason King**

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  **B24D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jason McNally**
**303 Sylvania Ave**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/25/2016**

Last 4 digits of account number **8534**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Jason Stern**
**1001 26th st NW apt 804**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2017**

Last 4 digits of account number **E2B1**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**jason winsten**
**15 Harrison Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/6/2017**

Last 4 digits of account number **2954**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Jason Ye**
**109 Water Street West**
**Apt 1**
**CHARLOTTESVILLE, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2019**

Last 4 digits of account number **6C97**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Jay Barth**
**1711 Center St**
**Little Rock, AR 72206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/10/2020**

Last 4 digits of account number **7D69**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Jay Patel**
**855 Brannan St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/27/2018**

Last 4 digits of account number **0F52**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Jay Southerland**
**11198 Castlemain Circle W**
**JACKSONVILLE, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/18/2019**

Last 4 digits of account number **7925**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.119
5**

**Nonpriority creditor's name and mailing address**

**Jean Brereton
106 Cahill Dr.
Alexandria, VA 22304**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **0CF9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.119
6**

**Nonpriority creditor's name and mailing address**

**Jean Lyle
2700 CR 214
Durango, CO 81303**

Date(s) debt was incurred  **1/7/2020**

Last 4 digits of account number  **1A68**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.119
7**

**Nonpriority creditor's name and mailing address**

**jean stucky**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **26CE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.119
8**

**Nonpriority creditor's name and mailing address**

**Jean Wanner
3212 7th Street, NE
Washington, DC 20017**

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **EF3F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.119
9**

**Nonpriority creditor's name and mailing address**

**Jean Wanner
3212 7th Street NW
Washington, DC 20017**

Date(s) debt was incurred  **7/14/2017**

Last 4 digits of account number  **6D0B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.120
0**

**Nonpriority creditor's name and mailing address**

**JEANETTE A GARCIA
333 E Slaughter LN
apt 823
AUSTIN, TX 78744**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **4B17**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.120
1**

**Nonpriority creditor's name and mailing address**

**Jeanette Kramer
3003 Manning Drive
Marietta, GA 30062**

Date(s) debt was incurred  **12/11/2016**

Last 4 digits of account number  **AC64**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Jeanie Curley**
**335 Detroit St. #204**
**Denver, CO 80206**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **4B67**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Jeanine Werner**
**2702 Bradbury Court**
**Davidsonville, MD 21035**

Date(s) debt was incurred  **2/19/2019**

Last 4 digits of account number  **5774**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**jeanne homer**
**8 Coral Tree Lane**
**Irvine, CA 92612**

Date(s) debt was incurred  **12/2/2016**

Last 4 digits of account number  **7E82**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**Jeanne Kennedy**
**20810 Cormorant Way**
**Ocean View, DE 19970**

Date(s) debt was incurred  **10/2/2020**

Last 4 digits of account number  **6A99**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Jeanne Muhlenberg**
**PO Box 235**
**Elizabethton, TN 37644**

Date(s) debt was incurred  **8/20/2019**

Last 4 digits of account number  **C4BA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Jeannine Donnelly**
**1301 15th Street NW**
**Apt 201**
**Washington, DC 20005**

Date(s) debt was incurred  **8/26/2017**

Last 4 digits of account number  **9326**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Jeb Byrne**
**8306 Fox Haven Drive**
**McLean, VA 22102**

Date(s) debt was incurred  **2/14/2019**

Last 4 digits of account number  **3AD0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1209**

**Nonpriority creditor's name and mailing address**

**Jeb Connor**
**801 Roberts Way**
**Kennett Square, PA 19348**

Date(s) debt was incurred  **12/23/2018**

Last 4 digits of account number  **8F3A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$30.00

---

**3.1210**

**Nonpriority creditor's name and mailing address**

**Jed Smith**
**7141 Mercury Ave**
**HAYMARKET, VA 20169**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **7A18**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.1211**

**Nonpriority creditor's name and mailing address**

**Jeff Busch**
**140 River Lake Court**
**Roswell, GA 30075**

Date(s) debt was incurred  **12/8/2018**

Last 4 digits of account number  **C530**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.1212**

**Nonpriority creditor's name and mailing address**

**Jeff Macintire**
**1102 R St NW Unit 4**
**Washington, DC 20009**

Date(s) debt was incurred  **12/23/2018**

Last 4 digits of account number  **EE68**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.1213**

**Nonpriority creditor's name and mailing address**

**Jeff Perry**
**27 Lamoree Road**
**Rhinebeck, NY 12572**

Date(s) debt was incurred  **10/25/2018**

Last 4 digits of account number  **1C5F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$70.00

---

**3.1214**

**Nonpriority creditor's name and mailing address**

**Jeff Schommer**
**4612 Xerxes Ave S**
**Minneapolis, MN 55410**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **C305**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$55.00

---

**3.1215**

**Nonpriority creditor's name and mailing address**

**Jeff Turner**
**1345 S. Capitol St. SW**
**Washington, DC 20003**

Date(s) debt was incurred  **10/13/2015**

Last 4 digits of account number  **1652**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Jeff Waksman**
**450 Massachusetts Ave NW**
**Apt 809**
**Washington, DC 20001**

Date(s) debt was incurred  **8/5/2019**

Last 4 digits of account number  **9500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ahdoot**
**4023 25th Rd. N.**
**Arlington, VA 22207**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **32DE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Dietrich**
**1803 Everest St**
**Silver Spring, MD 20902**

Date(s) debt was incurred  **3/27/2018**

Last 4 digits of account number  **843D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Finn**
**204 N Kenilworth Avenue**
**Unit 2**
**Oak Park, IL 60302**

Date(s) debt was incurred  **12/15/2017**

Last 4 digits of account number  **A1FC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Hanson**
**8109 Fenway Rd.**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **1E1F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kuckuck**

Date(s) debt was incurred  **12/23/2017**

Last 4 digits of account number  **0CCA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Martin**
**129 Valley View Rd**
**Greentown, PA 18426**

Date(s) debt was incurred  **3/21/2019**

Last 4 digits of account number  **2942**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| | Name | |

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ratner**
**631 D Street NW**
**Apt 445**
**Washington, DC 20004**

Date(s) debt was incurred  **10/8/2018**

Last 4 digits of account number  **CAD8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Robbins**
**21 Battery Park Ave**
**Unit 604**
**Asheville, NC 28801**

Date(s) debt was incurred  **11/26/2018**

Last 4 digits of account number  **5F61**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Shen**

Date(s) debt was incurred  **6/8/2016**

Last 4 digits of account number  **B567**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Jen Whereatt**
**921 Oronoco Street**
**Alexandria, VA 22314**

Date(s) debt was incurred  **1/2/2019**

Last 4 digits of account number  **6917**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Jeni Catch**
**305 S. Elm Drive**
**Beverly Hills, CA 90212-4611**

Date(s) debt was incurred  **7/9/2018**

Last 4 digits of account number  **D6C4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Jenn Coy**
**410 S. Nursery Ave**
**Purcellville, VA 20132**

Date(s) debt was incurred  **3/13/2017**

Last 4 digits of account number  **AAB6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Jenna Delgado**
**250 W Pratt Street**
**Baltimore, MD 21201**

Date(s) debt was incurred  **11/16/2016**

Last 4 digits of account number  **FB89**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 176 of 428**

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Jenna Ebersole**
**436 New Jersey Ave SE**
**Apt B**
**Washington, DC 20003**

Date(s) debt was incurred  3/20/2016

Last 4 digits of account number  4405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Jenna Larner**
**57 Dickinson Rd**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred  10/28/2019

Last 4 digits of account number  F8FF

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Jennifer  Riedinger**
**3754 Jason Avenue**
**Alexandria, VA 22302**

Date(s) debt was incurred  11/1/2017

Last 4 digits of account number  AF33

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Jennifer Bisceglie**
**1725 Duke Street**
**Alexandria, VA 22315**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  68D6

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Jennifer Bisceglie**
**5320 Jesmond Street**
**Alexandria, VA 22315**

Date(s) debt was incurred  11/21/2016

Last 4 digits of account number  1205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Jennifer Bisceglie**

Date(s) debt was incurred  11/4/2016

Last 4 digits of account number  32FB

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Jennifer Bisceglie**

Date(s) debt was incurred  12/4/2016

Last 4 digits of account number  CB7A

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.123 7 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Cash**<br><br>Date(s) debt was incurred  12/9/2020<br>Last 4 digits of account number  FFCE | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100.00** |
|---|---|---|---|
| 3.123 8 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Cochran**<br>**43671 Deer Run Ct**<br>**Leonardtown, MD 20650**<br>Date(s) debt was incurred  12/23/2018<br>Last 4 digits of account number  4A76 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |
| 3.123 9 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Elwood**<br>**1430 Newton St. NW**<br>**#201**<br>**Washington, DC 20010**<br>Date(s) debt was incurred  6/27/2016<br>Last 4 digits of account number  4F2B | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$195.00** |
| 3.124 0 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Grim**<br>**14230 Westside Ridge Drive**<br>**Laurel, MD 20707**<br>Date(s) debt was incurred  4/2/2020<br>Last 4 digits of account number  1C55 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$195.00** |
| 3.124 1 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Gulley**<br>**3053 Hazelton St**<br>**Falls Church, VA 22044**<br>Date(s) debt was incurred  12/24/2016<br>Last 4 digits of account number  1F47 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$185.00** |
| 3.124 2 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Jeffers**<br>**PO BOX 358998**<br>**Gainesville, FL 32635**<br>Date(s) debt was incurred  12/27/2019<br>Last 4 digits of account number  C51D | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$195.00** |
| 3.124 3 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Johnston**<br><br>Date(s) debt was incurred  12/22/2016<br>Last 4 digits of account number  C2F2 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10.00** |

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Jennifer Menefee**
**8507 stones throw lane**
**Missouri city, TX 77459**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **7229**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Jennifer Myers**
**1225 Marietta Dr**
**Fairborn, OH 45324**

Date(s) debt was incurred  **11/29/2019**

Last 4 digits of account number  **7864**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Newman**
**5448 Fawnbrook Lane**
**Dublin, OH 43017**

Date(s) debt was incurred  **5/16/2019**

Last 4 digits of account number  **8133**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Reichert**
**7313 Masters Drive**
**Potomac, MD 20854**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **0104**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Seasly**
**3130 N. Soldier Trail**
**Tucson, AZ 85749**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number  **3826**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Jennifer Vaziralli**
**2108 Main Line Blvd**
**Alexandria, VA 22301**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **8A09**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Jennifer Walton**

Date(s) debt was incurred  **7/25/2016**

Last 4 digits of account number  **0765**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125**
**1**

**Nonpriority creditor's name and mailing address**

**Jennifer White**
**14503 Anchor Lane**
**Boyds, MD 20841**

Date(s) debt was incurred  **10/14/2018**

Last 4 digits of account number  **5006**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.125**
**2**

**Nonpriority creditor's name and mailing address**

**Jennifer Wolford**
**1018 N Highland Ave**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **F121**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.125**
**3**

**Nonpriority creditor's name and mailing address**

**Jenny Fleming**
**3708 N. Southport Ave**
**APT 4**
**Chicago, IL 60613**

Date(s) debt was incurred  **11/10/2019**

Last 4 digits of account number  **A85F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.125**
**4**

**Nonpriority creditor's name and mailing address**

**Jenny Martin**
**959 N Madison St.**
**Arlington, VA 22205**

Date(s) debt was incurred  **1/22/2020**

Last 4 digits of account number  **1798**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.125**
**5**

**Nonpriority creditor's name and mailing address**

**Jenny Miedema**
**2273 S Main St**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  **12/27/2017**

Last 4 digits of account number  **08D0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.125**
**6**

**Nonpriority creditor's name and mailing address**

**Jeremie Marguerie**
**350 W 50th St**
**unit 24 g**
**washington, NY 10019**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **6398**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.125**
**7**

**Nonpriority creditor's name and mailing address**

**Jeremy Cockerham**
**1170 NW 11th St.**
**Apt 801**
**Miami, FL 33136**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **AD15**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Debtor    **CulinAerie DC, LLC**                                              Case number (if known) _____
_____
Name

| 3.125<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Jeremy Friedlander**<br>**301 M St SW**<br>**Apt 502**<br>**Washington DC, DC 20024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2/8/2020_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _1962_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Jeremy Haldeman**<br>**1808 6th, NW**<br>**Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _5/8/2018_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _C9FA_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Jeremy McClellan**<br>**1444 T Street**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _9/25/2017_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _878E_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|
| | **Jeri Robinson**<br>**140 Kinkade Drive**<br>**Middletown, NJ 07748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _1/6/2018_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _0F96_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Jermaine Dictado** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _3/16/2017_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _8DAC_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **JEROME MULLIN**<br>**9006 WOODLAND DRIVE**<br>**Silver Spring, MD 20910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _12/22/2019_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _A2C9_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Jerr Rosenbaum**<br>**2018 N. Monroe St.**<br>**Arlington, VA 22207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _12/22/2016_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _0464_ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **CulinAerie DC, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|

**3.126 5**

**Nonpriority creditor's name and mailing address**

**jerry rinder**
**150 Selkirk Road**
**Williamsport, PA 17701**

Date(s) debt was incurred  **12/15/2016**

Last 4 digits of account number  **AA8E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Jesse B Rauch**
**3325 11th Street NW, Unit 1**
**Washington, DC 20010**

Date(s) debt was incurred  **8/28/2018**

Last 4 digits of account number  **62E9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Jessi Bailly**
**7620 Old Georgetown Rd**
**Apt 214**
**Bethesda, MD 20814**

Date(s) debt was incurred  **1/6/2017**

Last 4 digits of account number  **765B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Jessica  Hristakos**
**5714 13th St. NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/25/2018**

Last 4 digits of account number  **6CEB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$190.00

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Jessica Bratten**
**2291 Cartbridge Road**
**Falls Church, VA 22043**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **B6C1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Jessica Crane**


Date(s) debt was incurred  **11/1/2018**

Last 4 digits of account number  **10B7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**JESSICA Grabill**
**2420 Lexington Road**
**Falls Church, VA 22043**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **03F8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**Jessica Graham**
**6027 Redwood Lane**
**Alexandria, VA 22310**

Date(s) debt was incurred  **2/16/2018**

Last 4 digits of account number  **1875**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**Jessica Jager**
**6064 Hardwick Pl**
**Falls Church, VA 22041**

Date(s) debt was incurred  **10/27/2019**

Last 4 digits of account number  **F4BE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

**Jessica Kaslow**
**160 Ardmore St**
**Hamden, CT 06517**

Date(s) debt was incurred  **2/12/2019**

Last 4 digits of account number  **58FD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

**Jessica Kremen**
**5 Bellchase Court**
**Baltimore, MD 21208**

Date(s) debt was incurred  **6/30/2016**

Last 4 digits of account number  **E7C0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Jessica Lee**
**2909 Sycamore Street**
**Alexandria, VA 22305**

Date(s) debt was incurred  **2/11/2019**

Last 4 digits of account number  **4A23**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**Jessica Lewis**
**13607 Anchor Cove Ct**
**Rockville, MD 20850**

Date(s) debt was incurred  **8/10/2017**

Last 4 digits of account number  **0D25**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Jessica Loren**
**9186 Ivy Banks Dr**
**Mechanicsville, VA 23116**

Date(s) debt was incurred  **1/4/2020**

Last 4 digits of account number  **1599**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1279**

**Nonpriority creditor's name and mailing address**
Jessica Mirabella
1711 Massachusetts Ave, NW
Apt #126
Washington, DC 20036

Date(s) debt was incurred  12/20/2016
Last 4 digits of account number  6A94

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.1280**

**Nonpriority creditor's name and mailing address**
Jessica Nakano
5 Sunnyridge Parkway
Trumbull, CT 06611

Date(s) debt was incurred  12/12/2017
Last 4 digits of account number  B881

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.1281**

**Nonpriority creditor's name and mailing address**
Jessica Potts
17107 New Hampshire Ave
Silver Spring, MD 20905

Date(s) debt was incurred  12/22/2017
Last 4 digits of account number  C815

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.1282**

**Nonpriority creditor's name and mailing address**
Jessica Rusnack
FTI Consulting
8251 Greensboro Drive
McLean, VA 22102

Date(s) debt was incurred  1/15/2020
Last 4 digits of account number  6114

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1283**

**Nonpriority creditor's name and mailing address**
Jessica Smith
18655 Pier Point Pl
Montgomery Village, MD 20886

Date(s) debt was incurred  12/11/2019
Last 4 digits of account number  7340

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.1284**

**Nonpriority creditor's name and mailing address**
Jessica Strieter Elting
1419 Buchanan St NW
Washington, DC 20011

Date(s) debt was incurred  12/24/2019
Last 4 digits of account number  D4F3

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.1285**

**Nonpriority creditor's name and mailing address**
Jessica Wintfeld
505 E. Alexandria Ave
Alexandria, VA 22301

Date(s) debt was incurred  12/8/2016
Last 4 digits of account number  A73A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Jessica Wodatch**
**627 E Street NE**
**Washington, DC 20002**

Date(s) debt was incurred  3/5/2017

Last 4 digits of account number  B21E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Jessica Wrenn**
**4455 Connecticut Ave NW**
**Apt 409**
**WASHINGTON, DC 20008**

Date(s) debt was incurred  2/5/2019

Last 4 digits of account number  12FA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Jessica Wrenn**
**4455 Connecticut Ave NW**
**Apt 409**
**WASHINGTON, DC 20008**

Date(s) debt was incurred  12/11/2017

Last 4 digits of account number  30B4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Jessie Owens**
**838 S Bond St**
**Apt 1**
**Baltimore, MD 21231**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  DDC1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**Jie Wang**

Date(s) debt was incurred  5/19/2019

Last 4 digits of account number  4594

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**Jill  Crisafi**
**3872 Redwood Drive**
**Bethlehem, PA 18020**

Date(s) debt was incurred  12/19/2019

Last 4 digits of account number  57BC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

**Jill Greene**
**3567 S FEDERAL HIGHWAY**
**BOYNTON BEACH, FL 33435**

Date(s) debt was incurred  8/4/2019

Last 4 digits of account number  89C7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

**Jill Klein**
**11202 Crossbeam Ct**
**Reston, VA 20194**

Date(s) debt was incurred  **10/22/2019**

Last 4 digits of account number  **4389**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

**Jill Luckett**
**10 Royal Oak Ct.**
**Rockville, MD 20854**

Date(s) debt was incurred  **12/4/2019**

Last 4 digits of account number  **6CFD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

**Jill Stever-Zeitlin**
**1944 Kenwood Parkway**
**MInneapolis, MN 55405**

Date(s) debt was incurred  **9/24/2016**

Last 4 digits of account number  **F740**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

**Jillian Klein**
**245 E 25th St, Apt 11F**
**New York, NY 10010**

Date(s) debt was incurred  **2/7/2018**

Last 4 digits of account number  **E999**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**

**Jillian Lomanno**
**427 Edgmere Dr.**
**Annapolis, MD 21403**

Date(s) debt was incurred  **6/27/2018**

Last 4 digits of account number  **3060**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**Jim Reische**
**164 Cole Avenue**
**Williamstown, MA 01267**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **0D3E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Jimmy Learned**
**9240 Vernon Drive**
**Great Falls, VA 22066**

Date(s) debt was incurred  **1/17/2018**

Last 4 digits of account number  **AF25**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.130 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Jo  Christopher** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  3/4/2018 | ☐ Disputed | |
| | Last 4 digits of account number  65FC | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Jo Marie Gerogianni** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred  12/12/2020 | ☐ Disputed | |
| | Last 4 digits of account number  72ED | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Joan Flavin** | ☐ Contingent | |
| | **1845 River Shore Drive** | ☐ Unliquidated | |
| | **Indialantic, FL 32903** | ☐ Disputed | |
| | Date(s) debt was incurred  12/14/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  743E | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Joan McCormick** | ☐ Contingent | |
| | **2908 Rockingham Court** | ☐ Unliquidated | |
| | **Pasadena, MD 21122** | ☐ Disputed | |
| | Date(s) debt was incurred  12/8/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  801E | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|
| | **Joan O'Connor** | ☐ Contingent | |
| | **8476 OAKWIND COURT** | ☐ Unliquidated | |
| | **ORANGEVALE, CA 95662** | ☐ Disputed | |
| | Date(s) debt was incurred  8/6/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  1A46 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|
| | **Joana Noriega** | ☐ Contingent | |
| | **12365 Randle Lane** | ☐ Unliquidated | |
| | **Culpeper, VA 22701** | ☐ Disputed | |
| | Date(s) debt was incurred  12/22/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  EAF9 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **JoAnn DaSilva** | ☐ Contingent | |
| | **6 Lake Shore Drive South** | ☐ Unliquidated | |
| | **Randolph, NJ 07869** | ☐ Disputed | |
| | Date(s) debt was incurred  6/23/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  5C56 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130 7**

Nonpriority creditor's name and mailing address

**Joann Pabst**
**2348 E 7th St**
**Charlotte, NC 28204**

Date(s) debt was incurred  **2/7/2020**

Last 4 digits of account number  **78F0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.130 8**

Nonpriority creditor's name and mailing address

**JoAnn Sims**
**333 Delight Meadows Road**
**Reisterstown, MD 21136**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **B9EB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.130 9**

Nonpriority creditor's name and mailing address

**Joanna J Kuttothara**
**1210 R St NW, Apt 317**
**Washington, DC 20009**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **A861**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.131 0**

Nonpriority creditor's name and mailing address

**Joanna Philpotts**
**138B N Bedford St.**
**Arlington, VA 22201**

Date(s) debt was incurred  **10/10/2018**

Last 4 digits of account number  **4970**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.131 1**

Nonpriority creditor's name and mailing address

**Joanna Philpotts**
**138B N Bedford St.**
**Arlington, VA 22201**

Date(s) debt was incurred  **10/10/2018**

Last 4 digits of account number  **2DCF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.131 2**

Nonpriority creditor's name and mailing address

**Joanna Wynes**
**4110 Tall Willows Road**
**Ellicott City, MD 21043**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **0757**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.131 3**

Nonpriority creditor's name and mailing address

**Joanne  Brokaw**
**60 East Marginal Rd**
**Brunswick, ME 04011**

Date(s) debt was incurred  **12/12/2019**

Last 4 digits of account number  **14DF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**joanne costello**
**448 mckinley**
**grosse pointe farms, MI 48236**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **F005**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Joanne Evans**
**852 Bluffs Ct**
**Petoskey, MI 49770**

Date(s) debt was incurred  **6/14/2016**

Last 4 digits of account number  **3ED1**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Joanne Westendorf**
**537 Hilbar Ln**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **1/5/2020**

Last 4 digits of account number  **D9BA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Joanne Westendorf**
**537 Hilbar Ln**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **7E14**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**Joanne Wisner**
**1625 Eye Street**
**Washington, DC 20006**

Date(s) debt was incurred  **12/8/2017**

Last 4 digits of account number  **A38B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**JODIE GULASKEY**
**938 Prestige Court**
**NEWPORT NEWS, VA 23602**

Date(s) debt was incurred  **12/2/2019**

Last 4 digits of account number  **1D62**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Jody  Stewart**
**13748 Piedmont Vista Dr.**
**Haymarket, VA 20169**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **F1D9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132**
**1**

**Nonpriority creditor's name and mailing address**

**Jody Fox**
**15 Parkway North**
**Apt 145**
**Deerfield, IL 60015**

Date(s) debt was incurred  **12/22/2018**

Last 4 digits of account number  **A337**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.132**
**2**

**Nonpriority creditor's name and mailing address**

**Joe Brophy**
**2840 16th St NW**
**Apt. 844**
**Washington, DC 20010**

Date(s) debt was incurred  **12/11/2018**

Last 4 digits of account number  **6115**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.132**
**3**

**Nonpriority creditor's name and mailing address**

**Joe McCormick**
**6100 dunleer court**
**bethesda, MD 20817**

Date(s) debt was incurred  **11/6/2019**

Last 4 digits of account number  **200D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.132**
**4**

**Nonpriority creditor's name and mailing address**

**Joe Steele**
**3001 Veazey Terrace, NW**
**Apt 701**
**Washington, DC 20008**

Date(s) debt was incurred  **12/2/2018**

Last 4 digits of account number  **BF75**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**

**Joel Dorow**
**219 christopher st**
**Montclair, NJ 07042**

Date(s) debt was incurred  **7/3/2018**

Last 4 digits of account number  **37AB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**

**Joey WIlkins**
**1225 13th St. NW**
**Washington, DC 20005**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **396B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**

**Joey WIlkins**
**1225 13th St. NW**
**Washington, DC 20005**

Date(s) debt was incurred  **2/13/2020**

Last 4 digits of account number  **E093**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**John Bean**
**2121 N Westmoreland St**
**Apt 232**
**Arlington, VA 22213**

Date(s) debt was incurred  12/23/2016

Last 4 digits of account number  D20A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**John Berger**
**1455 S St NW**
**Washington, DC 20009**

Date(s) debt was incurred  10/19/2017

Last 4 digits of account number  01F2

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**John Crain**
**452 New Jersey Ave SE**
**Washington, DC 20003**

Date(s) debt was incurred  5/18/2019

Last 4 digits of account number  9D2C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$190.00

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**John Crippen**
**2425 L ST NW #604**
**Washington, DC 20037**

Date(s) debt was incurred  7/28/2018

Last 4 digits of account number  3964

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**John Denton**
**2008 N Kenmore St**
**Arlington, VA 22207**

Date(s) debt was incurred  6/1/2018

Last 4 digits of account number  2854

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

**John Eubank**
**1201 N Fillmore St**
**Apt 609**
**Arlington, VA 22201**

Date(s) debt was incurred  12/6/2016

Last 4 digits of account number  7D1C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**John Evans**
**100 Aqua Way**
**#215**
**Newport, KY 41071**

Date(s) debt was incurred  4/5/2018

Last 4 digits of account number  A365

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**John Fletcher**
**1439 Floyd Ave**
**Richmond, VA 23220-4663**

Date(s) debt was incurred  12/1/2019

Last 4 digits of account number  7D0C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**John LaRue**
**5480 Wisconsin Ave. Apt. 606**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  2/10/2020

Last 4 digits of account number  2ED2

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**John Leary**
**9904 Thornwood Road**
**Kensington, MD 20895**

Date(s) debt was incurred  3/14/2018

Last 4 digits of account number  87AA

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**John Lonsdale**
**4120 Red Fox Road**
**Fort Collins, CO 80526**

Date(s) debt was incurred  11/27/2017

Last 4 digits of account number  C3ED

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**John Maconi**
**100 Shiley Street**
**Annapolis, MD 21401**

Date(s) debt was incurred  11/11/2019

Last 4 digits of account number  0417

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**John Miller**
**4243 35th Street S**
**Arlington, VA 22206**

Date(s) debt was incurred  12/13/2019

Last 4 digits of account number  3630

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**John Ogilby**
**20 Auburn Street**
**Unit A**
**Charlestown, MA 02129**

Date(s) debt was incurred  11/26/2018

Last 4 digits of account number  DDD8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**John Petrofsky**
**1730 P Street NW**
**Apt 5**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2/2015**

Basis for the claim: _

Last 4 digits of account number **1495**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**John Roy**
**1526 Woodcrest Drive**
**Reston, VA 20194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/18/2018**

Basis for the claim: _

Last 4 digits of account number **1D8C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**john sargent**
**888 17th street**
**suite 205**
**washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/9/2016**

Basis for the claim: _

Last 4 digits of account number **E312**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**john sargent**
**888 17th street**
**suite 205**
**washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/11/2016**

Basis for the claim: _

Last 4 digits of account number **8DFB**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**John Schoenecker**
**730 N. Tazewell St.**
**ARLINGTON, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/15/2018**

Basis for the claim: _

Last 4 digits of account number **BCC2**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**John Simon**
**233 S Federal Hwy**
**#410**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/18/2019**

Basis for the claim: _

Last 4 digits of account number **7D07**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**John Womack**
**8020 Wright Place**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/14/2019**

Basis for the claim: _

Last 4 digits of account number **1C03**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**John Wright**
**2359 Boyer Ave E**
**Seattle, WA 98112**

Date(s) debt was incurred  12/6/2018

Last 4 digits of account number  6410

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**John Zevitas**
**1525 Coldwater Reserve Xing**
**Severn, MD 21144**

Date(s) debt was incurred  1/1/2020

Last 4 digits of account number  ECE5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**Johns Bahen**
**1079 Nova circle**
**Arnold, MD 21012**

Date(s) debt was incurred  3/1/2017

Last 4 digits of account number  6172

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**Joi Baker**
**3501 21st ST SE**
**Washington, DC 20020**

Date(s) debt was incurred  9/7/2017

Last 4 digits of account number  FEAD

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**Jolaine Smith**
**1820 Walnut St E #3**
**Devils Lake, ND 58301**

Date(s) debt was incurred  11/27/2018

Last 4 digits of account number  C938

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Jolanta  Szmuc**
**20 Anona Drive**
**Upper Saddle River, NJ 07458**

Date(s) debt was incurred  7/27/2020

Last 4 digits of account number  15A9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Jolene Lowry**
**1710 Forest Lane**
**McLean, VA 22101**

Date(s) debt was incurred  5/9/2019

Last 4 digits of account number  8225

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Jon Carlson**
**1232 West Nelson Street**
**apt 1B**
**Chicago, IL 60657**

Date(s) debt was incurred  12/31/2019

Last 4 digits of account number  59F8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Jon Furlow**
**2120 Girard Ave S.**
**Minneapolis, MN 55405**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  7096

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Jon Furman**

Date(s) debt was incurred  11/16/2018

Last 4 digits of account number  AFC8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Jon Malis**
**1101 3rd St SW**
**#711**
**Washington, DC 20024**

Date(s) debt was incurred  6/26/2019

Last 4 digits of account number  19F5

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Jon West-Bey**
**3405 Wheeler Rd SE**
**Washington, DC 20032**

Date(s) debt was incurred  1/31/2020

Last 4 digits of account number  8625

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Jonas Chartock**
**1824 Oretha Castle Haley Boulevard**
**New Orleans, LA 70113**

Date(s) debt was incurred  1/25/2017

Last 4 digits of account number  CF75

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Jonathan Berliner**
**2500 Q St nw Apt 307**
**Washington, DC 20007**

Date(s) debt was incurred  7/15/2016

Last 4 digits of account number  B0DE

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Jonathan Bonniwell**
**6555 Sand Wedge Ct**
**Alexandria, VA 22312**

Date(s) debt was incurred  **6/9/2016**

Last 4 digits of account number  **B5DF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Jonathan Elsasser**
**319 Harvest Drive**
**Charlottesville, VA 22903**

Date(s) debt was incurred  **5/22/2017**

Last 4 digits of account number  **D392**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Jonathan Kendler**

Date(s) debt was incurred  **7/1/2016**

Last 4 digits of account number  **0AF8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**Jonathan Levine**
**99 Pembroke Street Unit 2**
**Boston, MA 02118**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **45BF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**Jonathan Mullin**
**2007 SKYLINE DR.**
**LATROBE, PA 15650**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **1F14**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**Jonathan Pogach**
**2523 University Place**
**Washington, DC 20009**

Date(s) debt was incurred  **2/27/2019**

Last 4 digits of account number  **7777**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

**Jonathan Raizon**
**1499 Massachusetts Ave NW**
**APT 418**
**Washington, DC 20005**

Date(s) debt was incurred  **1/28/2018**

Last 4 digits of account number  **2782**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**Jonathan Spigler**
**1947 Columbia Pike, 42**
**Arlington, VA 22204**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **F984**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$370.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**Jonathan Wachtel**
**4914 jamestown rd**
**bethesda, MD 20816**

Date(s) debt was incurred  **6/27/2018**

Last 4 digits of account number  **E200**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**Jonny Davis**
**92 Fitzwilliam Point, Fitzwilliam Quay**
**Dublin 4, Ireland D04 NY06**

Date(s) debt was incurred  **12/12/2019**

Last 4 digits of account number  **E8AE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**Jordan Green**
**1160 First St NE**
**Apt 520**
**Washington, DC 20002**

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  **0BA8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Jordan McIntyre**
**818 N Quincy Street #1511**
**Arlington, VA 22203**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **052A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Jordan Rice**
**2421 Glade Bank Way**
**Reston, VA 20191**

Date(s) debt was incurred  **12/25/2017**

Last 4 digits of account number  **3342**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Joseph Deal**
**2706 44th Street NW**
**Washington, DC 20007**

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **30F0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Joseph Gallagher**
**337 Vley Road**
**Scotia, NY 12302**

Date(s) debt was incurred  __12/5/2018__

Last 4 digits of account number  __DBB5__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Joseph Lenz**
**704 F Street NE**
**Washington, DC 20002**

Date(s) debt was incurred  __2/11/2020__

Last 4 digits of account number  __8921__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Joseph Martinelli**
**947 Edison Avenue**
**Bronx, NY 10465**

Date(s) debt was incurred  __4/19/2019__

Last 4 digits of account number  __D5FA__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Joseph Mattey**
**514 Possum Oak**
**Shavano Park, TX 78230**

Date(s) debt was incurred  __12/22/2018__

Last 4 digits of account number  __6B80__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Joseph Panagiotou**
**8305 Richardson Road**
**Clinton, MD 20735**

Date(s) debt was incurred  __12/19/2016__

Last 4 digits of account number  __CBFF__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**Joseph Toner**
**1013 C St SE**
**Washington, DC 20003**

Date(s) debt was incurred  __12/12/2018__

Last 4 digits of account number  __F384__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**Josh Levin**
**1212 Girard St. NW**
**Washington, DC 20009**

Date(s) debt was incurred  __12/24/2019__

Last 4 digits of account number  __498F__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**josh masi**
**205 Faulk Drive**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2/2019

**Basis for the claim:** _

**Last 4 digits of account number** F8A9

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Josh Shelofsky**
**3000 Washington Boulevard**
**Apt 822**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/29/2019

**Basis for the claim:** _

**Last 4 digits of account number** D2A9

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Joshua DeMoss**
**1812 N Capitol St NW**
**Unit 301**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/4/2019

**Basis for the claim:** _

**Last 4 digits of account number** 287F

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**joshua Keller**
**93 crystal brook hollow road**
**Mount Sinai, NY 11766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/16/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9AF8

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Joshua Kreider**
**1209 13th Street, NW**
**apt 602**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** D009

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Joshua MacNeill**
**1613 Harvard St. Apt 208**
**Apt 208**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/11/2019

**Basis for the claim:** _

**Last 4 digits of account number** AB1F

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Joy Burwell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/27/2018

**Basis for the claim:** _

**Last 4 digits of account number** 0638

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

**3.139
1**

**Nonpriority creditor's name and mailing address**

**Joy Wood**
**9705 Katie Leigh Ct**
**Great Falls, VA 22066**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **86A8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.139
2**

**Nonpriority creditor's name and mailing address**

**Joy Wood**
**9705 Katie Leigh Ct**
**Great Falls, VA 22066**

Date(s) debt was incurred  **11/26/2018**

Last 4 digits of account number  **A847**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.139
3**

**Nonpriority creditor's name and mailing address**

**joyce sullivan**
**400 Cameron Station Blvd**
**Unit 313**
**Alexandria, VA 22304**

Date(s) debt was incurred  **5/22/2018**

Last 4 digits of account number  **2786**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.139
4**

**Nonpriority creditor's name and mailing address**

**Judith Biltekoff**
**94 Smallwood Drive**
**Snyder, NY 14226**

Date(s) debt was incurred  **7/6/2018**

Last 4 digits of account number  **D7EE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.139
5**

**Nonpriority creditor's name and mailing address**

**Judith Proffitt**
**17 WESTMINSTER BRIDGE WAY**
**LUTHERVILLE, MD 21093-3955**

Date(s) debt was incurred  **5/25/2020**

Last 4 digits of account number  **2299**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.139
6**

**Nonpriority creditor's name and mailing address**

**judith ritter**

Date(s) debt was incurred  **12/2/2018**

Last 4 digits of account number  **1090**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.139
7**

**Nonpriority creditor's name and mailing address**

**Judy Brinckerhoff**
**4628 Brandywine St NW**
**Washington, DC 20016**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **8A50**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Judy Drickey-Prohow**
**4712 North Courtney Drive**
**Tucson, AZ 85705**

Date(s) debt was incurred  **8/16/2016**

Last 4 digits of account number  **7F31**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Judy Monaghan**
**29 Lynn Rd**
**Needham, MA 02494**

Date(s) debt was incurred  **1/18/2018**

Last 4 digits of account number  **3C8B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**Judy Rauchman**
**10953 Shadow Glen Dr**
**Loveland, OH 45140-7800**

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number  **D418**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Judy Whalley**
**520 3rd St NE**
**Washington, DC 20002**

Date(s) debt was incurred  **12/4/2019**

Last 4 digits of account number  **03FA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.1402**

**Nonpriority creditor's name and mailing address**

**julasha simpson**
**14722 saddle creek dr**
**Burtonsville, MD 20866**

Date(s) debt was incurred  **11/21/2017**

Last 4 digits of account number  **0236**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.1403**

**Nonpriority creditor's name and mailing address**

**Julia Baehre**
**7651 Mandrake Court**
**Unit 408**
**Elkridge, MD 21075**

Date(s) debt was incurred  **3/14/2020**

Last 4 digits of account number  **C455**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.1404**

**Nonpriority creditor's name and mailing address**

**Julia Clark**
**140 M St NE**
**Apt 1244**
**Washington, DC 20002**

Date(s) debt was incurred  **12/14/2018**

Last 4 digits of account number  **910C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.140**
**5**

**Nonpriority creditor's name and mailing address**

**Julia Comeau**
**2627 13th Street NW**
**Washington, DC 20009**

Date(s) debt was incurred  **10/29/2017**

Last 4 digits of account number  **1421**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.140**
**6**

**Nonpriority creditor's name and mailing address**

**Julia Comeau**
**2627 13th Street NW**
**Washington, DC 20009**

Date(s) debt was incurred  **10/29/2017**

Last 4 digits of account number  **4095**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.140**
**7**

**Nonpriority creditor's name and mailing address**

**Julia Farbman**
**1919 Market St., Unit 1416**
**Philadelphia, PA 19103**

Date(s) debt was incurred  **12/6/2019**

Last 4 digits of account number  **0DDA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.140**
**8**

**Nonpriority creditor's name and mailing address**

**Julia Frederick**
**1375 Fairmont St NW**
**Apt 412**
**Washington, DC 20009**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **7DFD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.140**
**9**

**Nonpriority creditor's name and mailing address**

**Julia MacKesson**
**270 Riverbend Drive**
**Charlottesville, VA 22911**

Date(s) debt was incurred  **1/2/2019**

Last 4 digits of account number  **ED06**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.141**
**0**

**Nonpriority creditor's name and mailing address**

**Julia Post**
**3251 Sutton Place NW**
**Unit D**
**Washington, DC 20016**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **9F8E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$585.00**

---

**3.141**
**1**

**Nonpriority creditor's name and mailing address**

**Julia Randall**
**2709 wisconsin avenue NW**
**Washington, DC 20007**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **BA00**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**Julia Taxin**
**1845 Ontario Place NW**
**B**
**Washington, DC 20009**

Date(s) debt was incurred  **3/17/2017**

Last 4 digits of account number  **4218**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**Julia Watts**
**3200 16th Street**
**Apt 608**
**Washington, DC 20010**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **8338**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**Julia Watts**
**3200 16th Street**
**Apt 608**
**Washington, DC 20010**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **7B31**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**Julian Day-Cooney**
**5308 S Greenwood Avenue**
**Apt 1**
**Chicago, IL 60615**

Date(s) debt was incurred  **12/16/2016**

Last 4 digits of account number  **E31A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**Juliana Rodriguez**
**1760 Euclid St. NW #203**
**Washington, DC 20009**

Date(s) debt was incurred  **9/9/2016**

Last 4 digits of account number  **5837**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**Juliana Rodriguez**
**1760 Euclid St. NW #203**
**Washington, DC 20009**

Date(s) debt was incurred  **9/10/2016**

Last 4 digits of account number  **B324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**Julie  Westendorf**
**6004 W Winterberry Circle**
**Sioux Falls, SD 57106**

Date(s) debt was incurred  **1/1/2019**

Last 4 digits of account number  **4569**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141
9**

**Nonpriority creditor's name and mailing address**

**Julie Chapman**
**14 Hesketh Street**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **12/12/2015**

Last 4 digits of account number  **2649**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.142
0**

**Nonpriority creditor's name and mailing address**

**Julie Clarke**
**63 PONDEROSA LN**
**PALMYRA, VA 22963-2405**

Date(s) debt was incurred  **7/6/2019**

Last 4 digits of account number  **3432**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.142
1**

**Nonpriority creditor's name and mailing address**

**Julie Daniels**
**4097 W 142nd St Apt 218**
**Hawthorne, CA 90250**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **9444**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.142
2**

**Nonpriority creditor's name and mailing address**

**Julie Dunwoody**
**12849 Parapet way**
**Oak hill, VA 20171**

Date(s) debt was incurred  **4/17/2019**

Last 4 digits of account number  **AFAB**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.142
3**

**Nonpriority creditor's name and mailing address**

**Julie Grimes**
**1914 Ventura Ave**
**Silver Spring, MD 20902**

Date(s) debt was incurred  **11/16/2018**

Last 4 digits of account number  **02C5**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.142
4**

**Nonpriority creditor's name and mailing address**

**julie hughey**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **1FE0**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.142
5**

**Nonpriority creditor's name and mailing address**

**Julie Margolies**
**3908 8th St NW**
**WASHINGTON, DC 20011-7906**

Date(s) debt was incurred  **6/11/2019**

Last 4 digits of account number  **9803**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**Julie Neubauer**
**726 Huffine Manor Circle**
**Franklin, TN 37067**

Date(s) debt was incurred  5/23/2017

Last 4 digits of account number  8088

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Julie Palmeri**
**56 Madison Pl #1**
**Annapolis, MD 21401**

Date(s) debt was incurred  3/15/2017

Last 4 digits of account number  DE4E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Julie Pereira**
**922 Willow Ave, Apt 2**
**Hoboken, NJ 07030**

Date(s) debt was incurred  8/13/2018

Last 4 digits of account number  4A9A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Julie Sassor**
**8959 Helmick Road**
**Monmouth, OR 97361**

Date(s) debt was incurred  11/29/2019

Last 4 digits of account number  23A4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Julie Veroff**
**1485 Waller St**
**#106**
**San Francisco, CA 94117**

Date(s) debt was incurred  7/7/2017

Last 4 digits of account number  0BA3

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Julien Guttman**
**1451 Belmont Street Northwest**
**Washington, DC 20009**

Date(s) debt was incurred  8/15/2018

Last 4 digits of account number  2972

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Juline Kaleyias**

Date(s) debt was incurred  11/9/2017

Last 4 digits of account number  CF2A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**June Smith**
**930 Main St**
**deale, MD 20751**

Date(s) debt was incurred  **6/13/2018**

Last 4 digits of account number  **5F37**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Justin Cerrito**
**6305 Earl Street**
**Owings, MD 20736**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **1025**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Justin Oliver**
**408 U street NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **A35B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Justin Whitesell**

Date(s) debt was incurred  **4/26/2018**

Last 4 digits of account number  **0ADE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**justin zielke**
**2125 14th street nw, 606**
**washington, DC 20009**

Date(s) debt was incurred  **5/10/2018**

Last 4 digits of account number  **2673**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Jyotsna (Jyo) Pai**
**5502 Spring Bluff Ct.**
**Fredericksburg, VA 22407**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **82D9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**K T**

Date(s) debt was incurred  **7/7/2018**

Last 4 digits of account number  **4890**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 206 of 428**

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
**Kacey Shuey**

Date(s) debt was incurred   **1/28/2018**

Last 4 digits of account number   **D573**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
**Kacie Hackett**
**1728 W. Abingdon Dr.**
**102**
**Alexandria, VA 22314**

Date(s) debt was incurred   **10/7/2016**

Last 4 digits of account number   **A810**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
**Kadie Corbin**
**3919 4th St N**
**Apt 4**
**Arlington, VA 22203**

Date(s) debt was incurred   **2/13/2019**

Last 4 digits of account number   **C108**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
**Kahle McDonough**
**140 Brackett rd**
**Rye, NH 03870**

Date(s) debt was incurred   **9/28/2017**

Last 4 digits of account number   **7454**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
**Kaitlin Puglia**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred   **1/11/2019**

Last 4 digits of account number   **CB0C**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
**Kaitlin Puglia**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred   **1/11/2019**

Last 4 digits of account number   **63C3**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

**Kaitlin Puglia**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred  1/11/2019

Last 4 digits of account number  8CA9

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 7**

**Nonpriority creditor's name and mailing address**

**Kaitlin Puglia**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred  3/29/2019

Last 4 digits of account number  5D61

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

**Kaitlin Puglia**
**IE USA LLC**
**200 Park Ave**
**Ste 1700**
**New York, NY 10166**

Date(s) debt was incurred  3/29/2019

Last 4 digits of account number  D35B

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

**Kaley Williams**
**808 4th St NE**
**Washington, DC 20002**

Date(s) debt was incurred  12/9/2017

Last 4 digits of account number  160A

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

**Kara Youle**
**652 Dorchester Avenue**
**3**
**Boston, MA 02127**

Date(s) debt was incurred  12/3/2019

Last 4 digits of account number  6E8B

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

**Karen  LeBan**
**5700 Broad Branch Rd NW**
**Washington, DC 20015**

Date(s) debt was incurred  11/20/2017

Last 4 digits of account number  DA3C

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145 2**

**Nonpriority creditor's name and mailing address**

**Karen Bridges**
**P.O. Box 356**
**P.O. Box 356**
**North, VA 23128**

Date(s) debt was incurred  11/8/2016
Last 4 digits of account number  07BF

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

**Karen Fishman**
**7103 Cedar Avenue**
**Takoma Park, MD 20912**

Date(s) debt was incurred  4/1/2017
Last 4 digits of account number  44D9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

**Karen Fleischer**
**5501 E Bloomfield Rd**
**Scottsdale, AZ 85254**

Date(s) debt was incurred  11/17/2016
Last 4 digits of account number  6CBA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**karen golembeski**
**2039 new hampshire avenue NW**
**unit 602**
**washington, DC 20009**

Date(s) debt was incurred  7/19/2017
Last 4 digits of account number  381F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**Karen Hope**
**3834 GROSVENOR DR**
**Ellicott City, MD 21042**

Date(s) debt was incurred  12/20/2016
Last 4 digits of account number  2818

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**Karen Keegan**
**609 Deerfield Pond Court**
**Great Falls   22066**

Date(s) debt was incurred  12/4/2019
Last 4 digits of account number  157B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**Karen Kenny**

Date(s) debt was incurred  12/21/2016
Last 4 digits of account number  C8AC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Karen Lee**
**1312 Woodsdie Parkway**
**Silver Spring, MD 20910**

Date(s) debt was incurred  5/15/2019

Last 4 digits of account number  066F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Karen Lewis**
**304 Chesapeake Drive**
**GREAT FALLS, VA 22066**

Date(s) debt was incurred  3/28/2019

Last 4 digits of account number  8062

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Karen Menatti**
**11617 Cedar Chase Road**
**Herndon, VA 20170**

Date(s) debt was incurred  12/16/2019

Last 4 digits of account number  38BF

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Karen Raino**
**706 Park Ave.**
**River Forest, IL 60305**

Date(s) debt was incurred  2/8/2017

Last 4 digits of account number  900F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Karen Swandby**
**2920 Shetland Lane**
**Montgomery, IL 60538**

Date(s) debt was incurred  1/5/2020

Last 4 digits of account number  9B5A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.1464**

**Nonpriority creditor's name and mailing address**

**Karen Taggart**
**148 Chapel Lane**
**Madison, MS 39110**

Date(s) debt was incurred  12/16/2019

Last 4 digits of account number  D595

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.1465**

**Nonpriority creditor's name and mailing address**

**Karen Walker**
**9033 Buckeye Court**
**Indianapolis, IN 46260**

Date(s) debt was incurred  12/24/2017

Last 4 digits of account number  5AA5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

**Karen Watkins**
**6124 Avalon Drive West**
**Orange, CT 06477**

Date(s) debt was incurred  **6/9/2017**

Last 4 digits of account number  **3C43**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.146 7**

**Nonpriority creditor's name and mailing address**

**Karen Weiss**
**617 Crocus Dr**
**Rockville, MD 20850**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **13F2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

**Karen Wendell**
**80 Maple Avenue South**
**Westport, CT 06880**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **699D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

**Karen Zinkgraf**
**9522 E Stanhope Rd**
**Kensington, MD 20895**

Date(s) debt was incurred  **2/12/2020**

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

**Karilyn Barber**
**2109 Creeks Edge Drive**
**Virginia Beach, VA 23451-6805**

Date(s) debt was incurred  **11/29/2019**

Last 4 digits of account number  **07B5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

**Karin Kearney**

Date(s) debt was incurred  **11/29/2017**

Last 4 digits of account number  **076D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.147 2**

**Nonpriority creditor's name and mailing address**

**Karine Shalaby**
**3211 Wisconsin Ave. NW**
**Washington, DC 20016**

Date(s) debt was incurred  **12/14/2018**

Last 4 digits of account number  **645F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.147 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**Karol Eller**
**20376 Cottswold Terrace**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/6/2017

**Basis for the claim:** _

Last 4 digits of account number  A303

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00** |
|---|---|---|---|

**karyn glass**
**711 8th street**
**wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/28/2019

**Basis for the claim:** _

Last 4 digits of account number  A161

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Kass Schurtz**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2016

**Basis for the claim:** _

Last 4 digits of account number  CD2F

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**Kate  Schaefer**
**1527 Church St NW**
**Unit 1**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/12/2020

**Basis for the claim:** _

Last 4 digits of account number  1709

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.00** |
|---|---|---|---|

**Kate Cole**
**902 Ridge Square**
**Apt 208**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/10/2018

**Basis for the claim:** _

Last 4 digits of account number  B9D3

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00** |
|---|---|---|---|

**Kate Cude**
**4514 Connecticut Ave NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2020

**Basis for the claim:** _

Last 4 digits of account number  03BB

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**Kate Dykgraaf**
**1401 S. Edgewood Street**
**Unit 485**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2017

**Basis for the claim:** _

Last 4 digits of account number  9632

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
**Kate Forscey**
**1330 new hampshire ave nw, apt 603**
**apt 603**
**washington, DC 20036**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  0DBE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**
**Kate Goodman**
**3207 Sutton Place NW**
**Apt. B**
**Washington, DC 20016**

Date(s) debt was incurred  12/24/2019

Last 4 digits of account number  F972

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**Kate Halsey**
**1840 monarch meadow ct.**
**Finksburg, MD 21048**

Date(s) debt was incurred  4/27/2019

Last 4 digits of account number  94F2

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**
**Kate Herron**
**3479 Paisley Pointe**
**Whitestown, IN 46075**

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number  7334

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**
**kate judge**
**8515 Georgia Ave**
**Silver Spring, MD 20910**

Date(s) debt was incurred  12/8/2017

Last 4 digits of account number  AA51

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**
**Kate Knise**
**2112 8TH STREET NW**
**Apt PH12**
**Washington, DC 20001**

Date(s) debt was incurred  12/10/2018

Last 4 digits of account number  0513

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
**Kate Murphy**
**113 Christopher St, apt 6**
**NEW YORK, NY 10014**

Date(s) debt was incurred  12/21/2018

Last 4 digits of account number  29E0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Kate Murphy**
**113 Christopher St, apt 6**
**NEW YORK, NY 10014**

**Date(s) debt was incurred** __12/26/2018__

**Last 4 digits of account number** __154F__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**Kate Murphy**
**1527 P St NW**
**Apt 4**
**Washington, DC 20005**

**Date(s) debt was incurred** __11/3/2017__

**Last 4 digits of account number** __B669__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

**Kate Stoddard**
**5 E 22nd St, Apt 29H**
**New York, NY 10010**

**Date(s) debt was incurred** __1/29/2017__

**Last 4 digits of account number** __31FD__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

**Kate Stoll**
**3060 Thayer St. NE**
**Washington, DC 20018**

**Date(s) debt was incurred** __3/4/2020__

**Last 4 digits of account number** __4FAD__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

**Kate Taseff**
**4105 Whitman Ave.**
**Cleveland, OH 44113**

**Date(s) debt was incurred** __6/2/2018__

**Last 4 digits of account number** __719A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.149 2**

**Nonpriority creditor's name and mailing address**

**Kate Wolff**
**1107 C ST NE**
**Washington, DC 20002**

**Date(s) debt was incurred** __11/25/2015__

**Last 4 digits of account number** __2193__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

**Katharina Werner**
**770 p st nw**
**816 e**
**Washington, DC 20001**

**Date(s) debt was incurred** __11/14/2017__

**Last 4 digits of account number** __6E1E__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Katharine Melzer**
**638 Hempstead Place**
**Charlotte, NC 28207**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **ACED**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

**Katherine Isgrig**
**214 W Mount Ida Ave.**
**Alexandria, VA 22305**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **07AF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**Katherine Knight**
**519 Lebaum St SE**
**Washington, DC 20032**

Date(s) debt was incurred  **4/5/2019**

Last 4 digits of account number  **DDA9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**Katherine Brandon**
**301 G St NE**
**#11**
**Washington, DC 20002**

Date(s) debt was incurred  **1/22/2014**

Last 4 digits of account number  **5628**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**Katherine Coats-Thomas**
**2730 Gallows Road**
**Vienna, VA 22180**

Date(s) debt was incurred  **1/9/2019**

Last 4 digits of account number  **3278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**Katherine Connors**
**8922 APPLESEED DR**
**CINCINNATI, OH 45249**

Date(s) debt was incurred  **7/15/2016**

Last 4 digits of account number  **0F88**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**Katherine Constantinou**

Date(s) debt was incurred  **12/23/2020**

Last 4 digits of account number  **2067**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150**
**1**

**Nonpriority creditor's name and mailing address**

**Katherine Daugherty**
**724 214th Street**
**Pasadena, MD 21122**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **27E9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.150**
**2**

**Nonpriority creditor's name and mailing address**

**Katherine Dawes**
**1129 4th St NE**
**Washington, DC 20002**

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **FAAD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.150**
**3**

**Nonpriority creditor's name and mailing address**

**Katherine Egan**
**1912 16th St NW**
**Apt 2**
**Washington, DC 20009**

Date(s) debt was incurred  **2/11/2020**

Last 4 digits of account number  **CACA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.150**
**4**

**Nonpriority creditor's name and mailing address**

**Katherine Eppley**
**17131 E Hillcrest Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred  **4/18/2018**

Last 4 digits of account number  **FE9C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.150**
**5**

**Nonpriority creditor's name and mailing address**

**Katherine Finzer**
**4318 CASEY BOULEVARD**
**WILLIAMSBURG, VA 23188**

Date(s) debt was incurred  **8/28/2018**

Last 4 digits of account number  **A960**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.150**
**6**

**Nonpriority creditor's name and mailing address**

**Katherine Giesen**
**2915 S Woodstock St**
**Apt D**
**Arlington, VA 22206**

Date(s) debt was incurred  **3/21/2019**

Last 4 digits of account number  **02A0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.150**
**7**

**Nonpriority creditor's name and mailing address**

**Katherine Hanniford**
**1030 Charleston Trace**
**Roswell, GA 30075**

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **210B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Katherine Milikin**
**4609 15th Street, NW**
**Washington, DC 20011**

Date(s) debt was incurred  **3/15/2018**

Last 4 digits of account number  **7BC0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$510.00**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Katherine Pruitt**
**7711 Falstaff Rd**
**McLean, VA 22102**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **1425**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Katherine Rodriguez**
**18 Overbrook Road**
**Randolph, NJ 07869**

Date(s) debt was incurred  **2/12/2019**

Last 4 digits of account number  **5027**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Katherine Smollon**
**210 Bowen Court**
**Annapolis, MD 21401**

Date(s) debt was incurred  **9/27/2016**

Last 4 digits of account number  **9B21**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Katherine Wiacek**
**2243 12th Street NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **D7A7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Katheryn  Glowa**
**120 Rathburn way**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **D64B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Katheryn Grover**
**9 Roanoke Avenue NE**
**Atlanta, GA 30305**

Date(s) debt was incurred  **12/12/2017**

Last 4 digits of account number  **FF21**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Kathie Bond**

Date(s) debt was incurred __11/11/2018__

Last 4 digits of account number __F2D9__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Kathleen Beer**
**9008 Brook Ford Rd**
**Burke, VA 22015**

Date(s) debt was incurred __12/18/2019__

Last 4 digits of account number __21AA__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Kathleen Blume**
**2215 N Van Dorn St**
**Alexandria, VA 22304**

Date(s) debt was incurred __12/19/2018__

Last 4 digits of account number __25EB__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Kathleen Farner**

Date(s) debt was incurred __11/4/2016__

Last 4 digits of account number __5D1A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Kathleen Jeffers**
**3523 Goddard Way**
**Alexandria, VA 22304**

Date(s) debt was incurred __12/19/2018__

Last 4 digits of account number __2C2D__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**kathleen Kamionek**
**35 Quincy Street**
**chevy chase, MD 20815**

Date(s) debt was incurred __12/11/2018__

Last 4 digits of account number __300E__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Kathleen Lockbaum**
**58 Pennsville Pedricktown Rd**
**Pedricktown, NJ 08067**

Date(s) debt was incurred __12/23/2016__

Last 4 digits of account number __7DCA__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Kathleen Long**
**54 Arlington Ave**
**Paterson, NJ 07502**

Date(s) debt was incurred  **3/13/2017**

Last 4 digits of account number  **88C1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**Kathleen mcCormick**
**5006 5th Street NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **5F62**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Kathleen McCoy**
**3034 N. Seminary Ave, Apt 2**
**Chicago, IL 60657**

Date(s) debt was incurred  **12/15/2017**

Last 4 digits of account number  **D342**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Kathleen McIsaac**
**P.O. Box 5670**
**Carefree, AZ 85377**

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **B119**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Kathleen Nitta**
**2405 S heryl Ct**
**Spokane Valley, WA 99037**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **6A45**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Kathleen Rademacher**
**126 Erin Lane**
**East Setauket, NY 11733**

Date(s) debt was incurred  **9/3/2019**

Last 4 digits of account number  **EF51**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**kathleen sanzo**
**3310 winnett rd**
**chevy chase, MD 20815**

Date(s) debt was incurred  **12/30/2019**

Last 4 digits of account number  **6834**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1529**

**Nonpriority creditor's name and mailing address**

**Kathleen Shroeder**
**6110 Greeley Blvd**
**Springfield, VA 22152**

Date(s) debt was incurred  **1/19/2018**

Last 4 digits of account number  **DD25**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1530**

**Nonpriority creditor's name and mailing address**

**Kathleen Skelly**
**40 Kipling Road**
**Wellesley Hills, MA 02481**

Date(s) debt was incurred  **12/4/2017**

Last 4 digits of account number  **D717**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.1531**

**Nonpriority creditor's name and mailing address**

**Kathleen Spence**
**93 White Horse Dr**
**Ocean Pines, MD 21811**

Date(s) debt was incurred  **12/12/2019**

Last 4 digits of account number  **6E77**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1532**

**Nonpriority creditor's name and mailing address**

**Kathleen Weinstein**
**9416 Seddon Road**
**BETHESDA, MD 20817**

Date(s) debt was incurred  **1/23/2017**

Last 4 digits of account number  **D2D0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.1533**

**Nonpriority creditor's name and mailing address**

**Kathryn Addis**
**380 Exeter Road**
**Haverford, PA 19041**

Date(s) debt was incurred  **10/25/2017**

Last 4 digits of account number  **187C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1534**

**Nonpriority creditor's name and mailing address**

**Kathryn Barrett**
**7109 Heathwood Ct.**
**Bethesda, MD 20817**

Date(s) debt was incurred  **10/21/2017**

Last 4 digits of account number  **B969**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.1535**

**Nonpriority creditor's name and mailing address**

**Kathryn Clark**
**1617 Corcoran Street NW**
**Apt A**
**Washington, DC 20009**

Date(s) debt was incurred  **8/4/2015**

Last 4 digits of account number  **0766**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Kathryn Clough**
**46 Ward Ave**
**Mount Kisco, NY 10549**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **5A18**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Kathryn Contario**
**1420 12th Street NW**
**Washington  20005**

Date(s) debt was incurred  **2/29/2016**

Last 4 digits of account number  **4206**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Kathryn Farrell**
**3020 Porter St. NW, Apt. 101**
**Washington, DC 20008**

Date(s) debt was incurred  **7/17/2018**

Last 4 digits of account number  **B0F1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Kathryn Goldmeier**
**4018 34th ST.**
**Mount Raininer, MD 20712**

Date(s) debt was incurred  **9/12/2019**

Last 4 digits of account number  **DD02**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Kathryn Latham**
**2016 Gail Ave**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **A8FE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Kathryn Lindsay**
**2201 Divot Drive**
**St. Louis, MO 63131**

Date(s) debt was incurred  **11/16/2019**

Last 4 digits of account number  **6BC8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Kathryn Rust**
**507 Sleepy Hollow Rd**
**Henrico, VA 23229**

Date(s) debt was incurred  **12/12/2017**

Last 4 digits of account number  **DB02**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Kathryn Wooten**
**321 6th St Se**
**Washington, DC 20003**

Date(s) debt was incurred **7/20/2017**

Last 4 digits of account number **65D2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Kathy Butler**
**199 Albert Hart Dr.**
**Baton Rouge, LA 70808**

Date(s) debt was incurred **12/18/2017**

Last 4 digits of account number **E0C8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Kathy Butler**
**199 Albert Hart Dr.**
**Baton Rouge, LA 70808**

Date(s) debt was incurred **12/18/2017**

Last 4 digits of account number **1647**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**Kathy Gropp**
**PO Box 32**
**Ferndale, CA 95536**

Date(s) debt was incurred **11/28/2018**

Last 4 digits of account number **D397**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Kathy Havey**
**5 Spring Hill Lane**
**Bethel, CT 06801**

Date(s) debt was incurred **2/5/2020**

Last 4 digits of account number **1931**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

**Kathy Holle**
**PO Box 18496**
**Denver, CO 80218-0496**

Date(s) debt was incurred **1/11/2017**

Last 4 digits of account number **CC94**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

**Kathy Houchens**
**13205 9th Street**
**Bowie, MD 20715**

Date(s) debt was incurred **12/16/2019**

Last 4 digits of account number **F360**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

**Kathy Houchens**
**13205 9th Street**
**Bowie, MD 20715**

Date(s) debt was incurred  **8/15/2019**

Last 4 digits of account number  **7BE2**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

**Kathy Mesley**
**861 Timmaron Driver**
**Allen, TX 75013**

Date(s) debt was incurred  **4/6/2018**

Last 4 digits of account number  **9C18**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Kathy Villemez**
**507 Mary Lane**
**Highlands, TX 77562**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **509C**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**katie bacon**
**3810 18th St South**
**Arlington, VA 22204**

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **5141**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Katie Crenshaw**
**4610 Hanover Ave**
**Richmond, VA 23226**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **717B**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Katie Garner**
**1662 West Virginia Ave NE**
**#3**
**Washington, DC 20002**

Date(s) debt was incurred  **3/12/2020**

Last 4 digits of account number  **D804**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Katie Kerrigan**
**3025 King Street**
**Alexandria, VA 22302**

Date(s) debt was incurred  **12/26/2011**

Last 4 digits of account number  **0416**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$90.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Katie Kopita**
**43 Sandra Ave**
**Plattsburgh  12901**

Date(s) debt was incurred  12/7/2017

Last 4 digits of account number  E787

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Katie Luka**
**2225 N. Harwood St.**
**Dallas, TX 75201**

Date(s) debt was incurred  6/3/2018

Last 4 digits of account number  4919

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Katie Marino**
**900 N. Stuart Street**
**Apt 1814**
**Arlington, VA 22203**

Date(s) debt was incurred  12/17/2019

Last 4 digits of account number  4354

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Katie Ott**
**739 10th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  12/19/2017

Last 4 digits of account number  0CE7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Katie Stein**
**1400 Irving st**
**Apt 327**
**Washington, DC 20010**

Date(s) debt was incurred  12/9/2019

Last 4 digits of account number  188C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Katie Trizna**
**900 N Stafford St**
**Apt 2625**
**Arlington, VA 22203**

Date(s) debt was incurred  12/15/2015

Last 4 digits of account number  2777

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Katie Zook**

Date(s) debt was incurred  3/9/2019

Last 4 digits of account number  7875

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.156
4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **katrinka sharpe**<br>**660 Glencoe Rd**<br>**Excelsior, MN 55331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/3/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  4DDF | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.156
5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Kay Bellor**<br>**1215 East West Highway**<br>**Apt. 1211**<br>**Silver Spring, MD 20910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/15/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  2C5E | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.156
6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Kay Cappleman**<br>**519 N Woodland St**<br>**Winter Garden, FL 34787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/2/2018 | **Basis for the claim:** _ | |
| Last 4 digits of account number  EF20 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.156
7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **Kayla Nicolay**<br>**522 Seward Square SE**<br>**Washington, DC 20003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/25/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  7734 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.156
8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Kayla Yee**<br>**415 L Street NW**<br>**Apt 144**<br>**Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/6/2016 | **Basis for the claim:** _ | |
| Last 4 digits of account number  43DF | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.156
9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Kaylan Normandeau**<br>**255 Brunswick St.**<br>**Apt 214**<br>**Jersey Cith, NJ 07302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/27/2019 | **Basis for the claim:** _ | |
| Last 4 digits of account number  9F73 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.157
0**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|
| **Kayle Stevens**<br>**1121 S Street, NW**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  10/3/2016 | **Basis for the claim:** _ | |
| Last 4 digits of account number  3CD8 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157**
**1**

**Nonpriority creditor's name and mailing address**
**Kayleigh MacPherson**
**2940 Selby Avenue**
**Los Angelos, CA 90064**

Date(s) debt was incurred  **11/24/2019**
Last 4 digits of account number  **B0D2**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.157**
**2**

**Nonpriority creditor's name and mailing address**
**KC Korten**
**2121 6th Ave Apt S2010**
**Seattle, WA 98121**

Date(s) debt was incurred  **10/29/2018**
Last 4 digits of account number  **CFD9**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.157**
**3**

**Nonpriority creditor's name and mailing address**
**Keegan Shirel**
**950 Maine Avenue SW**
**#925**
**Washington, DC 20024**

Date(s) debt was incurred  **11/21/2019**
Last 4 digits of account number  **20CE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.157**
**4**

**Nonpriority creditor's name and mailing address**
**Keerthi Reddy**
**275 6th Avenue**
**Apt 4**
**Brooklyn, NY 11215**

Date(s) debt was incurred  **11/25/2016**
Last 4 digits of account number  **5891**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.157**
**5**

**Nonpriority creditor's name and mailing address**
**Keith Behrens**
**23 Dutch Meadows Drive**
**Cohoes, NY 12047**

Date(s) debt was incurred  **12/25/2018**
Last 4 digits of account number  **BED6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.157**
**6**

**Nonpriority creditor's name and mailing address**
**Keith Klang**

Date(s) debt was incurred  **12/20/2017**
Last 4 digits of account number  **CA13**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.157**
**7**

**Nonpriority creditor's name and mailing address**
**keith vanderbrink**
**203 Yoakum Parkway, Apt 1512**
**Alexandria, VA 22304**

Date(s) debt was incurred  **8/19/2017**
Last 4 digits of account number  **0575**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Keith Whitener**
**6409 Virginia Hills Ave**
**Alexandria, VA 22310**

**Date(s) debt was incurred  12/21/2017**

**Last 4 digits of account number  20FE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$150.00**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Kelaine Conochan**
**1102 R Street N.W.**
**#1**
**Washington, DC 20009**

**Date(s) debt was incurred  9/15/2019**

**Last 4 digits of account number  1167**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**Kelli Magnarelli**
**3807 East West Hwy**
**Chevy Chase, MD 20815**

**Date(s) debt was incurred  11/10/2019**

**Last 4 digits of account number  D26E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$195.00**

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**Kelli Martin**
**9210 Cherokee Ln**
**Leawood, KS 66206**

**Date(s) debt was incurred  6/28/2020**

**Last 4 digits of account number  5051**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$195.00**

---

**3.158 2**

**Nonpriority creditor's name and mailing address**

**Kelli Pierson**
**3008 S Columbus St**
**C1**
**Arlington, VA 22206**

**Date(s) debt was incurred  12/19/2019**

**Last 4 digits of account number  2E60**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$195.00**

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

**Kelli Wagenhoffer**
**20621 Belwood Ct**
**Sterling, VA 20165**

**Date(s) debt was incurred  12/12/2018**

**Last 4 digits of account number  4068**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$10.00**

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**Kelly Andreycak**
**14511 Castleford ct**
**Midlothian, VA 23113**

**Date(s) debt was incurred  8/20/2016**

**Last 4 digits of account number  C113**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**Kelly Butrico**
**1706 Wickford Rd**
**South Plainfield, NJ 07080**

Date(s) debt was incurred  **12/8/2019**

Last 4 digits of account number  **0CB4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Kelly Campbell**
**17117 Magic Mountain Dr**
**Round Hill, VA 20141**

Date(s) debt was incurred  **1/19/2020**

Last 4 digits of account number  **1752**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Kelly Chambers**
**1130 Lake Heron Drive,  Apt. 2B**
**.**
**Annapolis, MD 21403**

Date(s) debt was incurred  **9/3/2018**

Last 4 digits of account number  **59E3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Kelly Conlon-white**
**13176 SE 145th Ave**
**Ocklawaha, FL 32179**

Date(s) debt was incurred  **10/21/2019**

Last 4 digits of account number  **B069**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Kelly Duquin**
**8900 Oneida Lane**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **DAFE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Kelly Hamill**
**2201 N Pershing Drive**
**Arlington, VA 22201**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number  **2145**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Kelly Hayeslip**
**11750 Old Georgetown Road**
**#2301**
**Rockville, MD 20852**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **172C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Kelly OBrien**
**917 VILLAGE WAY N**
**BLACKSBURG, VA 24060**

**Date(s) debt was incurred  12/12/2017**

**Last 4 digits of account number  1BAE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Kelly Reid**
**16 17th Street NE**
**Unit 222**
**Washington, DC 20002**

**Date(s) debt was incurred  8/29/2016**

**Last 4 digits of account number  60F4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**Kelly Smith**
**79 Topsail Drive**
**Ponte Vedra, FL 32081**

**Date(s) debt was incurred  4/7/2017**

**Last 4 digits of account number  2AC2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**Kelsey Barner**
**1200 N Rolfe St**
**Unit 496**
**Arlington, VA 22209**

**Date(s) debt was incurred  1/21/2020**

**Last 4 digits of account number  1781**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**Kelsey Bonner**
**1801 Swann St NW**
**Apt 101**
**Washington, DC 20009**

**Date(s) debt was incurred  11/12/2017**

**Last 4 digits of account number  3B25**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**Kelsey Brandt**
**1946 Kennedy Drive**
**Apt 101**
**McLean, VA 22102**

**Date(s) debt was incurred  5/13/2017**

**Last 4 digits of account number  4860**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**Kelsey Dietz**
**1222 Harrison St Apt 6301**
**San Francisco, CA 94103**

**Date(s) debt was incurred  12/12/2019**

**Last 4 digits of account number  82A2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**Kelsey Finn**
**120 Garfield Place Apt. D8**
**Brooklyn, NY 11215**

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number  BEB7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Kelsey Mahony**
**10 East 29th Street, Apt 5K**
**New York, NY 10016**

Date(s) debt was incurred  12/18/2017

Last 4 digits of account number  1033

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**Kelsey Picciuto**
**3181 Randall way**
**Apt 3**
**Beavercreek, OH 45431**

Date(s) debt was incurred  9/27/2019

Last 4 digits of account number  AEE1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Kelsey Taylor**
**5501 Yorktown Blvd**
**Arlington, VA 22207**

Date(s) debt was incurred  7/7/2018

Last 4 digits of account number  4890

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Kendra  Merchant**
**600 H St NE**
**Apt 221**
**Washington, DC 20002**

Date(s) debt was incurred  12/16/2018

Last 4 digits of account number  78DA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**Kenneth Hutman**
**1721 22nd Street North**
**Arlington, VA 22209**

Date(s) debt was incurred  2/1/2019

Last 4 digits of account number  11F3

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Kenneth Kvam**
**731 Tramway Lane NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  3/4/2020

Last 4 digits of account number  B086

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Kenneth Slosser**
**3903 Hillandale Ct, NW**
**Washington, DC 20007**

Date(s) debt was incurred  11/10/2016

Last 4 digits of account number  97FA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

**Kent Wiederecht**
**131 East 83rd St**
**APT 5F**
**New York, NY 10028**

Date(s) debt was incurred  12/24/2019

Last 4 digits of account number  DF8E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

**Keri OSullivan**
**3416 17th St**
**Arlington, VA 22204**

Date(s) debt was incurred  2/14/2017

Last 4 digits of account number  A96F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

**Kerri-Ann Limbeek**
**100 Atlantic Ave**
**Apt. G4**
**Brooklyn, NY 11201**

Date(s) debt was incurred  12/19/2019

Last 4 digits of account number  8628

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

**Kevin Cahalane**
**1901 Connecticut Ave NW #821**
**Washington, DC 20009**

Date(s) debt was incurred  12/17/2019

Last 4 digits of account number  1074

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

**Kevin Hudak**
**3900 Fairfax Drive, Apt. 621**
**Apt. 621**
**Arlington, VA 22203**

Date(s) debt was incurred  10/18/2016

Last 4 digits of account number  E552

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.161 2**

**Nonpriority creditor's name and mailing address**

**Kevin Kelly**
**18 elm st**
**Greenwood lake, NY 10925**

Date(s) debt was incurred  12/15/2018

Last 4 digits of account number  F32B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| | Name | | |

---

**3.161**
**3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| **kevin kostyk** | ☐ Contingent | |
| **1529 14th St.** | ☐ Unliquidated | |
| **Apt 607** | ☐ Disputed | |
| **washington, DC 20005** | | |
| Date(s) debt was incurred  1/5/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  6BAD | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **Kevin Ku** | ☐ Contingent | |
| **12233 Horton St** | ☐ Unliquidated | |
| **Overland Park, KS 66209** | ☐ Disputed | |
| Date(s) debt was incurred  12/5/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  1E77 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| **Kevin Luo** | ☐ Contingent | |
| **225 Rhode Island Ave NW** | ☐ Unliquidated | |
| **Washington, DC 20001** | ☐ Disputed | |
| Date(s) debt was incurred  12/17/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  7A13 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
| **Kevin Madura** | ☐ Contingent | |
| **8 Jay Road** | ☐ Unliquidated | |
| **Chatham, NJ 07928** | ☐ Disputed | |
| Date(s) debt was incurred  12/22/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  3689 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
| **Kevin Meers** | ☐ Contingent | |
| **60 Brattle Street** | ☐ Unliquidated | |
| **#201** | ☐ Disputed | |
| **Cambridge, MA 02138** | | |
| Date(s) debt was incurred  1/10/2020 | Basis for the claim: _ | |
| Last 4 digits of account number  D949 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
| **Kevin Miller** | ☐ Contingent | |
| **6288 Walkers Croft Way** | ☐ Unliquidated | |
| **Alexandria, VA 22315** | ☐ Disputed | |
| Date(s) debt was incurred  12/17/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  ED0D | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.161**
**9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| **Kevin Moran** | ☐ Contingent | |
| **1213 S Street NW** | ☐ Unliquidated | |
| **Washington, DC 20009** | ☐ Disputed | |
| Date(s) debt was incurred  12/17/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  F6F7 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Kevin O'Connor**
**1301 M St NW, Apt 630**
**Washington, DC 20005**

Date(s) debt was incurred  6/27/2018

Last 4 digits of account number  5EC9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Kevin Smith**
**694 Massachusets Ave. #4**
**Boston, MA 02118**

Date(s) debt was incurred  4/18/2018

Last 4 digits of account number  041C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

**Kiera Vincent**
**6006 Bryn Mawr Ave**
**Glen Echo, MD 20812**

Date(s) debt was incurred  11/2/2019

Last 4 digits of account number  C34D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**Kieran Bhatia**
**14604 silverstone drive**
**silver spring, MD 20905**

Date(s) debt was incurred  3/22/2017

Last 4 digits of account number  2BF1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**Kieran Kepler**
**3714 7th St. N., #2**
**ARLINGTON, VA 22203**

Date(s) debt was incurred  8/12/2018

Last 4 digits of account number  4174

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**Kim Barrett**
**1457 Bee Court**
**Traverse City, MI 49696**

Date(s) debt was incurred  7/26/2018

Last 4 digits of account number  54C0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**Kim Hansen**
**16333 Deer Path Lane**
**Clovis, CA 93619**

Date(s) debt was incurred  12/5/2016

Last 4 digits of account number  8FE1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$85.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1627**

**Nonpriority creditor's name and mailing address**

**Kim Horowitz**
**119 Carbonera Court**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  **12/4/2019**

Last 4 digits of account number  **F19E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.1628**

**Nonpriority creditor's name and mailing address**

**Kim Leonard**
**9705 Manor Oaks Vw**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **12/18/2017**

Last 4 digits of account number  **2E0F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Kim Mullaney**
**132 Avonlea Dr**
**Chesapeake, VA 23322**

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number  **6195**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Kim Munley**
**1575 Pennington Rd**
**Ewing, NJ 08618**

Date(s) debt was incurred  **11/30/2017**

Last 4 digits of account number  **2A12**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Kim Rohde**
**1025 17th court**
**Mukilteo, WA 98275**

Date(s) debt was incurred  **12/2/2016**

Last 4 digits of account number  **5D29**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Kimberly  Garcia**
**20 Spice Hill Road**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **E01D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**Kimberly  McCool**
**4303 De Haven Dr**
**Chantilly, VA 20151**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **DF6D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

**Kimberly  McCool**
**4303 De Haven Dr**
**Chantilly, VA 20151**

Date(s) debt was incurred  11/21/2018

Last 4 digits of account number  9987

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

**Kimberly Anderson**
**1300 Dartmouth Rd**
**Alexandria, VA 22314**

Date(s) debt was incurred  12/1/2017

Last 4 digits of account number  81B1

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

**Kimberly Klein**
**3807 Acosta Rd.**
**Fairfax, VA 22031**

Date(s) debt was incurred  11/21/2018

Last 4 digits of account number  6BEF

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**

**Kimberly Lyddane**
**6825 Lochmere Drive**
**Manassas, VA 20122**

Date(s) debt was incurred  9/14/2018

Last 4 digits of account number  7366

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Kimberly Pellish**
**1738 Park Rd NW, unit 2**
**Washington, DC 20010**

Date(s) debt was incurred  4/3/2017

Last 4 digits of account number  9440

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Kimberly Phillips**
**506 13th Ave Westq**
**Kirkland, WA 98033**

Date(s) debt was incurred  9/14/2016

Last 4 digits of account number  920C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Kimberly Schrimsher**
**311 Lincoln St SE**
**Huntsville, AL 35801**

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number  B030

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$130.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.164 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Kimberly Sutton**
**1721 4th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/20/2017__

**Basis for the claim:** _

**Last 4 digits of account number** __BBDB__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Kimberly Sutton**
**1721 4th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/23/2017__

**Basis for the claim:** _

**Last 4 digits of account number** __7167__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Kimberly Tuck**
**1835 Kelly Ln**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __10/30/2016__

**Basis for the claim:** _

**Last 4 digits of account number** __CB11__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Kimberly Vadyak**
**18467 Deep Passage Ln**
**Fort Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/10/2019__

**Basis for the claim:** _

**Last 4 digits of account number** __30F1__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Kimberly Williams Cascio**
**19132 Alpenglow Lane**
**Brookeville, MD 20833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/13/2019__

**Basis for the claim:** _

**Last 4 digits of account number** __0443__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Kimble Bassford**
**203 N. Melbourne Ave**
**Ventnor, NY 08406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/14/2019__

**Basis for the claim:** _

**Last 4 digits of account number** __5F51__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**kirk dehaven**
**128 queen st**
**alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __12/23/2019__

**Basis for the claim:** _

**Last 4 digits of account number** __9F49__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164**
**8**

**Nonpriority creditor's name and mailing address**

**Kirra Jarratt**
**554 Peabody St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **3/31/2019**

Last 4 digits of account number  **8085**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.164**
**9**

**Nonpriority creditor's name and mailing address**

**Kirsten Dalboe**
**8 Watchwater Ct**
**Rockville, MD 20850**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **A365**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.165**
**0**

**Nonpriority creditor's name and mailing address**

**Kirsten Wiens**
**611 Malden Ave E Apt B**
**Seattle, WA 98112**

Date(s) debt was incurred  **12/1/2019**

Last 4 digits of account number  **E6C3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.165**
**1**

**Nonpriority creditor's name and mailing address**

**Kory Cosenza**
**1915 16th Street NW**
**Apt 202**
**Washington, DC 20009**

Date(s) debt was incurred  **8/7/2019**

Last 4 digits of account number  **DA1A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.165**
**2**

**Nonpriority creditor's name and mailing address**

**krista ellis**
**5304 Brookeway Drive**
**bethesda, MD 20816**

Date(s) debt was incurred  **9/12/2019**

Last 4 digits of account number  **CA61**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.165**
**3**

**Nonpriority creditor's name and mailing address**

**Kristen Coleman**
**3823 Calvert St.**
**Washington, DC 20007**

Date(s) debt was incurred  **12/12/2017**

Last 4 digits of account number  **FFBC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.165**
**4**

**Nonpriority creditor's name and mailing address**

**Kristen Nemeroff**
**444 W Broad St**
**Apt 330**
**Falls Church, VA 22046**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **56F6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

**Kristen Silberberg**
**4658 Kinsey Lane**
**Alexandria, VA 22311**

Date(s) debt was incurred  **6/12/2017**

Last 4 digits of account number  **4C2C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**Kristen Zarenko**
**453 Irving St NW**
**Washington, DC 20010**

Date(s) debt was incurred  **12/30/2019**

Last 4 digits of account number  **1209**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**Kristi Dentinger**
**520 e Monroe ave**
**Kirkwood, MO 63122**

Date(s) debt was incurred  **11/20/2019**

Last 4 digits of account number  **49CE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**Kristi Vogler**
**PO Box 831**
**Manzanita, OR 97130**

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **98B7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**Kristian Hemphill**
**949 15th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  **12/18/2017**

Last 4 digits of account number  **3FD3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**Kristie  Adler**
**13056 amber dell court**
**fairfax, VA 22030**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **267E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**Kristin Amerling**
**721 Massachusetts Avenue NE**
**Washington, DC 20002**

Date(s) debt was incurred  **1/26/2019**

Last 4 digits of account number  **6DBC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
| | **Kristin Brudy** | ☐ Contingent | |
| | **850 Quincy St NW #606** | ☐ Unliquidated | |
| | **Washington, DC 20011** | ☐ Disputed | |
| | **Date(s) debt was incurred  3/22/2017** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8433** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00 |
| | **Kristin Fody** | ☐ Contingent | |
| | **4512 South Dakota Ave NE** | ☐ Unliquidated | |
| | **Washington, DC 20017** | ☐ Disputed | |
| | **Date(s) debt was incurred  10/9/2018** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  4969** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00 |
| | **Kristin Gunther** | ☐ Contingent | |
| | **4600 Drummond Ave** | ☐ Unliquidated | |
| | **CHEVY CHASE, MD 20815** | ☐ Disputed | |
| | **Date(s) debt was incurred  10/17/2018** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  57F2** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
| | **Kristin Jensen** | ☐ Contingent | |
| | **186 Franklin Street Apt 4** | ☐ Unliquidated | |
| | **New York, NY 10013** | ☐ Disputed | |
| | **Date(s) debt was incurred  12/13/2018** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  EB79** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
| | **Kristin Mitchell** | ☐ Contingent | |
| | **3101 New Mexico Ave NW** | ☐ Unliquidated | |
| | **Unit 533** | ☐ Disputed | |
| | **Washington, DC 20016** | | |
| | **Date(s) debt was incurred  12/27/2018** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  7023** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $170.00 |
| | **Kristin Viswanathan** | ☐ Contingent | |
| | **925 H Street NW** | ☐ Unliquidated | |
| | **Washington, DC 20001** | ☐ Disputed | |
| | **Date(s) debt was incurred  12/20/2016** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  6FC3** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $195.00 |
| | **Kristina Peterson** | ☐ Contingent | |
| | **140 Kingston Drive** | ☐ Unliquidated | |
| | **Chapel Hill, NC 27514** | ☐ Disputed | |
| | **Date(s) debt was incurred  12/14/2019** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  BFF5** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**Kristina Koch**
**9327 Old Burke Lake Rd**
**Burke, VA 22015**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **BB0F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Kristina Koch**
**9327 Old Burke Lake Rd**
**Burke, VA 22015**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **4DB6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**Kristina Nardi**
**1111 Belle Pre Way**
**Apt N323**
**Alexandria, VA 22314**

Date(s) debt was incurred  **11/12/2017**

Last 4 digits of account number  **7DF2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

**Kristmar Muldrow**
**386 Ashley Avenue**
**Apt. B**
**Charleston, SC 29403**

Date(s) debt was incurred  **12/1/2019**

Last 4 digits of account number  **0222**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

**Kseniya Britikova**
**4905 45 street NW**
**Washington, DC 20016**

Date(s) debt was incurred  **8/15/2016**

Last 4 digits of account number  **51D3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

**Kseniya Zavala**
**1200 S Arlington Ridge Rd 407**
**Arlington, VA 22202**

Date(s) debt was incurred  **6/8/2020**

Last 4 digits of account number  **47AA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

**Kurt Osinski**
**83 Porter Oaks Dr**
**Roscoe, IL 61073**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **38CA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.167 6 | **Nonpriority creditor's name and mailing address**<br>**Kush Kumar**<br>**3130 N Abingdon St**<br>**Arlington, VA 22207**<br><br>Date(s) debt was incurred  2/13/2017<br>Last 4 digits of account number  5923 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |
|---|---|---|---|
| 3.167 7 | **Nonpriority creditor's name and mailing address**<br>**Kyle Cissel**<br>**1424 Q St NW**<br>**Washington, DC 20009**<br><br>Date(s) debt was incurred  7/11/2017<br>Last 4 digits of account number  3BBB | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.00** |
| 3.167 8 | **Nonpriority creditor's name and mailing address**<br>**Kyle Faust**<br>**7 Webb cir**<br>**Monroe, CT 06468**<br><br>Date(s) debt was incurred  12/19/2017<br>Last 4 digits of account number  F69E | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$165.00** |
| 3.167 9 | **Nonpriority creditor's name and mailing address**<br>**Kyle Johnston**<br>**4748 Full Moon Dr**<br>**Manchester, MD 21102**<br><br>Date(s) debt was incurred  12/23/2019<br>Last 4 digits of account number  0B3F | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |
| 3.168 0 | **Nonpriority creditor's name and mailing address**<br>**L Williams**<br>**1372 Monroe St**<br>**Unit B**<br>**Washington, DC 20010**<br><br>Date(s) debt was incurred  6/4/2019<br>Last 4 digits of account number  6396 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.168 1 | **Nonpriority creditor's name and mailing address**<br>**Lara Bubnowski**<br>**130 M St NE, 637**<br>**Washington, DC 20002**<br><br>Date(s) debt was incurred  12/15/2017<br>Last 4 digits of account number  5AC7 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |
| 3.168 2 | **Nonpriority creditor's name and mailing address**<br>**larry kinton**<br>**105 7th St SE**<br>**washington, DC 20003**<br><br>Date(s) debt was incurred  12/27/2019<br>Last 4 digits of account number  ECA4 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$95.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**larry stewart**
**142 pinnacle peak lane**
**Flat Rock, NC 28731**

Date(s) debt was incurred  5/15/2017

Last 4 digits of account number  7B2E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**Latanya Higginbotham**
**504 Firestone Drive**
**Silver Spring, MD 20905**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  C396

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$85.00

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**Laura Andersen**
**1336 Q St. NW**
**Washington, DC 20009**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  7223

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**Laura Applestein**
**470 2nd Ave**
**Apt 17C**
**New York, NY 10016**

Date(s) debt was incurred  1/21/2017

Last 4 digits of account number  D185

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**Laura Aragon**
**1430 Swann Street NW**
**Apt. B**
**Washington, DC 20009**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number  EC7C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**Laura Bates**
**1317 Parkview Road**
**Crozet, VA 22932**

Date(s) debt was incurred  11/29/2017

Last 4 digits of account number  5C4F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**Laura Blackwelder**
**2006 15th St Nw**
**Basement**
**Washington, DC 20009**

Date(s) debt was incurred  1/16/2019

Last 4 digits of account number  4F37

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 242 of 428**

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**laura brodowski**
**6269 walkers croft way**
**alexandria, VA 22315**

Date(s) debt was incurred  **4/10/2018**

Last 4 digits of account number  **1000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**Laura Dallas McSorley**
**1520 A St SE #2**
**Washington, DC 20003**

Date(s) debt was incurred  **12/11/2010**

Last 4 digits of account number  **7637**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**

**Laura Delgado Lopez**
**2868 S Abingdon St**
**Apt A1**
**Arlington, VA 22206**

Date(s) debt was incurred  **12/29/2018**

Last 4 digits of account number  **6847**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

**Laura DeLise**
**2921 West Bayshore Court**
**Tampa, FL 33611**

Date(s) debt was incurred  **11/27/2016**

Last 4 digits of account number  **D365**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

**Laura Doyle**
**230 park place**
**1A**
**Brooklyn, NY 11238**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number  **35F0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

**Laura Doyle**
**230 Forest Street**
**Needham, MA 02492**

Date(s) debt was incurred  **9/17/2018**

Last 4 digits of account number  **36B2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**Laura Foncannon**
**308 Prettyman Drive**
**Apt. 9209**
**Rockville, MD 20850**

Date(s) debt was incurred  **12/7/2017**

Last 4 digits of account number  **5840**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.1697**

Nonpriority creditor's name and mailing address
**Laura Glaser**
**3715 Veazey St. NW**
**Washington, DC 20016**

Date(s) debt was incurred  **11/11/2019**

Last 4 digits of account number  **1C56**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.1698**

Nonpriority creditor's name and mailing address
**Laura Glaser**
**3715 Veazey St. NW**
**Washington, DC 20016**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **1993**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.1699**

Nonpriority creditor's name and mailing address
**Laura Graveline**
**3008 Evergreen Circle**
**Ames, IA 50014**

Date(s) debt was incurred  **12/13/2016**

Last 4 digits of account number  **AB0D**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.1700**

Nonpriority creditor's name and mailing address
**Laura Hoover**
**3250 Broderick St.**
**San Francisco, CA 94123**

Date(s) debt was incurred  **8/14/2019**

Last 4 digits of account number  **BE8B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1701**

Nonpriority creditor's name and mailing address
**Laura Hoover**
**3250 Broderick St.**
**San Francisco, CA 94123**

Date(s) debt was incurred  **6/27/2019**

Last 4 digits of account number  **BAD7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1702**

Nonpriority creditor's name and mailing address
**Laura McCarrhy**
**2626 A 11th st NW**
**Washington, DC 20001**

Date(s) debt was incurred  **11/11/2019**

Last 4 digits of account number  **D9C6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.1703**

Nonpriority creditor's name and mailing address
**Laura McCarrhy**
**2626 A 11th st NW**
**Washington, DC 20001**

Date(s) debt was incurred  **11/11/2019**

Last 4 digits of account number  **D9C6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

**Laura Miller**
**7713 Tomlinson Ave**
**CABIN JOHN, MD 20818**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **BFF6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**Laura Swett**
**7221 Pindell School Road**
**Fulton, MD 20759**

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **7A48**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**Laura Tillman**
**212 Stilwater Dr**
**Heathsville, VA 22473**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **65BF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Laura Walter**
**3443 Round Table Ct**
**Annandale, VA 22003**

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number  **1BBD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Laura Webster**
**703 laurel ave**
**Apt 4e**
**Saint paul, MN 55104**

Date(s) debt was incurred  **11/29/2016**

Last 4 digits of account number  **56E2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Laura wolk**
**29 Fischer Graduate Residence**
**Apt 1C**
**Notre Dame, IN 46556**

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  **7E96**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Lauren Campbell**
**6307 9th St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/17/2016**

Last 4 digits of account number  **1081**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171**
**1**

**Nonpriority creditor's name and mailing address**

**Lauren Carrasco**
**410 S. Highland Street**
**Arlington, VA 22204**

**Date(s) debt was incurred** _1/18/2019_

**Last 4 digits of account number** _4E65_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.171**
**2**

**Nonpriority creditor's name and mailing address**

**Lauren Cassady**
**2250 Clarendon Blvd**
**Apt 214**
**Arlington, VA 22201**

**Date(s) debt was incurred** _4/9/2018_

**Last 4 digits of account number** _001E_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.171**
**3**

**Nonpriority creditor's name and mailing address**

**Lauren Dufresne**
**8210 Crestwood Heights Dr**
**Apt 732**
**McLean, VA 22102**

**Date(s) debt was incurred** _11/5/2016_

**Last 4 digits of account number** _50E0_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.171**
**4**

**Nonpriority creditor's name and mailing address**

**Lauren Farruggia**
**1375 Kenyon St NW**
**Apt 605**
**Washington, DC 20010**

**Date(s) debt was incurred** _12/18/2018_

**Last 4 digits of account number** _5C3E_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.171**
**5**

**Nonpriority creditor's name and mailing address**

**Lauren Hunter**
**1901 Connecticut Ave NW**
**Apartment 412**
**Washington, DC 20009**

**Date(s) debt was incurred** _2/4/2020_

**Last 4 digits of account number** _1923_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.171**
**6**

**Nonpriority creditor's name and mailing address**

**Lauren Koester**
**1607 Corcoran Street NW**
**Apt B**
**Washington, DC 20009**

**Date(s) debt was incurred** _6/28/2018_

**Last 4 digits of account number** _B5F2_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.171**
**7**

**Nonpriority creditor's name and mailing address**

**Lauren Lebioda**
**4081 River Oaks Rd**
**Clover, SC 29710**

**Date(s) debt was incurred** _11/14/2019_

**Last 4 digits of account number** _3C9A_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**Lauren Longo**
**530 Lakemont Court**
**Roswell, GA 30075**

Date(s) debt was incurred  12/19/2018

Last 4 digits of account number  2910

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Lauren Olson**
**409 Fairview Avenue**
**Frederick, MD 21701**

Date(s) debt was incurred  1/2/2017

Last 4 digits of account number  CC41

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**Lauren Post**
**1451 Belmont Street NW**
**#321**
**Washington, DC 20009**

Date(s) debt was incurred  12/12/2019

Last 4 digits of account number  2E13

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**Lauren Rosen**
**2270 Nash Court**
**Mahwah, NJ 07430-3833**

Date(s) debt was incurred  7/21/2016

Last 4 digits of account number  7E9F

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**Lauren Sklaver**
**21 Hart Drive South**
**Orange, NJ 07079**

Date(s) debt was incurred  11/20/2018

Last 4 digits of account number  2202

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**Lauren Starnes**
**1438 Fairmont St NW, Apt 100**
**Washington, DC 20009**

Date(s) debt was incurred  2/23/2018

Last 4 digits of account number  1935

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**Lauren Tarde**
**700 N Randolph Street**
**Apt. 2017**
**Arlington, VA 22203**

Date(s) debt was incurred  1/21/2020

Last 4 digits of account number  5AEC

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.172**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|
| **Lauren Trusheim**
**1727 Massachusetts ave NW, Unit 208**
**Washington, DC 20036** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **11/6/2017**
Last 4 digits of account number  **03CB** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.172**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130.00** |
|---|---|---|
| **Lauren Vertrees**
**1011 4th Street NW, Apt 1013**
**Washington, DC 20001** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **3/5/2019**
Last 4 digits of account number  **44F9** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.172**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|
| **Lauren Wood**
**915 L Street**
**Washington, DC 20001** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **4/19/2019**
Last 4 digits of account number  **8274** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.172**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|
| **Lauren Wood**
**915 L Street**
**Washington, DC 20001** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **4/19/2019**
Last 4 digits of account number  **F23A** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.172**
**9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|
| **Lauren Woody**
**3926 Illinois Ave NW**
**Washington, DC 20011** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **12/3/2018**
Last 4 digits of account number  **B02A** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173**
**0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40.00** |
|---|---|---|
| **Laurence Hunter**
**1111 11th St NW Apt 404**
**Washington, DC 20001-4351** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **12/22/2018**
Last 4 digits of account number  **C73A** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|
| **Laurie Lewandowski**
**15603 GOOSEBERRY CT**
**NORTH POTOMAC, MD 20878** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **12/5/2019**
Last 4 digits of account number  **AC12** | **Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173
2**

**Nonpriority creditor's name and mailing address**

**Laurie Russell**
**9212 Sw 227 terrace**
**Cutler Bay, FL 33190**

Date(s) debt was incurred  **10/7/2016**

Last 4 digits of account number  **EEB6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.173
3**

**Nonpriority creditor's name and mailing address**

**Laurie Seigel**
**70 Cheshire Drive**
**Longmeadow, MA 01106**

Date(s) debt was incurred  **12/8/2019**

Last 4 digits of account number  **5D88**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.173
4**

**Nonpriority creditor's name and mailing address**

**Laurie Waters**
**9 Twin Springs Ln**
**Saint Louis, MO 63124**

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  **71A0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.173
5**

**Nonpriority creditor's name and mailing address**

**Lauryn Sargent**
**707 Varnum St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **8/22/2018**

Last 4 digits of account number  **8DCE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.173
6**

**Nonpriority creditor's name and mailing address**

**Lavanya Rao**
**9709 Key West Ave**
**Rockville, MD 20850**

Date(s) debt was incurred  **8/16/2019**

Last 4 digits of account number  **3392**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.173
7**

**Nonpriority creditor's name and mailing address**

**Lawren Mills**
**6730 Spirit Lake Drive**
**Unit 202**
**Indianapolis, IN 46220**

Date(s) debt was incurred  **2/13/2017**

Last 4 digits of account number  **D474**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.173
8**

**Nonpriority creditor's name and mailing address**

**Lea Laman**
**630 14th St NE**
**Apt 5**
**Washington, DC**

Date(s) debt was incurred  **5/17/2019**

Last 4 digits of account number  **5FB6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Leah Rozin**
**1800 R St. NW**
**Apt 802**
**Washington, DC 20009**

Date(s) debt was incurred  5/28/2015

Last 4 digits of account number  9979

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Leandra English**
**1315 W Street NW**
**#335**
**Washington, DC 20009**

Date(s) debt was incurred  12/24/2017

Last 4 digits of account number  89E5

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Lee Chiang**
**14033 Natia Manor Drive**
**North Potomac, MD 20878**

Date(s) debt was incurred  6/20/2019

Last 4 digits of account number  7964

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

**Lee Childers**
**4955 Timber Valley Ln.**
**Hickory, NC 28602**

Date(s) debt was incurred  12/5/2019

Last 4 digits of account number  A618

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

**Lee Greenberger**
**253 Midland Ave**
**Montclair, NJ 07042**

Date(s) debt was incurred  12/7/2018

Last 4 digits of account number  5CE5

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

**Leland White**
**511 N Madison St**
**Arlington, VA 22203**

Date(s) debt was incurred  12/25/2019

Last 4 digits of account number  53E8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**Len Wolfson**
**2125 14th St NW**
**Apt 802**
**Washington, DC 20009**

Date(s) debt was incurred  2/3/2017

Last 4 digits of account number  7474

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Len Wolfson**
**2125 14th St NW**
**Apt 802**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2018**

Basis for the claim: _

Last 4 digits of account number  **4494**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Len Wolfson**
**2125 14th St NW**
**Apt 802**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2019**

Basis for the claim: _

Last 4 digits of account number  **B48B**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Leni Schimpf**
**631 D Street NW**
**Apt. 432**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2016**

Basis for the claim: _

Last 4 digits of account number  **4950**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Lenise Williams**
**4131 Arkansas Ave NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2017**

Basis for the claim: _

Last 4 digits of account number  **9614**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Lenny  Souleret**
**366 Ellsworth Place**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

Basis for the claim: _

Last 4 digits of account number  **1947**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Lenny  Souleret**
**366 Ellsworth Place**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

Basis for the claim: _

Last 4 digits of account number  **8566**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Lenny  Souleret**
**366 Ellsworth Place**
**Joppa, MD 21085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

Basis for the claim: _

Last 4 digits of account number  **92CD**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **CulinAerie DC, LLC** |
| | Name |

Case number (if known) _____

---

**3.175**
**3**

**Nonpriority creditor's name and mailing address**

**Les Shickman**
**349 Candle Ridge Court**
**Arnold, MD 21012**

Date(s) debt was incurred  3/12/2019

Last 4 digits of account number  BBA7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.175**
**4**

**Nonpriority creditor's name and mailing address**

**Leslie Albrecht**
**468 14th Street**
**Brooklyn, NY 11215**

Date(s) debt was incurred  12/23/2016

Last 4 digits of account number  B075

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.175**
**5**

**Nonpriority creditor's name and mailing address**

**Leslie Goodman**
**4006 35th St North**
**Arlington, VA 22207**

Date(s) debt was incurred  12/10/2018

Last 4 digits of account number  6082

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.175**
**6**

**Nonpriority creditor's name and mailing address**

**Leslie Moylan**
**4929 CRESCENT ST**
**BETHESDA, MD 20816-1701**

Date(s) debt was incurred  1/15/2020

Last 4 digits of account number  2F53

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.175**
**7**

**Nonpriority creditor's name and mailing address**

**Leslie Rifkin**
**11541 Manorstone Lane**
**Columbia, MD 21044**

Date(s) debt was incurred  12/12/2019

Last 4 digits of account number  3CFE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.175**
**8**

**Nonpriority creditor's name and mailing address**

**Leslie Saeta**
**2036 Oak Street**
**South Pasadena, CA 91030**

Date(s) debt was incurred  12/2/2016

Last 4 digits of account number  7715

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.175**
**9**

**Nonpriority creditor's name and mailing address**

**Leslie Stenull**
**196 New Canaan Ave, Main House**
**Norwalk, CT 06850**

Date(s) debt was incurred  6/18/2017

Last 4 digits of account number  ACAB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**Leslie Stovall**
**901 N Nelson St.**
**Apt 302**
**Arlington, VA 22203**

Date(s) debt was incurred  **1/1/2018**

Last 4 digits of account number  **6B91**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Leslie Thornton**
**65 Bay Drive**
**Annapolis, MD 21403**

Date(s) debt was incurred  **12/8/2019**

Last 4 digits of account number  **BBCD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**Leslie Wissner**
**62 Bogart Street**
**Huntington Station, NY 11746**

Date(s) debt was incurred  **12/6/2016**

Last 4 digits of account number  **764F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Leslye Lynford**
**90 Heather Avenue**
**Unit 203**
**San Francisco, CA 94118**

Date(s) debt was incurred  **11/25/2019**

Last 4 digits of account number  **CD2A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Lester Hosten**
**20 Newport Pkwy**
**#2309**
**Jersey City, NJ 07310**

Date(s) debt was incurred  **12/30/2019**

Last 4 digits of account number  **F34F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Lew Hages**
**903 Russell Avenue**
**Suite 300**
**Gaithersburg, MD 20879**

Date(s) debt was incurred  **11/13/2016**

Last 4 digits of account number  **896A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Lew Hages**
**903 Russell Avenue**
**Suite 300**
**Gaithersburg, MD 20879**

Date(s) debt was incurred  **1/31/2019**

Last 4 digits of account number  **1EAA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Leyla Coker**
**1111 Crest Lane**
**Mclean, VA 22101**

**Date(s) debt was incurred** 11/21/2019

**Last 4 digits of account number** 7F60

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Liam Carter-Condon**
**21250 Windmill Parc Drive**
**Apt 320**
**Sterling, VA 20166**

**Date(s) debt was incurred** 12/26/2017

**Last 4 digits of account number** 9418

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Libby O'Neill**
**3146 16th Street NW Apt 509**
**Washington, DC 20010**

**Date(s) debt was incurred** 10/9/2019

**Last 4 digits of account number** 0126

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**Liesl Hartmann**
**1375 21st Avenue**
**San Francisco, CA 94122**

**Date(s) debt was incurred** 12/6/2016

**Last 4 digits of account number** 73F7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**Lilian Tonellato**
**2036 S Michigan Ave Apt 310**
**310**
**CHICAGO, IL 60616**

**Date(s) debt was incurred** 11/14/2019

**Last 4 digits of account number** 61D5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

**Liliana Alfonso**
**22728 Cavalier St.**
**Woodland Hills, CA 91364**

**Date(s) debt was incurred** 12/3/2016

**Last 4 digits of account number** 2C1F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

**Lillian Singer**
**6817 Cherry Lane**
**Annandale, VA 22003**

**Date(s) debt was incurred** 12/2/2019

**Last 4 digits of account number** 7065

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

**Lily Ing Pratt**
**10200 Julep Ct**
**Silver Spring, MD 20902**

Date(s) debt was incurred **12/4/2019**

Last 4 digits of account number **515C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$195.00**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**Lily Rozhkova**
**2903 Gettysburg Sq**
**Vienna, VA 22181**

Date(s) debt was incurred **12/18/2017**

Last 4 digits of account number **7E6B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Linda Alfredson**
**21 Red Oak Rd**
**Asheville, NC 28804**

Date(s) debt was incurred **11/9/2017**

Last 4 digits of account number **2F34**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Linda Alfredson**
**21 Red Oak Rd**
**Asheville, NC 28804**

Date(s) debt was incurred **12/15/2017**

Last 4 digits of account number **E744**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$185.00**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Linda Cerrito**
**940 Waters Reach Court**
**Alpharetta, GA 30022**

Date(s) debt was incurred **12/6/2019**

Last 4 digits of account number **430F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Linda Franks**
**1 Beechwood Terrace**
**Kinnelon, NJ 07405**

Date(s) debt was incurred **4/26/2019**

Last 4 digits of account number **47CE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$150.00**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Linda Knight**
**1845 Cain Cir**
**Unit 2**
**Fort Meade, MD 20755**

Date(s) debt was incurred **11/28/2017**

Last 4 digits of account number **6661**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$200.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.178**
**1**

**Nonpriority creditor's name and mailing address**
**Linda McNish Solecki**

Date(s) debt was incurred  **8/3/2016**

Last 4 digits of account number  **654E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.178**
**2**

**Nonpriority creditor's name and mailing address**
**Linda Moore**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **B9C0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.178**
**3**

**Nonpriority creditor's name and mailing address**
**Linda Smith**
**15 Hawthorne Rd**
**Sudbury, MA 01776**

Date(s) debt was incurred  **9/22/2016**

Last 4 digits of account number  **9DA1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.178**
**4**

**Nonpriority creditor's name and mailing address**
**Linda Toner**
**5001 N. 27th St**
**Arlington, VA 22207**

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **1C7B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.178**
**5**

**Nonpriority creditor's name and mailing address**
**Lindsay Borden**
**20024 Apperson Place**
**Germantown, MD 20876**

Date(s) debt was incurred  **12/25/2019**

Last 4 digits of account number  **3559**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.178**
**6**

**Nonpriority creditor's name and mailing address**
**Lindsay Brant**
**4101 Albemarle St NW**
**#525**
**Washington, DC 20016**

Date(s) debt was incurred  **12/4/2017**

Last 4 digits of account number  **88C6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.178**
**7**

**Nonpriority creditor's name and mailing address**
**Lindsay Knudsen**
**3431 14th St., NW, 3**
**Washington, DC 20010**

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **57BA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Lindsay Mazzetti**
**2017 Allen Place NW**
**Washington, DC 20009**

**Date(s) debt was incurred** 3/10/2020

**Last 4 digits of account number** 2216

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Lindsay Michnick**
**2000 N ST NW**
**Apt 207**
**Washington, DC 20036**

**Date(s) debt was incurred** 2/6/2017

**Last 4 digits of account number** 70CC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Lindsey Freeman**
**901 15th St. S**
**Apt. 1518**
**Arlington, VA 22202**

**Date(s) debt was incurred** 3/27/2020

**Last 4 digits of account number** A7EC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Lindsey Lawson**
**4313 18TH ST N**
**ARLINGTON, VA 22207-2309**

**Date(s) debt was incurred** 12/17/2019

**Last 4 digits of account number** 882A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Lindsey Monroe**
**2300 24th Rd S**
**Apt 231**
**Arlington, VA 22206**

**Date(s) debt was incurred** 6/12/2017

**Last 4 digits of account number** 720D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Lindsey Morrison**

**Date(s) debt was incurred** 11/27/2016

**Last 4 digits of account number** E20A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Lindsey Putz**
**530 9th St. SE**
**Washington, DC 20003**

**Date(s) debt was incurred** 2/15/2020

**Last 4 digits of account number** B944

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Lindsey Vaala**
**5 E. Luray Ave**
**Alexandria, VA 22301**

Date(s) debt was incurred  **10/4/2016**

Last 4 digits of account number  **2B01**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Linsey McCombs**
**1708 Commonwealth Ave, Apt C9**
**Alexandria, VA 22301**

Date(s) debt was incurred  **6/8/2018**

Last 4 digits of account number  **FEF8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**Lior Nevo**
**15 Fuller St**
**Brookline, MA 02446-2403**

Date(s) debt was incurred  **6/4/2019**

Last 4 digits of account number  **F744**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Lisa Castillo**
**1345 S Capitol St SW Apt 918**
**Washington, DC 20003**

Date(s) debt was incurred  **1/3/2020**

Last 4 digits of account number  **1590**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Lisa Crist**
**1670 We Go Trail**
**Deerfield, IL 60015**

Date(s) debt was incurred  **6/1/2019**

Last 4 digits of account number  **4FDC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Lisa Dowdell**
**2746 N. Lexington St.**
**Arlington, VA 22207**

Date(s) debt was incurred  **2/13/2019**

Last 4 digits of account number  **7F80**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Lisa Geismar**
**14 Horse Hill Road**
**Brookeville, NY 11545**

Date(s) debt was incurred  **11/18/2016**

Last 4 digits of account number  **BAAC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**Lisa Goldberg**
**417 Mansfield Road**
**Silver Spring, MD 20910**

Date(s) debt was incurred  3/8/2019

Last 4 digits of account number  ACA8

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Lisa Grell**
**15640 Ensleigh Lane**
**Bowie, MD 20716**

Date(s) debt was incurred  12/24/2018

Last 4 digits of account number  2E33

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Lisa Kenigsberg**
**14 Winterset Court**
**Potomac, MD 20854**

Date(s) debt was incurred  10/26/2016

Last 4 digits of account number  B031

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Lisa Kohler**
**203 Mowry Road**
**Manns Choice, PA 15550**

Date(s) debt was incurred  12/12/2016

Last 4 digits of account number  4350

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Lisa Maruca**
**199 Ridgemont Rd.**
**Oxford, MI 48370**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2550

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Lisa Morgan**
**236 N. Edgewood Street**
**Arlington, VA 22201**

Date(s) debt was incurred  12/22/2016

Last 4 digits of account number  BAEE

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Lisa Perry**
**Care of Jeffrey Perry**
**Rhinebeck, NY 12572**

Date(s) debt was incurred  9/20/2019

Last 4 digits of account number  9981

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1809**

**Nonpriority creditor's name and mailing address**

**Lisa Robinson**
**25 Tudor City Place**
**Washington, DC 10017**

Date(s) debt was incurred  **3/6/2019**

Last 4 digits of account number  **1EBE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.1810**

**Nonpriority creditor's name and mailing address**

**Lisa Schneider**
**9 Argosy Court**
**Gaithersburg, MD 20878**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **9520**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.1811**

**Nonpriority creditor's name and mailing address**

**Lisa Shea**
**1 Blount Circle**
**Barrington, RI 02806**

Date(s) debt was incurred  **10/19/2019**

Last 4 digits of account number  **56D2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.1812**

**Nonpriority creditor's name and mailing address**

**Lisa Shea**
**26470 Puffin Place**
**Canyon Country, CA 91387**

Date(s) debt was incurred  **12/10/2019**

Last 4 digits of account number  **1778**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.1813**

**Nonpriority creditor's name and mailing address**

**Lisa Thurston**
**400 Cameron Station Blvd**
**Apt 412**
**Alexandria, VA 22304**

Date(s) debt was incurred  **11/16/2018**

Last 4 digits of account number  **ED44**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.1814**

**Nonpriority creditor's name and mailing address**

**Lisa Thurston**
**400 Cameron Station Blvd**
**Apt 412**
**Alexandria, VA 22304**

Date(s) debt was incurred  **11/15/2019**

Last 4 digits of account number  **2CBC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.1815**

**Nonpriority creditor's name and mailing address**

**Lisa Traversari**
**901 A Winston Place**
**Nashville, TN 37204**

Date(s) debt was incurred  **4/30/2019**

Last 4 digits of account number  **A104**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Lisa Xu**
**42 Clarendon Avenue**
**Unit 2**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/2020**

Basis for the claim:  _

Last 4 digits of account number  **F1C0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Liya Assefa**
**5651 W Martin Drive**
**Apt #209**
**Milwaukee, WI 53208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23/2016**

Basis for the claim:  _

Last 4 digits of account number  **B450**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Liz Fisher**
**1806 Lowell Ct**
**Katy, TN 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/28/2016**

Basis for the claim:  _

Last 4 digits of account number  **D632**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Liz Fraccaro**
**3423 W Drummond PL**
**Apt 1B**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2018**

Basis for the claim:  _

Last 4 digits of account number  **91B1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Liz Lopez**
**207 RICARDO RD**
**SANTA FE, NM 87501-1737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/26/2019**

Basis for the claim:  _

Last 4 digits of account number  **A406**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255.00** |
|---|---|---|---|

**Liz Murphy**
**9275 Hollow Pine Drive**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2017**

Basis for the claim:  _

Last 4 digits of account number  **4C1D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Liz Stickels**
**5248 Ferry Branch Ln**
**Lothian, MD 20711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/2019**

Basis for the claim:  _

Last 4 digits of account number  **3E3A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**LJ Urie**
**80 Market St**
**Annapolis, MD 21401**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **BC16**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$170.00**

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Logan Swanson**
**1439 Euclid St NW #107**
**Washington, DC 20009**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **7EBE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$195.00**

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**Lora Batterson**
**504 6th St NE**
**Washington, DC 20002**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **F831**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$195.00**

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**Lora Gier**
**25465 N. Countryside Ct,**
**Barrington, IL 60010**

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **83B3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$200.00**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Lori Byttner**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **ABE4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$10.00**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**Lori Dickes**
**107 RED MAPLE WAY, CLEMSON**
**Clemson, SC 29631**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **ED28**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$85.00**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**Lori Fox**
**4235 LARK SPARROW ST**
**HIGHLANDS RANCH, CO 80126**

Date(s) debt was incurred  **4/3/2018**

Last 4 digits of account number  **4A7E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No   ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.183 0**

**Nonpriority creditor's name and mailing address**
**Lori Giblin**
**730 Richmond Ave**
**Silver Spring, MD 20910**

Date(s) debt was incurred  **12/7/2018**

Last 4 digits of account number  **4488**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
**Lori Goldstein**
**300 Dorn Dr**
**Shrewsbury, NJ 07702**

Date(s) debt was incurred  **10/27/2019**

Last 4 digits of account number  **20B0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.183 2**

**Nonpriority creditor's name and mailing address**
**Lori Nieves**
**10030 Scenic View Terrace**
**Vienna, VA 22182**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **6095**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.183 3**

**Nonpriority creditor's name and mailing address**
**Lori Peterson**
**251 Barrack Hill Road**
**Ridgefield, CT 06877**

Date(s) debt was incurred  **5/15/2018**

Last 4 digits of account number  **D82E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.183 4**

**Nonpriority creditor's name and mailing address**
**LoriAnn Verna**
**3011 Penn View Ln**
**Norristown, PA 19403**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **536D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.183 5**

**Nonpriority creditor's name and mailing address**
**Lorna Rosenberg**
**130 Wetherill Rd**
**Cheltenham, PA 19012**

Date(s) debt was incurred  **3/12/2019**

Last 4 digits of account number  **F2AA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.183 6**

**Nonpriority creditor's name and mailing address**
**Love Ghunney**
**1504 Kingman Place NW, Apt 6**
**Washington, DC 20005**

Date(s) debt was incurred  **9/7/2018**

Last 4 digits of account number  **1C3F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**Lowell Patterson**
**52 Dearwood Lane**
**Pinehurst, NC 28374**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **080D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Luca Vettori**
**600 W 115th St**
**New York, NY 10025**

Date(s) debt was incurred  **11/4/2019**

Last 4 digits of account number  **0354**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Lucas Blass**
**121 Lake Forest Blvd**
**Daphne, AL 36526**

Date(s) debt was incurred  **9/12/2016**

Last 4 digits of account number  **E87E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Lucas Blass**
**121 Lake Forest Blvd**
**Daphne, AL 36526**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **11B7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Lucille Noble**
**5405 Tuckerman Lane**
**Apt 673**
**Rockville, MD 20852**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **A7D2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Lucy Carr**
**1102 Duke Street**
**Alexandria, VA 22314**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **DC6D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Lucy Fike**
**3742 Bailey Road**
**Tucker, GA 30084**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **5F5E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.184 4**

**Nonpriority creditor's name and mailing address**
**Lucy Russell**

Date(s) debt was incurred __12/15/2019__

Last 4 digits of account number __D52B__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.184 5**

**Nonpriority creditor's name and mailing address**
**Lucy Witt**

Date(s) debt was incurred __6/2/2016__

Last 4 digits of account number __D3E1__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.184 6**

**Nonpriority creditor's name and mailing address**
**Luis Figueroa**
**2502 Windyside Ct**
**Odenton, MD 21113**

Date(s) debt was incurred __10/18/2016__

Last 4 digits of account number __3911__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.184 7**

**Nonpriority creditor's name and mailing address**
**Luis Lasa**
**18 Dix St., Apt. 2**
**Worcester, MA 01609**

Date(s) debt was incurred __10/22/2016__

Last 4 digits of account number __3B8B__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.184 8**

**Nonpriority creditor's name and mailing address**
**Luis Rodriguez-Cortes**
**2510 Airy Hill Circle**
**Unit E**
**Crofton, MD 21114**

Date(s) debt was incurred __12/17/2016__

Last 4 digits of account number __B474__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.184 9**

**Nonpriority creditor's name and mailing address**
**Luke Pullman**
**450 10th ave #301**
**San Diego, CA 92101**

Date(s) debt was incurred __9/15/2016__

Last 4 digits of account number __3509__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.185 0**

**Nonpriority creditor's name and mailing address**
**Luke Stup**
**461 N Thomas St**
**#408**
**Arlington, VA 22203**

Date(s) debt was incurred __12/1/2019__

Last 4 digits of account number __2767__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.185 1**

Nonpriority creditor's name and mailing address

**Lynda  Duttine**

Date(s) debt was incurred  12/11/2019

Last 4 digits of account number  1434

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.185 2**

Nonpriority creditor's name and mailing address

**Lynden Melmed**
**5922 Overlea Road**
**BETHESDA, MD 20816-2456**

Date(s) debt was incurred  3/9/2019

Last 4 digits of account number  4060

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$165.00**

---

**3.185 3**

Nonpriority creditor's name and mailing address

**Lynetta Cheatham**

Date(s) debt was incurred  11/23/2017

Last 4 digits of account number  B01E

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.185 4**

Nonpriority creditor's name and mailing address

**Lynn Burns**
**8 Loudon Pkwy**
**Loudonville, NY 12211**

Date(s) debt was incurred  11/24/2019

Last 4 digits of account number  028C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.185 5**

Nonpriority creditor's name and mailing address

**LYnn Grasso**
**603 Stirling Road**
**Silver Spring, MD 20901**

Date(s) debt was incurred  12/17/2019

Last 4 digits of account number  B128

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.185 6**

Nonpriority creditor's name and mailing address

**Lynn Helmer**

Date(s) debt was incurred  3/16/2019

Last 4 digits of account number  6795

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.185 7**

Nonpriority creditor's name and mailing address

**Lynn Marano**
**853 Kings Retreat Drive**
**Davidsonville, MD 21035**

Date(s) debt was incurred  12/20/2018

Last 4 digits of account number  5F58

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|
| | **Lynn O'Connell** | ☐ Contingent | |
| | **338 East 241 St** | ☐ Unliquidated | |
| | **BRONX, NY 10470** | ☐ Disputed | |
| | Date(s) debt was incurred **12/12/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6AA1** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Lynn Rhinehart** | ☐ Contingent | |
| | **516 Ashford Road** | ☐ Unliquidated | |
| | **Silver Spring, MD 20910** | ☐ Disputed | |
| | Date(s) debt was incurred **1/3/2020** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **49E8** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Lynn Smiroldo** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred **4/6/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **3A7A** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|
| | **Lynn Smith** | ☐ Contingent | |
| | **11 Neville Court** | ☐ Unliquidated | |
| | **Stafford, VA 22554** | ☐ Disputed | |
| | Date(s) debt was incurred **12/16/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **A183** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **Lynn Wang** | ☐ Contingent | |
| | **1219 N Vermont Street** | ☐ Unliquidated | |
| | **Arlington, VA 22201** | ☐ Disputed | |
| | Date(s) debt was incurred **6/13/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **710C** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Lynne Carpenter** | ☐ Contingent | |
| | **3190 Aldan Road** | ☐ Unliquidated | |
| | **Plymouth Meeting, PA 19462** | ☐ Disputed | |
| | Date(s) debt was incurred **12/27/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1EEA** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **Lynne Hewitt** | ☐ Contingent | |
| | **65 North Pasture Lane** | ☐ Unliquidated | |
| | **South Kingstown, RI 02879** | ☐ Disputed | |
| | Date(s) debt was incurred **1/10/2018** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **89D5** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **CulinAerie DC, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.186 5**

**Nonpriority creditor's name and mailing address**

**M Angela Galluzzi**
**17100 NW 133rd St**
**Platte City, MO 64079**

Date(s) debt was incurred  **12/10/2017**

Last 4 digits of account number  **FD5C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

**m suredam**
**1014 Joy Oval**
**Seven Hills, OH 44131**

Date(s) debt was incurred  **11/11/2019**

Last 4 digits of account number  **0412**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**Mackenzie  Alexander**
**49 Nottingham Way**
**Eastampton, NJ 08060**

Date(s) debt was incurred  **12/3/2019**

Last 4 digits of account number  **4613**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**Maddy Clough**
**2 M St NE**
**Apt 305**
**Washington, DC 20002**

Date(s) debt was incurred  **11/21/2018**

Last 4 digits of account number  **5531**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**Madelyn Ransom**
**531 Florida Ave NW**
**Washington, DC 20001**

Date(s) debt was incurred  **10/24/2018**

Last 4 digits of account number  **5102**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**Madelynne King**
**24 Butcher Ct.**
**Shepherdstown, WV 25443**

Date(s) debt was incurred  **11/25/2018**

Last 4 digits of account number  **3D14**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

**Madison Dodd**
**403 West Ridge**
**Columbia, IL 62236**

Date(s) debt was incurred  **12/15/2016**

Last 4 digits of account number  **67E0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.187<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Maegan  Wood**
**1431 Varnum St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2016**

**Basis for the claim:** _

Last 4 digits of account number  **8300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Maggie Brady**
**2202 Foxboro Pl NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2010**

**Basis for the claim:** _

Last 4 digits of account number  **7538**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Maggie Castor**
**3742 Woodsong Ct**
**Atlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2019**

**Basis for the claim:** _

Last 4 digits of account number  **EC45**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Maggie Cooper**
**2225 12th Ct N**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2019**

**Basis for the claim:** _

Last 4 digits of account number  **F040**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Maggie Wagner**
**143 W Canton St**
**APT 4**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2019**

**Basis for the claim:** _

Last 4 digits of account number  **C552**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Maggie Wallace**
**750 Port Street**
**Apt 1732**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/28/2018**

**Basis for the claim:** _

Last 4 digits of account number  **4390**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Maggie Woodward**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2017**

**Basis for the claim:** _

Last 4 digits of account number  **53AB**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.187 9**

**Nonpriority creditor's name and mailing address**

**Makenzie Letterman**
**6806 Heatherway Ct**
**Alexandria, VA 22315**

Date(s) debt was incurred  **12/10/2019**

Last 4 digits of account number  **3DB5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**Mallory Gay**
**6223 22nd St N**
**Arlington, VA 22205**

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **9579**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.188 1**

**Nonpriority creditor's name and mailing address**

**Mallory Jones**
**2113 N St. NW Unit 102**
**Washington, DC 20037**

Date(s) debt was incurred  **6/21/2018**

Last 4 digits of account number  **8C61**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**Maneesha Vesely**
**1511 Patapsco Street**
**Baltimore, MD 21230**

Date(s) debt was incurred  **12/28/2018**

Last 4 digits of account number  **C47B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**Mara Steinhaus**
**2314 18th Street NW**
**Apt 4**
**Washington, DC 20009**

Date(s) debt was incurred  **6/7/2019**

Last 4 digits of account number  **AD0A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

**Marc Baribault**
**1704 16th St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **5/5/2019**

Last 4 digits of account number  **3BDF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

**Marc Ferrara**
**78 Franklin Avenue**
**Sea Cliff, NY 11579**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **469D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

**Marcel Proskow**
**1449 A Street NE**
**Apt D**
**Washington, DC 20002**

Date(s) debt was incurred  12/4/2018

Last 4 digits of account number  DFAC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.188 7**

**Nonpriority creditor's name and mailing address**

**Marco Della Torre**
**3511 W 17th Ave**
**Denver, CO 80204**

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number  799F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.188 8**

**Nonpriority creditor's name and mailing address**

**Margaret Meier**
**253 W 93rd Street**
**New York City, NY 10025**

Date(s) debt was incurred  6/18/2016

Last 4 digits of account number  1D13

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.188 9**

**Nonpriority creditor's name and mailing address**

**Margaret Stalnaker**
**285 Harbour View Drive**
**White Stone, VA 22578**

Date(s) debt was incurred  11/28/2017

Last 4 digits of account number  E142

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

**Margaret Wiggins**
**857 Encino Drive**
**New Braunfels, TX 78130**

Date(s) debt was incurred  6/24/2016

Last 4 digits of account number  DA0E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

**Margaret Williams**
**200 K St NE**
**Apt 736**
**Washington, DC 20002**

Date(s) debt was incurred  12/14/2019

Last 4 digits of account number  E27F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**Margaux Garcia**
**2700 S Adams Street**
**#301**
**Arlington, VA 22206**

Date(s) debt was incurred  11/29/2019

Last 4 digits of account number  17F1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (*if known*) | |
|--------|------------------------|-|-----------------|--|
| | Name | | | |

| 3.189 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**margie silberstein**
**10113 meyer point terrace**
**potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2016**

Last 4 digits of account number  **2EF4**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Margie Smith**
**20701 Cooperative Way**
**Dulles, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **6DE5**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Margo  Peyton**
**2700 Calvert St NW**
**Unit 518**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/2016**

Last 4 digits of account number  **E1F4**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Margot Laimbeer**
**1211 13th St NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2018**

Last 4 digits of account number  **4F07**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Mari Ann McClain**
**10425 N Juanita Rd**
**Spokane, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13/2018**

Last 4 digits of account number  **7B21**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Maria Burton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2016**

Last 4 digits of account number  **4F30**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Maria Dayton**
**826 Gist Avenue**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number  **9A55**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.190 0**

**Nonpriority creditor's name and mailing address**
**Maria Dayton**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **055C**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**
**Maria Horos**
**924 Beacon Square Ct**
**Apt 227**
**Gaithersburg, MD 20878**

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **8F4A**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.190 2**

**Nonpriority creditor's name and mailing address**
**Maria Portilla**
**1174 River Oaks Lane**
**Charlottesville, VA 22901**

Date(s) debt was incurred  **5/1/2019**

Last 4 digits of account number  **C704**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**
**Maria Rocio Gracia Ipi a**
**Fern n Gonzalez, 69-6D**
**Madrid, Spain 28009-0000**

Date(s) debt was incurred  **6/16/2020**

Last 4 digits of account number  **896E**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**
**Maria-Lisa Burke**
**PO Box 601**
**Mill Valley, CA 94942**

Date(s) debt was incurred  **11/7/2019**

Last 4 digits of account number  **0381**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**
**Marian  Harmon**
**1316 North Quintana Street**
**Arlington, VA 22205**

Date(s) debt was incurred  **12/8/2016**

Last 4 digits of account number  **AFEB**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**
**Marianne Swanson**
**6407 Hollins Dr.**
**Bethesda, MD 20817**

Date(s) debt was incurred  **8/7/2018**

Last 4 digits of account number  **0622**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Marie Friedman**
**239 Buckboard Rd**
**Willow Grove, PA 19090**

Date(s) debt was incurred  **12/14/2016**

Last 4 digits of account number  **A241**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**Marie Israelite**
**2867 Tilden St. NW**
**Washington, DC 20008**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **56D8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**Marie Policastro**
**909 New Jersey Ave SE**
**Apt 714**
**Washington, DC 20003**

Date(s) debt was incurred  **3/5/2019**

Last 4 digits of account number  **F7CC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

**Mariela Reyes**
**10904 Lariat Way**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **2/2/2020**

Last 4 digits of account number  **81EC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

**Marilyn Heymann**
**1736 Church St NW**
**Washington, DC 20036**

Date(s) debt was incurred  **6/27/2017**

Last 4 digits of account number  **A87B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.191 2**

**Nonpriority creditor's name and mailing address**

**Marilyn Traynham**
**206 N Oakland Street**
**Arlington, VA 22203**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **432A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

**Marina France**
**11 Ericsson Rd**
**Cabin John, MD 20818**

Date(s) debt was incurred  **3/9/2020**

Last 4 digits of account number  **CF6B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.191
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Marina Major**<br>**9112 Horner Court**<br>**Fairfax, VA 22031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/14/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  3C32 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.191
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Marion Ceraso**<br>**2835 SW Fairmont Dr.**<br>**Corvallis, OR 97333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/29/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  2F15 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.191
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Marion Sheridan**<br>**3477 Tadpole Road**<br>**Pa. Furnace, PA 16865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/30/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  E212 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.191
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|
| **Marisa Maroukian**<br>**237 Leedy Way West**<br>**Chambersburg, PA 17202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/7/2020 | Basis for the claim: _ | |
| Last 4 digits of account number  1956 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.191
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Marjorie Meashaw**<br>**872 STATE HIGHWAY 72**<br>**POTSDAM, NY 13676** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/30/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  85FB | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.191
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Mark Bezold**<br>**1230 13th Street, NW**<br>**Apt. 509**<br>**WASHINGTON, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/24/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  CE3C | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Mark Bowden**<br>**1027 E. Palm Ln.**<br>**Phoenix, AZ 85006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/18/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  EB28 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.192<br>1 | **Nonpriority creditor's name and mailing address**<br>**Mark Chalfant**<br>**762 Fairmont St. NW**<br>**Washington, DC 20001**<br><br>Date(s) debt was incurred  **12/25/2016**<br>Last 4 digits of account number  **4747** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$85.00** |
|---|---|---|---|
| 3.192<br>2 | **Nonpriority creditor's name and mailing address**<br>**Mark Chalfant**<br>**762 Fairmont St. NW**<br>**Washington, DC 20001**<br><br>Date(s) debt was incurred  **12/25/2016**<br>Last 4 digits of account number  **317C** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$85.00** |
| 3.192<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mark Christman**<br><br>**VA**<br><br>Date(s) debt was incurred  **12/19/2016**<br>Last 4 digits of account number  **A6F6** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10.00** |
| 3.192<br>4 | **Nonpriority creditor's name and mailing address**<br>**Mark Cipolletti**<br>**1330 New Hampshire Avenue, NW**<br>**Apt. 620**<br>**Washington, DC 20036**<br><br>Date(s) debt was incurred  **12/22/2018**<br>Last 4 digits of account number  **8D02** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |
| 3.192<br>5 | **Nonpriority creditor's name and mailing address**<br>**Mark Garrison**<br><br>Date(s) debt was incurred  **12/19/2016**<br>Last 4 digits of account number  **09AD** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15.00** |
| 3.192<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mark Hollaar**<br>**2311 15th St. NW**<br>**Apt. 1**<br>**Washington, DC 20009**<br><br>Date(s) debt was incurred  **12/15/2017**<br>Last 4 digits of account number  **0785** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5.00** |
| 3.192<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mark Hollingsworth**<br>**707 Roxboro Road**<br>**Rockville, MD 20850**<br><br>Date(s) debt was incurred  **12/21/2019**<br>Last 4 digits of account number  **6561** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$180.00** |

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.192 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Mark Howell**
**739 10th St. SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2018**

**Basis for the claim:** _

Last 4 digits of account number  **4FCE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Mark Peterson**
**1221 Massachusetts Ave NW**
**Apt 619**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2017**

**Basis for the claim:** _

Last 4 digits of account number  **9186**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Mark Raimondo**
**2633 16th ST NW**
**Apt. 5C**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2019**

**Basis for the claim:** _

Last 4 digits of account number  **A12F**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**mark resnik**
**74 s 4th st**
**1A**
**BROOKLYN, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2019**

**Basis for the claim:** _

Last 4 digits of account number  **2373**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Mark Richards**
**6543 Cypress Point Road**
**Alexandria, VA 22312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2019**

**Basis for the claim:** _

Last 4 digits of account number  **8E7C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Mark Rivera**
**3880 Rodman St. NW**
**Apt. F216**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2020**

**Basis for the claim:** _

Last 4 digits of account number  **61FB**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Mark Seidel**
**363813th St NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2019**

**Basis for the claim:** _

Last 4 digits of account number  **1E35**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.193 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|
| **Mark Viehman**<br>**2726 13th St. NW**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/11/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  FFB7 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.193 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|
| **Mark Werner**<br>**6807 Radcliffe Dr**<br>**Alexandria, VA 22307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/25/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  E463 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.193 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Markus Meier**<br>**1102 R Street N.W.**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/17/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  0B26 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.193 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|
| **Marla Diaz**<br>**Care of Elaine Diaz**<br>**45 Winding Oak Drive**<br>**Okatie, SC 29909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/23/2020 | Basis for the claim: _ | |
| Last 4 digits of account number  1812 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.193 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|
| **Marlaena DeHaven**<br>**1330 New Hampshire Ave NW**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/7/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  9527 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.194 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|
| **Marlene Peralta**<br>**2402 W Azeele St**<br>**#423**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/23/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  4C59 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.194 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Marna Miller**<br>**4511 Exeter Ave**<br>**Louisville, KY 40218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/24/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  1D0E | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**Marsha Olive**
**2768 Unicorn Ln NW**
**Washington, DC 20015**

Date(s) debt was incurred  **1/15/2020**

Last 4 digits of account number  **8B77**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

**Marsha Tapley**
**1412 Beckett Street**
**Austin, TX 78757**

Date(s) debt was incurred  **12/17/2017**

Last 4 digits of account number  **2A2F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**Martha Davidson**
**2520 41st St**
**#3**
**Washington, DC 20007**

Date(s) debt was incurred  **12/14/2016**

Last 4 digits of account number  **E4D2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Martha Goldstein**

Date(s) debt was incurred  **7/27/2017**

Last 4 digits of account number  **861C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**Martha Macon Smith**
**3435 R St. NW**
**Apt 5**
**Washington, DC 20007**

Date(s) debt was incurred  **12/13/2017**

Last 4 digits of account number  **47EC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**Martin  Packmann**
**1221 Massachusetts Ave NW**
**Apt 305**
**Washington, DC 20005**

Date(s) debt was incurred  **3/25/2019**

Last 4 digits of account number  **8036**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**Martin Bauer**
**9038 Fletchers Mill Road**
**Marshall, VA 20115**

Date(s) debt was incurred  **1/28/2019**

Last 4 digits of account number  **9C9F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1949**

**Nonpriority creditor's name and mailing address**

**Mary  Regalbuto**
**18 Marietta Avenue**
**Milford, CT 06460**

**Date(s) debt was incurred** 12/30/2019

**Last 4 digits of account number** 22D0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$390.00**

---

**3.1950**

**Nonpriority creditor's name and mailing address**

**Mary  Suhy**
**819 West Virginia Ave NE**
**Washington, DC 20002**

**Date(s) debt was incurred** 11/26/2017

**Last 4 digits of account number** 8C04

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$170.00**

---

**3.1951**

**Nonpriority creditor's name and mailing address**

**Mary Beth  Kennedy**
**1862 Mintwood Place**
**Washington, DC 20009**

**Date(s) debt was incurred** 12/19/2019

**Last 4 digits of account number** 4E22

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$200.00**

---

**3.1952**

**Nonpriority creditor's name and mailing address**

**Mary Betts**
**710 S Boulevard**
**Tampa, FL 33606**

**Date(s) debt was incurred** 1/17/2017

**Last 4 digits of account number** AE07

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$280.00**

---

**3.1953**

**Nonpriority creditor's name and mailing address**

**Mary Bowden**
**7620 Lynn Dr.**
**Napierville, IL 60540**

**Date(s) debt was incurred** 12/9/2016

**Last 4 digits of account number** 7B08

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$120.00**

---

**3.1954**

**Nonpriority creditor's name and mailing address**

**Mary Butler**
**4401 Westbrook Ln**
**Kensington, MD 20895**

**Date(s) debt was incurred** 8/25/2018

**Last 4 digits of account number** 4383

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$170.00**

---

**3.1955**

**Nonpriority creditor's name and mailing address**

**Mary Butler**
**4401 Westbrook Ln**
**Kensington, MD 20895**

**Date(s) debt was incurred** 9/2/2018

**Last 4 digits of account number** 8180

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**mary campagnano**
**612 SE 12th Terr**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred **2/14/2020**

Last 4 digits of account number **2C80**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Mary Catherine Ruocco**
**1165 76th Street**
**Brooklyn, NY 11228**

Date(s) debt was incurred **9/9/2016**

Last 4 digits of account number **53E7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**Mary Challinor**
**3507 MACOMB ST NW**
**WASHINGTON, DC 20016**

Date(s) debt was incurred **12/10/2019**

Last 4 digits of account number **0AF6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

**Mary Claire O'Brien**
**2301 Buena Vista Rd**
**Winston Salem, NC 27104**

Date(s) debt was incurred **1/27/2017**

Last 4 digits of account number **EBA7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

**Mary Corson**
**75 Field Point Circle**
**Greenwich, CT 06830**

Date(s) debt was incurred **10/12/2019**

Last 4 digits of account number **D685**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$325.00**

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**Mary Evans**
**426 20TH ST NE**
**Washington, DC 20002**

Date(s) debt was incurred **1/5/2019**

Last 4 digits of account number **6979**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**Mary Hopkins**
**4820 Old Main St., #403**
**Henrico, VA 23231**

Date(s) debt was incurred **12/11/2017**

Last 4 digits of account number **137E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.196 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|
| | **Mary Keating** <br> **802 Tildenville School Rd** <br> **Winter Garden, FL 34787** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  9/14/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  6F9B | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|
| | **Mary Klein** <br> **1425 4th street sw a203** <br> **washington, DC 20024** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  12/22/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  D012 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|
| | **Mary Luetkehans** <br> **3111 Aspinwall Dr NW** <br> **Olympia, WA 98502** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  6/3/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  C426 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$95.00** |
|---|---|---|---|
| | **Mary Magliocco** <br> **12509 Stable House Court** <br> **Potomac, MD 20854** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  12/24/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  B152 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$195.00** |
|---|---|---|---|
| | **Mary McAndrew** <br> **832 Willow Ave** <br> **Apt 3A** <br> **Hoboken, NJ 07030** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  12/24/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  C329 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |
|---|---|---|---|
| | **Mary Monaghan** <br> **2980 Stevens St.** <br> **Oceanside, NY 11572** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  9/5/2017 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  A21B | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|
| | **MARY PABON** <br> **4142 glendale st** <br> **Philadelphia, PA 19124** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  6/9/2018 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  90E1 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mary Rocha**
205 Van Buren St
Suite 420
Herndon, VA 20170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/7/2017

Basis for the claim: _

Last 4 digits of account number  3EFF

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Mary Schilling**
2440 16th St NW
Apt 323
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/14/2020

Basis for the claim: _

Last 4 digits of account number  2047

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Mary Tedder**
1919 14th St. NW
Unit 319
Washington, DC 20009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/29/2017

Basis for the claim: _

Last 4 digits of account number  9357

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Mary TIndall**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

Basis for the claim: _

Last 4 digits of account number  8043

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Mary-Kate Rasa**
10214 Carroll Place
Kensington, MD 20895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/2019

Basis for the claim: _

Last 4 digits of account number  77D0

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**MaryAnb Nash**
3456 Newark St NW
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/24/2019

Basis for the claim: _

Last 4 digits of account number  0AC5

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Maryann Luongo**
3701 Underwood Street
Chevy Chase, MD 20815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/3/2020

Basis for the claim: _

Last 4 digits of account number  1911

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
| | Name | | |

---

**3.197 7**

**Nonpriority creditor's name and mailing address**

**MaryAnn Nash**
**3456 Newark St NW**
**Washington, DC 20016**

Date(s) debt was incurred  **10/24/2019**

Last 4 digits of account number  **0AC5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

**Marybeth Sheridan**
**68 Madison street apt 1**
**hoboken, NJ 07030**

Date(s) debt was incurred  **12/2/2017**

Last 4 digits of account number  **08CF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

**Maryjane Fuller**
**11750 Bondurant Dr**
**N Chesterfield, VA 23236**

Date(s) debt was incurred  **5/17/2017**

Last 4 digits of account number  **CC3C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

**Mathew Freeman**
**627 C Street NE**
**Washington, DC 20002**

Date(s) debt was incurred  **1/29/2019**

Last 4 digits of account number  **7369**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

**Mats Olsen**
**1230 23rd Street Northwest**
**Apt 909**
**Washington, DC 20037**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **0868**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.198 2**

**Nonpriority creditor's name and mailing address**

**Matt Kawamoto**
**504F N Thomas St**
**Apt F**
**Arlington, VA 22203**

Date(s) debt was incurred  **12/27/2018**

Last 4 digits of account number  **0AED**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.198 3**

**Nonpriority creditor's name and mailing address**

**Matt Lesnak**
**1301 N Courthouse Rd**
**Apt 1808**
**Arlington, VA 22201**

Date(s) debt was incurred  **7/23/2018**

Last 4 digits of account number  **D734**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

**Matt Medvene**
**2807 Sherman Ave NW**
**Unit A**
**Washington, DC 20001**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **6FDF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

**Matt O'Keefe**
**1100 1st St SE**
**Apt 1010**
**Washington, DC 20003**

Date(s) debt was incurred  **1/11/2016**

Last 4 digits of account number  **3557**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**Matt Rossman**
**3550 N Racine**
**#3**
**Chicago, IL 60657**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **8A90**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**Matt Stone**
**6444 E Calle de Mirar**
**Tucson, AZ 85750**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **698F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**Matt Suttmiller**
**727 N Washington St**
**Alexandria, VA 22314**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **82FA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**Matthew Croson**
**302 E Glebe Road**
**Alexandria, VA 22305**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **F15D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**matthew dolan**
**35 newburg st**
**San Francisco, CA 94131**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **27F8**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00** |
|---|---|---|---|

**Matthew Frank**
**1975 19th St. Apt 4033**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

**Basis for the claim:** _

Last 4 digits of account number  AC59

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.00** |
|---|---|---|---|

**Matthew Grzeskiewicz**
**1200 5th St NW**
**Apt 302**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/28/2016

**Basis for the claim:** _

Last 4 digits of account number  47AC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|

**Matthew Hinton**
**721 Gallatin St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2019

**Basis for the claim:** _

Last 4 digits of account number  9ED3

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|

**Matthew Mantell**
**2011 Kalorama Rd NW Apt 6**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2016

**Basis for the claim:** _

Last 4 digits of account number  19CE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|

**Matthew McMillan**
**322 Shepherd St. NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2018

**Basis for the claim:** _

Last 4 digits of account number  2C91

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|

**Matthew Newman**
**1001 L St NW**
**Apt 801**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/24/2017

**Basis for the claim:** _

Last 4 digits of account number  41C0

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Matthew Ohlheiser**
**1718 Pine Street, 3-4 F**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2018

**Basis for the claim:** _

Last 4 digits of account number  68A2

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.199 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Matthew Pyle**
**1425 P ST NW**
**Apt 614**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  6C21

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.199 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Matthew Reed**
**8206 Martha Street**
**Alexandria, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/26/2019

Last 4 digits of account number  DD2C

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Matthew Rhoades**
**4924 Westway Dr**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/26/2019

Last 4 digits of account number  E568

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Matthew Siegler**
**950 Milton Street**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2017

Last 4 digits of account number  01E3

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Matthew Sundahl**
**1400 14th Street NW**
**apt 502**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2017

Last 4 digits of account number  FEEF

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Matthew Suttmiller**
**8235 Smithfield Avenue**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/11/2018

Last 4 digits of account number  4163

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.200 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Matthew Tyler**
**1028 S Walter Reed Drive**
**#730**
**Arlington, VA 22204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/25/2019

Last 4 digits of account number  F8A9

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

**Matthew Whatley**
**3300 Patrick Henry Drive**
**Falls Church, VA 22044**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **B7AF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

**Maty Brown**
**205 Hudson Street**
**Apt 1210**
**Hoboken, NJ 07030**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **87B7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.200 7**

**Nonpriority creditor's name and mailing address**

**Maura Neligan**
**5411 Meaders Lane**
**Dallas, TX 75229**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **6120**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

**Maura Neligan**
**5411 Meaders Lane**
**Dallas, TX 75229**

Date(s) debt was incurred  **2/12/2018**

Last 4 digits of account number  **9D36**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

**Maura Neligan**
**5411 Meaders Lane**
**Dallas, TX 75229**

Date(s) debt was incurred  **12/16/2018**

Last 4 digits of account number  **C41D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.201 0**

**Nonpriority creditor's name and mailing address**

**Maura Neligan**
**5411 Meaders Lane**
**Dallas, TX 75229**

Date(s) debt was incurred  **2/12/2018**

Last 4 digits of account number  **2F93**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.201 1**

**Nonpriority creditor's name and mailing address**

**Maureen Coelho**
**1407 Hunting Wood Road**
**Annapolis, MD 21403**

Date(s) debt was incurred  **3/29/2019**

Last 4 digits of account number  **5EAF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.201 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **Maureen Gervasi** <br> **76 East Forest Trail** <br> **Holmes, NY 12531** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __11/11/2019__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __A4B0__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|
| | **Maureen Kelley** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __12/4/2019__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __6315__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|
| | **Max Kanner** <br> **4811 Enfield Road** <br> **Bethesda, MD 20814** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __12/18/2017__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __C8F4__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|
| | **Max Levitt** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __5/1/2017__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __B26F__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|
| | **Max Melnick** <br> **8104 Autumn Gate Lane** <br> **Bethesda, MD 20817** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __12/19/2019__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __1B18__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|
| | **Max Melnick** <br> **8104 Autumn Gate Lane** <br> **Bethesda, MD 20817** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __12/19/2019__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __FB08__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.201 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|
| | **Max Stewart** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  __8/3/2016__ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  __436E__ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.201 9**

**Nonpriority creditor's name and mailing address**
**Max Weiner**
**1765 Willard St NW**
**Washington, DC 20009**

Date(s) debt was incurred  12/6/2018
Last 4 digits of account number  FB6C

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.202 0**

**Nonpriority creditor's name and mailing address**
**maxine armstrong**
**1 Milbank Avenue**
**Apt 3F**
**Greenwich, CT 06830**

Date(s) debt was incurred  12/4/2018
Last 4 digits of account number  0671

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.202 1**

**Nonpriority creditor's name and mailing address**
**Maya Carter**
**5800 Oakdale Rd**
**#109**
**Mableton, GA 30126**

Date(s) debt was incurred  12/20/2016
Last 4 digits of account number  619D

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.202 2**

**Nonpriority creditor's name and mailing address**
**Maya Day**
**47 Church St.**
**Apt. 47 A**
**South Orange, NJ 07079**

Date(s) debt was incurred  2/13/2020
Last 4 digits of account number  A533

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.202 3**

**Nonpriority creditor's name and mailing address**
**Maya Sankaran**
**300 Coinjock Run**
**Yorktown, VA 23693**

Date(s) debt was incurred  12/20/2018
Last 4 digits of account number  105B

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.202 4**

**Nonpriority creditor's name and mailing address**
**Maya Simon**
**140 7th Avenue, 4M**
**New York, NY 10011**

Date(s) debt was incurred  5/10/2018
Last 4 digits of account number  6AE9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.202 5**

**Nonpriority creditor's name and mailing address**
**Mckenna O'Donnell**
**1812 N.Harrison st**
**Arlington, VA 22205**

Date(s) debt was incurred  11/20/2019
Last 4 digits of account number  D3FC

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

---

**3.2026**

**Nonpriority creditor's name and mailing address**
**McLean Robbins**
**1498 Northern Neck Dr**
**Vienna, VA 22182**

Date(s) debt was incurred  12/2/2019

Last 4 digits of account number  F638

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2027**

**Nonpriority creditor's name and mailing address**
**Meagan Will**
**2090 Frederick Douglass Blvd**
**Apt 3C**
**New York, NY 10026**

Date(s) debt was incurred  2/17/2019

Last 4 digits of account number  FEB9

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.2028**

**Nonpriority creditor's name and mailing address**
**Meaghan Richardson**
**10301 Strathmore Hall Street**
**Apt 320**
**Rockville, MD 20852**

Date(s) debt was incurred  9/28/2019

Last 4 digits of account number  0039

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$585.00**

---

**3.2029**

**Nonpriority creditor's name and mailing address**
**Meba Yee**

Date(s) debt was incurred  12/9/2018

Last 4 digits of account number  9A3E

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.2030**

**Nonpriority creditor's name and mailing address**
**Meg Cardell**
**1011 First Street SE**
**#620**
**Washington, DC 20003**

Date(s) debt was incurred  5/11/2019

Last 4 digits of account number  A3BC

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.2031**

**Nonpriority creditor's name and mailing address**
**Meg Cardell**
**909 New Jersey Ave SE**
**Apt 703**
**Washington, DC 20003**

Date(s) debt was incurred  10/28/2016

Last 4 digits of account number  8F91

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.2032**

**Nonpriority creditor's name and mailing address**
**Meg Hogan**
**P.O. Box 41132**
**Long Beach, CA 90853**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  751A

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.203 3**

**Nonpriority creditor's name and mailing address**

**Meg Melusen**
**156 Moose Road**
**BERRYVILLE, VA 22611**

**Date(s) debt was incurred** __12/20/2018__

**Last 4 digits of account number** __5A08__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.203 4**

**Nonpriority creditor's name and mailing address**

**Megan  Gingrich**
**1820 Harvard St NW**
**Apt. 101**
**Washington, DC 20009**

**Date(s) debt was incurred** __7/27/2015__

**Last 4 digits of account number** __0692__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.203 5**

**Nonpriority creditor's name and mailing address**

**Megan  Goold**

**Date(s) debt was incurred** __10/13/2019__

**Last 4 digits of account number** __9ADB__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.203 6**

**Nonpriority creditor's name and mailing address**

**Megan Bozzuto**
**162 East St**
**Sharon, MA 02067**

**Date(s) debt was incurred** __12/25/2016__

**Last 4 digits of account number** __91A3__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.203 7**

**Nonpriority creditor's name and mailing address**

**Megan Conway**
**2002 Klingle Road NW**
**Washington, DC 20010**

**Date(s) debt was incurred** __12/25/2019__

**Last 4 digits of account number** __14EA__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$190.00

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

**Megan Crabill**
**3567 Countryside Drive**
**Glenwood, MD 21738**

**Date(s) debt was incurred** __12/16/2019__

**Last 4 digits of account number** __8A37__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

**Megan Doney**
**37 Maryland Ave**
**Rockville, MD 20850**

**Date(s) debt was incurred** __12/28/2016__

**Last 4 digits of account number** __A2AC__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

**Megan Ellis**
**7245 Adams Road**
**Magna, UT 84044**

Date(s) debt was incurred  11/13/2017

Last 4 digits of account number  0172

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$5.00**

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

**Megan Gibbs**
**2820 Roesh Way**
**Vienna, VA 22181**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  1264

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$5.00**

---

**3.204 2**

**Nonpriority creditor's name and mailing address**

**Megan Gibbs**
**2820 Roesh Way**
**Vienna, VA 22181**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  A65C

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$195.00**

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

**Megan Hauck**
**1300 4th Street SE, PH2**
**PH2**
**Washington, DC 20003**

Date(s) debt was incurred  12/11/2018

Last 4 digits of account number  4198

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$255.00**

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

**Megan Kirk**
**77 Darcy Dr.**
**Clayton, NC 27527**

Date(s) debt was incurred  12/1/2019

Last 4 digits of account number  ABFE

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$195.00**

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

**Megan Krusie**
**1111 Columbia Road NW**
**Apt 409**
**Washington, DC 20009**

Date(s) debt was incurred  2/14/2017

Last 4 digits of account number  53A4

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$170.00**

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

**Megan Lavalley**
**5112 SIDEBURN RD**
**Fairfax, VA 22032**

Date(s) debt was incurred  11/24/2019

Last 4 digits of account number  C3B3

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2047**

**Nonpriority creditor's name and mailing address**

**Megan Loucas**
**2 Nordholm Dr.**
**Weston, CT 06883**

**Date(s) debt was incurred** __12/25/2017__

**Last 4 digits of account number** __2C5E__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2048**

**Nonpriority creditor's name and mailing address**

**Megan Marcucci**
**8139 Evening Star Drive**
**Apt 174**
**Pasadena, MD 21122**

**Date(s) debt was incurred** __12/15/2018__

**Last 4 digits of account number** __8415__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.2049**

**Nonpriority creditor's name and mailing address**

**Megan Massey**
**53 W Sunset Ave**
**Red Bank, NJ 07701**

**Date(s) debt was incurred** __12/28/2018__

**Last 4 digits of account number** __EDFE__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.2050**

**Nonpriority creditor's name and mailing address**

**Megan McGrath**
**2250 Clarendon Blvd.**
**Apt. 1304**
**Arlington, VA 22201**

**Date(s) debt was incurred** __12/24/2016__

**Last 4 digits of account number** __2619__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.2051**

**Nonpriority creditor's name and mailing address**

**Megan Meyer**
**1010 C Street SE**
**Washington, DC 20003**

**Date(s) debt was incurred** __2/7/2014__

**Last 4 digits of account number** __5789__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.2052**

**Nonpriority creditor's name and mailing address**

**Megan O'Neill**
**2710 P Street NW**
**Washington, DC 20007**

**Date(s) debt was incurred** __12/20/2019__

**Last 4 digits of account number** __B1F7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2053**

**Nonpriority creditor's name and mailing address**

**Megan Palmer**
**29 Larkspur Lane**
**Fairport, NY 14450**

**Date(s) debt was incurred** __7/16/2019__

**Last 4 digits of account number** __5619__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.205 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Megan Solinger**
**6 E Fort Avenue**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/18/2017

Basis for the claim: _

Last 4 digits of account number  7831

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Megan Stull**
**4822 17th Street N.**
**ARLINGTON, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/20/2016

Basis for the claim: _

Last 4 digits of account number  E19F

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Megan Toland**
**13035 Harvest Place**
**Clifton, VA 20124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2018

Basis for the claim: _

Last 4 digits of account number  1951

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Megan Vallario**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2016

Basis for the claim: _

Last 4 digits of account number  DB32

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Megan Wise**
**3727 E Archturus Dr**
**ST. GEORGE, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2020

Basis for the claim: _

Last 4 digits of account number  3646

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Megan Zelasko**
**11823 Tarver Court**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2019

Basis for the claim: _

Last 4 digits of account number  7353

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Meghan Jones**
**3010 39th Ave SW**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2017

Basis for the claim: _

Last 4 digits of account number  F4C7

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.206**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **Meghan Meehan-Draper**<br>**1234 Massachusetts Ave NW Apt 303**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/19/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  4063 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Meghan Michael**<br>**3202 10th St NE**<br>**Washington, DC 20017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/13/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  3FC4 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Meghan Palmer** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/1/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  3677 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|
| **Meghan Sullivan**<br>**1708 Kilbourne Pl NW**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/22/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  A0AF | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|
| **Meghan Terhune** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/21/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  BE7D | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Meglyn Lansing**<br>**7416 Miller Fall Road**<br>**Derwood, MD 20855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/16/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  CE1C | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.206**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **Melanie Bernstein**<br>**North Oakland Street**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/14/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  0CC8 | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.2068 | **Nonpriority creditor's name and mailing address**<br>**Melanie Bernstein**<br>**North Oakland Street**<br>**Arlington, VA 22203**<br><br>Date(s) debt was incurred  1/13/2018<br>Last 4 digits of account number  1C6C | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10.00** |

| 3.2069 | **Nonpriority creditor's name and mailing address**<br>**Melanie Chapman**<br>**814 Valley Drive**<br>**Syracuse, NY 13207**<br><br>Date(s) debt was incurred  12/4/2019<br>Last 4 digits of account number  0E26 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$145.00** |

| 3.2070 | **Nonpriority creditor's name and mailing address**<br>**Melanie Countee**<br>**451 Warfield Dr**<br>**#3037**<br>**Hyattsville, MD 20785**<br><br>Date(s) debt was incurred  4/3/2019<br>Last 4 digits of account number  8112 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$55.00** |

| 3.2071 | **Nonpriority creditor's name and mailing address**<br>**Melanie Herman**<br>**39546 John Wolford Road**<br>**Waterford, VA 20197**<br><br>Date(s) debt was incurred  1/3/2010<br>Last 4 digits of account number  4531 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

| 3.2072 | **Nonpriority creditor's name and mailing address**<br>**Melinda Bieber**<br>**2132 Bancroft Pl NW**<br>**Washington, DC 20008**<br><br>Date(s) debt was incurred  4/30/2020<br>Last 4 digits of account number  A896 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |

| 3.2073 | **Nonpriority creditor's name and mailing address**<br>**Melinda Colon**<br>**1112 M St NW, Apt 711**<br>**Washington, DC 20005**<br><br>Date(s) debt was incurred  12/14/2017<br>Last 4 digits of account number  F7A9 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$170.00** |

| 3.2074 | **Nonpriority creditor's name and mailing address**<br>**melissa  klein**<br>**812 elm ave**<br>**takoma park, MD 20912**<br><br>Date(s) debt was incurred  1/25/2020<br>Last 4 digits of account number  1833 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$80.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.207**
**5**

**Nonpriority creditor's name and mailing address**

**Melissa  Morrison**
**1865 Willowview Terrace**
**Northfield, IL 60093**

Date(s) debt was incurred  6/19/2020

Last 4 digits of account number  D182

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.207**
**6**

**Nonpriority creditor's name and mailing address**

**Melissa Coleman**
**8242 Toll House Road**
**Annandale, VA 22003**

Date(s) debt was incurred  11/18/2019

Last 4 digits of account number  05F3

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.207**
**7**

**Nonpriority creditor's name and mailing address**

**Melissa Deal**
**Care of Amy Zupovitz**
**6105 Montjoy Court**
**Centreville, VA 20121**

Date(s) debt was incurred  11/21/2017

Last 4 digits of account number  0237

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.207**
**8**

**Nonpriority creditor's name and mailing address**

**Melissa Duncanson**
**1713 S Street NW**
**Washington, DC 20009**

Date(s) debt was incurred  12/25/2017

Last 4 digits of account number  44A0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.207**
**9**

**Nonpriority creditor's name and mailing address**

**Melissa Ellis**
**20827 Grainery CT**
**Ashburn, VA 20147**

Date(s) debt was incurred  11/11/2019

Last 4 digits of account number  A0AB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$290.00**

---

**3.208**
**0**

**Nonpriority creditor's name and mailing address**

**Melissa Gottlieb**
**6185 Penfield Ln**
**Solon, OH 44139**

Date(s) debt was incurred  12/3/2017

Last 4 digits of account number  4E2E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.208**
**1**

**Nonpriority creditor's name and mailing address**

**Melissa Klocinski**
**2985 District Avenue**
**Apt 668**
**Fairfax, VA 22031**

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number  3991

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.208
2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

**Melissa Maschal**
**316 Fairview Ave**
**Beach Haven, NJ 08008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/15/2020**

Last 4 digits of account number **1933**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00**

**Melissa Molloie**
**4 Mulberry Ct**
**Tabernacle, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/4/2020**

Last 4 digits of account number **BE95**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00**

**Melissa Reinke**
**24 Briar Ridge Drive**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/16/2019**

Last 4 digits of account number **377F**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00**

**Melissa Roos**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/15/2020**

Last 4 digits of account number **6ECF**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00**

**melissa sherry**
**1441 U St NW**
**Apt 717**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2020**

Last 4 digits of account number **7F33**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00**

**Meredith Baker**
**2724 Abbot Kinney, Apt. 15**
**Los Angeles, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/18/2018**

Last 4 digits of account number **9235**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00**

**Meredith High**
**712 Louise Ave**
**Apt 202**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/10/2017**

Last 4 digits of account number **2ECC**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2089**

**Nonpriority creditor's name and mailing address**

**Meredith Kells**
**2 CONRAD CIR**
**WENHAM, MA 01984**

Date(s) debt was incurred  11/15/2019

Last 4 digits of account number  49AF

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.2090**

**Nonpriority creditor's name and mailing address**

**Meredith Morefield**
**PO Box 553**
**Dumfries, VA 22026**

Date(s) debt was incurred  12/12/2019

Last 4 digits of account number  310A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2091**

**Nonpriority creditor's name and mailing address**

**meryl greenfield**
**3303 aruba way E1**
**coconut creek, FL 33066**

Date(s) debt was incurred  3/21/2017

Last 4 digits of account number  5640

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.2092**

**Nonpriority creditor's name and mailing address**

**meshe chonde**

Date(s) debt was incurred  12/10/2017

Last 4 digits of account number  995F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.2093**

**Nonpriority creditor's name and mailing address**

**Michael Anderson**
**8308 Flower Avenue, Apt 502**
**Takoma Park, MD 20912**

Date(s) debt was incurred  12/24/2017

Last 4 digits of account number  5CE9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.2094**

**Nonpriority creditor's name and mailing address**

**Michael Browne**
**109 North Brookside Drive**
**Arlington, VA 22201**

Date(s) debt was incurred  12/13/2017

Last 4 digits of account number  75B5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.2095**

**Nonpriority creditor's name and mailing address**

**Michael Burris**
**1800 Fountain Ridge**
**Chapel Hill, NC 27517**

Date(s) debt was incurred  12/18/2019

Last 4 digits of account number  D7FD

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2096**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Michael Chajon**<br>**2205 California Street NW**<br>**Apt. 103**<br>**Washington, DC 20008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **3/18/2020** | Basis for the claim: _ | |
| Last 4 digits of account number **FD2E** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2097**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Michael Comeau**<br>**5717 45th Avenue**<br>**Hyattsville, MD 20781** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/9/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **BB85** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2098**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Michael Delehanty**<br>**1301 14TH ST NW, APT 706**<br>**WASHINGTON, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **3/14/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **60A5** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2099**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|
| **Michael Dobozy**<br>**4607 41st St N**<br>**Arlington, VA 22207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/20/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **1216** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Michael Dobozy**<br>**4607 41st St N**<br>**Arlington, VA 22207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/20/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **70F9** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Michael Dufton**<br>**941 King James Landing Road**<br>**Annapolis, MD 21403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2/13/2017** | Basis for the claim: _ | |
| Last 4 digits of account number **6139** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Michael Elder**<br>**609 38th Street S**<br>**Apt 215**<br>**Birmingham, AL 35222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/17/2017** | Basis for the claim: _ | |
| Last 4 digits of account number **EF58** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.210
3**

**Nonpriority creditor's name and mailing address**

**Michael Evans**
**1315 W St NW Apt 631**
**washington, DC 20009**

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  **92F1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.210
4**

**Nonpriority creditor's name and mailing address**

**Michael Ferguson**
**1859 Wilson Blvd**
**Unit 370**
**Arlington, VA 22201**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **F6CC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.210
5**

**Nonpriority creditor's name and mailing address**

**Michael Heinrich**
**324 LEONARD WOOD S, APT 102**
**HIGHLAND PARK, IL 60035**

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  **6F52**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.210
6**

**Nonpriority creditor's name and mailing address**

**Michael Holifield**
**2515 32nd St SE**
**Washington, DC 20020**

Date(s) debt was incurred  **11/8/2016**

Last 4 digits of account number  **70AA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.210
7**

**Nonpriority creditor's name and mailing address**

**Michael Horlick**
**4003 Longfellow Street**
**Hyattsville, MD 20781**

Date(s) debt was incurred  **2/8/2019**

Last 4 digits of account number  **3E17**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.210
8**

**Nonpriority creditor's name and mailing address**

**Michael Hucks**
**6609 New Hope Dr**
**Springfield, VA 22151**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **3FCF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.210
9**

**Nonpriority creditor's name and mailing address**

**Michael Ledford**
**1830 R Street NW**
**Apt 82**
**Washington, DC 20009**

Date(s) debt was incurred  **12/6/2019**

Last 4 digits of account number  **B090**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
| | Name | | |

---

**3.211 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Michael Loeb**
**478 Central Park West**
**Apartment 5B**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/5/2017

Basis for the claim: _

Last 4 digits of account number  A46A

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.00**

**Michael Mandelberg**
**809 S Bundy Dr., 215**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/4/2018

Basis for the claim: _

Last 4 digits of account number  1815

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Michael Marriott**
**1335 Corcoran ST NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019

Basis for the claim: _

Last 4 digits of account number  30E9

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Michael Marriott**
**1335 Corcoran ST NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2017

Basis for the claim: _

Last 4 digits of account number  F9EB

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Michael Marriott**
**1335 Corcoran ST NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/19/2018

Basis for the claim: _

Last 4 digits of account number  F338

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00**

**Michael Marriott**
**1335 Corcoran ST NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/3/2018

Basis for the claim: _

Last 4 digits of account number  DD57

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00**

**Michael Marriott**
**1335 Corcoran ST NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/12/2020

Basis for the claim: _

Last 4 digits of account number  BD07

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
| | Name | | | |

---

**3.211**
**7**

**Nonpriority creditor's name and mailing address**

**Michael Marriott**
**1335 Corcoran St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **11/19/2020**

Last 4 digits of account number  **F305**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.211**
**8**

**Nonpriority creditor's name and mailing address**

**Michael McMenamin**
**2214 N Kenmore St**
**Arlington, VA 22201**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **9B43**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

**3.211**
**9**

**Nonpriority creditor's name and mailing address**

**Michael Miller**
**1533 Colonel Tansill Ct**
**Woodbridge, VA 22193**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **A328**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.212**
**0**

**Nonpriority creditor's name and mailing address**

**Michael Mooradd**
**25 Deer  Path Rd**
**Doylestown, PA 18901**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **CBDA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.212**
**1**

**Nonpriority creditor's name and mailing address**

**Michael Moran**
**2708 East West Highway**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **12/9/2018**

Last 4 digits of account number  **680B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.212**
**2**

**Nonpriority creditor's name and mailing address**

**Michael Musachio**
**6268 Alcott Ct**
**Beltsville, MD 20705**

Date(s) debt was incurred  **1/1/2017**

Last 4 digits of account number  **DBC5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.212**
**3**

**Nonpriority creditor's name and mailing address**

**Michael Nardolilli**
**6607 24th Road N**
**Arlington, VA 22205**

Date(s) debt was incurred  **12/21/2015**

Last 4 digits of account number  **3136**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.212
4**

**Nonpriority creditor's name and mailing address**

**Michael Ogrsko**
**108 Homeland Avenue**
**Baltimore, MD 21212**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **B174**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.212
5**

**Nonpriority creditor's name and mailing address**

**Michael Olin**
**43 Saddle Ridge Rd**
**Ossining, NY 10562**

Date(s) debt was incurred  **12/8/2019**

Last 4 digits of account number  **93F4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.212
6**

**Nonpriority creditor's name and mailing address**

**Michael Shuman**
**PO Box 776**
**Kingshill, VI 00851**

Date(s) debt was incurred  **12/16/2018**

Last 4 digits of account number  **B45F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$370.00**

---

**3.212
7**

**Nonpriority creditor's name and mailing address**

**Michael Thomas**
**1020 N Highland St, unit 424**
**Arlington, VA 22201**

Date(s) debt was incurred  **1/10/2017**

Last 4 digits of account number  **3557**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.212
8**

**Nonpriority creditor's name and mailing address**

**Michael Tita**
**9700 Stoneham Terrace**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **7262**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.212
9**

**Nonpriority creditor's name and mailing address**

**Michael Triebwasser**
**2210 Otis Street NE**
**Washington, DC 20018**

Date(s) debt was incurred  **12/14/2018**

Last 4 digits of account number  **43ED**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.213
0**

**Nonpriority creditor's name and mailing address**

**Michael Vance**
**507 O St NW**
**Apt 4**
**Washington, DC 20001**

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **BA7E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.213**
**1**

**Nonpriority creditor's name and mailing address**

**Michael Zubrow**
**1618 11th Street NW**
**Apt 203**
**Washington, DC 20001**

Date(s) debt was incurred   **1/15/2018**

Last 4 digits of account number   **2507**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.213**
**2**

**Nonpriority creditor's name and mailing address**

**Michael Zubrow**
**1618 11th Street NW**
**Apt 203**
**Washington, DC 20001**

Date(s) debt was incurred   **1/15/2018**

Last 4 digits of account number   **39DA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.213**
**3**

**Nonpriority creditor's name and mailing address**

**Michael Zubrow**
**1618 11th Street NW**
**Apt 203**
**Washington, DC 20001**

Date(s) debt was incurred   **1/15/2018**

Last 4 digits of account number   **6F33**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.213**
**4**

**Nonpriority creditor's name and mailing address**

**Michal  Conger**
**4709 W. Braddock Road Apt. 102**
**Alexandria   22311**

Date(s) debt was incurred   **10/10/2016**

Last 4 digits of account number   **27A1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.213**
**5**

**Nonpriority creditor's name and mailing address**

**Michele  Sumilas**
**3808 Huntington Street NW**
**Washington, DC 20015**

Date(s) debt was incurred   **12/16/2017**

Last 4 digits of account number   **29FB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.213**
**6**

**Nonpriority creditor's name and mailing address**

**Michele Cox**

Date(s) debt was incurred   **11/13/2018**

Last 4 digits of account number   **84A4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.213**
**7**

**Nonpriority creditor's name and mailing address**

**Michele Ekins**
**948 S Carriage Ave**
**Springfield, MO 65809**

Date(s) debt was incurred   **5/22/2018**

Last 4 digits of account number   **00B9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.213 8**

**Nonpriority creditor's name and mailing address**

**Michele Kreitman**
**17 Vanderbilt Rd, Vanderbilt Road**
**MANHASSET, NY 11030**

Date(s) debt was incurred  6/8/2018

Last 4 digits of account number  1B1C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

**Michele Topel**
**1830 jefferson pl NW**
**washington, DC 20036**

Date(s) debt was incurred  9/12/2018

Last 4 digits of account number  8C25

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**Michele Ward**
**179 S. Southwood Ave**
**Annapolis, MD 21401**

Date(s) debt was incurred  12/5/2019

Last 4 digits of account number  2CE1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**Michele Ward**
**179 S. Southwood Ave**
**Annapolis, MD 21401**

Date(s) debt was incurred  12/5/2019

Last 4 digits of account number  9946

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Michelle Albert**

Date(s) debt was incurred  9/4/2017

Last 4 digits of account number  9DF4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Michelle Crepeau**
**215 Palmer Avenue**
**Sleepy Hollow, NY 10591**

Date(s) debt was incurred  7/16/2020

Last 4 digits of account number  3A9C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Michelle Crepeau**
**215 Palmer Avenue**
**Sleepy Hollow, NY 10591**

Date(s) debt was incurred  7/16/2020

Last 4 digits of account number  3A9C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.214 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Michelle Deslauriers**
**520 N Street**
**Apt S330**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/21/2017_

**Last 4 digits of account number** _7776_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michelle Germain**
**13007 Shaneybrook Circle**
**Reisterstown, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/5/2017_

**Last 4 digits of account number** _2895_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Michelle Griswold**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/17/2016_

**Last 4 digits of account number** _3D50_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Michelle Guzzi**
**85 Quarter Horse Lane**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/1/2019_

**Last 4 digits of account number** _EB61_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Michelle Howard**
**3024 Alabama Ave SE**
**Washington, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/16/2019_

**Last 4 digits of account number** _E268_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Michelle Koplitz**
**1262 Owen Pl NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/24/2018_

**Last 4 digits of account number** _959E_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Michelle Koufopoulos**
**166 Pearsall Drive, Apt 5A**
**Mount Vernon, NY 10552**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/16/2017_

**Last 4 digits of account number** _9B08_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.215
2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Michelle Madeley**
**1620 C St. SE**
**Apt. 5**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

Basis for the claim: _

Last 4 digits of account number  **9F84**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
3** | **Nonpriority creditor's name and mailing address** | **$170.00**

**Michelle McCarthy**
**1400 North State Parkway**
**Apartment 8E**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2017**

Basis for the claim: _

Last 4 digits of account number  **35D2**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
4** | **Nonpriority creditor's name and mailing address** | **$105.00**

**Michelle Meyer**
**47 Easter Drive**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2017**

Basis for the claim: _

Last 4 digits of account number  **15D1**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
5** | **Nonpriority creditor's name and mailing address** | **$185.00**

**Michelle Spek**
**82 North Street**
**Apt 2**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/2017**

Basis for the claim: _

Last 4 digits of account number  **0D7E**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
6** | **Nonpriority creditor's name and mailing address** | **$25.00**

**Michelle Thompson**
**1721 Oak Lane**
**McLean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2018**

Basis for the claim: _

Last 4 digits of account number  **6683**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
7** | **Nonpriority creditor's name and mailing address** | **$170.00**

**Michelle Thompson**
**1721 Oak Lane**
**McLean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2018**

Basis for the claim: _

Last 4 digits of account number  **1DA4**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215
8** | **Nonpriority creditor's name and mailing address** | **$195.00**

**Michelle Yu**
**1315 W St. NW**
**Apt. 569**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/10/2020**

Basis for the claim: _

Last 4 digits of account number  **9DED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

**MIGUEL PELAEZ**
**2420 14th st nw**
**apt 427**
**Washington, DC 20009**

Date(s) debt was incurred  12/23/2016

Last 4 digits of account number  D59D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

**Miguel Tavera**
**802 e st ne**
**Washington, DC 20002**

Date(s) debt was incurred  6/7/2019

Last 4 digits of account number  8837

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**mike  alleva**
**258 first street**
**hackensack, NJ 07601**

Date(s) debt was incurred  5/22/2019

Last 4 digits of account number  0A51

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Mike  Mitchell**
**6331 Western Avenue NW**
**Washington, DC 20015**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number  3E6C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Mike Carey**

Date(s) debt was incurred  6/21/2016

Last 4 digits of account number  199B

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**Mike Celone**
**23 B St**
**Apt 3-206**
**Laurel, MD 20707**

Date(s) debt was incurred  1/29/2020

Last 4 digits of account number  1868

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Mike Kennedy**
**3315 Rowland Place NW**
**Washington, DC 20008**

Date(s) debt was incurred  6/21/2019

Last 4 digits of account number  9602

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.216 6**

**Nonpriority creditor's name and mailing address**
**Mila Cerecina**

Date(s) debt was incurred  1/11/2019

Last 4 digits of account number  568B

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$145.00**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**
**Mimi Cho-Rohlfsen**
5025 Indianola ave
Edina, MN 55424

Date(s) debt was incurred  12/11/2016

Last 4 digits of account number  0142

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**
**Mimi Menenberg**
4957 Lakemont Blvd SE
Suite C4, PMB 22
Bellevue, WA 98006

Date(s) debt was incurred  10/12/2016

Last 4 digits of account number  C8BC

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
**Minh Vu**
305 Cloverway Dr.
Alexandria, VA 22314

Date(s) debt was incurred  2/29/2020

Last 4 digits of account number  EB93

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
**Mira Patel**
7620 Old Georgetown Road
Apt 912
Bethesda, MD 20814

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number  9724

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
**Missy Branson**
1160 1st Street NE
Apt 1214
Washington, DC 20002

Date(s) debt was incurred  12/31/2016

Last 4 digits of account number  605B

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**
**missy young**
1330 Vermont Avenue
#5
Washington, DC 20005

Date(s) debt was incurred  12/22/2019

Last 4 digits of account number  DF87

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.217
3**

**Nonpriority creditor's name and mailing address**

**missy young**
**1330 Vermont Avenue**
**#5**
**Washington, DC 20005**

**Date(s) debt was incurred  12/20/2019**

**Last 4 digits of account number  04E5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.217
4**

**Nonpriority creditor's name and mailing address**

**Mitch Binder**
**1188 North Vermont Street**
**Arlington, VA 22201**

**Date(s) debt was incurred  2/13/2018**

**Last 4 digits of account number  0056**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.217
5**

**Nonpriority creditor's name and mailing address**

**Miya Cohen-Sieg**
**3001 W Barrett St**
**Seattle, WA 98199**

**Date(s) debt was incurred  11/16/2017**

**Last 4 digits of account number  56BF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.217
6**

**Nonpriority creditor's name and mailing address**

**ML Davidson**
**8423 Brook Rd.**
**McLean   22102**

**Date(s) debt was incurred  9/7/2017**

**Last 4 digits of account number  9671**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.217
7**

**Nonpriority creditor's name and mailing address**

**Molly Long**
**2323 Dulles Station Blvd**
**Herndon, VA 20171**

**Date(s) debt was incurred  12/10/2019**

**Last 4 digits of account number  7AA7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.217
8**

**Nonpriority creditor's name and mailing address**

**Molly McShea**
**3406 3rd St N**
**Arlington, VA 22201**

**Date(s) debt was incurred  12/18/2018**

**Last 4 digits of account number  1D79**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.217
9**

**Nonpriority creditor's name and mailing address**

**Molly Williams**
**225 Dale Drive**
**Silver Spring, MD 20910**

**Date(s) debt was incurred  12/23/2019**

**Last 4 digits of account number  3BEB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**Molly Zubrow**
**333 8th St SE**
**Apt 312**
**Washington, DC 20003**

Date(s) debt was incurred  **7/17/2018**

Last 4 digits of account number  **6BED**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**Mona Fiuzat**
**1530 Key Blvd. #124**
**Arlington, VA 22209**

Date(s) debt was incurred  **11/27/2019**

Last 4 digits of account number  **2DCC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Mona Ostrowski**
**141 Ridge Avenue**
**State College, PA 16803**

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number  **DD12**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$340.00**

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**Monica Argenti**
**8481 SHADETREE DR**
**WINDSOR, CA 95492**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **72B8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**Monica Federoff**
**1 Coltrane Court**
**Irvine, CA 92617**

Date(s) debt was incurred  **10/10/2017**

Last 4 digits of account number  **59CE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**Monica Henderson**
**620 Wilton Road**
**Baltimore, MD 21286**

Date(s) debt was incurred  **11/15/2018**

Last 4 digits of account number  **F7E9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**Monica Lucas**
**1327 Rittenhouse Street, NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **AA4E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

Debtor   **CulinAerie DC, LLC**
_____
Name

Case number *(if known)*  _____

| | | |
|---|---|---|
| 3.218<br>7 | **Nonpriority creditor's name and mailing address**<br>**Monica Restrepo**<br>**4311 Torchlight Circle**<br>**Bethesda, MD 20816**<br><br>Date(s) debt was incurred  **12/17/2016**<br>Last 4 digits of account number  **367D** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$170.00** |
| 3.218<br>8 | **Nonpriority creditor's name and mailing address**<br>**Monica Rheinhardt**<br>**15214 Jenkins Ridge Rd**<br>**Bowie, MD 20721**<br><br>Date(s) debt was incurred  **6/27/2019**<br>Last 4 digits of account number  **012E** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$90.00** |
| 3.218<br>9 | **Nonpriority creditor's name and mailing address**<br>**Monica Rheinhardt**<br><br>Date(s) debt was incurred  **8/13/2019**<br>Last 4 digits of account number  **D6F6** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40.00** |
| 3.219<br>0 | **Nonpriority creditor's name and mailing address**<br>**Monica Stowe**<br>**38417 Boulder Canyon Dr**<br>**Boulder, CO 80302**<br><br>Date(s) debt was incurred  **12/12/2019**<br>Last 4 digits of account number  **68A6** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$195.00** |
| 3.219<br>1 | **Nonpriority creditor's name and mailing address**<br>**Monique PArker**<br>**5002 Gardner Drive**<br>**Alexandria, VA 22304**<br><br>Date(s) debt was incurred  **12/23/2017**<br>Last 4 digits of account number  **2C58** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$195.00** |
| 3.219<br>2 | **Nonpriority creditor's name and mailing address**<br>**Monty Holcombe**<br>**8009 Brompton St.**<br>**Springfield, VA 22152**<br><br>Date(s) debt was incurred  **12/11/2017**<br>Last 4 digits of account number  **35B0** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$185.00** |
| 3.219<br>3 | **Nonpriority creditor's name and mailing address**<br>**Morgan Cline**<br>**3608 Red Wolf Pl**<br>**Fort Collins, CO 80525**<br><br>Date(s) debt was incurred  **12/13/2019**<br>Last 4 digits of account number  **80BF** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$85.00** |

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.219 4**

**Nonpriority creditor's name and mailing address**
**Morgan Kanarek**

Date(s) debt was incurred  6/24/2017
Last 4 digits of account number  745F

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.219 5**

**Nonpriority creditor's name and mailing address**
**Morgan MacIver**
**1150 K Street NW**
**Apt 1010**
**Washington, DC 20005**

Date(s) debt was incurred  6/16/2017
Last 4 digits of account number  93BB

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.219 6**

**Nonpriority creditor's name and mailing address**
**Morgan Munnelly**
**975 S. Wall Street #3A**
**Columbus, OH 43206**

Date(s) debt was incurred  3/11/2018
Last 4 digits of account number  D48C

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.219 7**

**Nonpriority creditor's name and mailing address**
**Morganne Rosenhaus**
**724 Farragut St. NW**
**WASHINGTON, DC 20011**

Date(s) debt was incurred  10/8/2017
Last 4 digits of account number  9885

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.219 8**

**Nonpriority creditor's name and mailing address**
**Moriah Balingit**
**3164 18th St NW**
**Washington, DC 20010**

Date(s) debt was incurred  3/9/2018
Last 4 digits of account number  7103

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.219 9**

**Nonpriority creditor's name and mailing address**
**Murugappan Ramanathan**
**9509 Montgomery Drive**
**Bethesda, MD 20814**

Date(s) debt was incurred  5/28/2017
Last 4 digits of account number  CB69

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.220 0**

**Nonpriority creditor's name and mailing address**
**My-Van Nguyen**
**1151 4th ST. SW Apt 112**
**Washington, DC 20024**

Date(s) debt was incurred  12/15/2018
Last 4 digits of account number  B998

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.220**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|
| **Myfanwy Davis** | ☐ Contingent | |
| **4017 NE 68th St** | ☐ Unliquidated | |
| **Seattle, WA 98115** | ☐ Disputed | |
| Date(s) debt was incurred  **12/21/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **312E** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|
| **Myles Morrison** | ☐ Contingent | |
| **1729 13th St S** | ☐ Unliquidated | |
| **Arlington, VA 22204** | ☐ Disputed | |
| Date(s) debt was incurred  **4/16/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **2D21** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|
| **Nana Xu** | ☐ Contingent | |
| **6443 Benvenue Avenue** | ☐ Unliquidated | |
| **Oakland, CA 94618** | ☐ Disputed | |
| Date(s) debt was incurred  **9/26/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **FD95** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|
| **Nancy  Schmidt** | ☐ Contingent | |
| **1811 Wellbourne DR** | ☐ Unliquidated | |
| **Atlanta, GA 30324** | ☐ Disputed | |
| Date(s) debt was incurred  **1/31/2017** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **918D** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|
| **Nancy Bates** | ☐ Contingent | |
| **649 A ST NE** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |
| Date(s) debt was incurred  **8/5/2016** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **FE9E** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|
| **Nancy Bates** | ☐ Contingent | |
| **649 A ST NE** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |
| Date(s) debt was incurred  **8/5/2016** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **CE62** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.220**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$65.00** |
|---|---|---|
| **Nancy Bates** | ☐ Contingent | |
| **649 A ST NE** | ☐ Unliquidated | |
| **Washington, DC 20002** | ☐ Disputed | |
| Date(s) debt was incurred  **9/6/2016** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **064A** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

**Nancy Ehrlich**
**621 Multnomah Lane**
**Harpers Ferry, WV 25425**

Date(s) debt was incurred  **12/9/2016**

Last 4 digits of account number  **344C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

**Nancy Evans**
**1912 Hay Terrace**
**Easton, PA 18042**

Date(s) debt was incurred  **7/1/2016**

Last 4 digits of account number  **9388**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

**Nancy Harver**
**1040 Redcoat Dr**
**Charlotte, NC 28211**

Date(s) debt was incurred  **11/27/2016**

Last 4 digits of account number  **46E3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

**Nancy Mays**
**7845 Mullen Rd**
**Lenexa, KS 66216**

Date(s) debt was incurred  **11/29/2018**

Last 4 digits of account number  **BED2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

**Nancy Molter**
**16307 Halifax St**
**San Antonio, TX 78247**

Date(s) debt was incurred  **11/24/2018**

Last 4 digits of account number  **32F2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

**Nancy Myer**
**5525 NW 107 Street**
**Oklahoma City, OK 73162**

Date(s) debt was incurred  **1/7/2018**

Last 4 digits of account number  **3292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

**nancy nielsen**
**4061 south cherry street**
**englewood, CO 80113**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **D9A5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

**Nancy R Sharp**
**1333 Argall Place**
**Alexandria, VA 22314**

**Date(s) debt was incurred  12/7/2017**

**Last 4 digits of account number  0E5A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Nancy Rich**
**565 Pennsylvania Ave NW**
**#814**
**Washington, DC 20001**

**Date(s) debt was incurred  11/28/2017**

**Last 4 digits of account number  A3E5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Nancy Wrigley**
**9905 Forest Grove Drive**
**Silver Spring, MD 20902**

**Date(s) debt was incurred  12/11/2019**

**Last 4 digits of account number  9534**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Nancy Wrigley**
**9905 Forest Grove Drive**
**Silver Spring, MD 20902**

**Date(s) debt was incurred  8/12/2019**

**Last 4 digits of account number  6869**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Naomi Catania**
**31 Greenhouse Pl**
**Huntingtown, MD 20639**

**Date(s) debt was incurred  12/4/2017**

**Last 4 digits of account number  7BF4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Narineh Abrahamian**
**42758 Montevista Square**
**Leesburg, VA 20176**

**Date(s) debt was incurred  10/14/2017**

**Last 4 digits of account number  BE15**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**Natalee McIntyre**
**622 Fell St**
**San Francisco, CA 94102**

**Date(s) debt was incurred  12/18/2017**

**Last 4 digits of account number  1C75**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Natalie Damico**
230 E. 97th St.
Apt. 3B
NEW YORK, NY 10029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2019
Last 4 digits of account number  4EEB

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Natalie Rossomondo**
3384 PIEDMONT AVE
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2019
Last 4 digits of account number  9180

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Natanya Khashan**
3902 14th st NW
Unit 722
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2020
Last 4 digits of account number  2052

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Nate Martin**
201 S Ellwood Ave
Baltimore, MD 21224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/25/2019
Last 4 digits of account number  8AA6

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Nathan Funk**
2824 Emma Lee St, Apt. 101
Falls Church, VA 22042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2017
Last 4 digits of account number  B611

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|---|

**Nathan Martinez**
17825 NW Elkcrest Ct
Portland, OR 97229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/13/2018
Last 4 digits of account number  D248

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |
|---|---|---|---|

**Nathan Matusick**
1901 Upshur St NW
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2018
Last 4 digits of account number  EA41

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2229**

**Nonpriority creditor's name and mailing address**
**Nathan Noh**
**150 E 84th St**
**Apt 5P**
**New York, NY 10028**
Date(s) debt was incurred  **12/19/2016**
Last 4 digits of account number  **CECE**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2230**

**Nonpriority creditor's name and mailing address**
**Nathania Ustun**
**3867 Fairfax Sq**
**Fairfax, VA 22031-4200**
Date(s) debt was incurred  **1/5/2019**
Last 4 digits of account number  **E791**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.2231**

**Nonpriority creditor's name and mailing address**
**nathaniel duquette**
**1726 Kenyon Street NW**
**Washington, DC 20010**
Date(s) debt was incurred  **12/18/2018**
Last 4 digits of account number  **7926**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.2232**

**Nonpriority creditor's name and mailing address**
**Nathaniel Westerman**
**1724 Humboldt Avenue South**
**Minneapolis, MN 55403**
Date(s) debt was incurred  **12/24/2019**
Last 4 digits of account number  **EBA8**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.2233**

**Nonpriority creditor's name and mailing address**
**Neal Bacon**
**1611 5th St. NW**
**Washington, DC 20001**
Date(s) debt was incurred  **12/14/2017**
Last 4 digits of account number  **A0BE**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.2234**

**Nonpriority creditor's name and mailing address**
**Neal Rothschild**
**1905 11th St. NW**
**Unit A**
**Washington, DC 20001**
Date(s) debt was incurred  **12/23/2019**
Last 4 digits of account number  **BC61**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.2235**

**Nonpriority creditor's name and mailing address**
**Ned Ryan**
**260 Townsend St**
**4th Floor**
**San Francisco, CA 94107**
Date(s) debt was incurred  **10/4/2016**
Last 4 digits of account number  **C5B1**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

**Negar Mortazavi**
**1731 BEULAH RD**
**VIENNA, VA 22182**

Date(s) debt was incurred  8/15/2018

Last 4 digits of account number  6234

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.223 7**

**Nonpriority creditor's name and mailing address**

**Nia Lesesne**

Date(s) debt was incurred  12/21/2020

Last 4 digits of account number  6EDE

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**Nic Breen-Franklin**
**317 Old County Road**
**Severna Park, MD 21146**

Date(s) debt was incurred  12/14/2018

Last 4 digits of account number  4015

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**Nicholas Celone**
**2147 Guizot Street**
**San Diego, CA 92107**

Date(s) debt was incurred  1/4/2017

Last 4 digits of account number  B318

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**Nicholas Kohart**
**1 Declaration Drive**
**Newtown, PA 18940**

Date(s) debt was incurred  12/27/2019

Last 4 digits of account number  F7F3

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**Nicholas Miller**
**17318 Masemore RD**
**Parkton, MD 21120**

Date(s) debt was incurred  9/15/2017

Last 4 digits of account number  18AA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**Nicholas Pagano**
**2900 Main Line Blvd**
**#310**
**Alexandria, VA 22301**

Date(s) debt was incurred  12/8/2017

Last 4 digits of account number  44E7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.224 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Nicholas Ruhrkraut**
**949 N Croft Ave Apt 101**
**Los Angeles, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/14/2019

**Basis for the claim:** _

Last 4 digits of account number  **CD43**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Nick Allen**
**11331 Trenton Court**
**Bristow, VA 20136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2017

**Basis for the claim:** _

Last 4 digits of account number  **9E86**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Nick Drews**
**463 Florida Ave NW**
**Unit B**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2019

**Basis for the claim:** _

Last 4 digits of account number  **6762**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Nick Kolman-Mandle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/2018

**Basis for the claim:** _

Last 4 digits of account number  **4B5C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Nicola Felice**
**460 West 20th Street NW**
**UNIT 2**
**WASHINGTON, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2018

**Basis for the claim:** _

Last 4 digits of account number  **92E1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Nicolas Carter**
**99 KNEELAND ST**
**APT 1805**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/24/2019

**Basis for the claim:** _

Last 4 digits of account number  **90CA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Nicolas Picard**
**1754 Lanier Place NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2018

**Basis for the claim:** _

Last 4 digits of account number  **7242**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

**Nicole Buffa**
**31601 Crystal Sands Drive**
**Laguna Niguel, CA 92677**

**Date(s) debt was incurred** 12/10/2017

**Last 4 digits of account number** 6C99

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

**Nicole Buffa**
**1757 Q St NW**
**Apt E**
**Washington, DC 20009**

**Date(s) debt was incurred** 12/21/2016

**Last 4 digits of account number** CE45

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.225 2**

**Nonpriority creditor's name and mailing address**

**nicole byers**
**7905 glendale rd**
**chevy chase, MD 20815**

**Date(s) debt was incurred** 10/6/2017

**Last 4 digits of account number** 9876

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

**nicole byers**
**7905 glendale rd**
**chevy chase, MD 20815**

**Date(s) debt was incurred** 10/6/2017

**Last 4 digits of account number** A1C5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.225 4**

**Nonpriority creditor's name and mailing address**

**Nicole Centrella**
**527 Garden St.**
**Apt 1**
**Hoboken, NJ 07030**

**Date(s) debt was incurred** 12/13/2016

**Last 4 digits of account number** 106C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.225 5**

**Nonpriority creditor's name and mailing address**

**nicole downs**
**15 Charles Plaza Apt 1608**
**baltimore, MD 21201**

**Date(s) debt was incurred** 1/28/2020

**Last 4 digits of account number** C8F5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.225 6**

**Nonpriority creditor's name and mailing address**

**Nicole Frazer**
**2441 Ontario Road NW**
**Washington, DC 20009**

**Date(s) debt was incurred** 12/10/2017

**Last 4 digits of account number** 7169

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
| | Name | |

| 3.225 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Nicole Maylett**
10432 Rockville Pike
#302
Rockville, MD 20852

Date(s) debt was incurred  1/31/2018

Last 4 digits of account number  2BC8

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.225 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Nicole Nitsche**

Date(s) debt was incurred  11/19/2016

Last 4 digits of account number  1914

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.225 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Nicole Peiffer**
1214 N Lincoln St
Arlington, VA 22201

Date(s) debt was incurred  11/28/2019

Last 4 digits of account number  0583

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Nicole Polizzi**
48 Theo Court
Burlington, NJ 08016

Date(s) debt was incurred  9/7/2018

Last 4 digits of account number  62D7

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Nicole Siems**
16 Nostrand Rd
Cranbury, NJ 08512-2003

Date(s) debt was incurred  12/21/2017

Last 4 digits of account number  2ED9

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Nicolette Hudson**
250 E. South Street
Worthington, OH 43085

Date(s) debt was incurred  6/8/2018

Last 4 digits of account number  B7E2

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |
|---|---|---|---|

**Nigest Getahun**
7224 Arrowood road
Bethesda, MD 20817

Date(s) debt was incurred  1/22/2018

Last 4 digits of account number  3C96

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.226**
**4**

**Nonpriority creditor's name and mailing address**

**Nilofer Azad**
**8811 Jones Mill Road**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **3/15/2018**

Last 4 digits of account number  **2203**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.226**
**5**

**Nonpriority creditor's name and mailing address**

**Nina  Whitaker**
**10205 Eyelet Ct**
**Clinton, MD 20735**

Date(s) debt was incurred  **6/29/2020**

Last 4 digits of account number  **7947**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.226**
**6**

**Nonpriority creditor's name and mailing address**

**Nina Russell**
**Care of Lucy Russell**
**6123 Callery St**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **2/23/2020**

Last 4 digits of account number  **2112**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.226**
**7**

**Nonpriority creditor's name and mailing address**

**Noel Miller**

Date(s) debt was incurred  **2/13/2017**

Last 4 digits of account number  **AA98**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.226**
**8**

**Nonpriority creditor's name and mailing address**

**Nolen Deibert**
**850 Quincy St NW**
**Apt 504**
**Washington, DC 20011**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **B7F3**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.226**
**9**

**Nonpriority creditor's name and mailing address**

**Nora Fischer**
**2906 Cortland Place NW**
**Washington, DC 20008**

Date(s) debt was incurred  **8/8/2016**

Last 4 digits of account number  **D284**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.227**
**0**

**Nonpriority creditor's name and mailing address**

**Nora Sheehan**
**4240 Lumley Rd**
**#1**
**Madison, WI 53711**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **4FAE**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.227**
**1**

**Nonpriority creditor's name and mailing address**

**noreen heffner**
**413 n chaplegate lane**
**baltimore, MD 21229**

Date(s) debt was incurred  **4/21/2017**

Last 4 digits of account number  **04B4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.227**
**2**

**Nonpriority creditor's name and mailing address**

**Noura Lamb**
**10487 Windemere blvd**
**Carmel, IN 46032**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **275F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.227**
**3**

**Nonpriority creditor's name and mailing address**

**Ocean Dalton**
**1550 7th St NW**
**Apartment 530**
**Washington, DC 20001**

Date(s) debt was incurred  **1/22/2020**

Last 4 digits of account number  **1796**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.227**
**4**

**Nonpriority creditor's name and mailing address**

**Olga  markoff**
**633 West North Avenue**
**apt 1031**
**Chicago, IL 60610**

Date(s) debt was incurred  **6/7/2020**

Last 4 digits of account number  **2254**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.227**
**5**

**Nonpriority creditor's name and mailing address**

**Olga Rocha**
**1000 New Jersey Ave SE**
**Apt 916**
**Washington, DC 20003**

Date(s) debt was incurred  **6/10/2015**

Last 4 digits of account number  **0133**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$45.00

---

**3.227**
**6**

**Nonpriority creditor's name and mailing address**

**oliver merino**

Date(s) debt was incurred  **9/5/2019**

Last 4 digits of account number  **B015**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.227**
**7**

**Nonpriority creditor's name and mailing address**

**Oliver Samuel-Jakubos**
**1921 Shepherd St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **7/15/2019**

Last 4 digits of account number  **3958**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.227 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Oliver Wolf**
**1605 16th Street NW, Unit 4**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2017**

**Basis for the claim:** _

Last 4 digits of account number  **08DF**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Ouida Fox**
**1104 Woodside Crossing**
**Savannah, GA 31405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/2018**

**Basis for the claim:** _

Last 4 digits of account number  **A1BA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Pablo Valerin**
**460 New York Avenue Northwest**
**APT 402**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/29/2019**

**Basis for the claim:** _

Last 4 digits of account number  **4D4D**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Paig Scallion**
**43467 Thistlewood Ct.**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/21/2020**

**Basis for the claim:** _

Last 4 digits of account number  **0787**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Paige Howarth**
**1400 Irving Street NW**
**Apt 431**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2020**

**Basis for the claim:** _

Last 4 digits of account number  **1588**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Pam Jurgens**
**12045 Thames Place**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

**Basis for the claim:** _

Last 4 digits of account number  **0BA7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Pam Jurgens**
**12045 Thames Place**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

**Basis for the claim:** _

Last 4 digits of account number  **B657**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

**Pam Rockacy**
**28 Craig Lane**
**Malvern, PA 19355**

Date(s) debt was incurred  12/17/2018

Last 4 digits of account number  25D5

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

**Pamela Chassin**
**369 Wells Hill Road**
**Lakeville, CT 06039**

Date(s) debt was incurred  12/14/2018

Last 4 digits of account number  6A22

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.228 7**

**Nonpriority creditor's name and mailing address**

**Pamela Pheeney**

Date(s) debt was incurred  9/24/2019

Last 4 digits of account number  BDE3

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

**Pat Lincoln**
**9831 Hollow Glen Pl**
**Silver Spring, MD 20910**

Date(s) debt was incurred  6/3/2013

Last 4 digits of account number  3983

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

**Pat Stubbs**
**95 Clarendon Terrace**
**Newington, CT 06111**

Date(s) debt was incurred  4/6/2017

Last 4 digits of account number  2DF0

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

**PATIENCE STEPHENS**
**365 Bridge St**
**Apt 3B**
**Brooklyn, NY 11201**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  6394

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**PATIENCE STEPHENS**
**365 Bridge St**
**Apt 3B**
**Brooklyn, NY 11201**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  1EAB

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**Patricia Barry**
**4513 Cumberland Ave**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  **2/8/2017**

Last 4 digits of account number  **9B54**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

**Patricia Ferrari**
**6316 Bannockburn Dr.**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/22/2018**

Last 4 digits of account number  **DDEC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**Patricia Gaitan**
**7119 Thrasher Rd**
**McLean, VA 22101**

Date(s) debt was incurred  **12/26/2017**

Last 4 digits of account number  **1A76**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**Patricia Galvan**
**264 N Whisman Rd.**
**Apt 22**
**Mountain View, CA 94043**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **B423**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

**Patricia Homan**
**11923 Frost Drive**
**Bowie, MD 20720**

Date(s) debt was incurred  **12/2/2016**

Last 4 digits of account number  **2014**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.229 7**

**Nonpriority creditor's name and mailing address**

**Patricia Macdonald**
**381 Grundy Ave**
**Holbrook, NY 11741**

Date(s) debt was incurred  **12/7/2019**

Last 4 digits of account number  **6BF4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.229 8**

**Nonpriority creditor's name and mailing address**

**Patricia Martin**
**4128 Lakeshore Lane**
**Chattanooga, TN 37415**

Date(s) debt was incurred  **12/14/2018**

Last 4 digits of account number  **4AAC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| | |
|---|---|
| Debtor | **CulinAerie DC, LLC** |
| | Name |

Case number *(if known)* _____

---

**3.2299**

**Nonpriority creditor's name and mailing address**

**Patricia Matzie**
**15 Winhart Drive**
**Granby, CT 06035**

Date(s) debt was incurred  **12/10/2018**

Last 4 digits of account number  **7253**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2300**

**Nonpriority creditor's name and mailing address**

**Patricia Tobin**
**609 Captains Way**
**Philadelphia, PA 19146**

Date(s) debt was incurred  **3/5/2019**

Last 4 digits of account number  **F787**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.2301**

**Nonpriority creditor's name and mailing address**

**Patricia Zengerle**
**1407 Pathfinder Lane**
**McLean, VA 22101**

Date(s) debt was incurred  **1/26/2020**

Last 4 digits of account number  **440F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.2302**

**Nonpriority creditor's name and mailing address**

**Patrick Butler**
**1701 Newton Street NW**
**Washington, DC 20010**

Date(s) debt was incurred  **7/30/2016**

Last 4 digits of account number  **BC41**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$60.00**

---

**3.2303**

**Nonpriority creditor's name and mailing address**

**Patrick Cozza**
**758 Christiana Road**
**Apt 709**
**Newark, DE 19713**

Date(s) debt was incurred  **12/11/2018**

Last 4 digits of account number  **EA72**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.2304**

**Nonpriority creditor's name and mailing address**

**Patrick Maher**
**5829 21st St N**
**Arlington, VA 22205**

Date(s) debt was incurred  **12/23/2018**

Last 4 digits of account number  **0B1F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2305**

**Nonpriority creditor's name and mailing address**

**Patrick Maher**
**5829 21st St N**
**Arlington, VA 22205**

Date(s) debt was incurred  **12/23/2018**

Last 4 digits of account number  **FB1B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2306**

**Nonpriority creditor's name and mailing address**

**Patrick Robinson**
**2480 16th St NW**
**Apt 419**
**Washington, DC 20009**

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  **3835**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.2307**

**Nonpriority creditor's name and mailing address**

**Patti Correll-Syring**
**W4944 Hoeth St**
**La Crosse, WI 54601**

Date(s) debt was incurred  **6/20/2017**

Last 4 digits of account number  **BCD2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

**3.2308**

**Nonpriority creditor's name and mailing address**

**Paul Drews**
**1227 ATWOOD LN**
**STILLWATER, MN 55082**

Date(s) debt was incurred  **4/18/2018**

Last 4 digits of account number  **02CB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.2309**

**Nonpriority creditor's name and mailing address**

**Paul Franz**
**2619 Garfield St NW**
**Apt 3**
**Washington, DC 20008**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **5658**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.2310**

**Nonpriority creditor's name and mailing address**

**Paul Morley**
**1001 4th Street SW**
**Apt 611**
**Washington, DC 20024**

Date(s) debt was incurred  **1/26/2020**

Last 4 digits of account number  **1843**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.2311**

**Nonpriority creditor's name and mailing address**

**Paul Nangeroni**
**66 Bayport ct**
**San Carlos, CA 94070**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **ED38**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2312**

**Nonpriority creditor's name and mailing address**

**Paul Urbanczyk**
**311 2nd Street**
**#706**
**Oakland, CA 94607**

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **44F6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

**Paul Wilkins**
**1412 D St NE**
**Washington, DC 20002**

Date(s) debt was incurred **9/15/2016**

Last 4 digits of account number **596C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

**Paula  Salamoun**
**4020 Washington Blvd. Apt. 104**
**Arlington, VA 22201**

Date(s) debt was incurred **1/5/2020**

Last 4 digits of account number **3AE9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Paula  Salamoun**
**4020 Washington Blvd. Apt. 104**
**Arlington, VA 22201**

Date(s) debt was incurred **12/14/2019**

Last 4 digits of account number **190A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Paula Cheung**
**340 East 64 Street**
**Apt 20B**
**New York, NY 10065**

Date(s) debt was incurred **12/17/2019**

Last 4 digits of account number **17D2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Paula Pardo**
**415 L ST NW 748**
**WASHINGTON, DC 20001**

Date(s) debt was incurred **2/13/2020**

Last 4 digits of account number **CBB4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Paula Swett**
**10503 Hutting Place**
**Silver Spring, MD 20902**

Date(s) debt was incurred **12/21/2018**

Last 4 digits of account number **0AEE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Peggy Dahlquist**
**5916 16th St N**
**Arlington, VA 22205**

Date(s) debt was incurred **12/6/2017**

Last 4 digits of account number **D8E4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Peggy Keegan**
**7804 Buckboard CT**
**Potomac, MD 20854-3803**

Date(s) debt was incurred  **12/24/2019**

Last 4 digits of account number  **BFA5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**penny vinik**
**914 s. golf view street**
**tampa, FL 33629**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **0E1F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Perry Edelman**
**1248 Carlisle Place**
**Deerfield, IL 60015**

Date(s) debt was incurred  **12/19/2017**

Last 4 digits of account number  **79C2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**Perry Eisemann**

Date(s) debt was incurred  **12/22/2018**

Last 4 digits of account number  **7D22**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**

**Peter Hamberger**
**2727 29th St NW**
**#421**
**Washington, DC 20008**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **C8EE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**

**Peter Heyer**
**2401 Pennsylvania Ave, NW, #507**
**Washington, DC 20037**

Date(s) debt was incurred  **12/23/2016**

Last 4 digits of account number  **33BA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.232 6**

**Nonpriority creditor's name and mailing address**

**Peter Mikhail**
**115 Kincaid Lane**
**Hampton, VA 23666**

Date(s) debt was incurred  **10/24/2015**

Last 4 digits of account number  **1772**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.232 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Peter Renz**
**Po box 372604**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/24/2016**

**Basis for the claim:** _

Last 4 digits of account number **0AD8**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Peter Sklaver**
**21 Hart Drive South**
**South Orange, NJ 07079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2018**

**Basis for the claim:** _

Last 4 digits of account number **EFA1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Peter Stone**
**611 A Street NE**
**Apt 2**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/19/2018**

**Basis for the claim:** _

Last 4 digits of account number **D692**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Peter Stuart**
**100 Commerce Lane**
**Apt 1105**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/16/2017**

**Basis for the claim:** _

Last 4 digits of account number **8898**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Peter Thomas**
**100 Florida Ave NE**
**Apt. 327**
**Washington, D.C., DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2017**

**Basis for the claim:** _

Last 4 digits of account number **E700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Petra Maruca**
**3305 Woodland Lane**
**Alexandria, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15/2016**

**Basis for the claim:** _

Last 4 digits of account number **1D2F**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Phil Andonian**
**7107 Poplar Ave**
**Takoma Park, MD 20912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/25/2019**

**Basis for the claim:** _

Last 4 digits of account number **EE09**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**Philip McGovern**
**2112 8th Street Northwest, #P24**
**Washington, DC 20001**

**Date(s) debt was incurred** 12/13/2019

**Last 4 digits of account number** A70A

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**Philip Rosenman**
**1408 10th St**
**#101**
**Washington, DC 20001**

**Date(s) debt was incurred** 3/24/2011

**Last 4 digits of account number** 8603

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

**Philip Rosenman**
**1408 10th St**
**#101**
**Washington, DC 20001**

**Date(s) debt was incurred** 12/21/2016

**Last 4 digits of account number** 176B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.233 7**

**Nonpriority creditor's name and mailing address**

**Phoebe Shao**
**1301 Vermont Ave NW**
**#409**
**Washington, DC 20005**

**Date(s) debt was incurred** 1/3/2020

**Last 4 digits of account number** 1583

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

**Phyllis Stabler**
**3968 1st Ave**
**Fernandina Beach, FL 32034**

**Date(s) debt was incurred** 4/9/2018

**Last 4 digits of account number** B348

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

**Phyllis Zerhusen**
**1402 Dalewood Drive**
**Jarrettsville, MD 21084**

**Date(s) debt was incurred** 12/15/2019

**Last 4 digits of account number** 31FD

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.234 0**

**Nonpriority creditor's name and mailing address**

**Pia Trivedi**
**773 Hobart Pl NW**
**Washington, DC 20001**

**Date(s) debt was incurred** 5/2/2019

**Last 4 digits of account number** 2895

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.234 | | | | |
|---|---|---|---|---|

**3.234**
**1**

**Nonpriority creditor's name and mailing address**

**Pierce Hunsaker**
**19819 Hollygrape Street**
**Bend, OR 97702**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **DFA2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.234**
**2**

**Nonpriority creditor's name and mailing address**

**Powei Pan**
**1625 I St NW**
**Suite 700**
**Washington, DC 20006**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **6778**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.234**
**3**

**Nonpriority creditor's name and mailing address**

**Pranee Halvorsen**
**533 Lake Washington Blvd E**
**Seattle, WA 98112**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number  **2F20**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.234**
**4**

**Nonpriority creditor's name and mailing address**

**Priya Chatterjee**
**1204 P street**
**Unit 3**
**Washington, DC 20005**

Date(s) debt was incurred  **2/5/2020**

Last 4 digits of account number  **1935**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.234**
**5**

**Nonpriority creditor's name and mailing address**

**Priya Wellington**
**176 STERLING PL**
**APT 2L**
**Brooklyn, NY 11217**

Date(s) debt was incurred  **1/5/2020**

Last 4 digits of account number  **277C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.234**
**6**

**Nonpriority creditor's name and mailing address**

**Priyanka Cohen**
**7035 Blair Road NW**
**Apt. 335**
**Wshington, DC 20012**

Date(s) debt was incurred  **12/19/2018**

Last 4 digits of account number  **3A68**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.234**
**7**

**Nonpriority creditor's name and mailing address**

**Rachael Balter**
**8399 Montgomery Run Rd Apt I**
**Ellicott City, MD 21043**

Date(s) debt was incurred  **10/6/2016**

Last 4 digits of account number  **726E**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.234**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|
| **Rachael Bornstein**<br>**754 Park RD NW #6**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/7/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  1A66 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.234**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|
| **Rachael Erickson**<br>**2160 S Acoma Street**<br>**Denver, CO 80223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/21/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  4CA3 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.235**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Rachael Kent**<br>**8108 Kentbury Dr**<br>**Bethesda, MD 20814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/5/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  13E4 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.235**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|
| **Rachael Marr**<br>**101 East San Fernando St, 418**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/15/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  1149 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.235**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|
| **Rachael Plymale**<br>**401 Peabody St NE**<br>**Washington, DC 20011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/30/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  9165 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.235**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|
| **Rachel Canter**<br>**3427 13th Street NW**<br>**Apt 305**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/3/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  0456 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.235**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|
| **Rachel Clegg**<br>**7 Sargent Ave** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7/27/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  F7D8 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.235 5**

**Nonpriority creditor's name and mailing address**
**Rachel Egan**
**2500 Wisconsin Avenue NW**
**Apt 756**
**Washington, DC 20007**
Date(s) debt was incurred  12/26/2018
Last 4 digits of account number  75E9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.235 6**

**Nonpriority creditor's name and mailing address**
**Rachel Egan**
**2500 Wisconsin Avenue NW**
**Apt 756**
**Washington, DC 20007**
Date(s) debt was incurred  9/16/2018
Last 4 digits of account number  DFF8

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.235 7**

**Nonpriority creditor's name and mailing address**
**Rachel McClain**
**100 Fallsgrove Blvd Apt 2404**
**Rockville, MD 20850**
Date(s) debt was incurred  12/6/2019
Last 4 digits of account number  2102

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.235 8**

**Nonpriority creditor's name and mailing address**
**Rachel Nover**

Date(s) debt was incurred  9/2/2017
Last 4 digits of account number  60B9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.235 9**

**Nonpriority creditor's name and mailing address**
**Rachel Plummer**
**3656 New Hampshire Ave**
**#2**
**Washington, DC 20010**
Date(s) debt was incurred  8/9/2017
Last 4 digits of account number  9452

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$110.00

---

**3.236 0**

**Nonpriority creditor's name and mailing address**
**Rachel Saltman**
**1354 East Capitol St NE**
**Unit B**
**Washington, DC 20003**
Date(s) debt was incurred  6/17/2018
Last 4 digits of account number  4D8E

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5.00

---

**3.236 1**

**Nonpriority creditor's name and mailing address**
**Rachel Sherman**
**7219 Marbury Court**
**Bethesda, MD 20817**
Date(s) debt was incurred  1/3/2020
Last 4 digits of account number  3AA6

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.236 2**

**Nonpriority creditor's name and mailing address**
**Rachel Thomas**
**281 Hugh Shelton Loop**
**Fayetteville, NC 28301**

Date(s) debt was incurred **12/24/2019**
Last 4 digits of account number **8721**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.236 3**

**Nonpriority creditor's name and mailing address**
**Rachna Goyal**
**1615 N. Queen Street**
**# 404**
**Arlington, VA 22209**

Date(s) debt was incurred **12/2/2019**
Last 4 digits of account number **2A54**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.236 4**

**Nonpriority creditor's name and mailing address**
**Rachna Goyal**
**1615 N. Queen Street**
**# 404**
**Arlington, VA 22209**

Date(s) debt was incurred **3/13/2020**
Last 4 digits of account number **F624**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**
**Rae Grad**
**3024 Tilden St NW**
**#203**
**Washington, DC 20008**

Date(s) debt was incurred **7/1/2017**
Last 4 digits of account number **CA63**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**
**Raenell Williams**

Date(s) debt was incurred **7/21/2016**
Last 4 digits of account number **1043**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**
**Rainey Brown**
**1328 Maryland Ave NE**
**Apt 3**
**Washington, DC 20002**

Date(s) debt was incurred **2/4/2019**
Last 4 digits of account number **7452**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**
**Ramsey Brame**
**4706 Jamestown**
**Bethesda, MD 20816**

Date(s) debt was incurred **12/25/2018**
Last 4 digits of account number **EE7B**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236 9**

**Nonpriority creditor's name and mailing address**
**Randal Huff**
**1874 Cottesworth Lane**
**Gates Mills, OH 44040**

Date(s) debt was incurred **3/11/2017**

Last 4 digits of account number **BA9C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.237 0**

**Nonpriority creditor's name and mailing address**
**Randall Martin**
**75 North 7th Street**
**Hudson, NY 12534**

Date(s) debt was incurred **7/27/2020**

Last 4 digits of account number **8985**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**
**Randy Briggs**
**5000 Flanders Ave.**
**Kensington, MD 20895**

Date(s) debt was incurred **1/12/2019**

Last 4 digits of account number **7060**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.237 2**

**Nonpriority creditor's name and mailing address**
**Randy Smith**
**7711 Spring Ridge Drive**
**Indianapolis, IN 46278-9617**

Date(s) debt was incurred **8/15/2018**

Last 4 digits of account number **96D2**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.237 3**

**Nonpriority creditor's name and mailing address**
**Ranjit Singh**
**Deloitte Consulting LLP**
**1920 N Lynn Street**
**Arlington, VA 22210**

Date(s) debt was incurred **1/28/2020**

Last 4 digits of account number **6139**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.237 4**

**Nonpriority creditor's name and mailing address**
**Raul Burgos**
**1464 Rhode Island Ave NW**
**#400**
**Washington, DC 20005**

Date(s) debt was incurred **12/24/2019**

Last 4 digits of account number **107B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.237 5**

**Nonpriority creditor's name and mailing address**
**Ray Cusic**
**221 CHEROKEE DR**
**LOWELL, IN 46356**

Date(s) debt was incurred **12/21/2018**

Last 4 digits of account number **298B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**ray hicks**
**15004 narrows lane**
**Bowie, MD 20716**

**Date(s) debt was incurred** 3/15/2016

**Last 4 digits of account number** 4365

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Raya Jarawan**
**555 Massachusetts Ave NW**
**Apt 1109**
**Washington, DC 20001**

**Date(s) debt was incurred** 2/13/2019

**Last 4 digits of account number** 5C7E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**Raymond  Gaspari**
**21 Forsberg St**
**Worcester, MA 01607**

**Date(s) debt was incurred** 4/16/2019

**Last 4 digits of account number** 0BEF

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**Real Limoges**
**750 MacArthur Blvd**
**Unit 201**
**Oakland, CA 94610**

**Date(s) debt was incurred** 12/23/2016

**Last 4 digits of account number** 0C01

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**Reamy Ancarrow**
**3834 Harrison St NW**
**Washington, DC 20015**

**Date(s) debt was incurred** 12/18/2016

**Last 4 digits of account number** E471

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**Reamy Ancarrow**
**3834 Harrison St NW**
**Washington, DC 20015**

**Date(s) debt was incurred** 12/18/2016

**Last 4 digits of account number** E450

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.238 2**

**Nonpriority creditor's name and mailing address**

**Rebeca Omana**
**1663 Newton Street**
**#3**
**Washington, DC 20010**

**Date(s) debt was incurred** 12/18/2017

**Last 4 digits of account number** 876C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

**Rebecca  Davis**
**608 Highland Ave**
**Falls Church, VA 22046**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **E61A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.238 4**

**Nonpriority creditor's name and mailing address**

**Rebecca Breed**
**13280 Kelston Court**
**Richmond, VA 23238**

Date(s) debt was incurred  **1/5/2018**

Last 4 digits of account number  **DF1C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

**Rebecca Ende Lichtenberg**
**14 S Street, NE #202**
**Washington, DC 20002**

Date(s) debt was incurred  **9/15/2019**

Last 4 digits of account number  **665F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

**Rebecca Fratkin**
**475 K St NW Apt 716**
**Washington, DC 20001**

Date(s) debt was incurred  **9/7/2019**

Last 4 digits of account number  **1124**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$215.00**

---

**3.238 7**

**Nonpriority creditor's name and mailing address**

**Rebecca Hantman**
**741 12th St SE**
**Washington, DC 20003**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **D19B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.238 8**

**Nonpriority creditor's name and mailing address**

**Rebecca Hasbun**
**20 Logan Circle NW**
**Apt 3-3**
**Washington, DC 20005**

Date(s) debt was incurred  **3/2/2020**

Last 4 digits of account number  **2178**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.238 9**

**Nonpriority creditor's name and mailing address**

**Rebecca Hasik**
**2727 South Arlington Street**
**Apt. 622**
**Washington, DC 22206**

Date(s) debt was incurred  **6/9/2016**

Last 4 digits of account number  **3D41**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 342 of 428

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.239 0**

**Nonpriority creditor's name and mailing address**

**Rebecca Kannam**
**20 Damien Road**
**Wellesley, MA 02841**

Date(s) debt was incurred  12/3/2017

Last 4 digits of account number  FF23

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$80.00

---

**3.239 1**

**Nonpriority creditor's name and mailing address**

**Rebecca Levy**
**920 6th ST NE**
**Washington, DC 20002**

Date(s) debt was incurred  12/24/2019

Last 4 digits of account number  49B5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$95.00

---

**3.239 2**

**Nonpriority creditor's name and mailing address**

**Rebecca Lindrew**
**3 West Cedar St.**
**Alexandria, VA 22301**

Date(s) debt was incurred  12/18/2016

Last 4 digits of account number  8FE2

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

**Rebecca Mann**
**6260 Pesta Ct**
**Raleigh, NC 27612**

Date(s) debt was incurred  11/23/2018

Last 4 digits of account number  8726

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$210.00

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

**Rebecca Regan-Sachs**
**3719 Van Ness Street NW**
**Washington, DC 20016**

Date(s) debt was incurred  8/14/2019

Last 4 digits of account number  D776

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

**Rebecca Shapalis**
**1353 Meridian Pl NW**
**Washington, DC 20010**

Date(s) debt was incurred  7/13/2019

Last 4 digits of account number  CC3B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.239 6**

**Nonpriority creditor's name and mailing address**

**REbecca Shoemaker**
**7521 Heartland Rd**
**Indianapolis, IN 46278**

Date(s) debt was incurred  1/23/2017

Last 4 digits of account number  4788

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.239 7**

**Nonpriority creditor's name and mailing address**

**Rebecca Silver**
**257 W 17th Street, Apt 6D**
**New York, NY 10011**

Date(s) debt was incurred  **12/17/2017**

Last 4 digits of account number  **9016**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**

**Rebecca Winters**
**1500 N California Blvd Apt #205**
**Walnut Creek, CA 94596**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number  **9842**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.239 9**

**Nonpriority creditor's name and mailing address**

**Rebecca Woods**
**2358 Fairoaks Rd**
**Decatur, GA 30033**

Date(s) debt was incurred  **2/26/2020**

Last 4 digits of account number  **96BF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.240 0**

**Nonpriority creditor's name and mailing address**

**Rebecca Yuan**
**435 W 31st St**
**Apt 12H**
**New York, NY 10001**

Date(s) debt was incurred  **10/31/2019**

Last 4 digits of account number  **8E1B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.240 1**

**Nonpriority creditor's name and mailing address**

**Reed Blakemore**

Date(s) debt was incurred  **6/29/2016**

Last 4 digits of account number  **7781**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.240 2**

**Nonpriority creditor's name and mailing address**

**Reed Dunn**
**1816 BEECH AVE**
**NASHVILLE, TN 37203**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **AE98**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.240 3**

**Nonpriority creditor's name and mailing address**

**Regina Sica**
**1440 N Street NW**
**Apt 714**
**Washington, DC 20005**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number  **E12E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.240**
**4**

**Nonpriority creditor's name and mailing address**

**Renata Halas**
**7300 Beijing Pl**
**Dulles, VA 20189**

Date(s) debt was incurred  __12/23/2019__

Last 4 digits of account number  __02DF__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.240**
**5**

**Nonpriority creditor's name and mailing address**

**Renee LaMura**
**4829 9th Street S**
**Arlington, VA 22204**

Date(s) debt was incurred  __9/21/2018__

Last 4 digits of account number  __FD86__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

**3.240**
**6**

**Nonpriority creditor's name and mailing address**

**Renee Orazi**
**3005 NE 173rd St**
**Ridgefield, WA 98642**

Date(s) debt was incurred  __11/20/2016__

Last 4 digits of account number  __77C0__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.240**
**7**

**Nonpriority creditor's name and mailing address**

**Renee Sharp**
**2767 Ravine Hill Dr**
**Middleburg, FL 32068**

Date(s) debt was incurred  __12/10/2018__

Last 4 digits of account number  __E15C__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.240**
**8**

**Nonpriority creditor's name and mailing address**

**Renee Trabert**
**870 Summit Avenue**
**Westfield, NJ 07090**

Date(s) debt was incurred  __7/14/2019__

Last 4 digits of account number  __7DD0__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.240**
**9**

**Nonpriority creditor's name and mailing address**

**Rhonda Abashian**
**1479 Long Grove Drive**
**#303**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred  __8/25/2019__

Last 4 digits of account number  __88BA__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

**3.241**
**0**

**Nonpriority creditor's name and mailing address**

**Rhonda Cagle**
**422 South 111th Drive**
**Avondale, AZ 85323**

Date(s) debt was incurred  __12/9/2017__

Last 4 digits of account number  __B5A0__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.241**
**1**

**Nonpriority creditor's name and mailing address**

**Rhonda Cormney**
**115 Stoneybrook Drive**
**Richmond, KY 40475**

Date(s) debt was incurred  **6/26/2016**

Last 4 digits of account number  **28C5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.241**
**2**

**Nonpriority creditor's name and mailing address**

**Ricardo Marto**

Date(s) debt was incurred  **12/21/2016**

Last 4 digits of account number  **E831**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.241**
**3**

**Nonpriority creditor's name and mailing address**

**Rich Clough**
**37 W St NW Unit 2**
**Washington, DC 20001**

Date(s) debt was incurred  **11/30/2018**

Last 4 digits of account number  **0D86**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.241**
**4**

**Nonpriority creditor's name and mailing address**

**Rich Doody**
**2705 N Racine**
**Chicago, IL 60614**

Date(s) debt was incurred  **6/17/2018**

Last 4 digits of account number  **0BCA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.241**
**5**

**Nonpriority creditor's name and mailing address**

**Richard  Schwartz**
**935 Bellview Rd**
**McLean, VA 22102**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **8063**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.241**
**6**

**Nonpriority creditor's name and mailing address**

**Richard Howe**
**128 E 3rd St.**
**Frederick, MD 21701**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **2178**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.241**
**7**

**Nonpriority creditor's name and mailing address**

**Richard Kauffman**
**41 Queen Anne Bridge Rd**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred  **2/11/2020**

Last 4 digits of account number  **EB65**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2418**

**Nonpriority creditor's name and mailing address**
**Richard Lee**
**770 P Street**
**Apt 412**
**Washington, DC 20001**

Date(s) debt was incurred  12/22/2019
Last 4 digits of account number  F98E

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.2419**

**Nonpriority creditor's name and mailing address**
**Richard Moreland**
**15244 Falconbridge Terrace**
**North Potomac, MD 20878**

Date(s) debt was incurred  12/23/2018
Last 4 digits of account number  A4C5

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**3.2420**

**Nonpriority creditor's name and mailing address**
**Richard Pohlman**
**4347 16th Street NE**
**Washington, DC 20017**

Date(s) debt was incurred  6/9/2016
Last 4 digits of account number  0311

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.2421**

**Nonpriority creditor's name and mailing address**
**richard schoepke**
**5517 10th st n**
**Arlington, VA 22205**

Date(s) debt was incurred  11/17/2019
Last 4 digits of account number  835C

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.2422**

**Nonpriority creditor's name and mailing address**
**Rick Berger**
**1720 S Street NW**
**Apt S-G**
**Washington, DC 20009**

Date(s) debt was incurred  2/23/2019
Last 4 digits of account number  7714

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.2423**

**Nonpriority creditor's name and mailing address**
**Rick Kennedy**
**1021 N Garfield St**
**#915**
**Arlington, VA 22201**

Date(s) debt was incurred  12/24/2016
Last 4 digits of account number  7DE9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.2424**

**Nonpriority creditor's name and mailing address**
**Rick White**
**323 Foxtail Court**
**Boulder, CO 80305**

Date(s) debt was incurred  12/22/2017
Last 4 digits of account number  739A

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

Debtor   **CulinAerie DC, LLC**

Name

Case number *(if known)*

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Rima Fusisi**
**8200 oxbow ct.**
**alexandria, VA 22308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/19/2016**

**Basis for the claim:** _

Last 4 digits of account number  **F212**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Rita Smith**
**W Street Northwest**
**#301**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24/2019**

**Basis for the claim:** _

Last 4 digits of account number  **F32C**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Robbie Gramer**
**739 newton place nw**
**washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5FEC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Robbie Raker**
**3003 Winding Shore Lane**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/2016**

**Basis for the claim:** _

Last 4 digits of account number  **5C64**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Robby Diesu**
**2034 First Street Nw**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2018**

**Basis for the claim:** _

Last 4 digits of account number  **7106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Robert Anderson**
**1947 N. Uhle Street, Apt 412**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2019**

**Basis for the claim:** _

Last 4 digits of account number  **7699**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Robert Burie**
**199 nw 10th ave**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2019**

**Basis for the claim:** _

Last 4 digits of account number  **DE86**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.243 2**

**Nonpriority creditor's name and mailing address**
**Robert Cummings**
**142 Lakeway Dr**
**Oxford, MS 38655**

Date(s) debt was incurred  **10/15/2019**

Last 4 digits of account number  **1C8C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.243 3**

**Nonpriority creditor's name and mailing address**
**Robert Cusic**

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **567C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.243 4**

**Nonpriority creditor's name and mailing address**
**Robert Gallagher**
**10230 Parkwood Dr**
**Kensington, MD 20895**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **745C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.243 5**

**Nonpriority creditor's name and mailing address**
**Robert Guider**
**1209 North Taft St**
**Arlington, VA 22201**

Date(s) debt was incurred  **2/27/2020**

Last 4 digits of account number  **2146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.243 6**

**Nonpriority creditor's name and mailing address**
**Robert Kearns**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **A48F**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.243 7**

**Nonpriority creditor's name and mailing address**
**Robert Loughran**
**826 N Taney St**
**Philadelphia, PA 19130**

Date(s) debt was incurred  **12/18/2016**

Last 4 digits of account number  **E1DE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.243 8**

**Nonpriority creditor's name and mailing address**
**Robert Lowy**
**15912 Mount Everest Lane**
**Silver Spring, MD 20906**

Date(s) debt was incurred  **12/29/2018**

Last 4 digits of account number  **F7CC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2439**

**Nonpriority creditor's name and mailing address**
**Robert Lowy**
**15912 Mount Everest Lane**
**Silver Spring, MD 20906**

Date(s) debt was incurred  **12/21/2019**
Last 4 digits of account number  **17C6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2440**

**Nonpriority creditor's name and mailing address**
**Robert Lowy**
**15912 Mount Everest Lane**
**Silver Spring, MD 20906**

Date(s) debt was incurred  **12/21/2019**
Last 4 digits of account number  **A7F3**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2441**

**Nonpriority creditor's name and mailing address**
**Robert Lystad**
**625 W 51st Street**
**Kansas City, MO 64112**

Date(s) debt was incurred  **12/20/2016**
Last 4 digits of account number  **A816**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.2442**

**Nonpriority creditor's name and mailing address**
**Robert M Fitzgerald**
**1909 S St NW Apt 3**
**Washington, DC 20009**

Date(s) debt was incurred  **3/1/2020**
Last 4 digits of account number  **1277**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2443**

**Nonpriority creditor's name and mailing address**
**Robert Marcum**
**222 West St Apt D**
**Annapolis, MD 21401**

Date(s) debt was incurred  **12/22/2017**
Last 4 digits of account number  **3E1C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.2444**

**Nonpriority creditor's name and mailing address**
**Robert Mashal**
**95 Prince Street**
**Newton, MA 02465-2632**

Date(s) debt was incurred  **12/21/2019**
Last 4 digits of account number  **BB1C**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.2445**

**Nonpriority creditor's name and mailing address**
**Robert Rudd**
**23193 Kingwood Forest Court**
**Leesburg, VA 20175**

Date(s) debt was incurred  **12/23/2016**
Last 4 digits of account number  **1E7F**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**Robert Schmieder**
**363 East 76th Street**
**Apt 19K**
**New York, NY 10021**

Date(s) debt was incurred  **12/11/2018**

Last 4 digits of account number  **1AE5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Robert Shaughnessy**
**7907 cliff rock court**
**Springfield, VA 22153**

Date(s) debt was incurred  **9/22/2018**

Last 4 digits of account number  **1E8B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

**Robert Sitch**
**8409 Millwood Drive**
**Springfield, VA 22152**

Date(s) debt was incurred  **5/19/2019**

Last 4 digits of account number  **9722**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

**Robert Vachon**
**83 C Nipmuc Trail**
**North Providence, RI 02904**

Date(s) debt was incurred  **12/2/2018**

Last 4 digits of account number  **D3C7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.245 0**

**Nonpriority creditor's name and mailing address**

**Robert Vachon**
**83 C Nipmuc Trail**
**North Providence, RI 02904**

Date(s) debt was incurred  **12/2/2018**

Last 4 digits of account number  **84A8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.245 1**

**Nonpriority creditor's name and mailing address**

**Robert Weiss**
**916 General Wayne Dr**
**West Cheater, PA 19382**

Date(s) debt was incurred  **11/26/2019**

Last 4 digits of account number  **1A5A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.245 2**

**Nonpriority creditor's name and mailing address**

**Robin Carlson**
**2915 Corte del Pozo**
**Santa Fe, NM 87505**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **9D86**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.245 3**

**Nonpriority creditor's name and mailing address**
**Robin Farber**

Date(s) debt was incurred  1/28/2021

Last 4 digits of account number  68BB

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.245 4**

**Nonpriority creditor's name and mailing address**
**Robin Kane**
**1018 South Williams**
**Denver, CO 80209**

Date(s) debt was incurred  1/2/2018

Last 4 digits of account number  35B9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.245 5**

**Nonpriority creditor's name and mailing address**
**Robin Murray**

Date(s) debt was incurred  12/17/2018

Last 4 digits of account number  D806

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.245 6**

**Nonpriority creditor's name and mailing address**
**Robin Murray**

Date(s) debt was incurred  12/17/2018

Last 4 digits of account number  BE09

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$20.00

---

**3.245 7**

**Nonpriority creditor's name and mailing address**
**Robin North**
**14 Berwyn Ct**
**Simpsonville, SC 29681**

Date(s) debt was incurred  12/2/2019

Last 4 digits of account number  99E0

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$90.00

---

**3.245 8**

**Nonpriority creditor's name and mailing address**
**Robin Palmer**
**826 22nd St. S**
**Arlington, VA 22202**

Date(s) debt was incurred  7/16/2016

Last 4 digits of account number  257E

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$170.00

---

**3.245 9**

**Nonpriority creditor's name and mailing address**
**Robin Quinn**
**11807 Antietam Road**
**Woodbridge, VA 22192**

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number  4F4B

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.246 0**

**Nonpriority creditor's name and mailing address**
**Robin Reck**
**1711 Linwood Place**
**McLean, VA 22101**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **EC16**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$185.00

---

**3.246 1**

**Nonpriority creditor's name and mailing address**
**Robin Seals**
**4321 Fauquier**
**Richmond, VA 23227**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **671F**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.246 2**

**Nonpriority creditor's name and mailing address**
**Robyn Derito**
**33 Jeanne Ave**
**Brockton, MA 02301**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **1DCB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.246 3**

**Nonpriority creditor's name and mailing address**
**Rochelle Sherman**
**9905 Rogart Road**
**Silver Spring, MD 20901**

Date(s) debt was incurred  **7/6/2018**

Last 4 digits of account number  **6F22**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.246 4**

**Nonpriority creditor's name and mailing address**
**rodrigo sauno**

**MD 20737**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **5845**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

**3.246 5**

**Nonpriority creditor's name and mailing address**
**Rodrigo Zuleta**
**8510 Pelham Rd**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **1D93**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.246 6**

**Nonpriority creditor's name and mailing address**
**Roger Sullivan**
**4930 SEDGWICK ST NW**
**WASHINGTON, DC 20016**

Date(s) debt was incurred  **1/1/2019**

Last 4 digits of account number  **3CB6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.246**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Rohith Shetty** | ☐ Contingent | |
| | ☐ Unliquidated | |
| Date(s) debt was incurred **6/28/2016** | ☐ Disputed | |
| Last 4 digits of account number **8AC1** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.246**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|
| **roland Peters**<br>**10301 Bells Mill Terrace**<br>**Potomac, MD 20854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/24/2018** | | |
| Last 4 digits of account number **19D0** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.246**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Rolando Amaya**<br>**221 Gentry Avenue**<br>**Alexandria, VA 22305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/5/2018** | | |
| Last 4 digits of account number **EE48** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.247**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Roldan Arbis**<br>**121 Cedar Mill drive**<br>**Goose creek, SC 29445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/25/2019** | | |
| Last 4 digits of account number **1828** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.247**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Ron Kuppersmith**<br>**7 Chessman Dr**<br>**Sharon, MA 02067-2410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **11/14/2018** | | |
| Last 4 digits of account number **D79E** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.247**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Ron McNeill**<br>**6003 Johnson Avenue**<br>**Bethesda, MD 20817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/23/2015** | | |
| Last 4 digits of account number **3241** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.247**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|
| **Ronald Anderson**<br>**3 Airey Ct**<br>**Andrews AFB, MD 20762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/26/2018** | | |
| Last 4 digits of account number **301C** | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**Ronald Hopson**
**1710 R St. N.W.**
**Washington, DC 20009**

Date(s) debt was incurred **12/18/2018**

Last 4 digits of account number **E07B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

**RONALD PROCTOR**
**7103 East Cedar Street**
**Hyattsville, MD 20785**

Date(s) debt was incurred **2/7/2020**

Last 4 digits of account number **1951**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

**Roopa Vasan**
**53 Valerian Ct**
**Rockville, MD 20852**

Date(s) debt was incurred **2/21/2020**

Last 4 digits of account number **2100**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**Rory Calabrese**
**5215 Portsmouth Road**
**Bethesda, MD 20816**

Date(s) debt was incurred **12/21/2016**

Last 4 digits of account number **0CA7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**Rosalie Cicchinelli**
**4650 Washington Blvd**
**Apt 431**
**Arlington, VA 22201**

Date(s) debt was incurred **11/7/2017**

Last 4 digits of account number **7D56**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**Rosalyn Pierce**
**1650 Harvard St NW**
**Apt 708**
**Washington, DC 20009**

Date(s) debt was incurred **1/8/2018**

Last 4 digits of account number **87B4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

**Rosanna Nelson**
**1239 Rossmore**
**Cincinnati, OH 45237**

Date(s) debt was incurred **7/7/2017**

Last 4 digits of account number **F01C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.248**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **Rose Mortenson**<br>**1081 Cedrus ln**<br>**Mclean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/3/2016**<br>Last 4 digits of account number  **1F64** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|
| **Rose O'Byrne** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2/17/2020**<br>Last 4 digits of account number  **3FD7** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|
| **Rose O'Byrne** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2/17/2020**<br>Last 4 digits of account number  **3FD7** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Rosemary091653#Rose Traub**<br>**4516 Bermuda Drive NE**<br>**Albuquerque, NM 87111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/28/2019**<br>Last 4 digits of account number  **F2D6** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|
| **Ross Ensor**<br>**1515 O St NW #201**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/16/2018**<br>Last 4 digits of account number  **2AF3** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Rossemary Yurivilca** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **6/17/2017**<br>Last 4 digits of account number  **4C96** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.248**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Rowland Kirkman**<br>**2The grange**<br>**6 Clifton Drive**<br>**Lytham, United Kingdom FY85RQ** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **9/15/2018**<br>Last 4 digits of account number  **E1EC** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Rowland Kirkman**
**2The grange**
**6 Clifton Drive**
**Lytham, UK FY85RQ**

**Date(s) debt was incurred  9/15/2018**

**Last 4 digits of account number  5F3C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**Russell Nemiroff**
**508 N Columbus St**
**Alexandria, VA 22314**

**Date(s) debt was incurred  9/25/2018**

**Last 4 digits of account number  920D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

**ruth  faden**
**3173 porter st nw**
**washtington, DC 20008**

**Date(s) debt was incurred  2/8/2017**

**Last 4 digits of account number  07EB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

**ruth foley**
**4656 Whispering Woods Ct.**
**San Diego, CA 92130**

**Date(s) debt was incurred  3/26/2018**

**Last 4 digits of account number  6A3A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.249 2**

**Nonpriority creditor's name and mailing address**

**Ruth Lapidas**

**Date(s) debt was incurred  12/19/2019**

**Last 4 digits of account number  D029**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

**Ruth Morgan**
**3100 Connecticut Ave NW**
**Apt 301**
**Washington, DC 20008**

**Date(s) debt was incurred  12/24/2017**

**Last 4 digits of account number  5E53**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

**Ruth Signorelli**
**22 Lotus Rd**
**Bayport, NY 11705**

**Date(s) debt was incurred  10/6/2019**

**Last 4 digits of account number  B849**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.249 5**

**Nonpriority creditor's name and mailing address**
**Ryan  Chowdhury**
**415 L St NW**
**Apt 1044**
**Washington, DC 20001**

Date(s) debt was incurred  2/1/2020

Last 4 digits of account number  E208

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.249 6**

**Nonpriority creditor's name and mailing address**
**Ryan Benitez**
**616 E ST NW**
**Apt 702**
**Washington, DC 20004**

Date(s) debt was incurred  9/7/2016

Last 4 digits of account number  8E8C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.249 7**

**Nonpriority creditor's name and mailing address**
**Ryan Boone**
**2801 Quebec St NW**
**Room 607**
**Washington, DC 20008**

Date(s) debt was incurred  12/8/2019

Last 4 digits of account number  639D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.249 8**

**Nonpriority creditor's name and mailing address**
**Ryan Combs**
**200 Oak Point Lane**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  12/13/2016

Last 4 digits of account number  F1D5

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.249 9**

**Nonpriority creditor's name and mailing address**
**Ryan Dare**
**3720 Hickory Ave**
**Baltimore, MD 21211**

Date(s) debt was incurred  6/1/2019

Last 4 digits of account number  5AC1

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.250 0**

**Nonpriority creditor's name and mailing address**
**Ryan Grube**
**7027 Strathmore St. Apt. 1**
**Chevy Chase, MD 20815**

Date(s) debt was incurred  12/9/2016

Last 4 digits of account number  90F3

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.250 1**

**Nonpriority creditor's name and mailing address**
**Ryan Haldi**
**1400 Irving Street NW**
**Washington, DC 20010**

Date(s) debt was incurred  12/19/2018

Last 4 digits of account number  3D77

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.250.2**

**Nonpriority creditor's name and mailing address**

**Ryan Holland**
**77 Park Terrace East, Apt. D75**
**New York, NY 10034**

Date(s) debt was incurred  **12/13/2016**

Last 4 digits of account number  **3627**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.250.3**

**Nonpriority creditor's name and mailing address**

**Ryan Kauffman**
**2723 13TH STREET NW #1**
**Washington, DC 20009**

Date(s) debt was incurred  **5/23/2014**

Last 4 digits of account number  **8642**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$90.00**

---

**3.250.4**

**Nonpriority creditor's name and mailing address**

**Ryan Lee-Young**
**102 Grant St., Unit 3**
**Somerville, MA 02145**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **64D9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.250.5**

**Nonpriority creditor's name and mailing address**

**Ryan Mukherjee**
**2315 Brooke Grove Rd**
**Mitchelville, MD 20721**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **0F2A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.250.6**

**Nonpriority creditor's name and mailing address**

**Ryan Thomas**
**7808 Locris Dr**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred  **12/13/2016**

Last 4 digits of account number  **1D41**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.250.7**

**Nonpriority creditor's name and mailing address**

**Ryan Will**
**1301 M St NW**
**Washington, DC 20005**

Date(s) debt was incurred  **1/12/2017**

Last 4 digits of account number  **BD4F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.250.8**

**Nonpriority creditor's name and mailing address**

**Ryn Horner**
**4555 Indian Rock Terrace, NW**
**Washington, DC 20007**

Date(s) debt was incurred  **6/15/2017**

Last 4 digits of account number  **7838**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2509**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Ryn Horner**<br>**4555 Indian Rock Terrace, NW**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/20/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **463A** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2510**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Sabrina Laine**<br>**3812 Military Road Northwest**<br>**Washington, DC 20015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/8/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **C786** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2511**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Sailor Holobaugh**<br>**2624 Saint Paul St. Apt 2B**<br>**Baltimore, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/25/2017** | Basis for the claim: _ | |
| Last 4 digits of account number  **CD2F** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2512**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Sal Caccavale**<br>**2302 Peggy Lane**<br>**Silver Spring, MD 20910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/16/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **E5AC** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2513**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Sallie McCullough**<br>**PO Box 1674**<br>**Kapaau, HI 96755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/4/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **B560** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2514**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **Sally Caras**<br>**110 Mill Island Road**<br>**Arrowsic, ME 04530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **8/6/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **C703** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.2515**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |
|---|---|---|
| **sally middleton**<br>**8461 Bay Point Drive**<br>**Indianapolis, IN 46240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/19/2017** | Basis for the claim: _ | |
| Last 4 digits of account number  **76CE** | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Sally Ness**
**1150 4th St SW**
**Apt 1114**
**Washington, DC 20024**

Date(s) debt was incurred  **3/9/2020**

Last 4 digits of account number  **2206**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**Sam Chiron**
**1725 17th Street NW**
**Apt 506**
**Washington, DC 20009**

Date(s) debt was incurred  **9/15/2016**

Last 4 digits of account number  **14C5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$165.00**

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Sam Givens**
**4415 Pinetree Rd.**
**Rockville, MD 20853**

Date(s) debt was incurred  **12/25/2016**

Last 4 digits of account number  **006A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Sam Knight**
**1211 13th St NW**
**Apt 101**
**WASHINGTON, DC 20005**

Date(s) debt was incurred  **11/22/2019**

Last 4 digits of account number  **C556**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

**Sam Shapiro**
**2020 12th Street NW**
**Apt 406**
**Washington, DC 20009**

Date(s) debt was incurred  **10/9/2017**

Last 4 digits of account number  **80DF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

**Samana Shaikh**
**641 Ship Ave**
**Beachwood, NJ 08722**

Date(s) debt was incurred  **3/17/2020**

Last 4 digits of account number  **5E2E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

**Samantha and Skrab**
**7311 Scarlet Oak CT**
**Fairfax Station   22039**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **05B4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.252**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|
| **Samantha Daisy** | ☐ Contingent | |
| **47 West Street** | ☐ Unliquidated | |
| **Antrim, NH 03440** | ☐ Disputed | |
| Date(s) debt was incurred  **10/8/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **131D** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|
| **Samantha Davison** | ☐ Contingent | |
| **12128 Chatsworth Court** | ☐ Unliquidated | |
| **Charlotte, NC 28277** | ☐ Disputed | |
| Date(s) debt was incurred  **12/3/2017** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **6F71** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|
| **Samantha DePaul** | ☐ Contingent | |
| **2000 N Street NW** | ☐ Unliquidated | |
| **Apt 203** | ☐ Disputed | |
| **Washington, DC 20036** | | |
| Date(s) debt was incurred  **12/4/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **0706** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|
| **Samantha DePaul** | ☐ Contingent | |
| **2000 N Street NW** | ☐ Unliquidated | |
| **Apt 203** | ☐ Disputed | |
| **Washington, DC 20036** | | |
| Date(s) debt was incurred  **12/4/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **56BA** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|
| **Samantha Garvin** | ☐ Contingent | |
| **1435 Newton St. NW** | ☐ Unliquidated | |
| **Unit 109** | ☐ Disputed | |
| **Washington, DC 20010** | | |
| Date(s) debt was incurred  **7/16/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **57FF** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|
| **Samantha Horosky** | ☐ Contingent | |
| **PO Box 157** | ☐ Unliquidated | |
| **St Peters, PA 19470** | ☐ Disputed | |
| Date(s) debt was incurred  **12/9/2016** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **9ADB** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.252**
**9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|
| **samantha spindel** | ☐ Contingent | |
| **1220 Blair Mill Road** | ☐ Unliquidated | |
| **apt 507** | ☐ Disputed | |
| **Silver Spring, MD 20910** | | |
| Date(s) debt was incurred  **2/27/2016** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **4187** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.253 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **Samantha Young**<br>**1350 R Street, NW**<br>**PH 509**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/2/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  A32E | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|
| **Samira Diggs**<br>**6240 Rainier Dr**<br>**Frederick, MD 21703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  9/24/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  5C4C | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **Sammi  Roth**<br>**1701 Sunnyside Circle**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/20/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  44EE | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|
| **Samuel Mahler**<br>**800 P ST NW APT 916**<br>**WASHINGTON, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/10/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  6080 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Samuel O'Hearn**<br>**120 Henry Stoupe Way**<br>**Chester, MD 21619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/5/2019 | Basis for the claim: _ | |
| Last 4 digits of account number  1607 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|
| **samuel richman**<br>**7833 Butterfield Lane**<br>**Annandale, VA 22003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/22/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  1E5E | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.253 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|
| **samuel richman** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/22/2017 | Basis for the claim: _ | |
| Last 4 digits of account number  4578 | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.253 7**

**Nonpriority creditor's name and mailing address**
**Sanchia Patrick-Rasul**

Date(s) debt was incurred  **9/18/2016**
Last 4 digits of account number  **9428**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.253 8**

**Nonpriority creditor's name and mailing address**
**Sandeep Nandivada**
**1634 14th Street NW**
**Apt 303**
**Washington, DC 20009**

Date(s) debt was incurred  **12/20/2016**
Last 4 digits of account number  **B16E**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.253 9**

**Nonpriority creditor's name and mailing address**
**Sandra Cary**
**50 Malden Street**
**Apt 704**
**Boston, MA 02118**

Date(s) debt was incurred  **12/1/2018**
Last 4 digits of account number  **EC93**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.254 0**

**Nonpriority creditor's name and mailing address**
**Sandra Murphy**
**2811 Larranaga drive**
**the Villages, FL 32162**

Date(s) debt was incurred  **7/19/2016**
Last 4 digits of account number  **15F2**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$370.00**

---

**3.254 1**

**Nonpriority creditor's name and mailing address**
**Sandra Rodin**

Date(s) debt was incurred  **7/18/2018**
Last 4 digits of account number  **256E**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.254 2**

**Nonpriority creditor's name and mailing address**
**Sangeetha Shanmugham**

Date(s) debt was incurred  **12/4/2016**
Last 4 digits of account number  **1978**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30.00**

---

**3.254 3**

**Nonpriority creditor's name and mailing address**
**Sara Bromley**
**5301 WISCONSIN AVE NW, STE 500**
**Suite 500**
**WASHINGTON, DC 20015**

Date(s) debt was incurred  **11/8/2016**
Last 4 digits of account number  **D8EA**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.254 4**

Nonpriority creditor's name and mailing address

**Sara Kelly**
**6251 22nd St. N**
**Arlington, VA 22207**

Date(s) debt was incurred  **6/19/2017**

Last 4 digits of account number  **9DD3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.254 5**

Nonpriority creditor's name and mailing address

**Sara Lowe**
**23651 Rolling Fork Way**
**Gaithersburg, MD 20882**

Date(s) debt was incurred  **1/3/2018**

Last 4 digits of account number  **55D6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.254 6**

Nonpriority creditor's name and mailing address

**Sara Moscowitz**

Date(s) debt was incurred  **1/5/2019**

Last 4 digits of account number  **93CF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.254 7**

Nonpriority creditor's name and mailing address

**Sara Richman**
**1201 Braddock Place**
**Apartment 714**
**Alexandria, VA 22314**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **2C81**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.254 8**

Nonpriority creditor's name and mailing address

**Sara Rusniak**
**673 Integrity Drive**
**Lititz, PA 17543**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number  **91B3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.254 9**

Nonpriority creditor's name and mailing address

**Sara Scheller**
**1111 11 Street NW #408**
**Washington, DC 20001**

Date(s) debt was incurred  **9/12/2016**

Last 4 digits of account number  **5503**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.255 0**

Nonpriority creditor's name and mailing address

**Sara Vasquez**
**14334 Silo Valley View**
**Centreville, VA 20121**

Date(s) debt was incurred  **1/3/2017**

Last 4 digits of account number  **BB37**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.255.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|
| **Sara-Jane Whitcher**<br>**1132 6th St. NW**<br>**Apt. 2**<br>**Washington   20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2/12/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **3977** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Sarah  Martin**<br>**1935 S. Arlingotn Ridge**<br>**Arlington, VA 22202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/19/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **AD0D** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Sarah  Martin**<br>**1935 S. Arlingotn Ridge**<br>**Arlington, VA 22202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/19/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **90B0** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|
| **Sarah  Williams**<br>**61 Devoe Street Apt 1**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/25/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **37EC** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|
| **Sarah Blackwill**<br>**1211 Euclid Street NW, Apt 2**<br>**Washington, DC 20009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/14/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **0DD6** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|
| **Sarah Clark**<br>**7000 Carroll Ave**<br>**Ste 200-14**<br>**Takoma Park, MD 20912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **4/2/2019** | Basis for the claim: _ | |
| Last 4 digits of account number  **D6E8** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.255.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| **Sarah Coghlan**<br>**8020 Parklane Ct**<br>**Springfield, VA 22153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/28/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **1D6C** | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2558**

**Nonpriority creditor's name and mailing address**
**Sarah Coghlan**
**321A Jefferson Avenue**
**Apt 4**
**Brooklyn, NY 11216**
Date(s) debt was incurred **12/24/2019**
Last 4 digits of account number **6722**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2559**

**Nonpriority creditor's name and mailing address**
**Sarah Coghlan**

Date(s) debt was incurred **11/28/2016**
Last 4 digits of account number **A51B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.2560**

**Nonpriority creditor's name and mailing address**
**Sarah Eldredge**
**1451 Park Road NW, #507**
Date(s) debt was incurred **11/28/2016**
Last 4 digits of account number **2661**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.2561**

**Nonpriority creditor's name and mailing address**
**Sarah Hayden**
**Perkins Coie LLP**
**700 13th St NW**
**Washington, DC 20005-3960**
Date(s) debt was incurred **1/23/2020**
Last 4 digits of account number **6126**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.2562**

**Nonpriority creditor's name and mailing address**
**Sarah Isbey**
**2344 Lee Hwy**
**Arlington, VA 22201-3516**
Date(s) debt was incurred **11/4/2018**
Last 4 digits of account number **C23B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2563**

**Nonpriority creditor's name and mailing address**
**Sarah Krieger**
**1419 S Street NW**
**Washington, DC 20009**
Date(s) debt was incurred **1/11/2020**
Last 4 digits of account number **0448**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2564**

**Nonpriority creditor's name and mailing address**
**sarah maschal**
**29710 Journey's End Road**
**BIG PINE KEY, FL 33043**
Date(s) debt was incurred **12/2/2019**
Last 4 digits of account number **0657**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.256
5**

**Nonpriority creditor's name and mailing address**

**Sarah Mixon**
**604 Downing Rd**
**Winston Salem, NC 27106**

Date(s) debt was incurred  **12/9/2018**

Last 4 digits of account number  **6191**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.256
6**

**Nonpriority creditor's name and mailing address**

**Sarah Myers**
**113 Third Street**
**Akron, PA 17501**

Date(s) debt was incurred  **12/3/2018**

Last 4 digits of account number  **20A7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.256
7**

**Nonpriority creditor's name and mailing address**

**Sarah Newhall**
**1813 Monroe St NW**
**Washington, DC 20010**

Date(s) debt was incurred  **12/16/2017**

Last 4 digits of account number  **B441**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.256
8**

**Nonpriority creditor's name and mailing address**

**Sarah Pokempner**
**3605 Livingston Street, NW**
**Washington, DC 20015**

Date(s) debt was incurred  **3/15/2016**

Last 4 digits of account number  **4363**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.256
9**

**Nonpriority creditor's name and mailing address**

**Sarah Proper**
**1200 N Herndon St Apt 602**
**Arlington, VA 22201**

Date(s) debt was incurred  **2/23/2017**

Last 4 digits of account number  **5DBB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.257
0**

**Nonpriority creditor's name and mailing address**

**Sarah Ramirez**
**9209 Long Branch Pkwy**
**Silver Spring, MD 20901**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **ABA6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.257
1**

**Nonpriority creditor's name and mailing address**

**Sarah Shields**
**49 Sunrise Park**
**Pittsford, NY 14534**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **5D5D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**Sarah Skelly**
**1250 S 28th St**
**Philadelphia, PA 19146-3634**

Date(s) debt was incurred  **12/21/2018**

Last 4 digits of account number  **391C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Sarah Starr**
**4636 Q St NW**
**Washington, DC 20007**

Date(s) debt was incurred  **7/12/2016**

Last 4 digits of account number  **5C6F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Sarah Tellock**
**4114 Emerson St**
**Hyattsville, MD 20781**

Date(s) debt was incurred  **2/26/2020**

Last 4 digits of account number  **93AE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Sarah Wiant**
**1353 Irving St NW**
**Apt 11**
**Washington, DC 20010**

Date(s) debt was incurred  **7/15/2017**

Last 4 digits of account number  **9251**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Sarah Zisling QB 6230**

Date(s) debt was incurred  **5/27/2020**

Last 4 digits of account number  **BDE0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Saranah Walden**
**6816 Winners Drive**
**Whitsett, NC 27377**

Date(s) debt was incurred  **4/2/2019**

Last 4 digits of account number  **89B0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Sasha Post**
**9300 Silvermill Place**
**Fairfax, VA 22031**

Date(s) debt was incurred  **9/23/2016**

Last 4 digits of account number  **C6E8**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Sashi Kundi**
**1784 Creekview Terrace**
**Okemos, MI 48864**

Date(s) debt was incurred  **12/5/2017**

Last 4 digits of account number  **9C70**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**Savannah Whalen**
**626 N Nelson St**
**Arlington, VA 22203**

Date(s) debt was incurred  **7/14/2016**

Last 4 digits of account number  **E963**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**Scott Amoros**
**712 Mary Jo Way**
**Ellicott City, MD 21043**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **3889**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**Scott Atkinson**
**3103 Hollly Street**
**Alexandria, VA 22305**

Date(s) debt was incurred  **12/29/2017**

Last 4 digits of account number  **1A6B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**Scott Burton**
**4233 Denbigh Dr**
**Charlotte, NC 28226**

Date(s) debt was incurred  **12/23/2017**

Last 4 digits of account number  **E7F6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Scott cooper**
**14 5th St NE**
**Washington, DC 20002**

Date(s) debt was incurred  **11/17/2016**

Last 4 digits of account number  **CCC6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Scott cooper**
**14 5th St NE**
**Washington, DC 20002**

Date(s) debt was incurred  **11/17/2016**

Last 4 digits of account number  **CCC6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Scott Donaldson**
**1376 46th Street NW**
**Washington, DC 20024**

**Date(s) debt was incurred  2/9/2020**

**Last 4 digits of account number  1976**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Scott Goldstein**
**1100 6th Street SW**
**Apartment 315**
**Washington, DC 20024**

**Date(s) debt was incurred  8/24/2019**

**Last 4 digits of account number  9450**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Scott Greenberger**
**7128 WILLOW AVE**
**TAKOMA PARK, MD 20912**

**Date(s) debt was incurred  6/27/2016**

**Last 4 digits of account number  A5E5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**Scott Keeter**
**North Kenmore Street**
**Arlington, VA 22201**

**Date(s) debt was incurred  2/5/2020**

**Last 4 digits of account number  2B0A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

**scott leyba**
**12013 evening ride drive**
**potomac, MD 20854**

**Date(s) debt was incurred  12/12/2017**

**Last 4 digits of account number  F7B6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

**scott leyba**
**12013 evening ride drive**
**potomac, MD 20854**

**Date(s) debt was incurred  12/12/2017**

**Last 4 digits of account number  F7B6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**Scott McCrary**
**937 Randolph St. NW**
**Apt. 1**
**Washington, DC 20011**

**Date(s) debt was incurred  12/16/2016**

**Last 4 digits of account number  D5D9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**Scott Mulhauser**
**428 6th St. NE**
**Washington, DC 20002**

Date(s) debt was incurred  **12/15/2017**

Last 4 digits of account number  **2324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**Scott Schwantes**
**3226 Humboldt Ave S**
**Minneapolis, MN 55408**

Date(s) debt was incurred  **9/19/2019**

Last 4 digits of account number  **504C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**Scott Silverstein**
**639 Hamilton St NW**
**Washington, DC 20011**

Date(s) debt was incurred  **10/26/2018**

Last 4 digits of account number  **8696**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Scott Stewart**
**5520 Chenango Drive**
**Bethlehem, PA 18017**

Date(s) debt was incurred  **11/16/2018**

Last 4 digits of account number  **59F0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**Scott Stewart**
**5520 Chenango Drive**
**Bethlehem, PA 18017**

Date(s) debt was incurred  **11/16/2018**

Last 4 digits of account number  **96CF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Sean  Szmal**
**28 Delwood Drive**
**Danville, PA 17821**

Date(s) debt was incurred  **12/10/2016**

Last 4 digits of account number  **0091**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**Sean Beaty**
**706 W. Abingdon Ct.**
**Alexandria, VA 22314**

Date(s) debt was incurred  **11/28/2016**

Last 4 digits of account number  **A13C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Sean Kuenning**
**2846 Katherine Paige Ln, Apt 307**
**Apt 307**
**Falls Church, VA 22042**

Date(s) debt was incurred  10/13/2018

Last 4 digits of account number  8925

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**Sean Massey**
**93 Highland Ave**
**Metuchen, NJ 08840**

Date(s) debt was incurred  12/28/2018

Last 4 digits of account number  658A

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Sean Pagano**

Date(s) debt was incurred  2/3/2019

Last 4 digits of account number  8423

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**Sean Vannatta**
**4307 Michel**
**Murraysville, PA 15668**

Date(s) debt was incurred  12/4/2018

Last 4 digits of account number  E11B

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$270.00**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**Seema Gupta**
**26 LOEFFLER LN**
**MEDFIELD, MA 02052-3145**

Date(s) debt was incurred  12/20/2019

Last 4 digits of account number  DC72

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**semira ahdiyyih**
**2500 Wisconsin Avenue NW Apt 807**
**Washington, DC 20007**

Date(s) debt was incurred  2/2/2017

Last 4 digits of account number  8A7F

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**Serena Vaz**
**415 Newark St**
**Hoboken, NJ 07030**

Date(s) debt was incurred  11/20/2018

Last 4 digits of account number  E1FD

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

**Sereno Sok**
**7804 Jeremy Terrace**
**Derwood, MD 20855**

Date(s) debt was incurred  4/11/2020

Last 4 digits of account number  E956

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**Seth Barsky**
**8108 Tomlinson Avenue**
**Bethesda, MD 20817**

Date(s) debt was incurred  7/21/2018

Last 4 digits of account number  EC9D

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

**Seth Moody**
**8441 Clearly Spring Drive**
**Chesapeake Beach, MD 20732**

Date(s) debt was incurred  11/29/2014

Last 4 digits of account number  3534

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

**Shakir Cannon-Moye**
**604 7th St SW**
**Washington, DC 20024**

Date(s) debt was incurred  11/30/2019

Last 4 digits of account number  F2F3

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

**Shane Smith**
**2400 16th Steet NW #342**
**Washington, DC 20009**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  6C89

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.261 2**

**Nonpriority creditor's name and mailing address**

**Shannon Kennedy**
**717 Kenyon Street, NW**
**Apt 301**
**Washington, DC 20010**

Date(s) debt was incurred  11/14/2019

Last 4 digits of account number  0448

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$380.00**

---

**3.261 3**

**Nonpriority creditor's name and mailing address**

**SHANNON MARTIN**
**1825 New Hampshire Ave NW**
**Washington, DC 20009**

Date(s) debt was incurred  5/10/2019

Last 4 digits of account number  8A28

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.261 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|
| **Shannon Reeve**<br>**5925 32nd St NW**<br>**Washington, DC 20015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/18/2015** | Basis for the claim: _ | |
| Last 4 digits of account number **2948** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Shannon Reeve**<br>**5925 32nd Street NW**<br>**Washington, DC 20015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/25/2018** | Basis for the claim: _ | |
| Last 4 digits of account number **1884** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|
| **Sharon Ames**<br>**124 Cammot Lane**<br>**Fayetteville, NY 13066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/18/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **0C42** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Sharon Applestein**<br>**1200 Steuart Street, Unit 1029**<br>**Baltimore, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **1/25/2020** | Basis for the claim: _ | |
| Last 4 digits of account number **229E** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Sharon Bradley**<br>**1010 Wisconsin Avenue NW**<br>**Suite 620**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/2/2019** | Basis for the claim: _ | |
| Last 4 digits of account number **762A** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|
| **Sharon Bradley**<br>**159 Research Road**<br>**Greenbelt, MD 20770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **10/9/2017** | Basis for the claim: _ | |
| Last 4 digits of account number **A353** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.262 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|
| **Sharon Giglio**<br>**128 Rabbit Run**<br>**Wells, ME 04090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **12/19/2016** | Basis for the claim: _ | |
| Last 4 digits of account number **BAA1** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.262**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Sharon O'Hara**<br>**504 Prince George Drive**<br>**Lancaster, PA 17601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/10/2017** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **FA22** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| **Sharon Schwartz**<br>**36596 Putter Lane**<br>**Frankford, DE 19945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/2/2018** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **E861** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|
| **Shaundra Wood**<br>**4504 Lee St Ne**<br>**Washington, DC 20019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/22/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **60DC** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Shawn Gee**<br>**8618 Camden Street**<br>**Alexandria, VA 22308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **7/19/2017** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **9283** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **SHAWN HOWELL**<br>**10121 Peanut Mill Dr**<br>**Gaithersburg, MD 20882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **5/3/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **4671** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| **Shawn Smith**<br>**15 West View Road**<br>**Old Saybrook, CT 06475-2824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/25/2019** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **D4B2** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.262**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Shawn Vogel**<br>**27 Logan CIR NW**<br>**#2**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/4/2017** | **Basis for the claim:** _ | |
| Last 4 digits of account number  **E1D9** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.262
8**

**Nonpriority creditor's name and mailing address**

**Shawn West
10405 Grandin Street
Silver Spring, MD 20902**

Date(s) debt was incurred  **5/14/2017**

Last 4 digits of account number  **B619**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.262
9**

**Nonpriority creditor's name and mailing address**

**Shawna Allevato
N. Carlin Springs Rd
Arlington, VA 22203**

Date(s) debt was incurred  **12/13/2016**

Last 4 digits of account number  **4ED7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.263
0**

**Nonpriority creditor's name and mailing address**

**Shayna DeBarros
7876 Azalea Cove Terrace
Alexandria, VA 22315**

Date(s) debt was incurred  **11/18/2018**

Last 4 digits of account number  **3068**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.263
1**

**Nonpriority creditor's name and mailing address**

**Sheeva Shajib**

Date(s) debt was incurred  **5/12/2019**

Last 4 digits of account number  **A0C0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.263
2**

**Nonpriority creditor's name and mailing address**

**Sheila DeFord
311 Crandon Drive
St. Louis, MO 63105**

Date(s) debt was incurred  **8/29/2017**

Last 4 digits of account number  **2833**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.263
3**

**Nonpriority creditor's name and mailing address**

**Shelby DeCarlo
12 Russell CT
Matawan, NJ 07747**

Date(s) debt was incurred  **12/25/2017**

Last 4 digits of account number  **11BF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.263
4**

**Nonpriority creditor's name and mailing address**

**Sheldon Stromberg
5425 Connecticut ave n.w., apt 416
washington, DC 20015**

Date(s) debt was incurred  **12/25/2016**

Last 4 digits of account number  **93A3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

**Shella Neba**
**790 Huff Rd. NW**
**#7036**
**Atlanta, GA 30318**

Date(s) debt was incurred  **12/3/2017**

Last 4 digits of account number  **AD85**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

**Sherice Perry**
**43 K Street NW**
**#611**
**Washington, DC 20001**

Date(s) debt was incurred  **2/13/2017**

Last 4 digits of account number  **D1B0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**Sheridan  Ackiss**
**4601 Connecticut Ave NW**
**Apartment 210**
**Washington, DC 20008**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **1438**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**Sheridan  Ackiss**
**4601 Connecticut Ave NW**
**Apartment 210**
**Washington, DC 20008**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **1E3B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**Sherrie McConaughey**
**11740 E Fort Lowell Road**
**Tucson, AZ 85749**

Date(s) debt was incurred  **2/29/2020**

Last 4 digits of account number  **2152**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Shir Boger**
**8203 Spring Bottom Way**
**Baltimore, MD 21208**

Date(s) debt was incurred  **6/18/2020**

Last 4 digits of account number  **C0B2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**Shirley Keel**

Date(s) debt was incurred  **12/15/2016**

Last 4 digits of account number  **515C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.264 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Shirley McCartney**
**3101 Sharpie Ct**
**Virginia Beach, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/2018

Last 4 digits of account number  F033

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Shravya Kovela**
**2000 16th St NW**
**Apt 504**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2018

Last 4 digits of account number  0E91

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Shundra Jackson**
**1550 Larimer St.**
**#1039**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/28/2017

Last 4 digits of account number  4402

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Sid Pandit**
**360 H Street, NE, Apt. 432**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Last 4 digits of account number  8312

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Sid Phillips**
**1533 15th st nw**
**Apt 301**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15/2016

Last 4 digits of account number  3D73

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Silvia Quevedo**
**3140 Wisconsin Ave #216**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/21/2017

Last 4 digits of account number  C0E8

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Silvia Quevedo**
**3140 Wisconsin Ave #216**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2020

Last 4 digits of account number  CC23

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264 9**

**Nonpriority creditor's name and mailing address**

**Simon Fisherow**
**52 Quincy Place NW**
**#201**
**Washington, DC 20001**

Date(s) debt was incurred  **12/3/2016**

Last 4 digits of account number  **AB65**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

**Simon van Steyn**
**406 Lincoln Avenue**
**Falls Church, VA 22046**

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **1D01**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

**Simone Gore**
**30 South 4th Avenue**
**Highland Park, NJ 08904**

Date(s) debt was incurred  **2/16/2019**

Last 4 digits of account number  **0F59**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.265 2**

**Nonpriority creditor's name and mailing address**

**Sindu Stephen**
**5022 Warren St. NW**
**Washington, DC 20016-4370**

Date(s) debt was incurred  **12/6/2016**

Last 4 digits of account number  **6825**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

**Sinthia Shuler**
**9622 Eaton Woods Place**
**Lorton, VA 22079**

Date(s) debt was incurred  **12/17/2019**

Last 4 digits of account number  **72EA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

**Skye Wheeler**
**1004 Monroe St NW**
**Washington, DC 20010**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **B9EA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

**Snigdha Sharma**
**8012 S. 20th.Avenue**
**Phoenix, AZ 85041**

Date(s) debt was incurred  **11/16/2017**

Last 4 digits of account number  **4D1E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.265
6**

**Nonpriority creditor's name and mailing address**

**Sofia Burton**
**1935 Marthas Road**
**Alexandria, VA 22307**

**Date(s) debt was incurred  10/29/2018**

**Last 4 digits of account number  5151**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.265
7**

**Nonpriority creditor's name and mailing address**

**Soleil David**
**200 South Madison Street**
**Apt. 202**
**Bloomington, IN 47404**

**Date(s) debt was incurred  12/12/2019**

**Last 4 digits of account number  6A48**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.265
8**

**Nonpriority creditor's name and mailing address**

**Sophie Schwadron**
**2910 Georgia Ave NW #103**
**Washington, DC 20001**

**Date(s) debt was incurred  12/22/2018**

**Last 4 digits of account number  C0BB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.265
9**

**Nonpriority creditor's name and mailing address**

**Sowmya Viswanathan**
**828 Sweet Birch Drive**
**Middletown, DE 19709**

**Date(s) debt was incurred  11/4/2019**

**Last 4 digits of account number  F43C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.266
0**

**Nonpriority creditor's name and mailing address**

**Stacey Apfelbaum**
**45 Glenwood Rd**
**Menands, NY 12204**

**Date(s) debt was incurred  12/28/2019**

**Last 4 digits of account number  B272**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.266
1**

**Nonpriority creditor's name and mailing address**

**stacey held**
**6121 Fairhaven Court**
**agoura hills, CA 91301**

**Date(s) debt was incurred  9/10/2018**

**Last 4 digits of account number  E95F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.266
2**

**Nonpriority creditor's name and mailing address**

**stacey hughes**
**314 north Garfield**
**Arlington, VA 22201**

**Date(s) debt was incurred  3/23/2019**

**Last 4 digits of account number  B72C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

**Stacey Lee**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **7FEA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

**Stacey Platte**
**6840 Corder Ln**
**Lorton, VA 22079**

Date(s) debt was incurred  **1/22/2020**

Last 4 digits of account number  **1795**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

**Stacie Arpey**
**6 Sherwood Trail**
**SARATOGA SPRINGS, NY 12866**

Date(s) debt was incurred  **11/30/2019**

Last 4 digits of account number  **AB6F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

**Stacie Arpey**
**6 Sherwood Trail**
**SARATOGA SPRINGS, NY 12866**

Date(s) debt was incurred  **11/30/2019**

Last 4 digits of account number  **0895**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.266 7**

**Nonpriority creditor's name and mailing address**

**Stacy Kamisar**
**4 Parade Ground**
**Weston, CT 06883**

Date(s) debt was incurred  **12/17/2017**

Last 4 digits of account number  **1BE5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

**Stacy Knauer**
**9213 Club House Road**
**Presto, PA 15142**

Date(s) debt was incurred  **11/16/2018**

Last 4 digits of account number  **A60C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

**Stacy Levine**
**285 Grande Way Apt#401**
**Naples, FL 34110**

Date(s) debt was incurred  **3/14/2020**

Last 4 digits of account number  **86DE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.267 0 | **Nonpriority creditor's name and mailing address** <br> **Stacy Mack** <br> **1629 Columbia Rd, NW, Apt 826** <br> **Washington, DC 20009** <br><br> Date(s) debt was incurred **6/20/2018** <br> Last 4 digits of account number **299B** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
|---|---|---|---|

| 3.267 1 | **Nonpriority creditor's name and mailing address** <br> **Stacy Sassman** <br> **1700 Bel Air Dr** <br> **Ames, IA 50010** <br><br> Date(s) debt was incurred **10/5/2019** <br> Last 4 digits of account number **4CA5** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |
|---|---|---|---|

| 3.267 2 | **Nonpriority creditor's name and mailing address** <br> **Stan Pietrak** <br> **2130 P St., NW #1009** <br> **Washington, DC 20037** <br><br> Date(s) debt was incurred **12/22/2018** <br> Last 4 digits of account number **E079** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |
|---|---|---|---|

| 3.267 3 | **Nonpriority creditor's name and mailing address** <br> **Stefan Kazacos** <br> **8601 Sardonyx Dr. SW** <br> **Lakewood, WA 98498** <br><br> Date(s) debt was incurred **8/3/2020** <br> Last 4 digits of account number **66E4** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$90.00** |
|---|---|---|---|

| 3.267 4 | **Nonpriority creditor's name and mailing address** <br> **Stefanie Dombek** <br> **70 Noyes Ave** <br> **Stonington, CT 06378** <br><br> Date(s) debt was incurred **12/11/2019** <br> Last 4 digits of account number **7925** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$190.00** |
|---|---|---|---|

| 3.267 5 | **Nonpriority creditor's name and mailing address** <br> **Stefanie Hennes** <br> **2006 Derby Ridge Lane** <br> **Silver Spring, MD 20910** <br><br> Date(s) debt was incurred **12/15/2017** <br> Last 4 digits of account number **0791** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$5.00** |
|---|---|---|---|

| 3.267 6 | **Nonpriority creditor's name and mailing address** <br> **Stefanie Hennes** <br> **2006 Derby Ridge Lane** <br> **Silver Spring, MD 20910** <br><br> Date(s) debt was incurred **12/15/2017** <br> Last 4 digits of account number **C508** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$185.00** |
|---|---|---|---|

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2677**

Nonpriority creditor's name and mailing address

**Stefanie Mondor**
**1315 W Street NW**
**Apt 631**
**Washington, DC 20009**

Date(s) debt was incurred __9/4/2019__

Last 4 digits of account number __0705__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.2678**

Nonpriority creditor's name and mailing address

**Stefanie Wolf**
**301 W Broad Street**
**Apt 736**
**Falls Church, VA 22046**

Date(s) debt was incurred __12/18/2018__

Last 4 digits of account number __F927__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2679**

Nonpriority creditor's name and mailing address

**Stella Hwang**

Date(s) debt was incurred __12/29/2017__

Last 4 digits of account number __55F6__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.2680**

Nonpriority creditor's name and mailing address

**Stephan Carter**
**205 Braeburn Road**
**Barrington, IL 60010**

Date(s) debt was incurred __12/17/2018__

Last 4 digits of account number __1D5D__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2681**

Nonpriority creditor's name and mailing address

**Stephanie Aaronson**
**7306 Pyle Rd**
**BETHESDA, MD 20817**

Date(s) debt was incurred __12/5/2019__

Last 4 digits of account number __9631__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.2682**

Nonpriority creditor's name and mailing address

**Stephanie Boyland**

Date(s) debt was incurred __9/29/2018__

Last 4 digits of account number __29AA__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.2683**

Nonpriority creditor's name and mailing address

**Stephanie Carra**

Date(s) debt was incurred __6/29/2016__

Last 4 digits of account number __B5CF__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.268<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| --- | --- | --- | --- |

**Stephanie Crivello**
415 L St NW
#1147
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/10/2018

Last 4 digits of account number  4972

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
| --- | --- | --- | --- |

**Stephanie Denney**
4212 20th Street NE
Washington, DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/4/2016

Last 4 digits of account number  74A9

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
| --- | --- | --- | --- |

**Stephanie Ebbs**
1310 East Grand Ave
Carbondale, IL 62901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/25/2019

Last 4 digits of account number  9A65

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| --- | --- | --- | --- |

**Stephanie Frantz**
1306 Harmott Ave
Norfolk, VA 23509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2019

Last 4 digits of account number  5C0F

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
| --- | --- | --- | --- |

**Stephanie Fussell**
163 Lotus Loop
Hot Springs, AR 71901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2019

Last 4 digits of account number  BB02

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| --- | --- | --- | --- |

**Stephanie Goodman**
399 Gallup Rd
Morristown, VT 05661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2017

Last 4 digits of account number  A166

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
| --- | --- | --- | --- |

**Stephanie Guidry**
7 Glenvale Terrace
Unit 3
Jamaica Plain, MA 02130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2018

Last 4 digits of account number  0EB8

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.269**
**1**

**Nonpriority creditor's name and mailing address**

**Stephanie Silton**
**3237 GLADSTONE LANE**
**MOUND, MN 55364**

Date(s) debt was incurred  4/14/2019

Last 4 digits of account number  D4B8

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.269**
**2**

**Nonpriority creditor's name and mailing address**

**Stephanie Warren**
**5290 Ridge Road, 3**
**Somerset, VA 22972**

Date(s) debt was incurred  1/3/2018

Last 4 digits of account number  E60E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.269**
**3**

**Nonpriority creditor's name and mailing address**

**Stephanie White**
**3506 15th Street N**
**Arlington, VA 22201**

Date(s) debt was incurred  11/20/2019

Last 4 digits of account number  A484

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.269**
**4**

**Nonpriority creditor's name and mailing address**

**STEPHEN BRYANT**
**15705 QUINCE TRACE TERRACE**
**GAITHERSBURG, MD 20878-2287**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  400F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.269**
**5**

**Nonpriority creditor's name and mailing address**

**Stephen Gresham**
**3222 Davenport Street, NW**
**Washington, DC 20008**

Date(s) debt was incurred  3/4/2019

Last 4 digits of account number  AED5

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.269**
**6**

**Nonpriority creditor's name and mailing address**

**Stephen Hart**
**1530 Key BLVD**
**Unit 1315**
**Arlington, VA 22209**

Date(s) debt was incurred  12/20/2017

Last 4 digits of account number  9A22

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.269**
**7**

**Nonpriority creditor's name and mailing address**

**Stephen Jorgensen**
**409 East 8th Street**
**Brooklyn, NY 11218**

Date(s) debt was incurred  12/19/2019

Last 4 digits of account number  CE60

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2698**

**Nonpriority creditor's name and mailing address**

**Stephen Nei**
**5701 16th St N**
**Saint Cloud, MN 56303**

Date(s) debt was incurred **1/28/2018**

Last 4 digits of account number **89EB**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.2699**

**Nonpriority creditor's name and mailing address**

**Stephen Poston**
**1519 P Street, NW**
**Washington, DC 20005**

Date(s) debt was incurred **12/17/2017**

Last 4 digits of account number **286F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.2700**

**Nonpriority creditor's name and mailing address**

**Stephen Rodger**
**1401 Church Street NW**
**Unit #420**
**Washington, DC 20005**

Date(s) debt was incurred **5/8/2018**

Last 4 digits of account number **1222**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.2701**

**Nonpriority creditor's name and mailing address**

**Stephen Rosen**

Date(s) debt was incurred **7/22/2016**

Last 4 digits of account number **ADDD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2702**

**Nonpriority creditor's name and mailing address**

**Sterling Cates**
**410 S Hauser Blvd**
**12L**
**Los Angeles, CA 90036**

Date(s) debt was incurred **6/28/2017**

Last 4 digits of account number **CB37**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.2703**

**Nonpriority creditor's name and mailing address**

**Steve  Etienne**
**1326 North Broadway**
**Baltimore, MD 21213**

Date(s) debt was incurred **7/19/2019**

Last 4 digits of account number **0EBD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.2704**

**Nonpriority creditor's name and mailing address**

**Steve Brescia**
**1215 Kearny St. NE**
**Washington, DC 20017**

Date(s) debt was incurred **9/7/2019**

Last 4 digits of account number **6E01**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

**Steve Covington**
**8 Kings Creek Drive**
**Kingwood, TX 77339**

Date(s) debt was incurred  8/3/2017

Last 4 digits of account number  104E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$190.00**

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

**Steve Sharkey**
**33 Inkberry Circle**
**Gaithersburg, MD 20877**

Date(s) debt was incurred  2/11/2020

Last 4 digits of account number  2004

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.270 7**

**Nonpriority creditor's name and mailing address**

**Steven Agran**
**7 Radford Court**
**West Windsor, NJ 08550**

Date(s) debt was incurred  10/24/2016

Last 4 digits of account number  F6A9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

**Steven Formicola**
**58 N Greenwich Rd**
**Armonk, NY 10504**

Date(s) debt was incurred  12/16/2017

Last 4 digits of account number  FE88

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

**Steven Gentile**
**1169 Pacific Beach Dr.**
**Apt F**
**San Diego, CA 92109**

Date(s) debt was incurred  8/11/2016

Last 4 digits of account number  D39D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

**Steven Malpiedi**
**136 Summer Street**
**Unit 1**
**Watertown, MA 02472**

Date(s) debt was incurred  9/6/2017

Last 4 digits of account number  25A4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

**Steven Per**
**11 Portland Dr**
**Skillman, NJ 08558**

Date(s) debt was incurred  12/30/2019

Last 4 digits of account number  3198

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.271**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Steven Resman**<br>**1200 N. Veitch St.**<br>**apt 805**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/21/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  5D52 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Steven Richardson**<br>**3935 Tallow Tree Place**<br>**Fairfax, VA 22033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/9/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  54F8 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|
| **Steven Varabkanich**<br>**6720B Rockledge Drive**<br>**Suite 140**<br>**Bethesda, MD 20817** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/6/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  988F | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|
| **Steven Walker**<br>**16A Hobbs Rd**<br>**North Hampton, NH 03862** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7/4/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  98B7 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|
| **Storm Horncastle**<br>**2701 O Street, NW**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/30/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  A7C9 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|
| **Stuart Sessions**<br>**7700 Meadow Lane**<br>**Chevy Chase, MD 20815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/16/2018 | Basis for the claim: _ | |
| Last 4 digits of account number  A5B4 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|
| **Stuart Watson**<br>**3123 35th Ave S**<br>**Seattle, WA 98144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/23/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  3454 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

**Sue Gates**
**2010 Thornwood Avenue**
**Wilmette, IL 60091**

Date(s) debt was incurred  12/17/2018

Last 4 digits of account number  A251

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$240.00**

---

**3.272 0**

**Nonpriority creditor's name and mailing address**

**sue kasner**
**4943 rutherford ct**
**Granite Bay, CA 95746**

Date(s) debt was incurred  7/16/2018

Last 4 digits of account number  6A6D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**

**Sue Sullivan**
**98 north elm street**
**Northampton, MA 01060**

Date(s) debt was incurred  12/21/2018

Last 4 digits of account number  4516

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**

**Sue walsh**
**12127 Longmeadow Lane**
**HOMER GLEN, IL 60491-6906**

Date(s) debt was incurred  12/15/2019

Last 4 digits of account number  D9C7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.272 3**

**Nonpriority creditor's name and mailing address**

**Sumintra Palm**
**1100 Connecticut Avenue NW**
**Suite 1200**
**Washington, DC 20036**

Date(s) debt was incurred  10/29/2019

Last 4 digits of account number  CC3B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**

**Sunil Bajaj**
**7600 manor house drive**
**Fairfax Station, VA 22039**

Date(s) debt was incurred  2/13/2020

Last 4 digits of account number  B2EB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**

**Sunil Chacko**
**37 Maryland Avenue, Apt 427**
**Rockville, MD 20850**

Date(s) debt was incurred  7/12/2020

Last 4 digits of account number  4DBB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.272
6**

**Nonpriority creditor's name and mailing address**

**Susan  Apollonio**
**2685 Chancellors Way NE**
**Washington, DC 20017**

Date(s) debt was incurred  11/23/2019

Last 4 digits of account number  5F7A

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.272
7**

**Nonpriority creditor's name and mailing address**

**Susan  McNeice**
**816 Rivergate Pl**
**Alexandria, VA 22314-1759**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  2181

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.272
8**

**Nonpriority creditor's name and mailing address**

**Susan  Zweighaft**
**619 Poplar Drive**
**Falls Church, VA 22046**

Date(s) debt was incurred  12/15/2017

Last 4 digits of account number  CB0D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.272
9**

**Nonpriority creditor's name and mailing address**

**Susan Abrams**
**2012 Wyoming Ave NW**
**Washington, DC 20009**

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number  791D

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.273
0**

**Nonpriority creditor's name and mailing address**

**Susan Arnim**
**402 Castano Avenue**
**San Antonio, TX 78209**

Date(s) debt was incurred  12/15/2018

Last 4 digits of account number  EC97

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.273
1**

**Nonpriority creditor's name and mailing address**

**Susan Backus**

Date(s) debt was incurred  9/12/2016

Last 4 digits of account number  0909

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.273
2**

**Nonpriority creditor's name and mailing address**

**Susan Barse**
**1400 Church Hill Place**
**Reston, VA 20194**

Date(s) debt was incurred  12/20/2016

Last 4 digits of account number  EB50

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Susan Benett**
**2323 49th Street, NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/8/2018

**Last 4 digits of account number**  2395

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Susan Brady**
**205 Van Buren Street**
**Suite 240**
**Herndon, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/26/2018

**Last 4 digits of account number**  D199

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Susan Cassidy**
**11109 Waycroft Way**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/30/2019

**Last 4 digits of account number**  4C52

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Susan Charboneau**
**853 Whitney Ave.**
**Hamden, CT 06517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/21/2020

**Last 4 digits of account number**  82BB

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Susan Chin**
**310 Riverside Drive**
**Apt. 704**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/17/2019

**Last 4 digits of account number**  5C09

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Susan Cleverdon**
**9131 Scott Street**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/10/2018

**Last 4 digits of account number**  338B

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Susan Fernandez**
**2411 Grandin Rd**
**CINCINNATI, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/12/2018

**Last 4 digits of account number**  CD8B

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 392 of 428**

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2740**

**Nonpriority creditor's name and mailing address**

**Susan Fernandez**
**2411 Grandin Rd**
**CINCINNATI, OH 45208**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **AAD2**

As of the petition filing date, the claim is: *Check all that apply.*                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2741**

**Nonpriority creditor's name and mailing address**

**Susan Fernandez**
**2411 Grandin Rd**
**CINCINNATI, OH 45208**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **0A74**

As of the petition filing date, the claim is: *Check all that apply.*                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2742**

**Nonpriority creditor's name and mailing address**

**Susan Fernandez**
**2411 Grandin Rd**
**CINCINNATI, OH 45208**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **CBE6**

As of the petition filing date, the claim is: *Check all that apply.*                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2743**

**Nonpriority creditor's name and mailing address**

**Susan Fernandez**
**2411 Grandin Rd**
**CINCINNATI, OH 45208**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **AAD2**

As of the petition filing date, the claim is: *Check all that apply.*                    **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2744**

**Nonpriority creditor's name and mailing address**

**Susan Goings**
**1717 Ridgevue Avenue**
**Clifton Forge, VA 24422**

Date(s) debt was incurred  **12/13/2017**

Last 4 digits of account number  **DB0E**

As of the petition filing date, the claim is: *Check all that apply.*                    **$5.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2745**

**Nonpriority creditor's name and mailing address**

**Susan Halambeck**

Date(s) debt was incurred  **5/4/2017**

Last 4 digits of account number  **BD83**

As of the petition filing date, the claim is: *Check all that apply.*                    **$5.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2746**

**Nonpriority creditor's name and mailing address**

**Susan Ingram**

Date(s) debt was incurred  **11/14/2018**

Last 4 digits of account number  **4FE1**

As of the petition filing date, the claim is: *Check all that apply.*                    **$30.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 393 of 428**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.274**
**7**

**Nonpriority creditor's name and mailing address**

**Susan Kohler**
**12208 Drews Court**
**potomac, MD 20854**

Date(s) debt was incurred  **7/3/2018**

Last 4 digits of account number  **997C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.274**
**8**

**Nonpriority creditor's name and mailing address**

**Susan Long**
**19650 Olympic Club Ct**
**Ashburn, VA 20147**

Date(s) debt was incurred  **8/21/2016**

Last 4 digits of account number  **3AE3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.274**
**9**

**Nonpriority creditor's name and mailing address**

**Susan Martins-Phipps**
**84 Janice Rd**
**Warwick, RI 02886**

Date(s) debt was incurred  **8/1/2016**

Last 4 digits of account number  **8E6D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.275**
**0**

**Nonpriority creditor's name and mailing address**

**Susan Murphy**
**2200 Benjamin Franklin Parkway W1909**
**Philadelphia, PA 19130**

Date(s) debt was incurred  **12/7/2019**

Last 4 digits of account number  **5F77**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.275**
**1**

**Nonpriority creditor's name and mailing address**

**Susan Nelson**
**60 East 96th St.**
**Apartment 20A**
**New York, NY 10128**

Date(s) debt was incurred  **12/15/2018**

Last 4 digits of account number  **BF96**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.275**
**2**

**Nonpriority creditor's name and mailing address**

**Susan OBrien**
**25 D Heritage Drive**
**Chatham, NJ 07928**

Date(s) debt was incurred  **12/14/2018**

Last 4 digits of account number  **7DEE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.275**
**3**

**Nonpriority creditor's name and mailing address**

**Susan Poppe**
**20 Honey Brook CT**
**Cameron, NC 28326**

Date(s) debt was incurred  **11/27/2019**

Last 4 digits of account number  **168A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$165.00**

---

| Debtor | CulinAerie DC, LLC | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

**Susan Sabo**
**27897 Queentree Rd**
**Mechanicsville, MD 20659**

Date(s) debt was incurred  10/3/2018

Last 4 digits of account number  2E47

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

**Susan Saglimbene**
**554 Lee Court**
**Wyckoff, NJ 07481**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  B085

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

**Susan Sansale**
**10555 Landau Drive**
**Wexford, PA 15090**

Date(s) debt was incurred  3/18/2019

Last 4 digits of account number  6F0E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$115.00**

---

**3.275 7**

**Nonpriority creditor's name and mailing address**

**Susan Selkin**
**465 west end ave**
**New york, NY 10024**

Date(s) debt was incurred  12/15/2017

Last 4 digits of account number  4F4F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

**Susan Shams**
**10518 Dawson Dr**
**Lafayette, CO 80026**

Date(s) debt was incurred  12/9/2017

Last 4 digits of account number  890B

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

**Susan Tharp**
**14954 Rancho Real**
**Del Mar, CA 92014**

Date(s) debt was incurred  3/7/2020

Last 4 digits of account number  69C8

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.276 0**

**Nonpriority creditor's name and mailing address**

**Susan Vickers**

Date(s) debt was incurred  12/4/2018

Last 4 digits of account number  02A3

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                **Best Case Bankruptcy**

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.276 1**

**Nonpriority creditor's name and mailing address**
**Susan Vickers QB 5366**

Date(s) debt was incurred  **12/4/2018**

Last 4 digits of account number  **02A3**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.276 2**

**Nonpriority creditor's name and mailing address**
**Susan Waddington**

Date(s) debt was incurred  **12/21/2016**

Last 4 digits of account number  **21A0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.276 3**

**Nonpriority creditor's name and mailing address**
**Susan Watters**
**116 Lexington Drive**
**Silver Spring, MD 20901**

Date(s) debt was incurred  **11/29/2016**

Last 4 digits of account number  **DA75**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.276 4**

**Nonpriority creditor's name and mailing address**
**Susan Wheeler**
**10 Elm Street**
**Hawthorn Woods, IL 60047-9247**

Date(s) debt was incurred  **12/11/2016**

Last 4 digits of account number  **57BF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.276 5**

**Nonpriority creditor's name and mailing address**
**Susanne Ortmann**
**140 south 29 th st**
**Purcellville, VA 20132**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **1468**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.276 6**

**Nonpriority creditor's name and mailing address**
**Sushma Sheth**
**3300 16TH ST NW**
**Washington, DC 20010**

Date(s) debt was incurred  **8/21/2017**

Last 4 digits of account number  **5142**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.276 7**

**Nonpriority creditor's name and mailing address**
**Susie Grover**
**29671,Softwind Circle**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred  **11/24/2019**

Last 4 digits of account number  **BFAC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2768**

**Nonpriority creditor's name and mailing address**

**Suzanne Cech**
**233 S Edgewood Ave**
**Lombard, IL 60148**

Date(s) debt was incurred  12/20/2019

Last 4 digits of account number  90C1

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2769**

**Nonpriority creditor's name and mailing address**

**Suzanne Swanhorst**
**Care of Yvonne Rubin**
**7 Deer Run**
**East Haddam, CT 06423**

Date(s) debt was incurred  1/5/2020

Last 4 digits of account number  1621

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.2770**

**Nonpriority creditor's name and mailing address**

**Suzette Bradbury**
**2931 Tilden St, NW**
**Washington, DC 20008**

Date(s) debt was incurred  2/9/2020

Last 4 digits of account number  1973

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.2771**

**Nonpriority creditor's name and mailing address**

**Suzette Melendez**
**4453 Winding Creek Rd**
**Manlius, NY 13104**

Date(s) debt was incurred  12/21/2019

Last 4 digits of account number  F176

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2772**

**Nonpriority creditor's name and mailing address**

**sven collette**
**21 Rue Kockelberg**
**Diekirch, CA 09252**

Date(s) debt was incurred  12/20/2019

Last 4 digits of account number  EEC4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$90.00**

---

**3.2773**

**Nonpriority creditor's name and mailing address**

**swati  Saraiya**
**6201 Devon Drive**
**Columbia, MD 21044**

Date(s) debt was incurred  6/21/2019

Last 4 digits of account number  9030

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.2774**

**Nonpriority creditor's name and mailing address**

**sydney  farrell**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number  6091

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.277 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Sydney Latas**
**She Should Run**
**718 7th St NW, 2nd Floor**
**Washington, DC 20001**

Date(s) debt was incurred  8/24/2017

Last 4 digits of account number  CA13

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Sydney Rose**
**300 W 14th Street**
**Apt 201**
**New York, NY 10014**

Date(s) debt was incurred  12/10/2019

Last 4 digits of account number  96CC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Tabetha Karydas**
**47-04 Springfield Blvd**
**BAYSIDE, NY 11361**

Date(s) debt was incurred  11/2/2018

Last 4 digits of account number  C4D3

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Taleen Ghazarian**
**5909 Massachusetts Ave**
**Bethesda, MD 20816**

Date(s) debt was incurred  6/24/2018

Last 4 digits of account number  8A8C

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Talya Meyers**
**223 W Pedregosa St**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  1/18/2018

Last 4 digits of account number  CF40

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**Tamara Ballou**
**1506 Crane St.**
**Falls Church, VA 22046**

Date(s) debt was incurred  12/24/2018

Last 4 digits of account number  C1D8

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$555.00** |
|---|---|---|---|

**Tammie Askew**
**1904 Great Falls St**
**McLean, VA 22101**

Date(s) debt was incurred  1/9/2020

Last 4 digits of account number  1677

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

**Tammy Barboza**
**147 Liberty Street**
**Apt. 1**
**Fall River, MA 02724**

Date(s) debt was incurred  **7/29/2019**

Last 4 digits of account number  **CBF0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

**Tanya Wadhawan**
**2048 Via Visalia**
**Apt 700**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred  **12/26/2019**

Last 4 digits of account number  **55DF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$260.00**

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

**Tanya wadhawan**
**1629 Columbia Rd NW**
**Washington, DC 20009**

Date(s) debt was incurred  **3/1/2019**

Last 4 digits of account number  **DAB5**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

**Tara Charles**
**1329 Independence Ct SE**
**Washington, DC 20003**

Date(s) debt was incurred  **2/25/2020**

Last 4 digits of account number  **B48F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$585.00**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

**Tara Hickey**
**1527 12th St #3**
**Washington, DC 20005**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **0BDE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**

**Tara Kunkel**
**600 H St NE**
**Washington, DC 20002-5167**

Date(s) debt was incurred  **11/14/2018**

Last 4 digits of account number  **5428**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

**Tara Kunkel**
**600 H St NE**
**Washington, DC 20002-5167**

Date(s) debt was incurred  **11/14/2018**

Last 4 digits of account number  **EC7C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.278 9**

**Nonpriority creditor's name and mailing address**

**Tara Stratton**
**4404 Julies Way**
**Williamsburg, VA 23188**

Date(s) debt was incurred **12/20/2017**

Last 4 digits of account number **0CFF**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.279 0**

**Nonpriority creditor's name and mailing address**

**Tara Van De Mark**
**3624 New Hampshire Ave., NW**
**Washington, DC 20010**

Date(s) debt was incurred **4/20/2019**

Last 4 digits of account number **DBF6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.279 1**

**Nonpriority creditor's name and mailing address**

**Tari St Marie**
**475 Front Street #206**
**Lahaina, HI 96761**

Date(s) debt was incurred **5/5/2018**

Last 4 digits of account number **4092**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.279 2**

**Nonpriority creditor's name and mailing address**

**Tari St Marie**
**475 Front Street #206**
**Lahaina, HI 96761**

Date(s) debt was incurred **5/13/2018**

Last 4 digits of account number **328B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.279 3**

**Nonpriority creditor's name and mailing address**

**Tatiana Kovtoun**
**1507 Langhorne RD.**
**Lynchburg, VA 24503**

Date(s) debt was incurred **11/23/2016**

Last 4 digits of account number **5F4F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.279 4**

**Nonpriority creditor's name and mailing address**

**Taylor Cappel**
**Deloitte Services LP**
**1919 N Lynn Street**
**Arlington, VA 22209**

Date(s) debt was incurred **3/3/2020**

Last 4 digits of account number **6202**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.279 5**

**Nonpriority creditor's name and mailing address**

**Taylor Rosenbaum**
**3550 Main St**
**Apt 6205**
**Houston, TX 77002**

Date(s) debt was incurred **10/22/2019**

Last 4 digits of account number **2AB4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.279 6**

**Nonpriority creditor's name and mailing address**

**Taylor Spillman**
**325 LaSalle Ct.**
**Flowood, MS 39232**

Date(s) debt was incurred  **12/22/2019**

Last 4 digits of account number  **77EC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.279 7**

**Nonpriority creditor's name and mailing address**

**Taylor Witte**
**2901 Terrace Dr.**
**Millersville, PA 17551**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **00EF**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.279 8**

**Nonpriority creditor's name and mailing address**

**Ted Cooper**
**1514 8th Street NW**
**Unit 8**
**Washington, DC 20001**

Date(s) debt was incurred  **5/6/2018**

Last 4 digits of account number  **2616**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.279 9**

**Nonpriority creditor's name and mailing address**

**Teddi Parra**
**1 sheeidnlane**
**Sea cliff, NY 11579**

Date(s) debt was incurred  **2/23/2019**

Last 4 digits of account number  **C205**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.280 0**

**Nonpriority creditor's name and mailing address**

**Teddy Berlin**
**6821 Algonquin Ave**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **591D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.280 1**

**Nonpriority creditor's name and mailing address**

**Terence Boes**
**3426 16th st NW #T5**
**Washington, DC 20010**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **4E0A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.280 2**

**Nonpriority creditor's name and mailing address**

**Terence Hardy**
**1038 Otis St NE**
**#102**
**Washington, DC 20017**

Date(s) debt was incurred  **12/4/2017**

Last 4 digits of account number  **0451**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

**Teresa Honnold**
**3953 Cottontail Lane**
**Bloomfield Hills, MI 48301**

Date(s) debt was incurred  **4/28/2017**

Last 4 digits of account number  **DAD0**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

**Teresa McLain**
**14009 Fontana St.**
**Leawood, KS 66224**

Date(s) debt was incurred  **12/18/2017**

Last 4 digits of account number  **8B62**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**Teresa Safer**

Date(s) debt was incurred  **9/13/2019**

Last 4 digits of account number  **FDE6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**Teresa Valls**
**1205 Addison**
**Philadelphia, PA 19147**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **0993**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**terrence sheehan**
**9614 beman woods way**
**potomac, MD 20854**

Date(s) debt was incurred  **2/20/2020**

Last 4 digits of account number  **0583**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

**Terri Edwards**
**800 17th Street, NW**
**Washington, DC 20006**

Date(s) debt was incurred  **8/2/2019**

Last 4 digits of account number  **D05A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

**Tess DeLean**
**2019 HBS Mail Center**
**500 Soldiers Field Road**
**Boston, MA 02163**

Date(s) debt was incurred  **6/6/2019**

Last 4 digits of account number  **493D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.281 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Tessa Connelly**
**2007 Sansom Street**
**Floor 3**
**Philadelphia, PA 19253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/6/2019**

**Basis for the claim:** _

**Last 4 digits of account number  91AC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Tessica Venteicher**
**4121 Churchman Way**
**Wodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/25/2019**

**Basis for the claim:** _

**Last 4 digits of account number  5DCB**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Theodore Wierzbanowski**
**1133 Bal Harbor Blvd.**
**Suite 1139 PMB 308**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/20/2019**

**Basis for the claim:** _

**Last 4 digits of account number  B367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Theresa Cassi Hook**
**79 Turnstone Ct**
**Stafford, VA 22556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/10/2018**

**Basis for the claim:** _

**Last 4 digits of account number  EEC2**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Theresa Chase**
**2210 Las Rosas Lane**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/7/2018**

**Basis for the claim:** _

**Last 4 digits of account number  7891**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Theresa Gabris**
**5414 1st Place NW**
**502**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/13/2020**

**Basis for the claim:** _

**Last 4 digits of account number  BDB9**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Theresa Lewis**
**304 W. Orchard Dr.**
**Palmyra, PA 17078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/6/2019**

**Basis for the claim:** _

**Last 4 digits of account number  85DC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.281 7**

**Nonpriority creditor's name and mailing address**

**Theresa Meehan**
**1401 N. Taft Street**
**Apt. 310**
**Arlington, VA 22201**

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number  F265

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**

**Theron Taggart**
**4117 FESSENDEN ST NW**
**WASHINGTON, DC 20016**

Date(s) debt was incurred  12/12/2018

Last 4 digits of account number  570C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.281 9**

**Nonpriority creditor's name and mailing address**

**Thomas Bush**

Date(s) debt was incurred  8/19/2018

Last 4 digits of account number  DF24

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.282 0**

**Nonpriority creditor's name and mailing address**

**Thomas Carlton**
**34 F Street**
**Apt. 2**
**Boston, MA 02127**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  3A01

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.282 1**

**Nonpriority creditor's name and mailing address**

**Thomas Casker**
**1511 22nd Street NW**
**#33**
**Washington, DC 20037**

Date(s) debt was incurred  2/13/2020

Last 4 digits of account number  2035

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.282 2**

**Nonpriority creditor's name and mailing address**

**Thomas Dinh**
**1001 N Randolph Street**
**Apt 716**
**Arlington, VA 22201**

Date(s) debt was incurred  10/25/2019

Last 4 digits of account number  923E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.282 3**

**Nonpriority creditor's name and mailing address**

**Thomas Haslinger**
**9430 Lost Trail Way**
**Potomac, MD 20854**

Date(s) debt was incurred  12/20/2018

Last 4 digits of account number  F43C

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.282 4**

**Nonpriority creditor's name and mailing address**

**Thomas James**
**2737 Saint Paul St Apt 2**
**Baltimore, MD 21218**

**Date(s) debt was incurred** 12/24/2018

**Last 4 digits of account number** EFC4

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

**Thomas Lee**
**50 Q St NE**
**Apt 2**
**Washington, DC 20002**

**Date(s) debt was incurred** 12/9/2019

**Last 4 digits of account number** 0804

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**Thomas McManus**
**3164 Arnold Ave SW**
**Washington, DC 20032**

**Date(s) debt was incurred** 5/23/2017

**Last 4 digits of account number** 8889

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**Thomas Mugavero**
**4511 Brookside Drive**
**Alexandria, VA 22312**

**Date(s) debt was incurred** 4/11/2018

**Last 4 digits of account number** B47E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Thomas Nelson**
**5105 52nd Street NW**
**Washington, DC 20016**

**Date(s) debt was incurred** 2/4/2017

**Last 4 digits of account number** 10B2

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Thomas Perez-Lopez**
**1330 New Hampshire Ave NW**
**Apt 610**
**Washington, DC 20036**

**Date(s) debt was incurred** 2/14/2018

**Last 4 digits of account number** 2E3E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

**Thomas Pulham**
**1425 P St NW #510**
**WASHINGTON, DC 20005**

**Date(s) debt was incurred** 10/29/2016

**Last 4 digits of account number** 6D0F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.283 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Thomas Stahl**
**455 Luray Place, NW**
**Unit B**
**Washington, DC 21045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2020**

Last 4 digits of account number  **B463**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Thomas Young**
**5304 7th St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **3661**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Thomas Young**
**5304 7th St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **3661**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Thor Alden**
**1255 25th, St, NW, Apt 326**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  **526E**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Thy-Ann Nguyen**
**2011 Crystal Drive Suite 1005**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/15/2018**

Last 4 digits of account number  **FA58**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Thyda Chhuan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2018**

Last 4 digits of account number  **062F**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Thys DeYoung**
**1241 Euclid St NW**
**Washington, DC 20009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **F912**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2838**

**Nonpriority creditor's name and mailing address**

**Tia Odeneal**
**625 Guerrero St Apt 11**
**San Francisco, CA 94110**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **5E77**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2839**

**Nonpriority creditor's name and mailing address**

**Tiffany Fletcher**
**613 Lancaster St NE**
**Washington, DC 20017**

Date(s) debt was incurred  **12/25/2018**

Last 4 digits of account number  **0BCD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.2840**

**Nonpriority creditor's name and mailing address**

**Tim Hood**
**19245 Kepharts Mill Terrace**
**Leesburg, VA 20176**

Date(s) debt was incurred  **5/13/2017**

Last 4 digits of account number  **E9F9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2841**

**Nonpriority creditor's name and mailing address**

**Tim Machenaud**
**3342 M Street NW**
**Washington, DC 20007**

Date(s) debt was incurred  **8/13/2019**

Last 4 digits of account number  **7B5E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2842**

**Nonpriority creditor's name and mailing address**

**Tim Seeley**
**4355 Annandale Drive**
**Schwenksville, PA 19473**

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number  **DD15**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.2843**

**Nonpriority creditor's name and mailing address**

**Tim Tourbin**
**537 Regent Place, NE**
**Washington, DC 20017**

Date(s) debt was incurred  **12/21/2016**

Last 4 digits of account number  **0E36**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2844**

**Nonpriority creditor's name and mailing address**

**Timothy Casey**
**210 E Glebe Rd**
**Alexandria, VA 22305**

Date(s) debt was incurred  **12/24/2017**

Last 4 digits of account number  **5B8D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.284
5**

| | **$125.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Crowley**
**1817 1st St NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  **7213**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284
6**

| | **$200.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Eicher**
**1701 Kalorama Rd Nw**
**Apt 212**
**Washington, DC 20009**

Date(s) debt was incurred  **12/12/2018**

Last 4 digits of account number  **EA79**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284
7**

| | **$95.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Fleury**
**4417 Zenith Ave S**
**Minneapolis, MN 55410**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **E0AD**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284
8**

| | **$195.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Hucko**
**6404 Rivington Rd**
**Springfield, VA 22152**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **4966**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284
9**

| | **$85.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Lindon**
**1533 28th Street, NW**
**Washington, DC 20007**

Date(s) debt was incurred  **11/27/2018**

Last 4 digits of account number  **5664**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285
0**

| | **$85.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Timothy Taylor**
**1650 Tysons Blvd.**
**Ste. 1700**
**McLean, VA 22102**

Date(s) debt was incurred  **10/12/2016**

Last 4 digits of account number  **5EEC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285
1**

| | **$100.00** |
|---|---|

**Nonpriority creditor's name and mailing address**
**TINA NEFF**
**3650 Woodhaven Court**
**Woodbridge, VA 22192**

Date(s) debt was incurred  **7/14/2016**

Last 4 digits of account number  **7E68**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.285
2**

**Nonpriority creditor's name and mailing address**

**Toam Rubinstein**
**2601 16th St NW**
**Unit 826**
**Washington, DC 20009**

Date(s) debt was incurred  12/22/2019

Last 4 digits of account number  156F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.285
3**

**Nonpriority creditor's name and mailing address**

**Todd Ogin**
**816 North Carolina Ave. SE**
**Lower Level**
**Washington, DC 20003-1361**

Date(s) debt was incurred  1/4/2020

Last 4 digits of account number  1608

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.285
4**

**Nonpriority creditor's name and mailing address**

**Tom  Wintering**
**755 Deepwoods Drive**
**Aurora, OH 44202**

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number  9853

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.285
5**

**Nonpriority creditor's name and mailing address**

**Tom Benneche**
**2044 W Rice Street**
**Chicago, IL 60622**

Date(s) debt was incurred  12/24/2016

Last 4 digits of account number  58A7

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.285
6**

**Nonpriority creditor's name and mailing address**

**Tom Flynn**
**1820 Independence Ave SE**
**Unit 3**
**Washington, DC 20003**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number  EB62

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.285
7**

**Nonpriority creditor's name and mailing address**

**Tom Haslinger**
**9430 Lost Trail Way**
**Potomac, MD 20854**

Date(s) debt was incurred  12/15/2019

Last 4 digits of account number  FE04

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.285
8**

**Nonpriority creditor's name and mailing address**

**Tom Haslinger**
**9430 Lost Trail Way**
**Potomac, MD 20854**

Date(s) debt was incurred  12/23/2019

Last 4 digits of account number  1CBF

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2859**

**Nonpriority creditor's name and mailing address**

**Tom Haslinger**
**9430 Lost Trail Way**
**Potomac, MD 20854**

Date(s) debt was incurred  **12/23/2019**

Last 4 digits of account number  **1DAD**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2860**

**Nonpriority creditor's name and mailing address**

**Tom Mauro**
**1433 t st nw**
**apt 208**
**washington, DC 20009**

Date(s) debt was incurred  **2/9/2020**

Last 4 digits of account number  **93E4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2861**

**Nonpriority creditor's name and mailing address**

**tom mccormick**
**12700 found stone road**
**Unit 330**
**germantown, MD 20876**

Date(s) debt was incurred  **4/9/2018**

Last 4 digits of account number  **A886**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.2862**

**Nonpriority creditor's name and mailing address**

**Tom Newhouse**
**21A E. Myrtle St**
**Alexandria, VA 22301**

Date(s) debt was incurred  **6/13/2017**

Last 4 digits of account number  **1698**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2863**

**Nonpriority creditor's name and mailing address**

**TOM Rippeto**
**806 West Blvd S**
**Columbia, MO 65203**

Date(s) debt was incurred  **12/16/2019**

Last 4 digits of account number  **8E3E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.2864**

**Nonpriority creditor's name and mailing address**

**Tom Wright**
**1440 Corcoran St. NW**
**Apt B**
**Washington, DC 20009**

Date(s) debt was incurred  **10/23/2016**

Last 4 digits of account number  **5490**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.2865**

**Nonpriority creditor's name and mailing address**

**Tommy Robb**
**512 E 82nd Street**
**4D**
**New York, NY 10028**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **C4D2**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2866**

**Nonpriority creditor's name and mailing address**

**Tonia Heffner**
**6802 Blue Slate Ct**
**Alexandria, VA 22306**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **B67B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.2867**

**Nonpriority creditor's name and mailing address**

**Tori Whyte**
**7106 Rebecca Drice**
**Alexandria, VA 22307**

Date(s) debt was incurred  **12/6/2017**

Last 4 digits of account number  **C648**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.2868**

**Nonpriority creditor's name and mailing address**

**Tory Williams**
**5911 Edsall Rd Apt 1109**
**Alexandria, VA 22304-4120**

Date(s) debt was incurred  **12/6/2019**

Last 4 digits of account number  **4197**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2869**

**Nonpriority creditor's name and mailing address**

**TR Riney**
**1506 Caroline St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/20/2017**

Last 4 digits of account number  **C7AA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.2870**

**Nonpriority creditor's name and mailing address**

**TR Riney**
**1506 Caroline St NW**
**Washington, DC 20009**

Date(s) debt was incurred  **12/21/2019**

Last 4 digits of account number  **020C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$390.00**

---

**3.2871**

**Nonpriority creditor's name and mailing address**

**Tracy Crittenberger**
**8119 Thoreau Drive**
**Bethesda, MD 20817**

Date(s) debt was incurred  **12/20/2018**

Last 4 digits of account number  **D577**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.2872**

**Nonpriority creditor's name and mailing address**

**tracy de la mater**
**3405 shepherd street**
**chevy chase, MD 20815**

Date(s) debt was incurred  **3/15/2017**

Last 4 digits of account number  **34A0**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

| Debtor | **CulinAerie DC, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.287
3**

**Nonpriority creditor's name and mailing address**

**Tracy Stuck
872 Mendes Ct
Columbus, OH 43235**

Date(s) debt was incurred  **12/22/2017**

Last 4 digits of account number  **83F6**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.287
4**

**Nonpriority creditor's name and mailing address**

**Travis Langster
14705 danton ct
mitchellville, MD 20721**

Date(s) debt was incurred  **2/12/2019**

Last 4 digits of account number  **521F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.287
5**

**Nonpriority creditor's name and mailing address**

**travis roberts
6932 Hazeltine
Fort Worth, TX 76132**

Date(s) debt was incurred  **12/17/2018**

Last 4 digits of account number  **15C4**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$255.00**

---

**3.287
6**

**Nonpriority creditor's name and mailing address**

**Treda Grayson
15750 Easthaven Court
Bowie, MD 20716**

Date(s) debt was incurred  **9/24/2016**

Last 4 digits of account number  **A524**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.287
7**

**Nonpriority creditor's name and mailing address**

**Trevon Christopher
216 Macon Street
Apt 5
Brooklyn, NY**

Date(s) debt was incurred  **12/16/2018**

Last 4 digits of account number  **2E3F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.287
8**

**Nonpriority creditor's name and mailing address**

**Trevor Clark
325 Gallatin St. NW
Washington, DC 20011**

Date(s) debt was incurred  **3/20/2019**

Last 4 digits of account number  **3ABC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.00**

---

**3.287
9**

**Nonpriority creditor's name and mailing address**

**Trevor Clark
325 Gallatin St. NW
Washington, DC 20011**

Date(s) debt was incurred  **5/8/2019**

Last 4 digits of account number  **785C**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.288 0**

**Nonpriority creditor's name and mailing address**

**Trevor Deighton**
**10325 colters run trail**
**victor, ID 83455**

Date(s) debt was incurred  **12/19/2019**

Last 4 digits of account number  **DF57**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.288 1**

**Nonpriority creditor's name and mailing address**

**Trevor Howard**
**408 N Street**
**Washington, DC 20001**

Date(s) debt was incurred  **1/14/2020**

Last 4 digits of account number  **1719**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.288 2**

**Nonpriority creditor's name and mailing address**

**Trevor Lynn**
**1425 P st., NW**
**Unit 312**
**Washington, DC 20005**

Date(s) debt was incurred  **1/13/2020**

Last 4 digits of account number  **52FE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.288 3**

**Nonpriority creditor's name and mailing address**

**tristin monroe**
**1634 14th street nw**
**Unit 501**
**washington, DC 20009**

Date(s) debt was incurred  **1/28/2018**

Last 4 digits of account number  **1602**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.288 4**

**Nonpriority creditor's name and mailing address**

**Troy Dildine**
**1160 1st ST. NE**
**Apt. 1239**
**Washington, DC 20002**

Date(s) debt was incurred  **12/13/2018**

Last 4 digits of account number  **885E**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.288 5**

**Nonpriority creditor's name and mailing address**

**Tyler Anderson**
**329 East 10th St**
**New York, NY 10009**

Date(s) debt was incurred  **10/28/2016**

Last 4 digits of account number  **F7F4**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.288 6**

**Nonpriority creditor's name and mailing address**

**Tyler Klimas**
**506 6th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred  **3/17/2019**

Last 4 digits of account number  **7961**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2887**

Nonpriority creditor's name and mailing address
**Tyler Lechtenberg**
**3415 Mount Pleasant Street NW**
**Washington, DC 20010**

Date(s) debt was incurred **1/28/2019**
Last 4 digits of account number **3334**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2888**

Nonpriority creditor's name and mailing address
**Uri Lerner**
**1115 M Street NW**
**Apt 4**
**Washington, DC 20005**

Date(s) debt was incurred **2/26/2018**
Last 4 digits of account number **A183**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2889**

Nonpriority creditor's name and mailing address
**Valerie DuBreuil**
**1314 1/2 9th St NW**
**Unit 1**
**Washington, DC 20001**

Date(s) debt was incurred **12/15/2017**
Last 4 digits of account number **E94D**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.2890**

Nonpriority creditor's name and mailing address
**Valerie DuBreuil**
**1314 1/2 9th St NW**
**Unit 1**
**Washington, DC 20001**

Date(s) debt was incurred **12/15/2017**
Last 4 digits of account number **E94D**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.2891**

Nonpriority creditor's name and mailing address
**Valerie Royal**
**3718 13th Street NE**
**Washington, DC 20017**

Date(s) debt was incurred **6/4/2013**
Last 4 digits of account number **3989**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.2892**

Nonpriority creditor's name and mailing address
**Vanessa  Hallett**
**525 East 86th Street**
**apt 10A**
**new york, NY 10028**

Date(s) debt was incurred **12/18/2018**
Last 4 digits of account number **5767**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.2893**

Nonpriority creditor's name and mailing address
**Vanessa Alexander**
**9 Blue Rock Court**
**Corte Madera, CA 94925**

Date(s) debt was incurred **12/19/2017**
Last 4 digits of account number **AEBE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2894**

**Nonpriority creditor's name and mailing address**

**vanessa carones**
**5207 Wood Stove Ln**
**Columbia, MD 21045**

**Date(s) debt was incurred** 12/19/2016

**Last 4 digits of account number** 5010

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.2895**

**Nonpriority creditor's name and mailing address**

**Vanessa Perry**
**514A N Columbus St**
**Alexandria, VA 22314**

**Date(s) debt was incurred** 7/24/2016

**Last 4 digits of account number** F83D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.2896**

**Nonpriority creditor's name and mailing address**

**Veniqua Stewart**
**2351 Eisenhower ave**
**apt 908**
**Alexandria, VA 22314**

**Date(s) debt was incurred** 3/1/2018

**Last 4 digits of account number** 51EB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.2897**

**Nonpriority creditor's name and mailing address**

**vera sells**
**11918 Laurel Meadow Drive**
**Tomball, TX 77377**

**Date(s) debt was incurred** 12/22/2018

**Last 4 digits of account number** 8A5F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.2898**

**Nonpriority creditor's name and mailing address**

**Veronica Barkley**
**5225 Langford Terrace**
**Durham, NC 27713**

**Date(s) debt was incurred** 6/20/2019

**Last 4 digits of account number** EF36

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.2899**

**Nonpriority creditor's name and mailing address**

**veronica maton**
**225 E 46th St**
**Apt 7K**
**New York, NY 10017**

**Date(s) debt was incurred** 12/20/2019

**Last 4 digits of account number** 112D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.2900**

**Nonpriority creditor's name and mailing address**

**veronica sesana**
**450 Costanera Rd**
**Coral Gables, FL 33143**

**Date(s) debt was incurred** 8/16/2019

**Last 4 digits of account number** 66F6

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.290**
**1**

**Nonpriority creditor's name and mailing address**

**Vicki McKernan**
**6520 Beaver Ridge Road**
**Knoxville, TN 37931**

Date(s) debt was incurred  **12/11/2019**

Last 4 digits of account number  **CAAB**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$200.00**

---

**3.290**
**2**

**Nonpriority creditor's name and mailing address**

**vickie smith**
**1037 Homestead Drive**
**Bloomington, IL 61705**

Date(s) debt was incurred  **11/6/2018**

Last 4 digits of account number  **85BE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$5.00**

---

**3.290**
**3**

**Nonpriority creditor's name and mailing address**

**Victor Doddy**
**3940 Fordham Road NW**
**Washington, DC 20016**

Date(s) debt was incurred  **12/20/2019**

Last 4 digits of account number  **5479**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$180.00**

---

**3.290**
**4**

**Nonpriority creditor's name and mailing address**

**Victoria Aboagye**
**8 Francis Ct**
**Stafford, VA 22554**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **1709**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$85.00**

---

**3.290**
**5**

**Nonpriority creditor's name and mailing address**

**Victoria Aboagye**
**8 Francis Ct**
**Stafford, VA 22554**

Date(s) debt was incurred  **12/24/2018**

Last 4 digits of account number  **441F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$85.00**

---

**3.290**
**6**

**Nonpriority creditor's name and mailing address**

**Victoria Benning**
**2330 Dulles Station Blvd Apt 2249**
**Herndon, VA 20171**

Date(s) debt was incurred  **3/28/2017**

Last 4 digits of account number  **9D93**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$200.00**

---

**3.290**
**7**

**Nonpriority creditor's name and mailing address**

**Victoria DeLuca**
**451 S St NW**
**Apt 1**
**Washington, DC 20001-5125**

Date(s) debt was incurred  **12/14/2019**

Last 4 digits of account number  **447B**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.2908**

**Nonpriority creditor's name and mailing address**
**Victoria Houghtalen**
**127 11th Street NE**
**Apt B**
**Washington, DC 20002**
Date(s) debt was incurred **3/8/2020**
Last 4 digits of account number **9F78**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.2909**

**Nonpriority creditor's name and mailing address**
**Victoria Reimlinger**
**76 S McClellan**
**Manasquan, NJ 08736**
Date(s) debt was incurred **9/20/2019**
Last 4 digits of account number **223F**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.2910**

**Nonpriority creditor's name and mailing address**
**Victoria Zulkoski**
**233 Thorpe Cove Road**
**Charlotte, VT 05445**
Date(s) debt was incurred **12/14/2019**
Last 4 digits of account number **92CC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2911**

**Nonpriority creditor's name and mailing address**
**Victoria Zulkoski**
**233 Thorpe Cove Road**
**Charlotte, VT 05445**
Date(s) debt was incurred **12/9/2018**
Last 4 digits of account number **63EB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.2912**

**Nonpriority creditor's name and mailing address**
**Vidhya Amirthalingam**
**1453 Poplar Run Drive**
**Silver Spring, MD 20906**
Date(s) debt was incurred **7/27/2019**
Last 4 digits of account number **5608**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2913**

**Nonpriority creditor's name and mailing address**
**Vidhya Amirthalingam**
Date(s) debt was incurred **7/27/2019**
Last 4 digits of account number **22A3**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.2914**

**Nonpriority creditor's name and mailing address**
**Vikram Mangalmurti**
**6220 Howe St**
**Pittsburgh, PA 15206**
Date(s) debt was incurred **9/1/2018**
Last 4 digits of account number **EB94**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$340.00**

---

| Debtor | CulinAerie DC, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.291**
**5**

**Nonpriority creditor's name and mailing address**

**Vikram Mangalmurti**
**6220 Howe St**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **5/25/2017**

Last 4 digits of account number  **EDD5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.291**
**6**

**Nonpriority creditor's name and mailing address**

**Vincent D'Ambra**
**327 U Street, NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **4012**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.291**
**7**

**Nonpriority creditor's name and mailing address**

**Vincent D'Ambra**
**327 U Street, NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **9726**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.291**
**8**

**Nonpriority creditor's name and mailing address**

**Vincent D'Ambra**
**327 U Street, NW**
**Washington, DC 20001**

Date(s) debt was incurred  **12/13/2019**

Last 4 digits of account number  **A1BC**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$95.00**

---

**3.291**
**9**

**Nonpriority creditor's name and mailing address**

**Vincent Pugliese**
**1040 W Adams St**
**Unit 265**
**Chicago, IL 60607-3084**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **480F**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.292**
**0**

**Nonpriority creditor's name and mailing address**

**vincent vanoss**
**23833 COVENTRY DR**
**LEONARDTOWN, MD 20650**

Date(s) debt was incurred  **12/5/2018**

Last 4 digits of account number  **24A5**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.292**
**1**

**Nonpriority creditor's name and mailing address**

**Virginia Filer**
**2524 41st St Nw**
**Apt 4**
**Washington, DC 20007**

Date(s) debt was incurred  **4/12/2017**

Last 4 digits of account number  **E696**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.292 2**

**Nonpriority creditor's name and mailing address**

**Virginia Steverson**

Date(s) debt was incurred  **6/2/2016**

Last 4 digits of account number  **D7AA**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

**Viv Crea**

Date(s) debt was incurred  **12/14/2016**

Last 4 digits of account number  **1AAE**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

**Viv Crea**

Date(s) debt was incurred  **1/30/2018**

Last 4 digits of account number  **5CD1**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

**Vivek Mathur**
**2127 N Street NW**
**Washington, DC 20037**

Date(s) debt was incurred  **12/24/2016**

Last 4 digits of account number  **674D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

**Vivian Telgarsky**
**2324 1st Ave, Apt 209**
**Seattle, WA 98121**

Date(s) debt was incurred  **6/23/2017**

Last 4 digits of account number  **9225**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$185.00

---

**3.292 7**

**Nonpriority creditor's name and mailing address**

**Vy Hoang**
**7220 Margerum**
**San Diego, CA 92120**

Date(s) debt was incurred  **10/13/2017**

Last 4 digits of account number  **85E9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.292 8**

**Nonpriority creditor's name and mailing address**

**Walter Brown**
**1021 N. Garfield St.**
**Unit 333**
**Arlington, VA 22201**

Date(s) debt was incurred  **10/9/2019**

Last 4 digits of account number  **FA92**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2929**

**Nonpriority creditor's name and mailing address**

**Wendy Allen**
**3852 26th St N**
**Arlington, VA 22207**

Date(s) debt was incurred  1/11/2020

Last 4 digits of account number  DB72

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.2930**

**Nonpriority creditor's name and mailing address**

**Wendy Fujka**
**26A E Linden St**
**Alexandria, VA 22301**

Date(s) debt was incurred  4/8/2014

Last 4 digits of account number  6270

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

**3.2931**

**Nonpriority creditor's name and mailing address**

**Wendy J Pierce**
**Davis and Harman LLP**
**1455 Penn Ave NW Ste 1200**
**Washington, DC 20004**

Date(s) debt was incurred  3/3/2020

Last 4 digits of account number  6200

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.2932**

**Nonpriority creditor's name and mailing address**

**Wendy Potter**
**232 Talmage Rd**
**Mendham, NJ 07945**

Date(s) debt was incurred  3/22/2019

Last 4 digits of account number  B8A4

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

**3.2933**

**Nonpriority creditor's name and mailing address**

**Wendy Shaw**
**2037 North Utah Street**
**Arlington, VA 22207**

Date(s) debt was incurred  1/7/2018

Last 4 digits of account number  32D1

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2934**

**Nonpriority creditor's name and mailing address**

**Wes Stange**

Date(s) debt was incurred  1/27/2018

Last 4 digits of account number  F78C

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.2935**

**Nonpriority creditor's name and mailing address**

**Wesley Evans**
**2600 S 16th Street**
**#704**
**Arlington, VA 22204**

Date(s) debt was incurred  12/20/2018

Last 4 digits of account number  4838

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$170.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CulinAerie DC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.293 6**

**Nonpriority creditor's name and mailing address**

**Wesley Hunn**
**855 Peachtree Street NE Apartment 1704**
**Atlanta, GA 30308**

**Date(s) debt was incurred** 8/3/2018

**Last 4 digits of account number** 414E

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.293 7**

**Nonpriority creditor's name and mailing address**

**West Cuthbert**
**20 Prince Street**
**Unit 44**
**New York, NY 10012**

**Date(s) debt was incurred** 11/9/2018

**Last 4 digits of account number** 9CFC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.293 8**

**Nonpriority creditor's name and mailing address**

**Whitney Tritt**
**1124 25th Street NW**
**Apartment #T2**
**Washington, DC 20037**

**Date(s) debt was incurred** 12/4/2016

**Last 4 digits of account number** 109F

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.293 9**

**Nonpriority creditor's name and mailing address**

**Will Archer**
**4646 West Hayward Pl**
**Denver, CO 80212**

**Date(s) debt was incurred** 8/22/2017

**Last 4 digits of account number** 01D8

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.294 0**

**Nonpriority creditor's name and mailing address**

**Will Herlong**
**5217 Chippewa pl**
**Alexandria, VA 22312**

**Date(s) debt was incurred** 12/24/2018

**Last 4 digits of account number** A58D

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.294 1**

**Nonpriority creditor's name and mailing address**

**Will O'Neill**
**118 Hilton St**
**ALEXANDRIA, VA 22314**

**Date(s) debt was incurred** 8/20/2019

**Last 4 digits of account number** 7C91

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.294 2**

**Nonpriority creditor's name and mailing address**

**Will Rice**
**2300 Stuart Ave.**
**Richmond, VA 23220**

**Date(s) debt was incurred** 5/31/2017

**Last 4 digits of account number** 9879

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.294 3**

**Nonpriority creditor's name and mailing address**

**Will Sarver**
**96 Village Lane**
**Levitttown, PA 19054**

Date(s) debt was incurred  **11/24/2016**

Last 4 digits of account number  **B99A**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.294 4**

**Nonpriority creditor's name and mailing address**

**William  Greenbank**

Date(s) debt was incurred  **1/11/2019**

Last 4 digits of account number  **2E9B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.294 5**

**Nonpriority creditor's name and mailing address**

**William  Perry**
**1039 Solana Drive**
**Del Mar, CA 92014**

Date(s) debt was incurred  **8/12/2019**

Last 4 digits of account number  **E20D**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.294 6**

**Nonpriority creditor's name and mailing address**

**William Albores**
**268 Van Buren Street**
**Brooklyn, NY 11221**

Date(s) debt was incurred  **12/18/2018**

Last 4 digits of account number  **A261**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.294 7**

**Nonpriority creditor's name and mailing address**

**William Bahlke**

Date(s) debt was incurred  **12/9/2018**

Last 4 digits of account number  **0196**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.294 8**

**Nonpriority creditor's name and mailing address**

**William Burns**
**201 Lennox avenue**
**Severna park, MD 21146**

Date(s) debt was incurred  **12/13/2016**

Last 4 digits of account number  **EF8B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.294 9**

**Nonpriority creditor's name and mailing address**

**William Calhoun**
**3205 Sutton Pl NW**
**Apt A**
**Washington, DC 20016-7507**

Date(s) debt was incurred  **12/19/2017**

Last 4 digits of account number  **3614**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.295 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**William Clinton**
**42 East Range**
**Charlottesville, VA 22903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/26/2018**

Basis for the claim: _

Last 4 digits of account number  **6C3B**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**William Emmanuel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2019**

Basis for the claim: _

Last 4 digits of account number  **6098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**William Gaskins**
**1315 Independence Ave SE**
**Suite PH32**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2018**

Basis for the claim: _

Last 4 digits of account number  **41B4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**william gates**
**3321 South Stafford Street**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/2018**

Basis for the claim: _

Last 4 digits of account number  **DBDB**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**William Heinzel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2017**

Basis for the claim: _

Last 4 digits of account number  **D8CD**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**William Heinzel**
**5239 Colewood Drive**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2017**

Basis for the claim: _

Last 4 digits of account number  **9A50**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**William Laxton**
**331 9th Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2020**

Basis for the claim: _

Last 4 digits of account number  **2174**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.295 7**

**Nonpriority creditor's name and mailing address**

**William Maroni**
**1300 I Street, NW**
**Suite 1200 East**
**Washington, DC 20005**

Date(s) debt was incurred  **12/2/2016**

Last 4 digits of account number  **EF1B**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$520.00**

---

**3.295 8**

**Nonpriority creditor's name and mailing address**

**William Marsh**
**1919 N Lynn Street**
**Arlington, VA 22209**

Date(s) debt was incurred  **1/31/2018**

Last 4 digits of account number  **1491**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.295 9**

**Nonpriority creditor's name and mailing address**

**William Miller**
**902 Jefferson Street NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **2234**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.296 0**

**Nonpriority creditor's name and mailing address**

**William Miller**
**902 Jefferson Street NW**
**Washington, DC 20011**

Date(s) debt was incurred  **12/21/2017**

Last 4 digits of account number  **2234**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.296 1**

**Nonpriority creditor's name and mailing address**

**William Omorogieva**
**1327 Jefferson st. nw**
**Washington, DC 20011**

Date(s) debt was incurred  **12/18/2019**

Last 4 digits of account number  **83D9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.296 2**

**Nonpriority creditor's name and mailing address**

**William Stafford**
**1939 Sherman Avenue, #4E**
**Evanston, IL 60201**

Date(s) debt was incurred  **12/15/2019**

Last 4 digits of account number  **3C19**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.296 3**

**Nonpriority creditor's name and mailing address**

**William Thompson**
**578 Regent Pl NE**
**Washington D.C., DC 20017**

Date(s) debt was incurred  **10/26/2019**

Last 4 digits of account number  **8CB9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.296 4**

**Nonpriority creditor's name and mailing address**

**William Vincent**
**6006 Bryn Mawr Ave**
**Glen Echo, MD 20812**

Date(s) debt was incurred  **9/27/2012**

Last 4 digits of account number  **2099**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.296 5**

**Nonpriority creditor's name and mailing address**

**Wilma Hawkins**
**20820 NW Wapinitia Pl**
**Portland, OR 97229**

Date(s) debt was incurred  **10/27/2017**

Last 4 digits of account number  **7715**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.296 6**

**Nonpriority creditor's name and mailing address**

**Winifred Kao-Seda**
**120 Millwyck Road**
**Lititz, PA 17543**

Date(s) debt was incurred  **4/1/2019**

Last 4 digits of account number  **DED9**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.296 7**

**Nonpriority creditor's name and mailing address**

**yaolin fennell**
**1400 East West Hwy**
**Apt 1608**
**Silver Spring, MD 20910**

Date(s) debt was incurred  **3/21/2017**

Last 4 digits of account number  **DAD6**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.296 8**

**Nonpriority creditor's name and mailing address**

**Yaron Blinder**
**25 Pitman Street**
**Apt 1**
**Somerville, MA 02143**

Date(s) debt was incurred  **10/13/2016**

Last 4 digits of account number  **4D54**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.296 9**

**Nonpriority creditor's name and mailing address**

**Yash Mehta**
**41889 Withorne Way**
**Ashburn, VA 20148**

Date(s) debt was incurred  **7/5/2019**

Last 4 digits of account number  **300C**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

**Yasmine Rouai**
**4918 Saint Elmo avenue, Apt 11**
**Bethesda, MD 20814**

Date(s) debt was incurred  **3/31/2019**

Last 4 digits of account number  **F592**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.297**
**1**

**Nonpriority creditor's name and mailing address**

**Yvette Artman**
**3911 245th ct se**
**Issaquah, WA 98029**

Date(s) debt was incurred  9/8/2016

Last 4 digits of account number  57A9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$100.00**

---

**3.297**
**2**

**Nonpriority creditor's name and mailing address**

**Yvonne Bagnell**
**171 Big Horn Ridge Dr NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  12/18/2018

Last 4 digits of account number  CC97

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.297**
**3**

**Nonpriority creditor's name and mailing address**

**Zach McMenamin**
**2406 Chestnut Terrace Court**
**Unit 202**
**Odenton, MD 21113**

Date(s) debt was incurred  12/27/2019

Last 4 digits of account number  1494

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.297**
**4**

**Nonpriority creditor's name and mailing address**

**Zach Wahl**
**3100 Clarendon Boulevard- Enterprise Kno**
**Suite 300**
**Arlington, VA 22201**

Date(s) debt was incurred  12/9/2019

Last 4 digits of account number  0149

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.297**
**5**

**Nonpriority creditor's name and mailing address**

**Zachariah Schlegel**
**640 A St. NE**
**Washington, DC 20002**

Date(s) debt was incurred  6/3/2016

Last 4 digits of account number  B625

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$85.00**

---

**3.297**
**6**

**Nonpriority creditor's name and mailing address**

**Zachary Evans**
**1000 New Jersey Ave SE, Apt. 220**
**Washington, DC 20003**

Date(s) debt was incurred  12/6/2016

Last 4 digits of account number  91C9

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$200.00**

---

**3.297**
**7**

**Nonpriority creditor's name and mailing address**

**Zachary Gassman**
**222 Glenwood Ave #304**
**Raleigh, NC 27603**

Date(s) debt was incurred  1/3/2018

Last 4 digits of account number  4FAB

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$195.00**

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.297 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|
| | **Zahra Barnes** **1 Scott Circle NW** **Unit 501** **Washington, DC 20036** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **12/19/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **1208** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **Zak Sheft** **1704 V St. NW** **Washington, DC 20009** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **1/2/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **7613** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|
| | **Zerxes Spencer** **650 Bryants Nursery Road** **Silver Spring, MD 20905** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **12/18/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **A2F9** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|
| | **Zuri Goss** **4220 Campbell Ave** **Apt 404** **Arlington, VA 22206** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **3/23/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **1EE5** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|
| | **Zuzana Dillon** **11654 Plaza America Dr** **Unit 281** **Reston, VA 20190** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  **10/24/2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **897A** | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 407,842.00 |

| Debtor | **CulinAerie DC, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ 407,842.00

**Fill in this information to identify the case:**

Debtor name   **CulinAerie DC, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>   State the term remaining<br><br>   List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **CulinAerie DC, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **CulinAerie DC, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $19,260.00 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $382,336.00 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $1,823,303.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Susan Holt** **3355 Maud Street, NW** **Washington, DC 20016** **Managing Member** | **March 2020 - July 2021** | **$23,848.00** | **Managment instruction fees: 6,870** **Halth Insurance: 16,978.00** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea**<br>**6411 Ivy Lane, Suite 200**<br>**Greenbelt, MD 20770** | | **July 2, 2021** | **$5,000.00** |
| | Email or website address<br>**www.mhlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **Various amortized equipment purchases sold at auction** | **9/2020** | **$33,538.67** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Debtor | CulinAerie DC, LLC | Case number *(if known)* | |

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1131 14th Street, NW Washington, DC 20005** | **March 2008- October 2020** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Names, Addresses (in some cases), and phone numbers, kept solely for purposes of class registrations and purchase records**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CulinAerie DC, LLC | | Case number *(if known)* | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Debtor | **CulinAerie DC, LLC** | Case number *(if known)* | |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Beverly Snow**<br>**640 S Appenzell Lane**<br>**Midway, UT 84049-4503** | **2010- Present** |
| 26a.2. | **Steve Bowers**<br>**Tempchin & Bowers**<br>**8737 Colesville Rd, Ste 501**<br>**Silver Spring, MD 20910** | **2007-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Beverly Snow**<br>**640 S Appenzell Lane**<br>**Midway, UT 84049** | **2010- Present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. | **Steve Bowers**<br>**Tempchin & Bowers**<br>**8737 Colesville Rd, Ste 501**<br>**Silver Spring, MD 20910** | **2007-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Beverly Snow**<br>**640 S Appenzell Lane**<br>**Midway, UT 84049** | **2010-Present** |
| 26c.2. | **Steve Bowers**<br>**Tempchin& Bowers**<br>**8737 Colesville Rd, Ste 501**<br>**Silver Spring, MD 20910** | **2007-Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | CulinAerie DC, LLC | Case number (if known) | |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Holt | 3355 Maud Street, NW Washington, DC 20016 | Managing Director | Class A shareholder 30% Class B Shareholder 4.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Watterson | 3801 Porter Street, NW Washington, DC 20008 | Equityholder | Class A shareholder 30% Class B shareholder .9% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **CulinAerie DC, LLC**                                        Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2021**

**/s/ Susan C. Holt**                                    **Susan C. Holt**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br>**CulinAerie DC, LLC**<br>_____<br>Debtor(s). | )<br>)<br>)<br>)<br>) | Case No.<br><br>Chapter **7** |

#### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

■ **Flat Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

☐ **Hourly Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | |
| The undersigned shall bill against the retainer at an hourly rate of | $ | |

[Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.

Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐ **_Pro Bono_ Representation**

I have agreed to provide services without compensation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The debtor ☐   has   ■   has not agreed to reimburse expenses.

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

3. With respect to the compensation described herein:

   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       .

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 26, 2021**                                    /s/ Justin P. Fasano
*Date*                                                     **Justin P. Fasano**
                                                               *Signature of Attorney*
                                                               **McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.**
                                                               **6411 Ivy Lane, Ste. 200**
                                                               **Greenbelt, MD 20770**
                                                               **301-441-2420   Fax: 301-982-9450**
                                                               **jfasano@mhlawyers.com**
                                                               *Name of law firm*

---

# United States Bankruptcy Court
## District of Columbia

In re   **CulinAerie DC, LLC** _____   Case No. _____

_____   Chapter   **7** _____

Debtor(s)

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of __318__ pages and a total of __2838__ entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on

   Schedules D, E, and F, the Schedules of Creditors Holding

   Claims, in this case),

- each of the parties required to be listed on Schedule G -

   Executory Contracts and Unexpired Leases, that is, the parties

   other than myself, to any unexpired lease of real or personal

   property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **August 26, 2021**                          **/s/ Susan C. Holt**
                                                       **Susan C. Holt**/Managing Member
                                                       Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A Browne
2633 15th Street, NW
Washington, DC 20009


Aaron Kubey
3521 17th Street NE
Washington, DC 20018


Aaron Monick


Aaron Nelson
559 E. Linden Street
Fleetwood, PA 19522


Aaron Smith
9905 Winding Oak Cir
Austin, TX 78750-3830


Abbey Roach
2952 Hickory Street
Alexandria, VA 22305


Abby Bing
3600 Bremerton Dr
Henrico, VA 23233


Abby Hare
1621 T St NW
Apt 604
Washington, DC 20009


Abby James
2125 14th St. NW Apt. 326
Washington, DC 20009

Abby Mergenmeier
700 Constitution Avenue NE
Apartment 123
Washington, DC 20002


Abigail Dimen-Taylor
1300 N St NW, Unit 705
Washington, DC 20005


Abigail Todd
540 Boscobel Ferry Road
Manakin Sabot, VA 23103


Adam Banner
1391 Pennsylvania Ave SE
Apt. 219
Washington, DC 20003


Adam Harr
6408 Francis Ave N
Seattle, WA 98103


Adam Khachaturian
29A Dora Lane
Holmdel, NJ 07733


Adam Levin
2250 11th St. NW
Apt 401
Washington, DC 20001


Adam Ly
2200 Columbia Pike
Apt. 1104
Arlington, VA 22204

Adam Noah
1320 N Veitch St
#431
Arlington, VA 22201


Adam Striar
765 Hobart Pl NW
Washington, DC 20001


Adam Waksman
1311 Jackson Ave
5A
Long Island City, NY 11101


Adam Williams
3006 13th Street NW
Washington, DC 20009


Adrianna Yameen
79 Potomac Ave. SE
#544
Washington, DC 20003


Aidan Gray
11108 Deborah Drive
Potomac, MD 20854


Aidan Tacheron
214 4th St SE
Apartment A
Washington, DC 20003


Aileen Nguyen
616 E Street NW
#649
Washington, DC 20004

Aisha Alexander
3433 Carpenter Street SE
Washington, DC 20020


Aisling O'Shea
1806 Corcoran St., NW
Washington, DC 20009


Aislinn Toohey
5136 Scarsdale Rd
Bethesda, MD 20816


Al Panio
3902 14th Street NW
Washington, DC 20011


Alan Keck


Alan Levine
131 Rynda Road
South Orange, NJ 07079


Alanna Gregory
408 W 57th St.
Apt 10F
New York, NY 10019


Alec  Mclean
7701 Woodmont Ave
#507
Bethesda, MD 20814


Alec Gouss
179 4th Avenue
Apartment 4
Brooklyn, NY 11217

Aleks Hasegawa
2308 Popkins Lane
Alexandria, VA 22306


Alesia Garon
35 Tulip Court
Burlingame, CA 94010


Alex Arrivillaga
2614 S Arlington Mill Dr
Arlington, VA 22206


Alex Bogdon
2025 11th St NW
Washington, DC 20001


Alex De Bruyne
1001 3rd St. SW
Apt. 806
Washington, DC 20024


Alex Doody
5004 Placid Pl
Austin, TX 78731


Alex Harden
33 University Circle
Apartment 5
Charlottesville, VA 22903


Alex Kin
1465 Columbia Rd
Apt 100
Washington, DC 20009


Alex Macfarlane
1550 11th Street, NW
#208
Washington, DC 20001

Alex Mcauliffe
1325 pierce street
#303
Arlington, VA 22209


Alex O'Flinn
159 West Manor Street
Altadena, CA 91001


Alex Oliver
1328 Maryland Ave NE
#4
Washington, DC 20002


Alexander Anderson
1391 Pennsylvania Ave. SE
Washington, DC 20003


Alexander Champoux-Crowley
721 7th St SE
Apartment F
Minneapolis, MN 55414


Alexander Lataille
1000 6th St SW
Apt 613
Washington, DC 20024


Alexander Ramsey
12620 West Oak Drive
Mount Airy, MD 21771


Alexander Solms-Baruth
23000 Hollywood Rd
Leonardtown, MD 20650

Alexandra Blumenstock
1810 Ingleside Ter NW
Apt 5
Washington, DC 20010


Alexandra Crabtree



Alexandra Denale
19774 Frasier Hill Lane
Bluemont, VA 20135


Alexandra Lalos
218 SE 14th St
Apt 1108
Miami, FL 33131


Alexandra Leonardo



Alexandra Orsini
1706 T Street NW
Apt. 104
Washington, DC 20009


Alexandra Pomponio
505 N. Park Drive
#9
ARLINGTON, VA 22203


Alexandra Romeo
30 Rolling Hills Drive
Nesconset, NY 11767


Alexandra Varipapa
521 12th Street
Apt 1L
Brooklyn, NY 11215

Alexandra Watson
42475 Benfold Square
Ashburn, VA 20148


Alexandra Wesolek
1789 Massachusetts Avenuw NW
Washington, DC 20036


Alexey Gorokhov
102 New Mark Esplanade
Rockville, MD 20850


Alexis Ellis
2233 40th Pl NW
Unit 5
Washington, DC 20007


Alexis Wistermayer
22 Oldis St
Rochelle Park, NJ 07662


Alia Murphy
2615 4th St NE
Apt 202
Washington, DC 20002


Alice Miller
436 Hidden Falls Rd
Washington, DC 20015


Alicia Bradley
20006 Palmer Classic Pkwy
Ashburn, VA 20147


Alisa Newman Hood
1306 Mass Ave SE
Washington, DC 20003

Alison Cathles
59 Fiddler's Green
Lansing, NY 14882


Alison Dagostino
2303 Dulles Station Blvd
Herndon, VA 20171


Alison Elworthy
85 Newton St
Weston, MA 02493


Alison McBride
7827 Overhill Rd
Bethesda, MD 20814


Alison Morrison
1082 Apple Valley Ct
Watkinsville, GA 30677


Alison Ross
3520 35th St NW
Washington, DC 20016


Alison Stilwell
220 13th St SE
Apt 25
Washington, DC 20003


Alison Wacker
13 10th St SE
Washington, DC 20003


Alissa Tafti
3533 13th St, NW
#1
Washington, DC 20010

Allan McBride
110 W Fort Ave
Baltimore, MD 21230


Allen Seals
3948 South Third St
Suite 321
Jacksonville Beach, FL 32250


Allen Segal
12324 Old Canal Road
Potomac, MD 20854


Allie Drory
910 M Street NW
Apt 614
Washington, DC 20001


Allison  Christopher


Allison Brown
2500 Clarendon Blvd
Apt #512
Arlington, VA 22201


Allison Crha
1632 30th Street  NW
Apt 9
washington, DC 20007


Allison Davis
1613 Harvard Street NW
Apt 211
Washington, DC 20009

Allison Davis
1613 Harvard St NW
Apt 211
Washington, DC 20009


Allison Finkelstein
86 15th St  NE
Washington, DC 20002


Allison Kline
10192 A Ashbrooke Ct
Oakton, VA 22124


Allison Lewis
4401 Lee Hwy
Apt 222
Arlington, VA 22207


Allison Pecore
1121 Pleasant Valley Drive
Catonsville, MD 21228


Allison Pierre
3530 13th Street NW
Washington, DC 20010


Allison Shroeder
1063 N Nelson St
Arlington, VA 22201


Allison Swislocki
2480 16th St NW #114
Washington, DC 20009


Allyson Cutright
31 Grant Cir
Washington, DC 20011

Allyson Doker


Althea Schwartz
218 Broad Hill Road
West Granby, CT 06090


Alyce Thompson
4006 Hamilton St
Hyattsville, MD 20781


Alyssa Dunn
2201 N Pershing Drive
Apt 525
Arlington, VA 22201


Alyssa Leone
124 Windover Street
Danville, CA 94506


Alyssa McCrea
1242 Monroe Street NE
Washington, DC 20017


Alyssa Pollizzi
246 6th Ave
Apt 3
Brooklyn, NY 11215


Alyssandra Jaquith
165 W 127th St
Apt 3K
New York, NY 10027


Amanda Anderson
2062 Hanover Street
Palo Alto, CA 94306

Amanda Berger
6820 Wisconsin Ave
Apt 7005
CHEVY CHASE, MD 20815


Amanda Duckworth
104 7th St SE
Washington, DC 20003


Amanda Fisherow
2446 N. Powhatan St
Arlington, VA 22207


Amanda Gormsen
1213 Wilkes St.
ALEXANDRIA, VA 22314


Amanda Lewis
803 1/4 N Vendome St
Los Angeles, CA 90026


Amanda Melillo
232 M St SW
Washington, DC 20024


Amanda Sereyka
39 Robert St
Springbrook township, PA 18444


Amanda Silva
7035 Blair Rd NW
Apt 232
Washington, DC 20012


Amanda Smith
918 State St
Portsmouth, NH 03801

Amanda Woodward
1400 Irving Street
Apt 419
Washington, DC 20010


Amber Antiuk
922 O St NW
Unit 2
Washington, DC 20001


Amber Yang
1703 Harvard St NW
washington, DC 20009


Amee Garg
3305 Runnymede Pl NW
Washington, DC 20015


Amelia Wyant
1001 Barley Mill Rd
Wilmington, DE 19807


Ami  Milstead


Amie Schwartz
6028 Bakers Place
Hanover, MD 21076


Amina  Brown
623 Emerson Street, NW
Washington, DC 20011


Amit Chaudhary
5136 37th Rd N
ARLINGTON, VA 22207

Ammar Zafar
539 Power Plant Circle
Apt 249
Winston-Salem, NC 27101


Amy Adams
10637 Weymouth St
Bethesda, MD 20814


Amy Brundage
111 18th St SE
Washington, DC 20003


Amy Carroll
10909 Silent Wood Place
North Potomac, MD 20878


Amy Copeland
1432 F Street NE
Washington, DC 20002


Amy Croen
1313 N Franklin Place
Unit 1804
Milwaukee, WI 53202


Amy Hauter
209 Albemarle St
Baltimore, MD 21202


Amy Heltzer
5704 Overlea Road
Bethesda, MD 20816


Amy Moore

Amy Piccola
728 Preston Ave
Bryn Mawr, PA 19010


Amy Piccolo
601 20th Street South
Arlington, VA 22202


Amy Reed
231 N Lee St
Alexandria, VA 22314


Amy Spain
2316 N. Early St.
Alexandria, VA 22302


Amy Woo
13522 Cielo Ranch Road
San Diego, CA 92130


Ana Estes
1 Scott Circle NW
Apt 717
Washington, DC 20036


Ana Malhotra
8644 Wind Song Court
Springfield, VA 22153


Ana Martinez
7507 W Manchester Ave
Apt 723
Los Angeles, CA 90045


Ana Van Balen

Anchal Liddar
1224 Euclid Street NW
Unit 1
Washington, DC 20009


Andre Gouyet
1160 1st St NE
PH21
Washington, DC 20002


Andre Kotze
814 Charles James Circle
ELLICOTT CITY, MD 21043


Andrea  Carroll McNeil
1401 Branch Avenue SE
Washington, DC 20020


Andrea Baechler
8315 N Brook Lane
#402
Bethesda, MD 20814


Andrea Collis
1901 Connecticut Ave NW
Apt 212
Washington, DC 20009-6073


Andrea Cuba
1363 FLORIDA AVE NE
WASHINGTON, DC 20002


Andrea G. Kaplan
Takeda Pharmaceuticals America, Inc.
750 9th Street, NW
Ste 575
Washington, DC 20001

Andrea Goldman
7433 Crestberry Lane
Bethesda, MD 20810


Andrea Kurgan
445 Heston Point Drive
Pawleys Island, SC 29585


Andrea Lee
1369 C Street NE
Washington, DC 20002


Andrea McCahill
6924 Fairfax Drive #204
Arlington, VA 22213


Andrea Moody
6210 Belcrest Road
Apt 1216
Hyattsville, MD 20782


Andrea Munro
510 Woodland Ct NW
Vienna, VA 22180


Andrea Reilly
3236 NE 5th St.
#501
Pompano Beach, FL 33062


Andrea Richardson
500 S. Pitt St.
Alexandria, VA 22314


Andrea Ross
2555 Pennsylvania Ave NW
Suite 717
Washington, DC 20037

Andrea Ross
2555 Pennsylvania ave NW
Unit 717
Washington, DC 20037


Andrea Vazzano
3426 16th St NW
Apt 602
Washington, DC 20010


Andres Bachelet
9902 MICHAEL SCHAR CT
VIENNA, VA 22181-5912


Andrew  Goldsmith
7404 Maple Avenue
Takoma Park, MD 20912


Andrew Allen
39 Collingwood St
San Francisco, CA 94114


Andrew Duke
204 S Virginia Ave
Falls Church, VA 22046


Andrew Evans
4705 Berkeley Ter NW
Washington, DC 20007


Andrew Hunt
2200 12th Ct N
Arlington, VA 22201


Andrew McGill
2501 Porter St NW
Apt 617
Washington, DC 20008

Andrew Melton


Andrew Olek
12726 Lime Kiln Rd.
Highland, MD 20777


Andrew Pagano
1018 Huntingdon Pike
Huntingdon Valley, PA 19006


Andrew Salek-Raham
1113 R St NW
Washington, DC 20009


Andrew Welters
919 Saigon Road
McLean, VA 22102


Andrew Zurlo
123 Saddlestone Place
Apt G
Camillus, NY 13031


Andy Chasin
121 Grafton Street
Chevy Chase, MD 20815


Andy Riemer
30 Fernald Drive
Unit 12
Cambridge, MA 02138


Andy Stone
1622 Forbes St
Rockville, MD 20851

Aneesha Srikar
95 Heather Ave.
Apt. 14
San Francisco, CA 94118


Angel B Perez
2C Mill  Pond Lane
Simsbury, CT 06070


Angela Borah
300 W 49th St, #800
New York, NY 10019


Angela Freedman
3701 Connecticut Ave NW
Apt. 712
Washington, DC 20008


Angela Wacek
26 Soden Street
Apt 3
Cambridge, MA 02139


Anil Narang
1024 Eaton Drive
Mclean, VA 22102


Anisha Mathur
Po Box 2729
La plata, Md 20646


Anita Badrock
90 Paul Green Road
Pittsboro, NC 27312


Anjani Patel
477 FDR DR
New York, NY 10002

Anjuli Garg
50 C Columbus Dr
#3413
Jersey City, NJ 07302


Anjya Thomas


Ann Berzin
137 West 74th Street
New York, NY 10023


Ann Howard
408 N Street NW
Washington, DC 20001


Ann Palmisano
8001 Ferrara Drive
Harahan, LA 70123


Ann Schmitt
1833 Woodfield Rd
Martinsville, NJ 08836


Ann Sutter
24 Pinnacle Drive
Port Jefferson, NY 11777


Ann Walker
3328 Kindlewood Crescent
Chesapeake, VA 23321


Ann Walker
20 Brook Terrace
Brockport, NY 14420

Anna Aperans
902 Spring Road NW
Washington, DC 20010


Anna Croll
2110 10th St NW
Washington, DC 20001


Anna Earles
3315 Rowland PL NW
Washington, DC 20008


Anna Hopkins
416 Lakeview Drive
Newark, DE 19711


Anna Klapper
1329 V St NW
Washington, DC 20009


Anna Legard
389 Stone Quarry Rd.
Ithaca, NY 14850


Anna Li
7109 Bay City Bend
Austin, TX 78725


Anna MacGillivray
44 8th Avenue
Apt 5
Brooklyn, NY 11217


Anna Mae Akers
2304 41st Street  NW
Apt 303
Washington, DC 20007

Anna Nicol
3707 Woodley Rd NW
Apt 45
Washington, DC 20016


Anna Quinn
11849 Bright Psge
Columbia, MD 21044


Anna Rhymes
299 E Raymond Ave.
Alexandria, VA 22301


Anna Shaffer
1200 N Garfield Street
#1210
Arlington, VA 22201


Anna Tsaur
1201 F St NW
Suite 250
Washington, DC 20004


Anna Zinkgraf
400 Wilson Blvd
Apt 1514
Arlington, VA 22203


Anna Zinkgraf


Annalane Owens
4751 Loyola Drive
Baton Rouge, LA 70808


Anne Buchanan
615 Valley View Road
Ardmore, PA 19003

Anne Dehnisch
210 E. Cleveland St
Beeville, TX 78102


Anne Hurley
2302 Ken Oak Rd.
Baltimore, MD 21209


Anne Hyman
21513 Quick Fox Lane
GAITHERSBURG, MD 20882


Anne Marie Sheedy
3311 Arcola Rd
Collegeville, PA 19426


Anne Marr
1217 Nipomo St.
San Luis Obispo, CA 93401


Anne Meltzer
2800 Quarry Lake Drive
Suite 120
Baltimore, MD 21209


Anne Nagle
1139 Manor Drive
Wilmette, IL 60091


Anne Reckitt
1346 Park Road NW
Apt 2B
Washington, DC 20010


Anne Scanley
1315 21st ST NW
Washington, DC 20036

Anne Tully
4602 Overbrook Rd
Bethesda, MD 20816


Annee Price
3434 NW 65th St
Seattle, WA 98117


Annelie Sauer


AnneRose Menachery
1228 W Street NW
Washington, DC 20009


Annette Aulton
1272 Sheridan Road
Crownsville, MD 21032


Annie Duong
3235 Sleepy Hollow Rd
Falls Church, VA 22042-4311


Annie Rogerson
304 W. 21st St.
Apt 1D
New York, NY 10011


Annie Signorelli
Care of Ruth Signorelli
22 Lotus Road
Bayport, NY 11705


Anthony  Margadonna
627 Kenyon Street
Washington, DC 20010

Anthony DeStefano
28 Cratetown Road
Lebanon, NJ 08833


Anthony Orlando



Anthony Pinheiro
4415 20th St N
Arlington, VA 22207


Anthony Rosser II
12611 Town Center Way
Upper Marlboro, MD 20772


Anthony Severino
1855 N Bissell St
Chicago, IL 60614


Anthony Watkins
4807 Davenport St. NW
Washington, DC 20016


Antonio Giles
1001 4TH ST SW
APT 404
Washington, DC 20024


April Carter



Areeb Ahmad
290 Quincy St
Brooklyn, NY 11216

Ari Jones
3507 Broadrun Drive
Fairfax, VA 22033


Arianna White
12228 Arabian Place
Woodbridge, VA 22192


Ariel Fuchs
1684 Oxford St
Berkeley, CA 94709


Ariella Kurshan
1512 8th St NW
Washington, DC 20001


Arielle Schneck
515 Catalonia Ave
Apt 3
Coral Gables, FL 33134


Armi Friebele


Arnon Ben Meir
7206 Old Stage Rd
Rockville, MD 20852


Arthur Peterson
4629 50th Ave S
Seattle, WA 98118


Arun Philip
14506 Highbury Lane
Laurel, MD 20707

Arun Singh
1230 13th Street NW
Apt 313
Washington, DC 20005


Ashby Rushing
3304 23rd St N
Arlington, VA 22201


Ashley Blakeley
12114 Bretwood Ct
Waldorf, MD 20602


Ashley Jenkins
10082 Aspenleigh Court
Newburg, MD 20664


Ashley Miller
3549 11th st nw
Apt 301
Washington, DC 20010


Ashley Pencak
6623 Harlan Place, NW
Washington, DC 20012


Ashley Swick
6800 York Ave S
Apt 413
Edina, MN 55435


Ashley Yesayan
922 S. Carolina Ave SE
Washington, DC 20003


Aslin Sauer
1503 Avenida Ashford
Ste 14C
San Juan, PR 00911

Athena Kopsidas
1440 Church Street NW
#607
Washington, DC 20005


Aubrielle Walrond
1507 C St SE
Washington, DC 20003


Augusto de la Torre
6301 Linway Terrace
McLean, VA 22101


Aura Skigen
6541 Washington Blvd
Arlington, VA 22205


Austin Helm
3104 Faber Drive
Falls Church, VA 22044


Austin Mellor
108 Kingsley Rd SW
Vienna, VA 22180


Austin Parham
2801 Quebect ST NW
APT 325
Washington, DC 20008


Avery Lewis
1221 Van Street SE
Apt. 1202
Washington, DC 20003


Aviella Snitman
4411 Connecticut Ave. NW
Apt. T410
Washington, DC 20008

Bailey Lassiter
1021 North Garfield Street
Arlington, VA 22201


Barb Power
5520 Sherier Place NW
Washington, DC 20016


Barbara Brattin
2117 Green St
Racine, WI 53402


Barbara Drazin
14 Sunnyside Rd
Silver Spring, MD 20910


Barbara Fried
122 Carriage Lane
Plainview, NY 11803


Barbara Giloth
6827 4th St. NW
#315
Washington, DC 20012


Barbara Gorman
2895 Blackberry Rd
Dover, PA 17315


Barbara Hendricskon
312 Hearthstone Mews
Alexandria, VA 22314


Barbara Johnson
5701 Governors Pond Circle
Alexandria, VA 22310

Barbara Johnson
5701 Governors Pond Cir
Alexandria, VA 22310


Barbara Klein
7409 Honeywell Lane
Bethesda, MD 20814


Barbara Patterson
770 P St NW
Apt 311
Washington, DC 20001


Barbara Richards
14617 Drum Hill Court
North Potomac, MD 20878


Barbara Richardson
1100 Red Rose Lane
Villanova, PA 19085


Barbara Schmitz
31 Mohegan Rd
Acton, MA 01720


Barbara Whitesides
2310 Waverly Drive
Wilmington, NC 28403


Basil Clarke
5901 Jarvis Lane
Bethesda, MD 20814


Bea Ann Phillips
4913 Loosestrife Court
Annandale, VA 22003

Becca Voss
19 Rustic Lodge W
Minneapolis, MN 55419


Becky Lambros
1064 Harbor Court
Eldersburg, MD 21784


Becky Rhodes
12853 Valleywood Drive
Woodbridge, VA 22192


Becky Richardson
4428 34th ST S
Arlington, VA 22206


Ben Goldstein-Smith
40 Albermarle Road
Newton, MA 04260


Ben Lundin
1328 Corcoran St NW
Apt 1
Washington, DC 20009


Ben Trachman
12213 Grove Park Ct
Potomac, MD 20854


Benjamin Berger
9203 Prince William ST
APT 309
Manassas, VA 20110


Benjamin Clayton
2610 Washington Avenue
Chevy Chase, MD 20815

Benjamin Daly
1660 Lanier pl
Washington, DC 20009


Benjamin Medina
153 East 32nd St
Apt 3L
New York, NY 10016


Benjamin Miles
306 Todd Pl NE
Unit 4
Washington, DC 20002


Bennett Smith


Bernadette Meehan
1934 15TH St NW
Washington, DC 20009


Bernadette Miller
848 Wynnewood Rd
Camp Hill, PA 17011


BERNARD KNIGHT
4th Street NW
Washington, DC 20001


Beth Gayer
181 Avalon Circle
Smithtown, NY 11787


Beth Hughes
175 Harvard Street NW
Washington, DC 20009

Beth Hughes
1735 Harvard Street NW
Washington, DC 20009


Beth Reiber
5825 3rd Street NE
washington, DC 20011


Beth Ritter Ruback
1434 E Katie Ln
Palatine, IL 60074


Bethany Davison
6606 Netties Lane, Unit 1301
Alexandria, VA 22315


Bethany Hoff
910 Prince Street
Alexandria, VA 22314


Bethany Horstmann
1565 N Colonial Terrace
Unit 303
Arlington, VA 22209


Betsy Glenday
6 Crawford Terrace
Riverside, CT 06878


Betsy Hutson
619 S Columbus Street
Alexandria, VA 22314


Betsy Pigg
600 WILCREST DR #35
Houston, TX 77042

Betty Wetmiller
250 Deepkill Rd
Troy, NY 12182


Beverly Dorman
7648 Golden Wheat Lane
Westerville, OH 43082


Beverly Gedutis
342 Wood Street
Woodville, MA 01747


Beverly Welch
37 Ocoee Falls Drive
Chapel Hill, NC 27517


Bianca Ruffin
9166 Furey Rd
Lorton, VA 22079


Billy Daniel


Blair Soars
334 Wolf Run Rd
Hughesville, PA 17737


Blair Tracy
26 Fremont Street
SOUTH DARTMOUTH, MA 02748


Bob Lind
1346 4th st se
apt 525
Washington, DC 20003

Bob Vizza
951 Spencer Way
Los Altos, CA 94024


Bobby Scheiwe
181 Amherst Dr.
Bartlett, IL 60103


Bona Park
3500 13th Street, NW
#202
Washington, DC 20010


Bonnie J. Prober
8306 Westmont Terrace
Bethesda, MD 20817


Bonnie Miller
2506 Dawn Dr
Alexandria, VA 22306


Borna Daftari
710 Snowden Hallowell Way
Alexandria 22314


Brad Hicks
1419 W Street NW
Washington, DC 20009


Bradley Abt
759 W Melrose Street
Chicago, IL 60657


Brandon Diamond
15 Berglund Ave
Wakefield, RI 02879

Brandon Picchierri
4 Ivy Ridge NE
Atlanta, GA 30342


Brenda Bailey
7714 Visionary Ct.
Manassas, VA 20112


Brenda Griffin
7609 Newcastle Drive
Annandale, VA 22003


Brendan Williams-Kief
2818 Rittenhouse Street NW
Washington, DC 20015


Brendon Dorgan
837 shepherd st nw
unit 1
Washington, DC 20011


Brendon Vina


Brenna Dames
1830 17th St NW Apt 605
Washington, DC 20009


Brett Hope
2690 Centennial Ct.
Alexandria, VA 22311


Brett Maybe
2101 n Rolfe st unit B
Arlington, VA 22209

Brett Taxin
6305 Alcott Road
Bethesda, MD 20817


Brian Allard
9018 Walden Road
Silver Spring, MD 20901


Brian Andrews
235 Wicks Rd
P.O. Box 207
New Suffolk, NY 11956


Brian Boettcher
20351 Zebulon St NW
Elk River, MN 55330


Brian Cole
1307 1/2 P St NW
Washington, DC 20005


Brian Cooke
1464 Rhode Island Avenue NW, Apt. 704
Washington, DC 20005


Brian Flynn
1391 Pennsylvania Ave SE
Unit 342
Washington, DC 20003


Brian Francica
3140 College Ave
Apartment 3
Berkeley, CA 94705


Brian Frickert
4866 Old Dominion Drive
Arlington, VA 22207

Brian Gerrard
1525 35th street NW
Washington, DC 20007


Brian Golden
401 Vandenberg Avenue
Barksdale AFB, LA 71110


Brian Gould
5629 Madison Street
Bethesda, MD 20817


Brian Hayes
1718 Corcoran St NW
Unit 41
Washington, DC 20009


Brian James
525 Irving St. NW
Washington, DC 20010


Brian Kelly
602 Greenwich Street
Falls Church, VA 22046


Brian LICSW
1929 19th Street NW
#4
Washington, DC 20009


Brian Neumann
1033 Riva Ridge Dr.
Great Falls, VA 22066


Brian Ostar
2406 Lexington Road
Falls Church, VA 22043

Brian Roscitt
151 N Michigan Ave
Apt 1915
Chicago, IL 60601


Brian Wonderly
1020 Monroe St NW
Washington, DC 20010


Brianna Letzelter
4411 Mckinney Ave
Unit 33
Dallas, TX 75205


Bridget LeBlanc
7740 Lower Gateway Loop
Apt 1513
Orlando, FL 32827


Bridget Nistico
1463C N Van Dorn St
Alexandria 22304


Brigid McCauley
64 Bow St
Apt C
Somerville, MA 02143


Brigitte Carrollo
9511 Seminole St
Silver Spring, MD 20901


Brittany Cavalieri
1330 Willow Ave.
Apt 209
Hoboken, NJ 07030

Brittany Cines
1401 Church Street NW
#214
Washington, DC 20005


Brittany Fiocca
9036 TELEGRAPH RD
Lorton, VA 22079-1655


Brittany Fried


Brittany Hellreich
801 N Monroe St
Apt 329
Arlington, VA 22201


Brittany Linkous
2005 Columbia Pike
Apt 731
Arlington, VA 22204


Brittany Martin
1140 Connecticut Avenue, NW
Suite 400
Washington, DC 20036


Brittany Rosenthal
1318 14TH ST. NW, APT 313
Washington, DC 20005


Brooke Ody
1501 12th Street NW
Apt B
Washington, DC 20005

Brooke Ross
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006


Brooks Hanner
4601 Connecticut Ave, NW
Apt. 101
Washington, DC 20008


Bruce Haase
16600 Lescot Terrace
Rockville, MD 20853


Bruce Hearey
1852 Coltman Road
Cleveland, OH 44106


Bruce Hutchison
14245-P Centreville Square
Centreville, VA 20121


Bruce Seeman
1324 Dale Drive
Silver Spring, MD 20910-1601


Bryan Davis
2511 39th Street NW
Washington, DC 20007


Bryan Pashigian
310 Philadelphia Ave
Takoma Park, MD 20912


Bryan Saba
12002 S. 35th CT
Phoenix, AZ 85044

Bryan Stockton
3719 Van Ness St. NW
Washington, DC 20016


Bryanah Bascon
42 8th st.
Apt 3520
Charlestown, MA 02129


Bryant Hall
521 5th Street NE
Washington, DC 20002


Bryn Carroll
1830 Lombard St
Apt 410
Philadelphia, PA 19146


Brytnee Grogan
16 Talega
Rancho Santa Margarita, CA 92688


Cady Burnes
10301 Cutters Lane
Potomac, MD 20854


Caitlin  Garlington
1201 F St. NW, Suite 1100
Washington, DC 20004


Caitlin Benda
5903 Carters Oak Ct
Burke, VA 22015


Caitlin Boyle
504 Broadway Ave
Leonardo, NJ 07737

Caitlin Cassidy
82 north country road
shoreham, NY 11786


Caitlin Danberg
3900 Fairfax Drive #1300
Arlington, VA 22203


Caitlin Dennison


Caitlin Devlin


Caitlin Downs
1444 Rhode Island Avenue NW
Apt 905
Washington, DC 20005


Caitlin French
101 Windstone Drive
Portsmouth, RI 02871


Caitlin Jones


Caitlin Mullin
3835 9th Street North
103e
Arlington, VA 22203


Caitlin Welsh
1930 New Hampshire Avenue NW
Apt 11
Washington, DC 20009

Caleb Cade
1001 Wilson Blvd,
Apt 506
Arlington, VA 22209


Caleb Graff
134 F St SE
Washington, DC 20003


Calli Seigart
2808 Hoxie Gorge Rd
Marathon, NY 13803


Cameron Foose
1931 18th St SE
Washington, DC 20020


Cameron McKee
1240 Hillside Ave
Norfolk, VA 23503


Campbell Palmer
6245 Cheryl Dr
Falls Church, VA 22044


Caoimhe O'Sullivan Roche
690 Prospect Place
2L
Brooklyn, NY 11216


Caol Ross
3612 Quesada Street NW
Washington, DC 20015


Cara Hedgepeth
3577 Warder Street NW
Apt. #301
Washington, DC 20001

Cara Manket
1933 Lamont St NW
Washington, DC 20010


Cara Manket
1933 Lamont Street NW
Washington, DC 20010


Cara McDonough
47 High Lane
Hamden, CT 06517


Carla O'Connor
12533 Pine Valley Club Drive
CHARLOTTE, NC 28277-4004


Carley Ruff
4519 Georgia Ave NE
#5
Washington, DC 20011


Carli Halper
57 Hansom Road
Basking Ridge, NJ 07920


Carlie  Fisherow
1608 Lawrence St. NE
Washington, DC 20018


Carlin Baker
1410 N Scott St
Apt 961
Arlington, VA 22209


Carlos Ulloa
4120 Kiaora St.
Miami, FL 33133

Carlton Bourne
282 Murtha St
Alexandria, VA 22304


Carly Whiteside
700 7th Street, SW, Apt. 319
Washington, DC 20024


Carmel Steindam
6930 Chestnut Avenue
Falls Church, VA 22042


Carol Conrad


Carol Cristiani
4425 Xerxes Avenue South
Minneapolis, MN 55410


Carol Danko
1616 16th Street NW
#107
Washington, DC 20009


Carol Dickson
101 W Beach Place
Tampa, FL 33606


Carol Hauke
236 Depot Rd
Colchester, VT 05446


Carol Hughes
74-2 Jockey Hollow Road
Bernardsville, NJ 07924

Carol Kaleta
732 Courtland Ave
Park Ridge, IL 60068


Carol Kimmitt
1706 Forest Lane
McLean, VA 22101


Carol Kooistra
240 Meagan Lane
Campobello, SC 29322


Carol Marshall
25 Walker Way
Plymouth, MA 02360


Carol Moore
11212 Old Post Rd.
Potomac, MD 20854


Carol Petruzzi
135 Goldfinch Terrace
Hackettstown, NJ 07840


CAROL RHEES
5801 Searl Terrace
Bethesda, MD 20816


CAROL WALTERS
2955 MORROW LANE
MILFORD, MI 48381-3396


Carole Burk
10150 Hampton Rd
Fairfax Station, VA 22039

Carolina Wotherspoon
3641 Bangor St. SE
Washington, DC 20020


Caroline Cherston
65 E 96 Street
8A
New York, NY 10128


Caroline Diemer
PO Box 29651
Henrico, VA 23242


Caroline Greenwood


Caroline Larsson
2550 17th Street NW
Unit 507
Washington, DC 20009


Caroline Reynolds
7220 ANDERSON ST
ALEXANDER, AR 72002-2878


Caroline Trotter
925 cleveland street
unit 267
greenville, SC 29601


Carolyn  Hession
27 Corn Hill Drive
Morristown, NJ 07960


Carolyn Anderson
2633 N Pocomoke Street
Arlington, VA 22207

Carolyn Davidson
1010 Massachusetts Ave NW
#603
Washington, DC 20001


Carolyn DeCourcey



Carolyn Dombrowski
2009 N 14th Street
#1102
Arlington, VA 22201


Carolyn Lalos
3828 Georgia ave NW, Apt 601
Washington, DC 20011


Carolyn Nestle



Carolyn Quinn
17516 Ashton Green Drive
Sandy Spring, MD 20860


Carolyn Ring
200 Black Skimmer Ct.
Edgewater, MD 21037


Carolyn Shaw
675 Potomac River Rd
McLean, VA 22102


Carolyn Sufrin

Carolyn Swords
906 East Capitol St NE
Washington, DC 20003


Carrie Allen
664 gateway drive SE
Unit 304
Leesburg, VA 20175


Carrie Boyle
12712 Veirs Mill Rd
#102
Rockville, MD 20853


Carrie Traverso
242 14th Place NE
Washington, DC 20002


Carrie VanDenbergh
1000 6th St SW Apt 411
Washington, DC 20024


Carrie Wolfe
6220 North 19th Street
Arlington, VA 22205


Cary Poropatich
5710 springfield drive
bethesda, MD 20816


Caryn Mazzie
1491 Chestnut St.
San Francisco, CA 94123


Caryn Spangler
104 S Columbia Ave
Bexley, OH 43209

Casey Aboulafia
3415 Lowell St NW
Washington, DC 20016


Casey Cutting
137 Gaffney Road
South Dartmouth, MA 02748


Casey Robinson
3711 S. 14th St.
Arlington, VA 22204


Casey Storme
1706 T Street NW
Apt 301
Washington, DC 20009


Cassandra Mateja
3612 Vintage Place
Dallas, TX 75214


Cassie Cunningham
5337 Juniper Dr
Roeland Park, KS 66205


Cat Ward
105 Duane Street
Apt 21G
New York, NY 10007


Catherine  Brandon
762 Park Rd. NW
Apt. 5
Washington, DC 20010


Catherine  Steinhoff
55 Forest Street
Manchester, MA 01944

Catherine Bakos
6147 North Country Road
Wading River, NY 11792


Catherine Burke
193 President Street, apt 3
Brooklyn, NY 11231


Catherine Germani
1013 Firethorn Lane
Newark, DE 19713


Catherine Giff
75 TAHMORE CT
Fairfield, CT 06825


Catherine McLean
5102 Yuma Place NW
Washington, DC 20016


Catherine Miller


Catherine Mootz
3669 Peachtree Road NE
Unit 3B
Atlanta, GA 30319


Catherine Murphy
10 Jay Drive
Randolph, NJ 07869


Catherine Parker

Catherine Rocco
1165 76th Street
Brooklyn, NY 11228


Catherine Shumaker
405 Holtz Ln
Cary, NC 27511


Catherine Stone
4313 Clearbrook Lane
Kensington, MD 20895


Cathi Sitzman
5105 Connecticut Avenue, NW
Unit 4
Washington, DC 20008


Cathy Burgess
3728 Alton Pl NW
Washington, DC 20016


Cathy Mock
14420 SW Rochester Dr.
Beaverton, OR 97008


Catie Morrissette
11 Laurel Hill Rd
Unit H
Greenbelt, MD 20770


Cecilia Garcia


Celeste Rodrigo
2200 17th St NW
Unit 202
Washington 20009

Chandler McCann
4429 9th St NW
Washington, DC 20011


Charla Trusheim
26 Carlton Dr
Acton, MA 01720-4250


Charlene Viola
2862 Pacific Coast Highway
Ventura, CA 93001


Charles  Becker
3901 Ivydale Drive
ANNANDALE, VA 22003


Charles Crawford-Silva
10909 Cripplegate Road
Potomac, MD 20854


CHARLES DAVIS
6115 Westbrook Drive
New Carrollton, MD 20784


Charles LeFebure
5122 Swift Court
Fairfax, VA 22032


Charles Posner
7301 Brennon Ln.
Chevy Chase, MD 20815


Charles Stallings
2016 Gough St
Baltimore, MD 21231

Charlie Townshend


Charlotte Booncharoen
10310 Lloyd Rd
Potomac, MD 20854


Charlotte Callaway
41922 Pacific Grove Way
Temecula, CA 92591


Charlotte Cronin
8390 E Via de Ventura
Scottsdale, AZ 85258


Charlotte Echols
2031 Commonwealth Ave
apt 14
Brighton, MA 02135


Charlotte Gjerloev
1059 Carbondale Way
Gambrills, MD 21054


Charlotte Higgins
3104 Black Chestnut Lane
Chevy Chase, MD 20815


Charlotte LeGates
5028 Massachusetts Ave. NW
Washington, DC 20016


Chelsea Friauf-Evans
9011 Miles Street
Silver Spring, MD 20901

Chelsea Raab
1467 Swann Street NW
Unit 3
Washington, DC 20009


Chelsea Tufarolo
1117 10th St NW
Washington, DC 20001


Cheri Moran
4390 Lorcom Lane
#309
Arlington, VA 22207


Cherie Harder
704 Catts Tavern Drive
Alexandria, VA 22314


Cheryl Weiner
4248 50th S NW
Washington, DC 20016


Cheryl Zimmer
19 9th St SE
Washington, DC 20003


Chiraag Bains
522 6th St SE
Washington, DC 20003


Chris Alexander
1200 N Street NW Apt 408
Washington, DC 20005


Chris Bolger
4545 MacArthur Blvd
Apt 202
Washington, DC 20007

Chris Butrico
1706 Wickford Rd
South Plainfield, NJ 07080


Chris Cherkis
1200 G Street NW
Suite 1100
Washington, DC 20005


Chris Clifford
6836 Lemon Road
Mc Lean, VA 22101


Chris Coffin
23 Knights Bridge Way
Landenberg, PA 19350


Chris Collier
61 Seaton PL NW
Apt 1
Washington, DC 20001


Chris Filstrup
15 Eastbourne Crescent
Patchogue, NY 11772


Chris Hueston
22 Winding Way
Malvern, PA 19355


Chris Norman
1550 7th Street NW
#833
Washington, DC 20001


Chris Serrano
10804 Blakpowder Ct
Fort Washington, MD 20744

Chris Swift
18697 Middletown Rd
Parkton, MD 21120


Chris Tanski
2121 N Westmoreland
APT 226
Arlington, VA 22213


Chris Walker
622 hemlock rd
coraopolis, PW 15108


Christel Gesterling
13912 Little Tree Ct
Rockville, MD 20850


Christi Jefferds
720 Kent Circle
Florence, KY 41042


Christian K. Patterson
2712 Pelham ave
Baltimore, MD 21213


Christie Byers
504 Albany Ave
Takoma Park, MD 20912


Christina Berger
9987 E Fanfol Drive
Scottsdale, AZ 85258


Christina Byers
8102 Halton Road
Towson, MD 21204

Christina Del Tatto
415 L St NW
Apt 1248
Washington, DC 20001


Christina Engh
2612 S Troy St
Arlington, VA 22206


Christina Grimaldi
3 Kim Ln
Poughkeepsie, NY 12601-6414


Christina Kissel
324 9th Avenue
Pelham, NY 10803


Christina Prevalsky
1106 16th St S
Arlington, VA 22202


CHRISTINA S GARCIA
3285 1/2 M st NW
Washington, DC 20007


Christina Sorley
Van Ness
Washington, DC 20008


Christina Torres-Kottman
14545 Nina Court
Waterford, VA 20197


CHRISTINE CARMAN
225 ORCHARD ST
CRANFORD, NJ 07016

Christine Coscia


Christine Crawford
18 Fairhaven Road
Nashual, NH 03060


Christine Cunningham
30 Waterside Plaza
Apt 8J
New York, NY 10010


Christine Hodges
310 KENWOOD CT
WALKERSVILLE, MD 21793


Christine McKissack
113 Blue Bird Cove
White Hall, AR 71602


Christine Murphy
4620 N Park Ave
CHEVY CHASE, MD 20815


Christine Ramirez
5944 Avon Drive
Bethesda, MD 20814


Christine Ryu
732 Girard Street NW #1
Washington, DC 20001


Christine Steinberg
7 Viking Terrace
Flemington, NJ 08822

Christine Sutkowski
22 East Madison Street
Apt 14
Baltimore, MD 21202


Christopher Anzidei
5020 Park Place
Bethesda, MD 20816


Christopher Barrett
1213 S Street, NW
Washington, DC 20009


Christopher Coyne
1330 New Hampshire Ave NW
Apt 822
Washington, DC 20036


Christopher Grunewald
4101 Stanford street
Chevy Chase, MD 20815


Christopher Hughes
808 Charles James Circle
Ellicott city, MD 21043


Christopher Janiak
1111 Lac De Ville Blvd Apt 306
Rochester, NY 14618


Christopher Kiefer
7313 Pine Dr.
Arlington, VA 22203


Christopher Lo Sapio
5711 Cheshire Drive
Bethesda, MD 20814

Christopher Lyon
17 Seaton Place NE
Washington, DC 20002


Christopher Mallard
3051 Idaho Ave., NW
Apt. 409
Washington, DC 20016


Christopher Mugford
4001 9th St N
Apt 806
Arlington, VA 22203


Christopher Munsey
4223 Glenwood Ave
Los Angeles, CA 90065


Christopher Rung
929 O St NW
Apt 3
Washington, DC 20001


Christopher Saunders


Christopher Spiro
3256 Van Hazen St NW
Washington, DC 20015


Christopher Wheldon
2601 Woodley PL NW Apt 1101
Washington, DC 20008


Christopher Womack
3115 7th st N
Arlington, VA 22201

Christyne Neff
502 Greenbrier Dr
Silver Spring, MD 20910


Churek Medill
4002 Carson Pl
Alexandria, VA 22304


Cindy Hamady
P.O. Box 5676
Charlottesville, VA 22905


Cindy Kacher


Cindy Mahon
38 Sheep Hill Drive
West Hartford, CT 06117


Claire Fitzpatrick
847 Pat Lane
Arnold, MD 21012


Claire Lerner


Claire Lonegan
145 Hudson Ave
Red Bank, NJ 07701


Claire Treanor
1190 South River Landing Road
Edgewater, MD 21037

Clarence Burke
1451 Belmont St NW
#102
Washington, DC 20009


Clark Johnson
1022 Lamont St., NW
Washington, DC 20010


Claudia James
3167 19th Street North
Arlington, VA 22201


Claudia Parker
5106 52nd Street, NW
Washington, DC 20016


Clayton Walker
1329 Stillwater Dr
Mandeville, LA 70471


Clinton  Oxford
2853 Ontario Rd NW
#421
Washington, DC 20009


Colbert Tew
1610 1/2 Q St. NW
WASHINGTON, DC 20009-3808


Colby Sheffer
321 Elm Street NW
Washington, DC 20001


Colette Hudson
po box 727
kilmarnock, VA 22482

Colleen Garrehy
573 Metropolitan Ave.
APT#. 3B
Brooklyn, NY 11211


Colleen Hussey
1815 17th Street NW
Apt. 102
Washington, DC 20009


Colleen Kelly
1158 W Cadence Court
Kamas, UT 84036


Colleen Korp
1045 N Utah St
Apt #607
Arlington, VA 22201


Colleen Sideropoulos
51 Anderson Farm Lane
Hanover, MA 02339


Collin Finnerty
111 3rd Ave
New York, NY 10003


Connie Angle
70 Windsor Lane
Atoka, TN 38004


Connor Smith
N63W23309 Main St
Apt 208
Sussex, WI 53089


Constance Neary
3509 Thornapple St.
Chevy Chase, MD 20815

Conway Yao
11 Adams Drive
Belle Meade, NJ 08502


Corey Berg
151 N Michigan Avenue
Chicago, IL 60601


Corey Maymon
8 Marina Dr
Newnan, GA 30263


Corry Juedeman
1050 N Stuart St
#304
Arlington, VA 22201


Cory Foley
617 Portledge Dr
Bryn Mawr, PA 19010


Courtney Ambrose
185 Canal St
Unit 1077
Shelton, CT 06484


Courtney Federico
1712 16th St. NW
Apt. 101
Washington, DC 20009


Courtney Framm
2020 12th St NW
Washington, DC 20009


Courtney Gordon
1234 Harmony Lane
Deridder, LA 70634

Courtney Griffith
1201 N. Garfield st.
APT 611
arlington, VA 22201


Courtney Krakowski
1009 Independence Ave SE
Washington, DC 20003


Courtney Kwiatkowski
1741 N. Troy St. Apt. 429
Arlington, VA 22201


Courtney Walsh


Courtney Weiner
1301 M St., NW, Apt. 506
Washington, DC 20005


Craig Torres
6815 Felix Street
McLean, VA 22101


Cros Saint
1865 River Forest rd
atlanta, GA 30327


Crystal Bridgeman
215 12th St NE
Apt 2
Washington, DC 20002


Crystal Talley
259 Beacon Street
Boston, MA 02116

Curt Bailey


Curtis Hine
230 W Lanvale St
Baltimore, MD 21217


Cynthia Morton
4609 Overbrook Road
Bethesda, MD 20816


Cynthia Starke
4795 NW Kiwanda Dr
Portland, OR 97229


Cynthia Stuenkel
6376 Castejon Drive
La Jolla, CA 92037


D Couch


Dahlia Rockowitz
1708 Kilbourne Pl NW
Washington, DC 20010


Daison Thomas
2106 Gunnell Farms Drive
Vienna, VA 22181


Daisy Cushner
1348 Newton St NE
Washington, DC 20017

Dale Rife
14 Torrance Court
Kensington, MD 20895


Dan  Hines
181 Millchop Lane
Magnolia, DE 19962


Dan Boff
1903 7th St NW
Apt. 41
Washington, DC 20001


Dan Finn
9705 S Kibourn Ave
Oak Lawn, IL 60453


DAN MCGIVNEY
1640 16th St., NW
Apt 205
Washington, DC 20009


Dan Montalbano
1920 14th Street NW, Apt 316
Washington, DC 20009


Dana Kessler
3122 keenly Ives. Ct
Buford, GA 30519


Dane Shikman
1111 25th Street NW #923
Washington, DC 20037


Dania Yousef

Danica Tan
106 Burgess Mill Ct
Locust Grove, VA 22508


Daniel  Moorhead
5 Hunt Manor Court
Baldwin, MD 21013


Daniel Briggs


Daniel Bucherer
1701 East-West Hwy.
Apt. 220
Silver Spring, MD 20910


Daniel Chernin
336 Arlington St.
Acton, MA 01720


Daniel Didio
1320 North Veitch Street
Apt 1525
Arlington, VA 22201


Daniel Glover
7506 Calais Way
Glen Burnie, MD 21060


Daniel Graham
5508 Brite Drive
Bethesda, MD 20818


Daniel Hodin
14232 Platinum Drive
North Potomac, MD 20878

Daniel Jacobs
3090 McNeal Road
Woodbine, MD 21797


Daniel Kowalyshyn
4977 Battery lane
Apt 221
Bethesda, MD 20814


Daniel Lee
1230 13th Street NW
Washington, DC 20005


Daniel Rico
2231 Ontario Rd NW #01
Washington, DC 20009


DANIEL SEBASTIAN
608 M ST NE
WASHINGTON, DC 20002


Daniela Villacres
1831 California Street NW
Apt 31
Washington, DC 20009


Danielle  Dyer
2725 39th street nw
Apt 307
Washington, DC 20007


Danielle Berman
11410 Reston Station Blvd
Apt 356
Reston, VA 20190


Danielle DeBroeck
1924 8th St NW
Washington, DC 20001-3450

Danielle Dromerhauser
5759 Calvin Way
San Diego, CA 92120


Danielle Grossman
3883 Connecticut Ave NW
#310
Washington, DC 20008


Danielle Psimas
1412 A Street SE, Apt 2
Washington, DC 20003


Danielle Spratling
3004 button bush lane
laurel, MD 20724


Danielle Sutton
550 14th Rd S Apt 535
Arlington, VA 22202


Danya Humeida
111 Michigan ave nw
WASHINGTON, DC 20010


Darci Benesh McGrath
6707 Belmar Ave
Reseda, CA 91335


Darcy Osta
4433 Colorado Ave NW
Washington, DC 20011


Dave Detweiler
1600 Landmark Dr
Cottage Grove, MD 21798

Dave Strauss
7718 Norsham Lane
Falls Church, VA 22043


Dave Zabell
200 East 74th Street
New York, NY 10021


David  Croom
8720 N Sherman Circle
#301
Miramar, FL 33025


David  Smigielski
13406 Whaley Court
Herndon, VA 20171


David Biesiada
11174 Red Fox Run
Fishers, IN 46038


David Bruce
3917 Blaine St NE
Washington, DC 20019


David Charles
4311 38th Street North
Arlington, VA 22207


David Chodak


David Cochrane
2987 District Ave Apt 511
Fairfax, VA 22031

David Crowley
1458 Columbia Rd. NW
Apt. 511
Washington, DC 20009


David Cuddy
2015 NE 80TH ST
Seattle, WA 98115


David Curry-Johnson
8439 Willow forge rd
Springfield, VA 22152


David Cypes
14517 Triple Crown Place
North Potomac, MD 20878


David Dellosso
14 W Beckonvale Cir
The Woodlands, TX 77382


David Dryer
143 Henry Street
New York, NY 11201


David Francis
3542 Warder St NW
Unit 102
Washington, DC 20010


David Gaston
343 Gold Street, Apt. 801
Brooklyn, NY 11201


David Johnson
24 S Weber
Suite 300
Colorado Springs, CO 80903

David Kizer
7980 Juniper Drive
Park City, UT 84098


David Lefty
258 Broadway
7B
New York, NY 10007


David Loewy
7607 Camp Alger Ave
Falls Church, VA 22042


David Marlatt
Tomales Street
Sausalito, CA 94965


David Moran
4844 30th Street, N
Arlington, VA 22207


David Newman
2617 Woodley Place, NW
Washington, DC 20008


David Sapin
4806 Essex Avenue
Chevy Chase, MD 20815


David Schwartz
4718 9TH ST NW
WASHINGTON, DC 20011-4544


David Sherman
77 Wentworth Ave
Glencoe, IL 60022

David Siegal
4141 N Henderson Rd
Apt 227
Arlington, VA 22203


David Thomas
1918 Eamons Way
Annapolis, MD 21401


David Winston
126 Betsy Rawls Drive
Middletown, DE 19709


DAVID WOOLLEY
1001 Parkview Blvd
Colorado Springs, CO 80903


David Yi
1412 Leslie Ave
Alexandria, VA 22301


David Zabludowsky
600 13th St NW
Washington, DC 20005


Dawn Audia
12113 Blue Flag Way
Columbia, MD 21044


Dawn Beaupain
10035 Gulf Beach Hwy
Unit 405
Pensacola, FL 32507


Dawn Murphy
13131 Thornapple Place
Oak Hill, VA 20171

Dawn Perla
2421 Berry Thicket Court
Waldorf, MD 20603


Dawn Tatz
2532 Clinton St
Bellmore, NY 11710


Dayna Fellows
5927 Conway Road
Bethesda, MD 20817


Dean Cira
5334 32nd Street, NW
Washington, DC 20015


Dean Liou
2484 Saybrook Rd
University Heights, OH 44118


Deb Rossi
2797 1st street
#701
Fort Myers, FL 33916


Debbie Accame
6516 Lone Oak Ct.
Bethesda, MD 20817


Debbie Edelheit
28 Omni Ct
New City, NY 10956


Debbie Forrest
5106 Randall Lane
Bethesda, MD 20816

Debbie Gates
4015 LaCrosse Ave
Cincinnati, OH 45227


Deborah  Diroll
3664 River Ridge Way
Perrysburg, OH 43551


Deborah  Stewart
PO Box 112
Constantine, MI 49042


Deborah Aloof
1016 S Wayne Street
Apt. 804
Arlington, VA 22204


Deborah Balsamo
116 Orchid Ct
Toms River, NJ 08753


Deborah Quilhot
6425 E. 1000 South - 92
Roanoke, IN 46783


Deborah Upton
8 Hesperus Circle
Gloucester, MA 01930


Deborah Wells
100 Maple Heights Rd
Pittsburgh, PA 15232


Debra Cahill
218 E Mason Ave
#1
Alexandria, VA 22301

Debra Cronin
250 E. PEARSON ST.
Apt. 1905
Chicago, IL 60611-7225


Debra Gajer
299 Jayne Avenue
Oakland, CA 94610


Debra Principi
24710 New Post Road
St Michaels, MD 21663


Deirdre Mcgonagle
5117 Grimm Drive
Alexandria, VA 22304


Delacey Skinner
1010 8TH ST NE, Unit 1
Washington, DC 20002


Delia Burnett
200 MOTT STREET
Apt 23
NEW YORK, NY 10012


Deneise Conrad
19114 Mazattan Way
San Antonio, TX 78256


Deneka Horalek
670 St George Rd
Danville, CA 94526


Denisa Piatti
622 Randolph street NW
Washington, DC 20011

Denise Gallagher
153 Stanford Lane
Seal Beach, CA 90740


Denise Nguyenphu
70 Rhode Island Ave NW
Apt 204
Washington, DC 20001


Denise Sussman
532 N Church Street
Charlotte, NC 28202


Dennis Boyle
10 Bassett Lane
Newfields, NH 03856


Dennis Cakert
300 Massachusetts Ave
Washington, DC 20001


Dennis Drinkwater
107 Lynnmoor Drive
Silver Spring, MD 20901


Dennis Fujka
400 Saddler Rd
Bay Village, OH 44140


Dennis Ostrovsky
11504 Nairn Farmhouse Ct
Silver Spring, MD 20902


Derek Jones
1063 N Nelson St
Arlington, VA 22201

Desiree Jewell
3385 Traver Drive
Broomfield, CO 80023


Desmond Swanson
2900 Main Line Blvd.
Apt. 436
Alexandria, VA 22301


Devin Mulhern


Diana Chafetz
9800 Meadow Knoll Ct.
Vienna, VA 22181-3213


Diana Jahries
104 Bobcat Trail
Simpsonville, SC 29681


Diana Le
2621 Harrison Ln.
Beavercreek, OH 45431


Diana Molina
new york, NY 11206


Diana Murphy
479 E WESLEY RD NE
ATLANTA, GA 30305


Diane  Johnson-Quinn
12633 Jedburg Lane
Woodbridge, VA 22192

Diane Diemert
114 15th Avenue SW
Unit 404
Calgary Alberta, Canada T2R0P5


Diane Hall
913 French Broad Parkway
Marshall, NC 28753


Diane Horan
8 West St
Foxboro, MA 02035


Diane Masket
220B Lee Avenue
Fort Myer, VA 22211


Diane Pannullo
arjay circle
ellicott city, MD 21042


Diane Roeing
1907 N Summit St
Wheaton, IL 60187


Dimitri Deychakiwsky
226 E 85th St
Apt 3B
New York, NY 10028


Dina Booher
10919 Drumm Avenue
Kensington, MD 20895


Dionne Lewis-Jones
14014 Heatherstone Dr.
Bowie, MD 20720

Dirk Brazil
1418 Redwood Lane
Davis, CA 95616


Dmitri  Levitas
1423 Columbia Rd. NW
#4
Washington, DC 20009


Dolores  Flamiano
461 Lee Avenue
Harrisonburg, VA 22802


Dolores Shea
24 Mayapple Dr.
Brick, NJ 08724


Dominic Maione
2550 17th St.
#501
Washington, DC 20009


Dominique Riffe
2600 Rose Mount Ln
Bowie, MD 20721


Donald Crane
10717 Independence Ave
Los Angeles, CA 91311


Donald Ferfolia
289 Prestwick Drive
Broadview Heights, OH 44147


Donald Judy
610 Buckingham St
Staunton, VA 24401

Donald Murphy
5650 4th Street North
Arlington, VA 22205


Donna Berns


Donna Cascio
496 Felgar Road
Somerset, PA 15501


Donna Fuqua
12200 Plater Road
Charlotte Hall, MD 20622


Donna Hansen
104 Asbury Ave.
Freehold, NJ 07728


Donna PANZARELLA
668 E St NE
washington, DC 20002


Doreen Campbell
1319 Corcoran St
#9
Washington, DC 20009


Doreen Silver
9600 koupela drive
Raleigh, NC 27615


Doris Girgis
24888 Castleton Drive
Chantilly, VA 20152

Douglas Myers
1135 S. Milwaukee St
Denver, CO 80210


Doyle Green
139 McCarty Road
Fredericksburg, VA 22405


Dr J Wayne Mancari
2315 Canoas Garden Avenue
San Jose, CA 95125


Drennan Hicks
7211 James I Harris Memorial
Drive
Frederick, MD 21702


Dulce Baptista
1515 O street ap 411
washington, DC 20005


Dustin Pusch
2500 Q Street NW
Washington, DC 20007


Dwight Hill
2901 South Bayshore Drive
Miami, FL 33133


E. Fielding Layman
396 Acme Co.st
Broadway, VA 22815


Eddie Booher
2019 Clematis Drive
Charlotte, NC 28211

Eden Schiffmann
1418 15th Street NW
#2
Washington, DC 20005


Edward  Harmon
2701 Mount Vernon Avenue
#1
Alexandria, VA 22301


Edward Specht
112 Overlook Rd
Cedar Grove, NJ 07009


Edward Toumayan
1546 Shoreline Dr.
Santa Barbara, CA 93109


Edwin Roa
3003 Van Ness Street NW, Apt  W1014
Washington, DC 20008


Eileen Doheny
1916 n nelson st
arlington, VA 22207


Eileen Kuletz-Burke
607 N. Tazewell Street
Arlington, VA 22203


Elaine Diaz
45 Winding Oak Drive
Okatie, SC 29909


Elaine HIllgrove
14341 Heathland Terrace
Midlothian, VA 23113

Elbert Davis
2100 Connecticut Ave NW
Apt 105
Washington, DC 20008


Eleanor Gailey
2201 L Street NW
#501
Washington, DC 20037


Elisabeth Conrad
60 West 23rd Street
Apt 1030
New York, NY 10010


Elisabeth Ebb
81 Oxford Rd.
Newton, MA 02459


Elisabeth Hoffman
40 Twin Ponds Drive
Falmouth, ME 04105


Elisabeth Miller
2004 11th St NW
#133
Washington, DC 20001


Elisabeth Niemann
1401 33rd Street NW
Washington, DC 20007


Elissa Cmunt
1304 W Waveland
Unit 2
Chicago, IL 60613

Elizabeth  Cummings
6060 California Circ #110
Rockville, MD 20852


Elizabeth  Mullen
6035 Cathcart Drive
Excelsior, MN 55331


Elizabeth Ballou
1288 Medway Road
Charleston, SC 29412


Elizabeth Black
1435 Newton St NW
Apt. 402
Washington, DC 20010


Elizabeth Brightwell
5215 Center Street
Apartment #408
Williamsburg, VA 23188


Elizabeth Claydon
4390 Lorcom Lane, #709
Arlington, VA 22207


Elizabeth Cornwell
2426 Davis Ave.
Alexandria, VA 22302


Elizabeth Coyne
2201 2nd Street NW #23
Washington, DC 20001


Elizabeth Cunningham
1731 Willard Street NW #505
Washington, DC 20009

Elizabeth Doherty
915 Silver Spring Ave Unit 102
Silver Spring, MD 20910


Elizabeth Dunphy
5405 Tuckerman Lane
A671
North Bethesda, MD 20852


Elizabeth Elser
22 Eagleshead Road
Ithaca, NY 14850


Elizabeth Fedyna
1738 Del Paso Ave
San Jose, CA 95124


Elizabeth Fine
713 N Cleveland Street
Arlington, VA 22201


Elizabeth Hagan
2480 16th St NW
apt 313
Washington, DC 20009


Elizabeth Hamilton
1822 Vernon Street NW
Apt. 101
Washington, DC 20009


Elizabeth Johnson
4107 Winding Waters Terrace
Upper Marlboro, MD 20772


Elizabeth Jordan
3442 Oakwood Terrace NW
Washington, DC 20010

Elizabeth LaBerge
140 M Street NE, Apt. 649
Washington, DC 20002


Elizabeth Leblanc
4 kings Road
lynnfield, MA 01940


Elizabeth Leung
1311 Jackson Ave
Apt 8B
Long Island City, NY 11101


Elizabeth Lyford
7112 Beechwood Drive
Chevy Chase, MD 20815


Elizabeth MacDonough
2921B So. Woodstock St.
Arlington, VA 22206


Elizabeth Madejski
4501 Dunton Ter
unit Q
PERRY HALL, MD 21128


Elizabeth Mangum
2736 Bush Street
San Francisco, CA 94115


Elizabeth McCarthy
3000 Washington Blvd.
#324
Arlington, VA 22201


Elizabeth Nimick

Elizabeth Penniman
American Red Cross
431 18th Street, NW
Washington, DC 20006


Elizabeth Pinede
3460 14th St. NW
Apt. 206
Washington, DC 20010


Elizabeth Ravesteijn
4006 38th Place n
Arlington, VA 22207


Elizabeth Rentz
73 Doc Hardy Lane
Norwich, VT 05055


Elizabeth Rowe
31 Walthery Avenue
Ridgewood, NJ 07450


Elizabeth Schmitt
315 James St
Falls Church, VA 22046


Elizabeth Sicuso
1550 Clarendon Blvd, #204
Arlington, VA 22209


Elizabeth Soltis
117 Rhode Island Ave NE
Washington, DC 20002


Elizabeth Stout
800 Great Cumberland Road
McLean, VA 22102

Elizabeth Thaler
243 E 71st St
New York, NY 10021


Elizabeth Thomas
1020 N Highland Street
Apt 424
Arlington, VA 22201


Elizabeth White
1211 West 69th
Cleveland, OH 44102


Ella Schneiberg
22199 Parnall Road
Shaker Heights, OH 44122


Ellen Gehrs
1109 N. Gaillard Street
Alexandria, VA 22304


Ellen Hemmer
780 Blueberry Ct
Huntingtown, MD 20639


Ellen MacDonald


Ellen McMillin
187N POW-MIA Drive
Scott AFB, IL 62225


Ellin Wade
54 Woodside Road
Harvard, MA 01451

Elliot Land
4870 Deer Lake Dr. E., #1211
Jacksonville, FL 32246


Elliott Cernik
219 Wisteria Walk Circle
The Woodlands, TX 77381


Ellison Soobert


Ellyn Guttman
260 6th Avenue
Venice, CA 90291


Elodie Manuel
4960 Sentinel Drive
Bethesda, MD 20816


Emilee Roberson
1527 P ST NW
Washington, DC 20005


Emilie Korban
8943 Claret Way
Bristow, VA 20136


Emily  McHugh
4200 N. Carlin Springs Rd
Apt 519
Arlington, VA 22203


Emily Adams

Emily Baumann
714 Park Ridge Road
Apt. B4
Durham, NC 27713


Emily Chonde
620 North Fayette Street, Apt 242
Alexandria, VA 22314


Emily Eshman
2521 Van Ness Avenue
San Francisco, CA 94109


Emily Fredette
1824 Allison St NW
Washington, DC 20011


Emily Goering
518 Oklahoma Ave NE
Washington, DC 20002


Emily Huesgen


Emily Larson
3604 Morrison St. NW
Washington, DC 20015


Emily McCarthy
2400 16th Street NW
Unit 523
Washington, DC 20009


Emily McKnight
53 Ridge Road
Unit E
Greenbelt, MD 20770

Emily McMahon


Emily Metzger
130 old rt 30
Mcknightstown, PA 17343


Emily Moran


Emily Murphy
26 eastern drive
ardsley, NY 10502


Emily Newhook
1425 South Eads Street
Arlington, VA 22202


Emily Paul
2017 North Quinn St
Arlington, VA 22209


Emily Rice
3509 Noriega Street
San Francisco, CA 94122


Emily servais
34 Willow Avenue
Islip, NY 11751


Emily Stevenson
71 S Winchester Rd
Annapolis, MD 21409

Emily Swain
5242 Nebraska Ave NW
Washington, DC 20015


Emily Tully
1532 N. Randolph Street
Arlington, VA 22207


Emily Wheland
1600 South Eads Street
Arlington, VA 22202


Emilyann Key
8511 Lorainew
Alexandria, VA 22308


Emma Copeland
1230 13th Street NW
Unit 908
Washington, DC 20005


Emma Hyde
3337 Rittenhouse St. NW
Washington, DC 20015


Emma Simon
6522 7th St NW
Washington, DC 20012


Emma Strauss
1111 New Jersey Ave SE
Apt 522
Washington, DC 20003


Emma Sutton
2217 3rd Ave
Apt 305
Seattle, WA 98121

Emmanuelle Dusart
3537 S street NW
Washington, DC 20007


Endri Mustafa



Eric  Smith



Eric  Weimers
1125 W Drummond Pl
Chicago, IL 60614


Eric Bunning
1113 N. Pitt Street
Unit 1A
Alexandria, VA 22314


Eric Gorte
2443 Ontario Rd NW #3
washington, DC 20009


Eric Harris
3130 Wisconsin Avenue NW
Apt 803
Washington, DC 20016


Eric Menatti
2540 Fairfax Dr.
Apt C
Arlington, VA 22201


Eric Nash
148 Colony Point Drive
Punta Gorda, FL 33950

Eric Nawrocki
9401 Ewing Dr
Bethesda, MD 20817


Eric Pitts
4853 Cordell Avenue
Bethesda, MD 20814


Eric Quehl
1111 Belle Pre Way
Alexandria, VA 22314


Eric Robinson
3500 13th St NW
Apt 104
Washington, DC 20010


Eric Schmid
515 East 6th Street
New York, NY 10009


Eric Simms
8458 Sugar Creek Lane
Springfield, VA 22153


Erica Fersch
30 Calumet Avenue
Oakland, NJ 07436


Erica Grant
4040 A 8th St. NW, Apt. 1
Washington, DC 20011


Erica Linthorst
19 Huntwood Pl.
Mt. Vernon, NY 10552

Erica Rhodes
1900 S Eads St
Apt 413
Arlington, VA 22202


Erica Schlaikjer
110 Gallatin St NW
Unit 6
Washington, DC 20011


Ericka Welsh


Erik Gammell
1114 Windsor Place
South Pasadena, CA 91030


Erik Mueller
850 Quincy St NW
Apt 205
Washington, DC 20011


Erika Bibelnieks


Erika Davis
6665 Debra Lu Way
Springfield, VA 22150


Erin  Fitzgerald
4607 41st Street N
Arlington, VA 22207


Erin Bell
1505 Crystal Drive
Apt 214
Arlington, VA 22202

Erin Blakeslee
1301 Massachusetts Ave NW
Apt #301
Washington, DC 20005


Erin Conlon
71 W 109th St.
Apt. 2C
New York, NY 10025


Erin French
2612 10th Ave E
Seattle, WA 98102


Erin Kate Brady
495 W. End Ave
Apt. 9F
New York, NY 10024


Erin Kinney
2745 29th Street NW
#620
Washington, DC 20008


Erin Le Febure
5122 Swift Ct.
Fairfax, VA 22032


Erin Leonard
1833 Swann St, NW
Apt #2
Washington, DC 20009


Erynn Huff
3909 20th St NE
Washington, DC 20018

Eser Yildirim
1736 Willard Street NW
Unit 103
Washington, DC 20009


esmeralda aguilar
900 7th street NW
suite 1000
Washington, DC 20001


Esther Felipa
5040 Eisenhower Ave
Apt 410
Alexandria, VA 22304


Ethan Katz
2745 29th st NW
Apt#108
Washington, DC 20008


Eugene  Sullivan
3339 18th St NW
Unit 2
Washington, DC 20010


Eugene  Sullivan


Eugene Finn
770 P Street, NW
Apt. 401
Washington, DC 20001


Eugene McCoy
2430 Wentworth Dr
Crofton, MD 21114

Eva Walter
1013 4th Street SE
Washington, DC 20003


Evan Hammerman
13723 Lambertina Place
Rockville, MD 20850


Evan King
2116 Frederick Douglass Boulevard
Apt. 3L
New York, NY 10026


Evangeline Paschal
1750 16th St NW
Apt 41
Washington, DC 20009


Ewell G. Smith
1811 Monroe St. NE
Washington, DC 20018


Faith Korbel
1401 N TAFT ST
#813
Arlington, VA 22201


Fatima Hasan
2330 14th St North
Apt 302
Arlington, VA 22201


felicia  velos
2514 K St NW
Apt 34
Washington, DC 20037

Fiona Swerdlow
89 Woodcrest Avenue
White Plains, NY 10604


florence morrisey
135 corrigan
southampton, NY 11968


Frances  James
1531 Vermont Ave NW
Washington, DC 20005


Frances Glendening
6824 Pineway
University Park, MD 20782


Frances Granville
224 Eliot St.
Milton, MA 02186


Frances Varner
1812 Florida Avenue NW
Apartment 2
Washington, DC 20009


Frances Wu
3633 Yuma St NW
Washington, DC 20008


Francesco  Dacunto


Francine Hinchey
237 Locust St
Danvers, MA 01923

Francis Moore
1237 Potomac Ave SE
Washington, DC 20003


Francisco Borelli
1908 Reston Metro Plaza
Apt 1617
Reston, VA 20190


Francisco Chabran
IE USA LLC
200 Park Ave
Ste 1700
New York, NY 10166


Frank Higgins
15429 Skyline Dr
Montclair, VA 22025


Frank Lewis
9601 Lagersfield Circle
Vienna, VA 22181


Frank Schmidt
12640 MOLESWORTH DR
MOUNT AIRY, MD 21771-4810


Frank Sherrill
1800 N. Lynn Street
#901
Arlington, VA 22209


Frank Stainback
622 Ford Ave
Owensboro, KY 42301


Frank Toohey
5136 Scarsdale Rd.
Bethesda, MD 20816

Fred Peters
1101 14th St., N.W.
Suite 750
Washington, DC 20005


Frederick Isasi
1300 N Street, N.W.
Washington, DC 20005


Gabriela Botura


Gabriele Aulisi
6808 Wemberly Way
Mclean, VA 22101


Gabriella Romaniello
901 N Pollard Street
Apt. 1609
Arlington, VA 22203


Gabrielle Brezovsky
23552 Epperson Sq
Brambleton, VA 20148


Gaby Gloeckle
7451 Fisher Island Dr.
Miami Beach, FL 33109


Gail  Anderson
6150 Snow Mountain Road
Broad Run, VA 20137


Gail Robinson

Gail Schwartz
420 Monticello Avenue, 403B
Norfolk, VA 23510


Gail Wood-Brooks
2432 Cloister Dr
Charlotte, NC 28211


Gannett Cassidy
15333 Baileys Lane
Silver Spring, MD 20906


Garret Martin
4613 Arkansas Avenue NW
Washington, DC 20011


Garrett Jacobs
2158 Cumberland Pkwy SE, Apt 5201
Atlanta, GA 30339


gary einhorn
514 ethan allen ave
takoma park, MD 20912


Gary Goosman
1441 Rhode Island Ave NW
Unit 113
Washington, DC 20005


Gary I. Rubin
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005


Gary Stein

Genevieve Hernandez
1318 Ransolph St NE
Washington, DC 20017


Georganne Sanders
1226 Clifton Street
Raleigh, NC 27604


George Rodrigue
3255 Dorchester Road
Shaker Heights, OH 44120


George Shevlin
920 Westminster Street, NW
Washington, DC 20001-4130


Georgia Kendall


Gerald  White
1912 W. 61st Terr
Mission Hills, KS 66208


Gerald Kelly


gerard clinton
135 fourth ave
milford, CT 06460


Gerry Lyons

Giedre Slivinski


Giffin Daughtridge
2148 Beckenham Drive
Mount Pleasant, SC 29466


Gilbert Watson
1916 17th St NW
Apartment 314
Washington, DC 20009


Gillian Edick
5602 Warwick Place
Chevy Chase, MD 20815


Gillian Morgan
5913 hall street
SPRINGFIELD, VA 22152


Gina  Mahar
33 Freshfield Rise
Fairport, NY 14450


Glenn Bass
3508 36th ST NW
Washington, DC 20016


Glenn Shiplet
4832 Briscoe Rd.
Saint Leonard, MD 20685


Gloria Tercero
1315 W Street NE
Washington, DC 20009

Grace Cleary
617 W Lynn Street
Unit A
Austin, TX 78703


Grace Drummond
420 Mission Bay Blvd N
Unit 904
San Francisco, CA 94158


Grace Flaherty
401 N Kensington Ave
La Grange Park, Il 60526


Grace Harter
1224 13th Street NW
Washington, DC 20005


Grace Riley-Adams
1271 Holbrook Terrance NE
Washington, DC 20002


Graham Hastie
4a Green Drive
Inverness, DC 20037


Graham Welsh
3000 Saint Annes Ln NW
Atlanta, GA 30327


Greg Carter
3 Rhode Island Ave NE
Washington, DC 20002


Greg Gormley
601 Overlook Ct
Wexford, PA 15090

Greg Saphier
6600 Rockmont Ct.
Falls Church, VA 22043


Gregory Angstman
644 SHARDLOW PL NE
Byron, MN 55920


Gregory Bassett
3626 Dumbarton
Houston, TX 77025


Gregory Dempsey
2335 40th Street NW #3
Washington, DC 20007


Gsrry Lyons


Gustavus Hulin
4550 Connecticut Ave NW
Apt 515
Washington, DC 20008


Gwyn Heaver
442 Caswallen Dr
West Chester, PA 19380


Hailey Morris
1420 N street nw
apt 915
washington, DC 20005


Hailey Sylvander
50 Carlton Place
Rutherford, NJ 07070

Haley Dorgan
1349 Randolph Street NW
Apt 2
Washington 20011


Halle Kern
48 Alberta Ave
Charleston, SC 29403


Hamed Semati
350 G St SW
614N
Washington, DC 20024


Hanna Slomianyj
403 10th St SE
Apt B
Washington, DC 20003


Hannah DePaulis
52 15th St NE
Washington, DC 20002


Hannah Henningsgaard
1556 Bradley Drive
Boulder, CO 80305


Hannah Kemp
442 S St NW, Apt A
Washington, DC 20001


Hannah Rowlette
1026 Harvard St NW
APT 2
Washington, DC 20001


Hannah Schneider
13 S Street NW
Washington, DC 20001

Hardik Patel
4 Harrison ct
Wilmington, DE 19810


Hart Wood
1800 R St. NW
Washington, DC 20009


Harvey Hinman
717 n 43rd st
Seattle, WA 98103


Heather Bayko
203 Fingertip Rd
Apt 275
Abingdon, MD 21009


Heather Buss
5720 Metroview Parkway,
Apt 563
Alexandria, VA 22303


Heather Camm
24 Blaine St
Seattle, WA 98109


Heather Cohen
199 Amity St Apt 3
Brooklyn, NY 11201


Heather Hostetter
5134 Nebraska Ave, NW
Washington, DC 20008


Heather Mills
426 E Luray Ave.
Alexandria, VA 22301

Heather Molina
12710 Veirs Mill Rd #104
Rockville, MD 20853


HEATHER WAGNER
2020 N 7th Avenue
Phoenix, AZ 85007


Heidi Barron
1111 Abbington Lane
Crownsville, MD 21032


Heidi Knoll
52 Weskora Avenue
Pleasantville, NY 10570


Heidi Parsont
838 Fontaine St.
Alexandria, VA 22302


Helen Joel
1212 19th Ave East
#2
Seattle, WA 98112


Helen Steinberg
4512 Van Ness St., NW
Washington, DC 20016


Helen Wan
51 Claremont Ave
Maplewood, NJ 07040


Helene Herman
120 Brookmead Court
San Anselmo, CA 94960

helene Rosenzweig
16260 Ventura blvd #530
Encino, CA 91436


Henry Clarke
22612 Griffith Drive
Laytonsville, MD 20882


Henry Strong
8710 Belmart Rd
Potomac, MD 20854


Henry Tugendhat
1620 Fuller Street, NW
Apt 315
Washington, DC 20009


Hilarey Leonard
213 Rock Creek Church Rd. NW
Washington, IA 50312


Hilary Reilly
2234 Massachusetts Avenue NW
Washington, DC 20008


Holly  Betancourt
7514 Wisconsin Ave, Suite 500
Bethesda, MD 20814


Holly Cannon
4635 Clark Place NW
Washington, DC 20007


Holly Povlich
163 Blackford Dr.
Stephenson, VA 22656

Hugh Carter
1901 Connecticut Ave NW Apt 412
WASHINGTON, DC 20009


Hugh Hamlin
35 Berkeley Street
Rochester, NY 14607


Ian Appel
770 Boylston St Apt 10B
Boston, MA 02199-7709


Ian Carchman
823 Cinnamon Ct
Odenton, MD 21113


Ian Eisele
333 I Street SE
Washington, DC 20003


Ian Lingwood
2112 8th St NW
Apt 702
Washington, DC 20001


Ian Simpson
1711 Massachusetts Ave, NW
Apt 521
Washington, DC 20036


ien sie
339 spyglass way
aptos, CA 95003


Ifor Williams
17 Glenhurst Ct
North Potomac, MD 20878

Ing Ing Heistand
653 Beinhower Road
Etters, PA 17319


Ingrid Kleckner
12417 Borges Avenue
Silver Spring, MD 20904


Ingrid Sahu
PO Box 777
Dubai, UAE


Irene  Firippis
8807 Tribeca Street
Rockville, MD 20855


Irvine Nugent
45 Sutton Sq SW
#1003
Washington, DC 20024


Iryna Dronova
6080 N Rockridge Blvd
Oakland, CA 94618


Isaac Breen-Franklin
317 Old County Road
Severna Park, MD 21146


Isabella  Bauer
77 H Street NW
Apt 252
Washington, DC 20001


Isabella Fiacco
5 Julia Court
Boonton, NJ 07005

Isabella Loose
1616 16th St NW, Apt 707
Washington, DC 20009


Ishaan Karpe
1401 Columbia Rd NW
Washington, DC 20009


Isis Rodriguez-Cortes
912 K St NE
Washington, DC 20002


Itselda Shand- Gaines
1508 Lawrence St NE
Washington, DC 20017


Ivana Hajnal
4808 Grantham Ave
Chevy Chase, MD 20815


Jace McFerran
6429 Northanna Dr
Springfield, VA 22150


Jack Herron
3323 18th St NW
Washington, DC 20010


Jack Hubbard
807 enderby drive
alexandria, VA 22302


Jackie Brideau
8612 Oak Chase Circle
Fairfax Station, VA 22039

Jackie Winkler
1018 Doreen place
VENICE, CA 90291


Jackson Proskow
1449 A Street NE, Apt D.
Washington, DC 20002


Jaclyn  Aruch
32-80 38th Street
2nd Floor
Astoria, NY 11103


Jacob  Moschler
44181 Airport Rd
California, MD 20619


Jacob Betit
5962 Edgehill Ct
Alexandria, VA 22303


Jacob Walzer
710 North Nelson Street
Arlington, VA 22203


Jacqueline Cremos
2130 P St NW
Apt 219
WASHINGTON, DC 20037


Jacqueline Eagan


Jacqueline Hunt
1689 Drewlaine Drive
Vienna, VA 22182

Jacqueline Jenkins
PO Box 460
Port Tobacco, MD 20677


Jacqueline Walker
1301 Princess Street
Alexandria, VA 22314


Jade Madrid
3125 Hawthorne Dr NE
Washington, DC 20017


Jaik Balakumar
860 West Blackhawk #2408
Chicago, IL 60642


Jaime Horn
3709 Albemarle St NW
Washington, DC 20016


Jake Lewis
638 Q ST NW
#1
Washington, DC 20001


Jake Lipsett
1821 Vermont Ave NW
Washington, DC 20001


Jake Selby
727 Jefferson st nw
Unit 3
Washington, DC 20011


James  Hala
1025 1st ST SE
#808
Washington, DC 20003

James Adams
1935 12th Street NW, Unit 1
Washington, DC 20009


James Bowers
221 Sherbrooke Dr
Newport News, VA 23602


James Brooks
13415 Mary Bowie PKWY
Upper Marlboro, MD 20774


James Burpo
5634 19th Street, N.
Arlington, VA 22205


James Champlin
1241 Crystal Pointe Circle
Fenton, MI 48430


James Crivella
1468 N Quinn St
Arlington, VA 22209


James Dufief
1214 I Street NE
Washington, DC 20002


james egan
3804 Rodman St NW
Apt 101
Washington, DC 20016


James Foley
414 Poplar Drive
Falls Church, VA 22046

James G. Schmitt
12027 Ariana Elyse Dr.
Jacksonville, FL 32258


James Gehrke
832 Buchanan St NE
Washington, DC 20017


James Kim
6707 Hitching Post Ct.
Clarksville, MD 21029


James Leo
22361 Wallingford Lane
Huntington Beach, CA 92646


James McDonough
15451 Martins Hundred Drive
Centreville, VA 20120


James Murdock
4703 31st Street South
Arlington, VA 22206


James Politi
6128 Utah Avenue NW
Washington, DC 20015


James Raymond
515 Tennessee Avenue
Alexandria, VA 22305


James Rowe
918 25th St NE
Washington, DC 20037

James Sakers
8000 Chanute Place #16
Falls Church, VA 22042


James Stascavage
224 Q Street NW
Unit A
Washington, DC 20001


James Vranish
4333 Steinbeck Way
Ave Maria, FL 34142


James Weber
2928 Jermantown Rd
Oakton, VA 22124


James Wilson
1630 R St NW
Apt 606
Washington, DC 20009


Jami Gunzenhauser
9614 Shore Front Pkwy
Rockaway Beach, NY 11639


Jamie Denman
843 S Kenwood Ave
Baltimore, MD 21224


Jamie Rapfogel
49 Colgate lane
Woodbury, NY 11797


Jamie Tammariello
12816 Boxwood Lane
Union Bridge, MD 21791

Jan Howland


Jana Ruthberg
2101 Arlington Blvd
Charlottesville, VA 22903


jana trevino
1201 greenbriar st
denton, TX 76201


Janan Evans-Wilent
3883 Connecticut Ave NW #903
Washington, DC 20008


Jane Bigham
238 11th St SE
Washington, DC 20003


Jane Cloos
2504 Brookview Lane
DeWitt, MI 48820


Jane Hanley
1754 U Street NW
Washington, DC 20009


Jane Holder
3635 West Gulf Dr
Sanibel, FL 33957


Jane Ingram
3131 Connecticut Avenue NW
Apartment 2706
Washington, DC 20008

Jane Malocha
119 Bluff Point Road
Fredericksburg, VA 22407


Jane McAuliffe
4038 Chancery Ct NW
Washington, DC 20007


Jane Wolf
212 W 4th Street
East Greenville, PA 18041


Janelle Mulvenon
1659 Golddust Dr
Sparks, NV 89436


Janice  Unger
10323 Kensington Shore Drive
Unit K-101
Orlando, FL 32827


Janice DeAngelis
457 Lake Forest Drive
Bay Village, OH 44140


Janice Phillips
805 W Pheasant Bluff Ct
Spokane, WA 99224-9016


Janice Wise
3042 S Florence Ct
Denver, CO 80231


Janie Immanuel
4653 28th Rd S, Apt A
Arlington, VA 22206

Janine  Fontaine
15 Indigo Run Drive
Unit 16
Hilton Head Island, SC 29926


Janine Garcia
4905 Bangor Dr
Kensington, MD 20895


Janine Johnson
14786 Ashley Rd
Minooka, IL 60447


Janis Sethness
2860 Emporia Ct
Denver, CO 80238


Jannety Mosley
1500 McMahon Rd
Apt 1514
Wheaton, MD 20902


Jared Byers
2120 16th St NW
Washington, DC 20009


Jared Hand
1414 Belmont Street NW
Apt 204
Washington, DC 20009


Jarrett Datcher
1325 173rd Place
Bothell, WA 20675


Jarrett Ray
4500 S Four Mile Run Dr
#710
Arlington, VA 22204

Jarryd McManus
1001 N. Randolph St.
Apt. 912
Arlington, VA 22201


Jasmin Sharifi
1201 East West Highway
Unit 327
Silver Spring, MD 20910


Jasmine Rosner
1617 V Street, NW
Washington, DC 20009


Jasmine Washington
3101 Pennsylvania ave
Washington, DC


Jason  Lovell
10718 Eastland Circle
Upper Marlboro, MD 20772


JASON BAUM


Jason DeGraftenreid
4221 Rowan Street
Raleigh, NC 27609


Jason King
1545 18th Street NW
Washington, DC 20036


Jason King

Jason McNally
303 Sylvania Ave
Charlotte, NC 28206


Jason Stern
1001 26th st NW apt 804
Washington, DC 20037


jason winsten
15 Harrison Way
Menlo Park, CA 94025


Jason Ye
109 Water Street West
Apt 1
CHARLOTTESVILLE, VA 22902


Jay Barth
1711 Center St
Little Rock, AR 72206


Jay Patel
855 Brannan St
San Francisco, CA 94103


Jay Southerland
11198 Castlemain Circle W
JACKSONVILLE, FL 32256


Jean Brereton
106 Cahill Dr.
Alexandria, VA 22304


Jean Lyle
2700 CR 214
Durango, CO 81303

jean stucky


Jean Wanner
3212 7th Street, NE
Washington, DC 20017


Jean Wanner
3212 7th Street NW
Washington, DC 20017


JEANETTE A GARCIA
333 E Slaughter LN
apt 823
AUSTIN, TX 78744


Jeanette Kramer
3003 Manning Drive
Marietta, GA 30062


Jeanie Curley
335 Detroit St. #204
Denver, CO 80206


Jeanine Werner
2702 Bradbury Court
Davidsonville, MD 21035


jeanne homer
8 Coral Tree Lane
Irvine, CA 92612


Jeanne Kennedy
20810 Cormorant Way
Ocean View, DE 19970

Jeanne Muhlenberg
PO Box 235
Elizabethton, TN 37644


Jeannine Donnelly
1301 15th Street NW
Apt 201
Washington, DC 20005


Jeb Byrne
8306 Fox Haven Drive
McLean, VA 22102


Jeb Connor
801 Roberts Way
Kennett Square, PA 19348


Jed Smith
7141 Mercury Ave
HAYMARKET, VA 20169


Jeff Busch
140 River Lake Court
Roswell, GA 30075


Jeff Macintire
1102 R St NW Unit 4
Washington, DC 20009


Jeff Perry
27 Lamoree Road
Rhinebeck, NY 12572


Jeff Schommer
4612 Xerxes Ave S
Minneapolis, MN 55410

Jeff Turner
1345 S. Capitol St. SW
Washington, DC 20003


Jeff Waksman
450 Massachusetts Ave NW
Apt 809
Washington, DC 20001


Jeffrey Ahdoot
4023 25th Rd. N.
Arlington, VA 22207


Jeffrey Dietrich
1803 Everest St
Silver Spring, MD 20902


Jeffrey Finn
204 N Kenilworth Avenue
Unit 2
Oak Park, IL 60302


Jeffrey Hanson
8109 Fenway Rd.
Bethesda, MD 20817


Jeffrey Kuckuck


Jeffrey Martin
129 Valley View Rd
Greentown, PA 18426


Jeffrey Ratner
631 D Street NW
Apt 445
Washington, DC 20004

Jeffrey Robbins
21 Battery Park Ave
Unit 604
Asheville, NC 28801


Jeffrey Shen


Jen Whereatt
921 Oronoco Street
Alexandria, VA 22314


Jeni Catch
305 S. Elm Drive
Beverly Hills, CA 90212-4611


Jenn Coy
410 S. Nursery Ave
Purcellville, VA 20132


Jenna Delgado
250 W Pratt Street
Baltimore, MD 21201


Jenna Ebersole
436 New Jersey Ave SE
Apt B
Washington, DC 20003


Jenna Larner
57 Dickinson Rd
Basking Ridge, NJ 07920


Jennifer  Riedinger
3754 Jason Avenue
Alexandria, VA 22302

Jennifer Bisceglie
1725 Duke Street
Alexandria, VA 22315


Jennifer Bisceglie
5320 Jesmond Street
Alexandria, VA 22315


Jennifer Bisceglie


Jennifer Cash


Jennifer Cochran
43671 Deer Run Ct
Leonardtown, MD 20650


Jennifer Elwood
1430 Newton St. NW
#201
Washington, DC 20010


Jennifer Grim
14230 Westside Ridge Drive
Laurel, MD 20707


Jennifer Gulley
3053 Hazelton St
Falls Church, VA 22044


Jennifer Jeffers
PO BOX 358998
Gainesville, FL 32635

Jennifer Johnston


Jennifer Menefee
8507 stones throw lane
Missouri city, TX 77459


Jennifer Myers
1225 Marietta Dr
Fairborn, OH 45324


Jennifer Newman
5448 Fawnbrook Lane
Dublin, OH 43017


Jennifer Reichert
7313 Masters Drive
Potomac, MD 20854


Jennifer Seasly
3130 N. Soldier Trail
Tucson, AZ 85749


Jennifer Vaziralli
2108 Main Line Blvd
Alexandria, VA 22301


Jennifer Walton


Jennifer White
14503 Anchor Lane
Boyds, MD 20841

Jennifer Wolford
1018 N Highland Ave
Pittsburgh, PA 15206


Jenny Fleming
3708 N. Southport Ave
APT 4
Chicago, IL 60613


Jenny Martin
959 N Madison St.
Arlington, VA 22205


Jenny Miedema
2273 S Main St
Ann Arbor, MI 48103


Jeremie Marguerie
350 W 50th St
unit 24 g
washington, NY 10019


Jeremy Cockerham
1170 NW 11th St.
Apt 801
Miami, FL 33136


Jeremy Friedlander
301 M St SW
Apt 502
Washington DC, DC 20024


Jeremy Haldeman
1808 6th, NW
Washington, DC 20001


Jeremy McClellan
1444 T Street
Washington, DC 20009

Jeri Robinson
140 Kinkade Drive
Middletown, NJ 07748


Jermaine Dictado


JEROME MULLIN
9006 WOODLAND DRIVE
Silver Spring, MD 20910


Jerr Rosenbaum
2018 N. Monroe St.
Arlington, VA 22207


jerry rinder
150 Selkirk Road
Williamsport, PA 17701


Jesse B Rauch
3325 11th Street NW, Unit 1
Washington, DC 20010


Jessi Bailly
7620 Old Georgetown Rd
Apt 214
Bethesda, MD 20814


Jessica  Hristakos
5714 13th St. NW
Washington, DC 20011


Jessica Bratten
2291 Cartbridge Road
Falls Church, VA 22043

Jessica Crane


JESSICA Grabill
2420 Lexington Road
Falls Church, VA 22043


Jessica Graham
6027 Redwood Lane
Alexandria, VA 22310


Jessica Jager
6064 Hardwick Pl
Falls Church, VA 22041


Jessica Kaslow
160 Ardmore St
Hamden, CT 06517


Jessica Kremen
5 Bellchase Court
Baltimore, MD 21208


Jessica Lee
2909 Sycamore Street
Alexandria, VA 22305


Jessica Lewis
13607 Anchor Cove Ct
Rockville, MD 20850


Jessica Loren
9186 Ivy Banks Dr
Mechanicsville, VA 23116

Jessica Mirabella
1711 Massachusetts Ave, NW
Apt #126
Washington, DC 20036


Jessica Nakano
5 Sunnyridge Parkway
Trumbull, CT 06611


Jessica Potts
17107 New Hampshire Ave
Silver Spring, MD 20905


Jessica Rusnack
FTI Consulting
8251 Greensboro Drive
McLean, VA 22102


Jessica Smith
18655 Pier Point Pl
Montgomery Village, MD 20886


Jessica Strieter Elting
1419 Buchanan St NW
Washington, DC 20011


Jessica Wintfeld
505 E. Alexandria Ave
Alexandria, VA 22301


Jessica Wodatch
627 E Street NE
Washington, DC 20002


Jessica Wrenn
4455 Connecticut Ave NW
Apt 409
WASHINGTON, DC 20008

Jessie Owens
838 S Bond St
Apt 1
Baltimore, MD 21231


Jie Wang



Jill  Crisafi
3872 Redwood Drive
Bethlehem, PA 18020


Jill Greene
3567 S FEDERAL HIGHWAY
BOYNTON BEACH, FL 33435


Jill Klein
11202 Crossbeam Ct
Reston, VA 20194


Jill Luckett
10 Royal Oak Ct.
Rockville, MD 20854


Jill Stever-Zeitlin
1944 Kenwood Parkway
MInneapolis, MN 55405


Jillian Klein
245 E 25th St, Apt 11F
New York, NY 10010


Jillian Lomanno
427 Edgmere Dr.
Annapolis, MD 21403

Jim Reische
164 Cole Avenue
Williamstown, MA 01267


Jimmy Learned
9240 Vernon Drive
Great Falls, VA 22066


Jo  Christopher


Jo Marie Gerogianni


Joan Flavin
1845 River Shore Drive
Indialantic, FL 32903


Joan McCormick
2908 Rockingham Court
Pasadena, MD 21122


Joan O'Connor
8476 OAKWIND COURT
ORANGEVALE, CA 95662


Joana Noriega
12365 Randle Lane
Culpeper, VA 22701


JoAnn DaSilva
6 Lake Shore Drive South
Randolph, NJ 07869

Joann Pabst
2348 E 7th St
Charlotte, NC 28204


JoAnn Sims
333 Delight Meadows Road
Reisterstown, MD 21136


Joanna J Kuttothara
1210 R St NW, Apt 317
Washington, DC 20009


Joanna Philpotts
138B N Bedford St.
Arlington, VA 22201


Joanna Wynes
4110 Tall Willows Road
Ellicott City, MD 21043


Joanne  Brokaw
60 East Marginal Rd
Brunswick, ME 04011


joanne costello
448 mckinley
grosse pointe farms, MI 48236


Joanne Evans
852 Bluffs Ct
Petoskey, MI 49770


Joanne Westendorf
537 Hilbar Ln
Palo Alto, CA 94303

Joanne Wisner
1625 Eye Street
Washington, DC 20006


JODIE GULASKEY
938 Prestige Court
NEWPORT NEWS, VA 23602


Jody  Stewart
13748 Piedmont Vista Dr.
Haymarket, VA 20169


Jody Fox
15 Parkway North
Apt 145
Deerfield, IL 60015


Joe Brophy
2840 16th St NW
Apt. 844
Washington, DC 20010


Joe McCormick
6100 dunleer court
bethesda, MD 20817


Joe Steele
3001 Veazey Terrace, NW
Apt 701
Washington, DC 20008


Joel Dorow
219 christopher st
Montclair, NJ 07042


Joey WIlkins
1225 13th St. NW
Washington, DC 20005

John Bean
2121 N Westmoreland St
Apt 232
Arlington, VA 22213


John Berger
1455 S St NW
Washington, DC 20009


John Crain
452 New Jersey Ave SE
Washington, DC 20003


John Crippen
2425 L ST NW #604
Washington, DC 20037


John Denton
2008 N Kenmore St
Arlington, VA 22207


John Eubank
1201 N Fillmore St
Apt 609
Arlington, VA 22201


John Evans
100 Aqua Way
#215
Newport, KY 41071


John Fletcher
1439 Floyd Ave
Richmond, VA 23220-4663


John LaRue
5480 Wisconsin Ave. Apt. 606
Chevy Chase, MD 20815

John Leary
9904 Thornwood Road
Kensington, MD 20895


John Lonsdale
4120 Red Fox Road
Fort Collins, CO 80526


John Maconi
100 Shiley Street
Annapolis, MD 21401


John Miller
4243 35th Street S
Arlington, VA 22206


John Ogilby
20 Auburn Street
Unit A
Charlestown, MA 02129


John Petrofsky
1730 P Street NW
Apt 5
Washington, DC 20036


John Roy
1526 Woodcrest Drive
Reston, VA 20194


john sargent
888 17th street
suite 205
washington, DC 20006


John Schoenecker
730 N. Tazewell St.
ARLINGTON, VA 22203

John Simon
233 S Federal Hwy
#410
Boca Raton, FL 33432


John Womack
8020 Wright Place
Jessup, MD 20794


John Wright
2359 Boyer Ave E
Seattle, WA 98112


John Zevitas
1525 Coldwater Reserve Xing
Severn, MD 21144


Johns Bahen
1079 Nova circle
Arnold, MD 21012


Joi Baker
3501 21st ST SE
Washington, DC 20020


Jolaine Smith
1820 Walnut St E #3
Devils Lake, ND 58301


Jolanta  Szmuc
20 Anona Drive
Upper Saddle River, NJ 07458


Jolene Lowry
1710 Forest Lane
McLean, VA 22101

Jon Carlson
1232 West Nelson Street
apt 1B
Chicago, IL 60657


Jon Furlow
2120 Girard Ave S.
Minneapolis, MN 55405


Jon Furman


Jon Malis
1101 3rd St SW
#711
Washington, DC 20024


Jon West-Bey
3405 Wheeler Rd SE
Washington, DC 20032


Jonas Chartock
1824 Oretha Castle Haley Boulevard
New Orleans, LA 70113


Jonathan Berliner
2500 Q St nw Apt 307
Washington, DC 20007


Jonathan Bonniwell
6555 Sand Wedge Ct
Alexandria, VA 22312


Jonathan Elsasser
319 Harvest Drive
Charlottesville, VA 22903

Jonathan Kendler


Jonathan Levine
99 Pembroke Street Unit 2
Boston, MA 02118


Jonathan Mullin
2007 SKYLINE DR.
LATROBE, PA 15650


Jonathan Pogach
2523 University Place
Washington, DC 20009


Jonathan Raizon
1499 Massachusetts Ave NW
APT 418
Washington, DC 20005


Jonathan Spigler
1947 Columbia Pike, 42
Arlington, VA 22204


Jonathan Wachtel
4914 jamestown rd
bethesda, MD 20816


Jonny Davis
92 Fitzwilliam Point, Fitzwilliam Quay
Dublin 4, Ireland D04 NY06


Jordan Green
1160 First St NE
Apt 520
Washington, DC 20002

Jordan McIntyre
818 N Quincy Street #1511
Arlington, VA 22203


Jordan Rice
2421 Glade Bank Way
Reston, VA 20191


Joseph Deal
2706 44th Street NW
Washington, DC 20007


Joseph Gallagher
337 Vley Road
Scotia, NY 12302


Joseph Lenz
704 F Street NE
Washington, DC 20002


Joseph Martinelli
947 Edison Avenue
Bronx, NY 10465


Joseph Mattey
514 Possum Oak
Shavano Park, TX 78230


Joseph Panagiotou
8305 Richardson Road
Clinton, MD 20735


Joseph Toner
1013 C St SE
Washington, DC 20003

Josh Levin
1212 Girard St. NW
Washington, DC 20009


josh masi
205 Faulk Drive
Warrendale, PA 15086


Josh Shelofsky
3000 Washington Boulevard
Apt 822
Arlington, VA 22201


Joshua DeMoss
1812 N Capitol St NW
Unit 301
Washington, DC 20002


joshua Keller
93 crystal brook hollow road
Mount Sinai, NY 11766


Joshua Kreider
1209 13th Street, NW
apt 602
Washington, DC 20005


Joshua MacNeill
1613 Harvard St. Apt 208
Apt 208
Washington, DC 20009


Joy Burwell


Joy Wood
9705 Katie Leigh Ct
Great Falls, VA 22066

joyce sullivan
400 Cameron Station Blvd
Unit 313
Alexandria, VA 22304


Judith Biltekoff
94 Smallwood Drive
Snyder, NY 14226


Judith Proffitt
17 WESTMINSTER BRIDGE WAY
LUTHERVILLE, MD 21093-3955


judith ritter


Judy Brinckerhoff
4628 Brandywine St NW
Washington, DC 20016


Judy Drickey-Prohow
4712 North Courtney Drive
Tucson, AZ 85705


Judy Monaghan
29 Lynn Rd
Needham, MA 02494


Judy Rauchman
10953 Shadow Glen Dr
Loveland, OH 45140-7800


Judy Whalley
520 3rd St NE
Washington, DC 20002

julasha simpson
14722 saddle creek dr
Burtonsville, MD 20866


Julia Baehre
7651 Mandrake Court
Unit 408
Elkridge, MD 21075


Julia Clark
140 M St NE
Apt 1244
Washington, DC 20002


Julia Comeau
2627 13th Street NW
Washington, DC 20009


Julia Farbman
1919 Market St., Unit 1416
Philadelphia, PA 19103


Julia Frederick
1375 Fairmont St NW
Apt 412
Washington, DC 20009


Julia MacKesson
270 Riverbend Drive
Charlottesville, VA 22911


Julia Post
3251 Sutton Place NW
Unit D
Washington, DC 20016


Julia Randall
2709 wisconsin avenue NW
Washington, DC 20007

Julia Taxin
1845 Ontario Place NW
B
Washington, DC 20009


Julia Watts
3200 16th Street
Apt 608
Washington, DC 20010


Julian Day-Cooney
5308 S Greenwood Avenue
Apt 1
Chicago, IL 60615


Juliana Rodriguez
1760 Euclid St. NW #203
Washington, DC 20009


Julie  Westendorf
6004 W Winterberry Circle
Sioux Falls, SD 57106


Julie Chapman
14 Hesketh Street
Chevy Chase, MD 20815


Julie Clarke
63 PONDEROSA LN
PALMYRA, VA 22963-2405


Julie Daniels
4097 W 142nd St Apt 218
Hawthorne, CA 90250


Julie Dunwoody
12849 Parapet way
Oak hill, VA 20171

Julie Grimes
1914 Ventura Ave
Silver Spring, MD 20902


julie hughey


Julie Margolies
3908 8th St NW
WASHINGTON, DC 20011-7906


Julie Neubauer
726 Huffine Manor Circle
Franklin, TN 37067


Julie Palmeri
56 Madison Pl #1
Annapolis, MD 21401


Julie Pereira
922 Willow Ave, Apt 2
Hoboken, NJ 07030


Julie Sassor
8959 Helmick Road
Monmouth, OR 97361


Julie Veroff
1485 Waller St
#106
San Francisco, CA 94117


Julien Guttman
1451 Belmont Street Northwest
Washington, DC 20009

Juline Kaleyias


June Smith
930 Main St
deale, MD 20751


Justin Cerrito
6305 Earl Street
Owings, MD 20736


Justin Oliver
408 U street NW
Washington, DC 20001


Justin Whitesell


justin zielke
2125 14th street nw, 606
washington, DC 20009


Jyotsna (Jyo) Pai
5502 Spring Bluff Ct.
Fredericksburg, VA 22407


K T


Kacey Shuey

Kacie Hackett
1728 W. Abingdon Dr.
102
Alexandria, VA 22314


Kadie Corbin
3919 4th St N
Apt 4
Arlington, VA 22203


Kahle McDonough
140 Brackett rd
Rye, NH 03870


Kaitlin Puglia
IE USA LLC
200 Park Ave
Ste 1700
New York, NY 10166


Kaley Williams
808 4th St NE
Washington, DC 20002


Kara Youle
652 Dorchester Avenue
3
Boston, MA 02127


Karen  LeBan
5700 Broad Branch Rd NW
Washington, DC 20015


Karen Bridges
P.O. Box 356
P.O. Box 356
North, VA 23128

Karen Fishman
7103 Cedar Avenue
Takoma Park, MD 20912


Karen Fleischer
5501 E Bloomfield Rd
Scottsdale, AZ 85254


karen golembeski
2039 new hampshire avenue NW
unit 602
washington, DC 20009


Karen Hope
3834 GROSVENOR DR
Ellicott City, MD 21042


Karen Keegan
609 Deerfield Pond Court
Great Falls 22066


Karen Kenny


Karen Lee
1312 Woodsdie Parkway
Silver Spring, MD 20910


Karen Lewis
304 Chesapeake Drive
GREAT FALLS, VA 22066


Karen Menatti
11617 Cedar Chase Road
Herndon, VA 20170

Karen Raino
706 Park Ave.
River Forest, IL 60305


Karen Swandby
2920 Shetland Lane
Montgomery, IL 60538


Karen Taggart
148 Chapel Lane
Madison, MS 39110


Karen Walker
9033 Buckeye Court
Indianapolis, IN 46260


Karen Watkins
6124 Avalon Drive West
Orange, CT 06477


Karen Weiss
617 Crocus Dr
Rockville, MD 20850


Karen Wendell
80 Maple Avenue South
Westport, CT 06880


Karen Zinkgraf
9522 E Stanhope Rd
Kensington, MD 20895


Karilyn Barber
2109 Creeks Edge Drive
Virginia Beach, VA 23451-6805

Karin Kearney


Karine Shalaby
3211 Wisconsin Ave. NW
Washington, DC 20016


Karol Eller
20376 Cottswold Terrace
Sterling, VA 20165


karyn glass
711 8th street
wilmette, IL 60091


Kass Schurtz


Kate  Schaefer
1527 Church St NW
Unit 1
Washington, DC 20005


Kate Cole
902 Ridge Square
Apt 208
Elk Grove Village, IL 60007


Kate Cude
4514 Connecticut Ave NW
Washington, DC 20008


Kate Dykgraaf
1401 S. Edgewood Street
Unit 485
Arlington, VA 22204

Kate Forscey
1330 new hampshire ave nw, apt 603
apt 603
washington, DC 20036


Kate Goodman
3207 Sutton Place NW
Apt. B
Washington, DC 20016


Kate Halsey
1840 monarch meadow ct.
Finksburg, MD 21048


Kate Herron
3479 Paisley Pointe
Whitestown, IN 46075


kate judge
8515 Georgia Ave
Silver Spring, MD 20910


Kate Knise
2112 8TH STREET NW
Apt PH12
Washington, DC 20001


Kate Murphy
113 Christopher St, apt 6
NEW YORK, NY 10014


Kate Murphy
1527 P St NW
Apt 4
Washington, DC 20005


Kate Stoddard
5 E 22nd St, Apt 29H
New York, NY 10010

Kate Stoll
3060 Thayer St. NE
Washington, DC 20018


Kate Taseff
4105 Whitman Ave.
Cleveland, OH 44113


Kate Wolff
1107 C ST NE
Washington, DC 20002


Katharina Werner
770 p st nw
816 e
Washington, DC 20001


Katharine Melzer
638 Hempstead Place
Charlotte, NC 28207


Katherine  Isgrig
214 W Mount Ida Ave.
Alexandria, VA 22305


Katherine  Knight
519 Lebaum St SE
Washington, DC 20032


Katherine Brandon
301 G St NE
#11
Washington, DC 20002


Katherine Coats-Thomas
2730 Gallows Road
Vienna, VA 22180

Katherine Connors
8922 APPLESEED DR
CINCINNATI, OH 45249


Katherine Constantinou



Katherine Daugherty
724 214th Street
Pasadena, MD 21122


Katherine Dawes
1129 4th St NE
Washington, DC 20002


Katherine Egan
1912 16th St NW
Apt 2
Washington, DC 20009


Katherine Eppley
17131 E Hillcrest Dr
Fountain Hills, AZ 85268


Katherine Finzer
4318 CASEY BOULEVARD
WILLIAMSBURG, VA 23188


Katherine Giesen
2915 S Woodstock St
Apt D
Arlington, VA 22206


Katherine Hanniford
1030 Charleston Trace
Roswell, GA 30075

Katherine Milikin
4609 15th Street, NW
Washington, DC 20011


Katherine Pruitt
7711 Falstaff Rd
McLean, VA 22102


Katherine Rodriguez
18 Overbrook Road
Randolph, NJ 07869


Katherine Smollon
210 Bowen Court
Annapolis, MD 21401


Katherine Wiacek
2243 12th Street NW
Washington, DC 20009


Katheryn  Glowa
120 Rathburn way
Santa Cruz, CA 95062


Katheryn Grover
9 Roanoke Avenue NE
Atlanta, GA 30305


Kathie Bond


Kathleen Beer
9008 Brook Ford Rd
Burke, VA 22015

Kathleen Blume
2215 N Van Dorn St
Alexandria, VA 22304


Kathleen Farner



Kathleen Jeffers
3523 Goddard Way
Alexandria, VA 22304


kathleen Kamionek
35 Quincy Street
chevy chase, MD 20815


Kathleen Lockbaum
58 Pennsville Pedricktown Rd
Pedricktown, NJ 08067


Kathleen Long
54 Arlington Ave
Paterson, NJ 07502


Kathleen mcCormick
5006 5th Street NW
Washington, DC 20011


Kathleen McCoy
3034 N. Seminary Ave, Apt 2
Chicago, IL 60657


Kathleen McIsaac
P.O. Box 5670
Carefree, AZ 85377

Kathleen Nitta
2405 S heryl Ct
Spokane Valley, WA 99037


Kathleen Rademacher
126 Erin Lane
East Setauket, NY 11733


kathleen sanzo
3310 winnett rd
chevy chase, MD 20815


Kathleen Shroeder
6110 Greeley Blvd
Springfield, VA 22152


Kathleen Skelly
40 Kipling Road
Wellesley Hills, MA 02481


Kathleen Spence
93 White Horse Dr
Ocean Pines, MD 21811


Kathleen Weinstein
9416 Seddon Road
BETHESDA, MD 20817


Kathryn Addis
380 Exeter Road
Haverford, PA 19041


Kathryn Barrett
7109 Heathwood Ct.
Bethesda, MD 20817

Kathryn Clark
1617 Corcoran Street NW
Apt A
Washington, DC 20009


Kathryn Clough
46 Ward Ave
Mount Kisco, NY 10549


Kathryn Contario
1420 12th Street NW
Washington 20005


Kathryn Farrell
3020 Porter St. NW, Apt. 101
Washington, DC 20008


Kathryn Goldmeier
4018 34th ST.
Mount Raininer, MD 20712


Kathryn Latham
2016 Gail Ave
Jacksonville Beach, FL 32250


Kathryn Lindsay
2201 Divot Drive
St. Louis, MO 63131


Kathryn Rust
507 Sleepy Hollow Rd
Henrico, VA 23229


Kathryn Wooten
321 6th St Se
Washington, DC 20003

Kathy Butler
199 Albert Hart Dr.
Baton Rouge, LA 70808


Kathy Gropp
PO Box 32
Ferndale, CA 95536


Kathy Havey
5 Spring Hill Lane
Bethel, CT 06801


Kathy Holle
PO Box 18496
Denver, CO 80218-0496


Kathy Houchens
13205 9th Street
Bowie, MD 20715


Kathy Mesley
861 Timmaron Driver
Allen, TX 75013


Kathy Villemez
507 Mary Lane
Highlands, TX 77562


katie bacon
3810 18th St South
Arlington, VA 22204


Katie Crenshaw
4610 Hanover Ave
Richmond, VA 23226

Katie Garner
1662 West Virginia Ave NE
#3
Washington, DC 20002


Katie Kerrigan
3025 King Street
Alexandria, VA 22302


Katie Kopita
43 Sandra Ave
Plattsburgh 12901


Katie Luka
2225 N. Harwood St.
Dallas, TX 75201


Katie Marino
900 N. Stuart Street
Apt 1814
Arlington, VA 22203


Katie Ott
739 10th St SE
Washington, DC 20003


Katie Stein
1400 Irving st
Apt 327
Washington, DC 20010


Katie Trizna
900 N Stafford St
Apt 2625
Arlington, VA 22203


Katie Zook

katrinka sharpe
660 Glencoe Rd
Excelsior, MN 55331


Kay Bellor
1215 East West Highway
Apt. 1211
Silver Spring, MD 20910


Kay Cappleman
519 N Woodland St
Winter Garden, FL 34787


Kayla Nicolay
522 Seward Square SE
Washington, DC 20003


Kayla Yee
415 L Street NW
Apt 144
Washington, DC 20001


Kaylan Normandeau
255 Brunswick St.
Apt 214
Jersey Cith, NJ 07302


Kayle Stevens
1121 S Street, NW
Washington, DC 20009


Kayleigh MacPherson
2940 Selby Avenue
Los Angelos, CA 90064


KC Korten
2121 6th Ave Apt S2010
Seattle, WA 98121

Keegan Shirel
950 Maine Avenue SW
#925
Washington, DC 20024


Keerthi Reddy
275 6th Avenue
Apt 4
Brooklyn, NY 11215


Keith Behrens
23 Dutch Meadows Drive
Cohoes, NY 12047


Keith Klang


keith vanderbrink
203 Yoakum Parkway, Apt 1512
Alexandria, VA 22304


Keith Whitener
6409 Virginia Hills Ave
Alexandria, VA 22310


Kelaine Conochan
1102 R Street N.W.
#1
Washington, DC 20009


Kelli Magnarelli
3807 East West Hwy
Chevy Chase, MD 20815


Kelli Martin
9210 Cherokee Ln
Leawood, KS 66206

Kelli Pierson
3008 S Columbus St
C1
Arlington, VA 22206


Kelli Wagenhoffer
20621 Belwood Ct
Sterling, VA 20165


Kelly Andreycak
14511 Castleford ct
Midlothian, VA 23113


Kelly Butrico
1706 Wickford Rd
South Plainfield, NJ 07080


Kelly Campbell
17117 Magic Mountain Dr
Round Hill, VA 20141


Kelly Chambers
1130 Lake Heron Drive,  Apt. 2B
.
Annapolis, MD 21403


Kelly Conlon-white
13176 SE 145th Ave
Ocklawaha, FL 32179


Kelly Duquin
8900 Oneida Lane
Bethesda, MD 20817


Kelly Hamill
2201 N Pershing Drive
Arlington, VA 22201

Kelly Hayeslip
11750 Old Georgetown Road
#2301
Rockville, MD 20852


Kelly OBrien
917 VILLAGE WAY N
BLACKSBURG, VA 24060


Kelly Reid
16 17th Street NE
Unit 222
Washington, DC 20002


Kelly Smith
79 Topsail Drive
Ponte Vedra, FL 32081


Kelsey Barner
1200 N Rolfe St
Unit 496
Arlington, VA 22209


Kelsey Bonner
1801 Swann St NW
Apt 101
Washington, DC 20009


Kelsey Brandt
1946 Kennedy Drive
Apt 101
McLean, VA 22102


Kelsey Dietz
1222 Harrison St Apt 6301
San Francisco, CA 94103

Kelsey Finn
120 Garfield Place Apt. D8
Brooklyn, NY 11215


Kelsey Mahony
10 East 29th Street, Apt 5K
New York, NY 10016


Kelsey Picciuto
3181 Randall way
Apt 3
Beavercreek, OH 45431


Kelsey Taylor
5501 Yorktown Blvd
Arlington, VA 22207


Kendra  Merchant
600 H St NE
Apt 221
Washington, DC 20002


Kenneth Hutman
1721 22nd Street North
Arlington, VA 22209


Kenneth Kvam
731 Tramway Lane NE
Albuquerque, NM 87122


Kenneth Slosser
3903 Hillandale Ct, NW
Washington, DC 20007


Kent Wiederecht
131 East 83rd St
APT 5F
New York, NY 10028

Keri OSullivan
3416 17th St
Arlington, VA 22204


Kerri-Ann Limbeek
100 Atlantic Ave
Apt. G4
Brooklyn, NY 11201


Kevin Cahalane
1901 Connecticut Ave NW #821
Washington, DC 20009


Kevin Hudak
3900 Fairfax Drive, Apt. 621
Apt. 621
Arlington, VA 22203


Kevin Kelly
18 elm st
Greenwood lake, NY 10925


kevin kostyk
1529 14th St.
Apt 607
washington, DC 20005


Kevin Ku
12233 Horton St
Overland Park, KS 66209


Kevin Luo
225 Rhode Island Ave NW
Washington, DC 20001


Kevin Madura
8 Jay Road
Chatham, NJ 07928

Kevin Meers
60 Brattle Street
#201
Cambridge, MA 02138


Kevin Miller
6288 Walkers Croft Way
Alexandria, VA 22315


Kevin Moran
1213 S Street NW
Washington, DC 20009


Kevin O'Connor
1301 M St NW, Apt 630
Washington, DC 20005


Kevin Smith
694 Massachusets Ave. #4
Boston, MA 02118


Kiera Vincent
6006 Bryn Mawr Ave
Glen Echo, MD 20812


Kieran Bhatia
14604 silverstone drive
silver spring, MD 20905


Kieran Kepler
3714 7th St. N., #2
ARLINGTON, VA 22203


Kim Barrett
1457 Bee Court
Traverse City, MI 49696

Kim Hansen
16333 Deer Path Lane
Clovis, CA 93619


Kim Horowitz
119 Carbonera Court
Santa Cruz, CA 95060


Kim Leonard
9705 Manor Oaks Vw
Upper Marlboro, MD 20772


Kim Mullaney
132 Avonlea Dr
Chesapeake, VA 23322


Kim Munley
1575 Pennington Rd
Ewing, NJ 08618


Kim Rohde
1025 17th court
Mukilteo, WA 98275


Kimberly  Garcia
20 Spice Hill Road
Berkeley Heights, NJ 07922


Kimberly  McCool
4303 De Haven Dr
Chantilly, VA 20151


Kimberly Anderson
1300 Dartmouth Rd
Alexandria, VA 22314

Kimberly Klein
3807 Acosta Rd.
Fairfax, VA 22031


Kimberly Lyddane
6825 Lochmere Drive
Manassas, VA 20122


Kimberly Pellish
1738 Park Rd NW, unit 2
Washington, DC 20010


Kimberly Phillips
506 13th Ave Westq
Kirkland, WA 98033


Kimberly Schrimsher
311 Lincoln St SE
Huntsville, AL 35801


Kimberly Sutton
1721 4th St NW
Washington, DC 20001


Kimberly Tuck
1835 Kelly Ln
Brookfield, WI 53045


Kimberly Vadyak
18467 Deep Passage Ln
Fort Myers Beach, FL 33931


Kimberly Williams Cascio
19132 Alpenglow Lane
Brookeville, MD 20833

Kimble Bassford
203 N. Melbourne Ave
Ventnor, NY 08406


kirk dehaven
128 queen st
alexandria, VA 22314


Kirra Jarratt
554 Peabody St NW
Washington, DC 20011


Kirsten Dalboe
8 Watchwater Ct
Rockville, MD 20850


Kirsten Wiens
611 Malden Ave E Apt B
Seattle, WA 98112


Kory Cosenza
1915 16th Street NW
Apt 202
Washington, DC 20009


krista ellis
5304 Brookeway Drive
bethesda, MD 20816


Kristen Coleman
3823 Calvert St.
Washington, DC 20007


Kristen Nemeroff
444 W Broad St
Apt 330
Falls Church, VA 22046

Kristen Silberberg
4658 Kinsey Lane
Alexandria, VA 22311


Kristen Zarenko
453 Irving St NW
Washington, DC 20010


Kristi Dentinger
520 e Monroe ave
Kirkwood, MO 63122


Kristi Vogler
PO Box 831
Manzanita, OR 97130


Kristian Hemphill
949 15th St SE
Washington, DC 20003


Kristie  Adler
13056 amber dell court
fairfax, VA 22030


Kristin Amerling
721 Massachusetts Avenue NE
Washington, DC 20002


Kristin Brudy
850 Quincy St NW #606
Washington, DC 20011


Kristin Fody
4512 South Dakota Ave NE
Washington, DC 20017

Kristin Gunther
4600 Drummond Ave
CHEVY CHASE, MD 20815


Kristin Jensen
186 Franklin Street Apt 4
New York, NY 10013


Kristin Mitchell
3101 New Mexico Ave NW
Unit 533
Washington, DC 20016


Kristin Viswanathan
925 H Street NW
Washington, DC 20001


Kristina  Peterson
140 Kingston Drive
Chapel Hill, NC 27514


Kristina Koch
9327 Old Burke Lake Rd
Burke, VA 22015


Kristina Nardi
1111 Belle Pre Way
Apt N323
Alexandria, VA 22314


Kristmar Muldrow
386 Ashley Avenue
Apt. B
Charleston, SC 29403


Kseniya Britikova
4905 45 street NW
Washington, DC 20016

Kseniya Zavala
1200 S Arlington Ridge Rd 407
Arlington, VA 22202


Kurt Osinski
83 Porter Oaks Dr
Roscoe, IL 61073


Kush Kumar
3130 N Abingdon St
Arlington, VA 22207


Kyle Cissel
1424 Q St NW
Washington, DC 20009


Kyle Faust
7 Webb cir
Monroe, CT 06468


Kyle Johnston
4748 Full Moon Dr
Manchester, MD 21102


L Williams
1372 Monroe St
Unit B
Washington, DC 20010


Lara Bubnowski
130 M St NE, 637
Washington, DC 20002


larry kinton
105 7th St SE
washington, DC 20003

larry stewart
142 pinnacle peak lane
Flat Rock, NC 28731


Latanya Higginbotham
504 Firestone Drive
Silver Spring, MD 20905


Laura Andersen
1336 Q St. NW
Washington, DC 20009


Laura Applestein
470 2nd Ave
Apt 17C
New York, NY 10016


Laura Aragon
1430 Swann Street NW
Apt. B
Washington, DC 20009


Laura Bates
1317 Parkview Road
Crozet, VA 22932


Laura Blackwelder
2006 15th St Nw
Basement
Washington, DC 20009


laura brodowski
6269 walkers croft way
alexandria, VA 22315


Laura Dallas McSorley
1520 A St SE #2
Washington, DC 20003

Laura Delgado Lopez
2868 S Abingdon St
Apt A1
Arlington, VA 22206


Laura DeLise
2921 West Bayshore Court
Tampa, FL 33611


Laura Doyle
230 park place
1A
Brooklyn, NY 11238


Laura Doyle
230 Forest Street
Needham, MA 02492


Laura Foncannon
308 Prettyman Drive
Apt. 9209
Rockville, MD 20850


Laura Glaser
3715 Veazey St. NW
Washington, DC 20016


Laura Graveline
3008 Evergreen Circle
Ames, IA 50014


Laura Hoover
3250 Broderick St.
San Francisco, CA 94123


Laura McCarrhy
2626 A 11th st NW
Washington, DC 20001

Laura Miller
7713 Tomlinson Ave
CABIN JOHN, MD 20818


Laura Swett
7221 Pindell School Road
Fulton, MD 20759


Laura Tillman
212 Stilwater Dr
Heathsville, VA 22473


Laura Walter
3443 Round Table Ct
Annandale, VA 22003


Laura Webster
703 laurel ave
Apt 4e
Saint paul, MN 55104


Laura wolk
29 Fischer Graduate Residence
Apt 1C
Notre Dame, IN 46556


Lauren Campbell
6307 9th St NW
Washington, DC 20011


Lauren Carrasco
410 S. Highland Street
Arlington, VA 22204


Lauren Cassady
2250 Clarendon Blvd
Apt 214
Arlington, VA 22201

Lauren Dufresne
8210 Crestwood Heights Dr
Apt 732
McLean, VA 22102


Lauren Farruggia
1375 Kenyon St NW
Apt 605
Washington, DC 20010


Lauren Hunter
1901 Connecticut Ave NW
Apartment 412
Washington, DC 20009


Lauren Koester
1607 Corcoran Street NW
Apt B
Washington, DC 20009


Lauren Lebioda
4081 River Oaks Rd
Clover, SC 29710


Lauren Longo
530 Lakemont Court
Roswell, GA 30075


Lauren Olson
409 Fairview Avenue
Frederick, MD 21701


Lauren Post
1451 Belmont Street NW
#321
Washington, DC 20009

Lauren Rosen
2270 Nash Court
Mahwah, NJ 07430-3833


Lauren Sklaver
21 Hart Drive South
Orange, NJ 07079


Lauren Starnes
1438 Fairmont St NW, Apt 100
Washington, DC 20009


Lauren Tarde
700 N Randolph Street
Apt. 2017
Arlington, VA 22203


Lauren Trusheim
1727 Massachusetts ave NW, Unit 208
Washington, DC 20036


Lauren Vertrees
1011 4th Street NW, Apt 1013
Washington, DC 20001


Lauren Wood
915 L Street
Washington, DC 20001


Lauren Woody
3926 Illinois Ave NW
Washington, DC 20011


Laurence Hunter
1111 11th St NW Apt 404
Washington, DC 20001-4351

Laurie Lewandowski
15603 GOOSEBERRY CT
NORTH POTOMAC, MD 20878


Laurie Russell
9212 Sw 227 terrace
Cutler Bay, FL 33190


Laurie Seigel
70 Cheshire Drive
Longmeadow, MA 01106


Laurie Waters
9 Twin Springs Ln
Saint Louis, MO 63124


Lauryn Sargent
707 Varnum St NW
Washington, DC 20011


Lavanya Rao
9709 Key West Ave
Rockville, MD 20850


Lawren Mills
6730 Spirit Lake Drive
Unit 202
Indianapolis, IN 46220


Lea Laman
630 14th St NE
Apt 5
Washington, DC


Leah Rozin
1800 R St. NW
Apt 802
Washington, DC 20009

Leandra English
1315 W Street NW
#335
Washington, DC 20009


Lee Chiang
14033 Natia Manor Drive
North Potomac, MD 20878


Lee Childers
4955 Timber Valley Ln.
Hickory, NC 28602


Lee Greenberger
253 Midland Ave
Montclair, NJ 07042


Leland White
511 N Madison St
Arlington, VA 22203


Len Wolfson
2125 14th St NW
Apt 802
Washington, DC 20009


Leni Schimpf
631 D Street NW
Apt. 432
Washington, DC 20004


Lenise Williams
4131 Arkansas Ave NW
Washington, DC 20011


Lenny  Souleret
366 Ellsworth Place
Joppa, MD 21085

Les Shickman
349 Candle Ridge Court
Arnold, MD 21012


Leslie Albrecht
468 14th Street
Brooklyn, NY 11215


Leslie Goodman
4006 35th St North
Arlington, VA 22207


Leslie Moylan
4929 CRESCENT ST
BETHESDA, MD 20816-1701


Leslie Rifkin
11541 Manorstone Lane
Columbia, MD 21044


Leslie Saeta
2036 Oak Street
South Pasadena, CA 91030


Leslie Stenull
196 New Canaan Ave, Main House
Norwalk, CT 06850


Leslie Stovall
901 N Nelson St.
Apt 302
Arlington, VA 22203


Leslie Thornton
65 Bay Drive
Annapolis, MD 21403

Leslie Wissner
62 Bogart Street
Huntington Station, NY 11746


Leslye Lynford
90 Heather Avenue
Unit 203
San Francisco, CA 94118


Lester Hosten
20 Newport Pkwy
#2309
Jersey City, NJ 07310


Lew Hages
903 Russell Avenue
Suite 300
Gaithersburg, MD 20879


Leyla Coker
1111 Crest Lane
Mclean, VA 22101


Liam Carter-Condon
21250 Windmill Parc Drive
Apt 320
Sterling, VA 20166


Libby O'Neill
3146 16th Street NW Apt 509
Washington, DC 20010


Liesl Hartmann
1375 21st Avenue
San Francisco, CA 94122

Lilian Tonellato
2036 S Michigan Ave Apt 310
310
CHICAGO, IL 60616


Liliana Alfonso
22728 Cavalier St.
Woodland Hills, CA 91364


Lillian Singer
6817 Cherry Lane
Annandale, VA 22003


Lily  Ing Pratt
10200 Julep Ct
Silver Spring, MD 20902


Lily Rozhkova
2903 Gettysburg Sq
Vienna, VA 22181


Linda Alfredson
21 Red Oak Rd
Asheville, NC 28804


Linda Cerrito
940 Waters Reach Court
Alpharetta, GA 30022


Linda Franks
1 Beechwood Terrace
Kinnelon, NJ 07405


Linda Knight
1845 Cain Cir
Unit 2
Fort Meade, MD 20755

Linda McNish Solecki


Linda Moore


Linda Smith
15 Hawthorne Rd
Sudbury, MA 01776


Linda Toner
5001 N. 27th St
Arlington, VA 22207


Lindsay Borden
20024 Apperson Place
Germantown, MD 20876


Lindsay Brant
4101 Albemarle St NW
#525
Washington, DC 20016


Lindsay Knudsen
3431 14th St., NW, 3
Washington, DC 20010


Lindsay Mazzetti
2017 Allen Place NW
Washington, DC 20009


Lindsay Michnick
2000 N ST NW
Apt 207
Washington, DC 20036

Lindsey Freeman
901 15th St. S
Apt. 1518
Arlington, VA 22202


Lindsey Lawson
4313 18TH ST N
ARLINGTON, VA 22207-2309


Lindsey Monroe
2300 24th Rd S
Apt 231
Arlington, VA 22206


Lindsey Morrison


Lindsey Putz
530 9th St. SE
Washington, DC 20003


Lindsey Vaala
5 E. Luray Ave
Alexandria, VA 22301


Linsey McCombs
1708 Commonwealth Ave, Apt C9
Alexandria, VA 22301


Lior Nevo
15 Fuller St
Brookline, MA 02446-2403


Lisa Castillo
1345 S Capitol St SW Apt 918
Washington, DC 20003

Lisa Crist
1670 We Go Trail
Deerfield, IL 60015


Lisa Dowdell
2746 N. Lexington St.
Arlington, VA 22207


Lisa Geismar
14 Horse Hill Road
Brookeville, NY 11545


Lisa Goldberg
417 Mansfield Road
Silver Spring, MD 20910


Lisa Grell
15640 Ensleigh Lane
Bowie, MD 20716


Lisa Kenigsberg
14 Winterset Court
Potomac, MD 20854


Lisa Kohler
203 Mowry Road
Manns Choice, PA 15550


Lisa Maruca
199 Ridgemont Rd.
Oxford, MI 48370


Lisa Morgan
236 N. Edgewood Street
Arlington, VA 22201

Lisa Perry
Care of Jeffrey Perry
Rhinebeck, NY 12572


Lisa Robinson
25 Tudor City Place
Washington, DC 10017


Lisa Schneider
9 Argosy Court
Gaithersburg, MD 20878


Lisa Shea
1 Blount Circle
Barrington, RI 02806


Lisa Shea
26470 Puffin Place
Canyon Country, CA 91387


Lisa Thurston
400 Cameron Station Blvd
Apt 412
Alexandria, VA 22304


Lisa Traversari
901 A Winston Place
Nashville, TN 37204


Lisa Xu
42 Clarendon Avenue
Unit 2
Somerville, MA 02144


Liya Assefa
5651 W Martin Drive
Apt #209
Milwaukee, WI 53208

Liz Fisher
1806 Lowell Ct
Katy, TN 77494


Liz Fraccaro
3423 W Drummond PL
Apt 1B
Chicago, IL 60647


Liz Lopez
207 RICARDO RD
SANTA FE, NM 87501-1737


Liz Murphy
9275 Hollow Pine Drive
Bonita Springs, FL 34135


Liz Stickels
5248 Ferry Branch Ln
Lothian, MD 20711


LJ Urie
80 Market St
Annapolis, MD 21401


Logan Swanson
1439 Euclid St NW #107
Washington, DC 20009


Lora Batterson
504 6th St NE
Washington, DC 20002


Lora Gier
25465 N. Countryside Ct,
Barrington, IL 60010

Lori Byttner


Lori Dickes
107 RED MAPLE WAY, CLEMSON
Clemson, SC 29631


Lori Fox
4235 LARK SPARROW ST
HIGHLANDS RANCH, CO 80126


Lori Giblin
730 Richmond Ave
Silver Spring, MD 20910


Lori Goldstein
300 Dorn Dr
Shrewsbury, NJ 07702


Lori Nieves
10030 Scenic View Terrace
Vienna, VA 22182


Lori Peterson
251 Barrack Hill Road
Ridgefield, CT 06877


LoriAnn Verna
3011 Penn View Ln
Norristown, PA 19403


Lorna Rosenberg
130 Wetherill Rd
Cheltenham, PA 19012

Love Ghunney
1504 Kingman Place NW, Apt 6
Washington, DC 20005


Lowell Patterson
52 Dearwood Lane
Pinehurst, NC 28374


Luca Vettori
600 W 115th St
New York, NY 10025


Lucas Blass
121 Lake Forest Blvd
Daphne, AL 36526


Lucille Noble
5405 Tuckerman Lane
Apt 673
Rockville, MD 20852


Lucy Carr
1102 Duke Street
Alexandria, VA 22314


Lucy Fike
3742 Bailey Road
Tucker, GA 30084


Lucy Russell


Lucy Witt

Luis Figueroa
2502 Windyside Ct
Odenton, MD 21113


Luis Lasa
18 Dix St., Apt. 2
Worcester, MA 01609


Luis Rodriguez-Cortes
2510 Airy Hill Circle
Unit E
Crofton, MD 21114


Luke Pullman
450 10th ave #301
San Diego, CA 92101


Luke Stup
461 N Thomas St
#408
Arlington, VA 22203


Lynda  Duttine


Lynden Melmed
5922 Overlea Road
BETHESDA, MD 20816-2456


Lynetta Cheatham


Lynn Burns
8 Loudon Pkwy
Loudonville, NY 12211

LYnn Grasso
603 Stirling Road
Silver Spring, MD 20901


Lynn Helmer


Lynn Marano
853 Kings Retreat Drive
Davidsonville, MD 21035


Lynn O'Connell
338 East 241 St
BRONX, NY 10470


Lynn Rhinehart
516 Ashford Road
Silver Spring, MD 20910


Lynn Smiroldo


Lynn Smith
11 Neville Court
Stafford, VA 22554


Lynn Wang
1219 N Vermont Street
Arlington, VA 22201


Lynne Carpenter
3190 Aldan Road
Plymouth Meeting, PA 19462

Lynne Hewitt
65 North Pasture Lane
South Kingstown, RI 02879


M Angela Galluzzi
17100 NW 133rd St
Platte City, MO 64079


m suredam
1014 Joy Oval
Seven Hills, OH 44131


Mackenzie  Alexander
49 Nottingham Way
Eastampton, NJ 08060


Maddy Clough
2 M St NE
Apt 305
Washington, DC 20002


Madelyn Ransom
531 Florida Ave NW
Washington, DC 20001


Madelynne King
24 Butcher Ct.
Shepherdstown, WV 25443


Madison Dodd
403 West Ridge
Columbia, IL 62236


Maegan  Wood
1431 Varnum St NW
Washington, DC 20011

Maggie Brady
2202 Foxboro Pl NW
Washington, DC 20007


Maggie Castor
3742 Woodsong Ct
Atlanta, GA 30338


Maggie Cooper
2225 12th Ct N
Arlington, VA 22201


Maggie Wagner
143 W Canton St
APT 4
Boston, MA 02118


Maggie Wallace
750 Port Street
Apt 1732
Alexandria, VA 22314


Maggie Woodward


Makenzie Letterman
6806 Heatherway Ct
Alexandria, VA 22315


Mallory Gay
6223 22nd St N
Arlington, VA 22205


Mallory Jones
2113 N St. NW Unit 102
Washington, DC 20037

Maneesha Vesely
1511 Patapsco Street
Baltimore, MD 21230


Mara Steinhaus
2314 18th Street NW
Apt 4
Washington, DC 20009


Marc Baribault
1704 16th St NW
Washington, DC 20009


Marc Ferrara
78 Franklin Avenue
Sea Cliff, NY 11579


Marcel Proskow
1449 A Street NE
Apt D
Washington, DC 20002


Marco Della Torre
3511 W 17th Ave
Denver, CO 80204


Margaret Meier
253 W 93rd Street
New York City, NY 10025


Margaret Stalnaker
285 Harbour View Drive
White Stone, VA 22578


Margaret Wiggins
857 Encino Drive
New Braunfels, TX 78130

Margaret Williams
200 K St NE
Apt 736
Washington, DC 20002


Margaux Garcia
2700 S Adams Street
#301
Arlington, VA 22206


margie silberstein
10113 meyer point terrace
potomac, MD 20854


Margie Smith
20701 Cooperative Way
Dulles, VA 20166


Margo  Peyton
2700 Calvert St NW
Unit 518
Washington, DC 20008


Margot Laimbeer
1211 13th St NW
Washington, DC 20005


Mari Ann McClain
10425 N Juanita Rd
Spokane, WA 99218


Maria Burton


Maria Dayton
826 Gist Avenue
Silver Spring, MD 20910

Maria Dayton


Maria Horos
924 Beacon Square Ct
Apt 227
Gaithersburg, MD 20878


Maria Portilla
1174 River Oaks Lane
Charlottesville, VA 22901


Maria Rocio Gracia Ipi a
Fern n Gonzalez, 69-6D
Madrid, Spain 28009-0000


Maria-Lisa Burke
PO Box 601
Mill Valley, CA 94942


Marian  Harmon
1316 North Quintana Street
Arlington, VA 22205


Marianne Swanson
6407 Hollins Dr.
Bethesda, MD 20817


Marie Friedman
239 Buckboard Rd
Willow Grove, PA 19090


Marie Israelite
2867 Tilden St. NW
Washington, DC 20008

Marie Policastro
909 New Jersey Ave SE
Apt 714
Washington, DC 20003


Mariela Reyes
10904 Lariat Way
Upper Marlboro, MD 20772


Marilyn Heymann
1736 Church St NW
Washington, DC 20036


Marilyn Traynham
206 N Oakland Street
Arlington, VA 22203


Marina France
11 Ericsson Rd
Cabin John, MD 20818


Marina Major
9112 Horner Court
Fairfax, VA 22031


Marion Ceraso
2835 SW Fairmont Dr.
Corvallis, OR 97333


Marion Sheridan
3477 Tadpole Road
Pa. Furnace, PA 16865


Marisa Maroukian
237 Leedy Way West
Chambersburg, PA 17202

Marjorie Meashaw
872 STATE HIGHWAY 72
POTSDAM, NY 13676


Mark Bezold
1230 13th Street, NW
Apt. 509
WASHINGTON, DC 20005


Mark Bowden
1027 E. Palm Ln.
Phoenix, AZ 85006


Mark Chalfant
762 Fairmont St. NW
Washington, DC 20001


Mark Christman
VA


Mark Cipolletti
1330 New Hampshire Avenue, NW
Apt. 620
Washington, DC 20036


Mark Garrison


Mark Hollaar
2311 15th St. NW
Apt. 1
Washington, DC 20009


Mark Hollingsworth
707 Roxboro Road
Rockville, MD 20850

Mark Howell
739 10th St. SE
Washington, DC 20003


Mark Peterson
1221 Massachusetts Ave NW
Apt 619
Washington, DC 20005


Mark Raimondo
2633 16th ST NW
Apt. 5C
Washington, DC 20009


mark resnik
74 s 4th st
1A
BROOKLYN, NY 11249


Mark Richards
6543 Cypress Point Road
Alexandria, VA 22312


Mark Rivera
3880 Rodman St. NW
Apt. F216
Washington, DC 20016


Mark Seidel
363813th St NW
Washington, DC 20010


Mark Viehman
2726 13th St. NW
Washington, DC 20009


Mark Werner
6807 Radcliffe Dr
Alexandria, VA 22307

Markus Meier
1102 R Street N.W.
Washington, DC 20009


Marla Diaz
Care of Elaine Diaz
45 Winding Oak Drive
Okatie, SC 29909


Marlaena DeHaven
1330 New Hampshire Ave NW
Washington, DC 20036


Marlene Peralta
2402 W Azeele St
#423
Tampa, FL 33609


Marna Miller
4511 Exeter Ave
Louisville, KY 40218


Marsha Olive
2768 Unicorn Ln NW
Washington, DC 20015


Marsha Tapley
1412 Beckett Street
Austin, TX 78757


Martha Davidson
2520 41st St
#3
Washington, DC 20007


Martha Goldstein

Martha Macon Smith
3435 R St. NW
Apt 5
Washington, DC 20007


Martin  Packmann
1221 Massachusetts Ave NW
Apt 305
Washington, DC 20005


Martin Bauer
9038 Fletchers Mill Road
Marshall, VA 20115


Mary  Regalbuto
18 Marietta Avenue
Milford, CT 06460


Mary  Suhy
819 West Virginia Ave NE
Washington, DC 20002


Mary Beth  Kennedy
1862 Mintwood Place
Washington, DC 20009


Mary Betts
710 S Boulevard
Tampa, FL 33606


Mary Bowden
7620 Lynn Dr.
Napierville, IL 60540


Mary Butler
4401 Westbrook Ln
Kensington, MD 20895

mary campagnano
612 SE 12th Terr
Fort Lauderdale, FL 33301


Mary Catherine Ruocco
1165 76th Street
Brooklyn, NY 11228


Mary Challinor
3507 MACOMB ST NW
WASHINGTON, DC 20016


Mary Claire O'Brien
2301 Buena Vista Rd
Winston Salem, NC 27104


Mary Corson
75 Field Point Circle
Greenwich, CT 06830


Mary Evans
426 20TH ST NE
Washington, DC 20002


Mary Hopkins
4820 Old Main St., #403
Henrico, VA 23231


Mary Keating
802 Tildenville School Rd
Winter Garden, FL 34787


Mary Klein
1425 4th street sw a203
washington, DC 20024

Mary Luetkehans
3111 Aspinwall Dr NW
Olympia, WA 98502


Mary Magliocco
12509 Stable House Court
Potomac, MD 20854


Mary McAndrew
832 Willow Ave
Apt 3A
Hoboken, NJ 07030


Mary Monaghan
2980 Stevens St.
Oceanside, NY 11572


MARY PABON
4142 glendale st
Philadelphia, PA 19124


Mary Rocha
205 Van Buren St
Suite 420
Herndon, VA 20170


Mary Schilling
2440 16th St NW
Apt 323
Washington, DC 20009


Mary Tedder
1919 14th St. NW
Unit 319
Washington, DC 20009


Mary TIndall

Mary-Kate Rasa
10214 Carroll Place
Kensington, MD 20895


MaryAnb Nash
3456 Newark St NW
Washington, DC 20016


Maryann Luongo
3701 Underwood Street
Chevy Chase, MD 20815


MaryAnn Nash
3456 Newark St NW
Washington, DC 20016


Marybeth Sheridan
68 Madison street apt 1
hoboken, NJ 07030


Maryjane Fuller
11750 Bondurant Dr
N Chesterfield, VA 23236


Mathew Freeman
627 C Street NE
Washington, DC 20002


Mats Olsen
1230 23rd Street Northwest
Apt 909
Washington, DC 20037


Matt Kawamoto
504F N Thomas St
Apt F
Arlington, VA 22203

Matt Lesnak
1301 N Courthouse Rd
Apt 1808
Arlington, VA 22201


Matt Medvene
2807 Sherman Ave NW
Unit A
Washington, DC 20001


Matt O'Keefe
1100 1st St SE
Apt 1010
Washington, DC 20003


Matt Rossman
3550 N Racine
#3
Chicago, IL 60657


Matt Stone
6444 E Calle de Mirar
Tucson, AZ 85750


Matt Suttmiller
727 N Washington St
Alexandria, VA 22314


Matthew Croson
302 E Glebe Road
Alexandria, VA 22305


matthew dolan
35 newburg st
San Francisco, CA 94131


Matthew Frank
1975 19th St. Apt 4033
Denver, CO 80202

Matthew Grzeskiewicz
1200 5th St NW
Apt 302
Washington, DC 20001


Matthew Hinton
721 Gallatin St NW
Washington, DC 20011


Matthew Mantell
2011 Kalorama Rd NW Apt 6
Washington, DC 20009


Matthew McMillan
322 Shepherd St. NW
Washington, DC 20011


Matthew Newman
1001 L St NW
Apt 801
Washington, DC 20001


Matthew Ohlheiser
1718 Pine Street, 3-4 F
Philadelphia, PA 19103


Matthew Pyle
1425 P ST NW
Apt 614
Washington, DC 20005


Matthew Reed
8206 Martha Street
Alexandria, VA 22309


Matthew Rhoades
4924 Westway Dr
Bethesda, MD 20816

Matthew Siegler
950 Milton Street
Pittsburgh, PA 15218


Matthew Sundahl
1400 14th Street NW
apt 502
Washington, DC 20005


Matthew Suttmiller
8235 Smithfield Avenue
Springfield, VA 22152


Matthew Tyler
1028 S Walter Reed Drive
#730
Arlington, VA 22204


Matthew Whatley
3300 Patrick Henry Drive
Falls Church, VA 22044


Maty Brown
205 Hudson Street
Apt 1210
Hoboken, NJ 07030


Maura Neligan
5411 Meaders Lane
Dallas, TX 75229


Maureen Coelho
1407 Hunting Wood Road
Annapolis, MD 21403


Maureen Gervasi
76 East Forest Trail
Holmes, NY 12531

Maureen Kelley


Max Kanner
4811 Enfield Road
Bethesda, MD 20814


Max Levitt


Max Melnick
8104 Autumn Gate Lane
Bethesda, MD 20817


Max Stewart


Max Weiner
1765 Willard St NW
Washington, DC 20009


maxine armstrong
1 Milbank Avenue
Apt 3F
Greenwich, CT 06830


Maya Carter
5800 Oakdale Rd
#109
Mableton, GA 30126


Maya Day
47 Church St.
Apt. 47 A
South Orange, NJ 07079

Maya Sankaran
300 Coinjock Run
Yorktown, VA 23693


Maya Simon
140 7th Avenue, 4M
New York, NY 10011


Mckenna O'Donnell
1812 N.Harrison st
Arlington, VA 22205


McLean Robbins
1498 Northern Neck Dr
Vienna, VA 22182


Meagan Will
2090 Frederick Douglass Blvd
Apt 3C
New York, NY 10026


Meaghan Richardson
10301 Strathmore Hall Street
Apt 320
Rockville, MD 20852


Meba Yee


Meg Cardell
1011 First Street SE
#620
Washington, DC 20003


Meg Cardell
909 New Jersey Ave SE
Apt 703
Washington, DC 20003

Meg Hogan
P.O. Box 41132
Long Beach, CA 90853


Meg Melusen
156 Moose Road
BERRYVILLE, VA 22611


Megan  Gingrich
1820 Harvard St NW
Apt. 101
Washington, DC 20009


Megan  Goold


Megan Bozzuto
162 East St
Sharon, MA 02067


Megan Conway
2002 Klingle Road NW
Washington, DC 20010


Megan Crabill
3567 Countryside Drive
Glenwood, MD 21738


Megan Doney
37 Maryland Ave
Rockville, MD 20850


Megan Ellis
7245 Adams Road
Magna, UT 84044

Megan Gibbs
2820 Roesh Way
Vienna, VA 22181


Megan Hauck
1300 4th Street SE, PH2
PH2
Washington, DC 20003


Megan Kirk
77 Darcy Dr.
Clayton, NC 27527


Megan Krusie
1111 Columbia Road NW
Apt 409
Washington, DC 20009


Megan Lavalley
5112 SIDEBURN RD
Fairfax, VA 22032


Megan Loucas
2 Nordholm Dr.
Weston, CT 06883


Megan Marcucci
8139 Evening Star Drive
Apt 174
Pasadena, MD 21122


Megan Massey
53 W Sunset Ave
Red Bank, NJ 07701


Megan McGrath
2250 Clarendon Blvd.
Apt. 1304
Arlington, VA 22201

Megan Meyer
1010 C Street SE
Washington, DC 20003


Megan O'Neill
2710 P Street NW
Washington, DC 20007


Megan Palmer
29 Larkspur Lane
Fairport, NY 14450


Megan Solinger
6 E Fort Avenue
Baltimore, MD 21230


Megan Stull
4822 17th Street N.
ARLINGTON, VA 22207


Megan Toland
13035 Harvest Place
Clifton, VA 20124


Megan Vallario


Megan Wise
3727 E Archturus Dr
ST. GEORGE, UT 84790


Megan Zelasko
11823 Tarver Court
Fishers, IN 46037

Meghan Jones
3010 39th Ave SW
Seattle, WA 98116


Meghan Meehan-Draper
1234 Massachusetts Ave NW Apt 303
Washington, DC 20005


Meghan Michael
3202 10th St NE
Washington, DC 20017


Meghan Palmer


Meghan Sullivan
1708 Kilbourne Pl NW
Washington, DC 20010


Meghan Terhune


Meglyn Lansing
7416 Miller Fall Road
Derwood, MD 20855


Melanie Bernstein
North Oakland Street
Arlington, VA 22203


Melanie Chapman
814 Valley Drive
Syracuse, NY 13207

Melanie Countee
451 Warfield Dr
#3037
Hyattsville, MD 20785


Melanie Herman
39546 John Wolford Road
Waterford, VA 20197


Melinda Bieber
2132 Bancroft Pl NW
Washington, DC 20008


Melinda Colon
1112 M St NW, Apt 711
Washington, DC 20005


melissa  klein
812 elm ave
takoma park, MD 20912


Melissa  Morrison
1865 Willowview Terrace
Northfield, IL 60093


Melissa Coleman
8242 Toll House Road
Annandale, VA 22003


Melissa Deal
Care of Amy Zupovitz
6105 Montjoy Court
Centreville, VA 20121


Melissa Duncanson
1713 S Street NW
Washington, DC 20009

Melissa Ellis
20827 Grainery CT
Ashburn, VA 20147


Melissa Gottlieb
6185 Penfield Ln
Solon, OH 44139


Melissa Klocinski
2985 District Avenue
Apt 668
Fairfax, VA 22031


Melissa Maschal
316 Fairview Ave
Beach Haven, NJ 08008


Melissa Molloie
4 Mulberry Ct
Tabernacle, NJ 08088


Melissa Reinke
24 Briar Ridge Drive
Bethel, CT 06801


Melissa Roos


melissa sherry
1441 U St NW
Apt 717
Washington, DC 20009


Meredith Baker
2724 Abbot Kinney, Apt. 15
Los Angeles, CA 90291

Meredith High
712 Louise Ave
Apt 202
Charlotte, NC 28204


Meredith Kells
2 CONRAD CIR
WENHAM, MA 01984


Meredith Morefield
PO Box 553
Dumfries, VA 22026


meryl greenfield
3303 aruba way E1
coconut creek, FL 33066


meshe chonde


Michael Anderson
8308 Flower Avenue, Apt 502
Takoma Park, MD 20912


Michael Browne
109 North Brookside Drive
Arlington, VA 22201


Michael Burris
1800 Fountain Ridge
Chapel Hill, NC 27517


Michael Chajon
2205 California Street NW
Apt. 103
Washington, DC 20008

Michael Comeau
5717 45th Avenue
Hyattsville, MD 20781


Michael Delehanty
1301 14TH ST NW, APT 706
WASHINGTON, DC 20005


Michael Dobozy
4607 41st St N
Arlington, VA 22207


Michael Dufton
941 King James Landing Road
Annapolis, MD 21403


Michael Elder
609 38th Street S
Apt 215
Birmingham, AL 35222


Michael Evans
1315 W St NW Apt 631
washington, DC 20009


Michael Ferguson
1859 Wilson Blvd
Unit 370
Arlington, VA 22201


Michael Heinrich
324 LEONARD WOOD S, APT 102
HIGHLAND PARK, IL 60035


Michael Holifield
2515 32nd St SE
Washington, DC 20020

Michael Horlick
4003 Longfellow Street
Hyattsville, MD 20781


Michael Hucks
6609 New Hope Dr
Springfield, VA 22151


Michael Ledford
1830 R Street NW
Apt 82
Washington, DC 20009


Michael Loeb
478 Central Park West
Apartment 5B
New York, NY 10025


Michael Mandelberg
809 S Bundy Dr., 215
Los Angeles, CA 90049


Michael Marriott
1335 Corcoran ST NW
Washington, DC 20009


Michael McMenamin
2214 N Kenmore St
Arlington, VA 22201


Michael Miller
1533 Colonel Tansill Ct
Woodbridge, VA 22193


Michael Mooradd
25 Deer  Path Rd
Doylestown, PA 18901

Michael Moran
2708 East West Highway
Chevy Chase, MD 20815


Michael Musachio
6268 Alcott Ct
Beltsville, MD 20705


Michael Nardolilli
6607 24th Road N
Arlington, VA 22205


Michael Ogrsko
108 Homeland Avenue
Baltimore, MD 21212


Michael Olin
43 Saddle Ridge Rd
Ossining, NY 10562


Michael Shuman
PO Box 776
Kingshill, VI 00851


Michael Thomas
1020 N Highland St, unit 424
Arlington, VA 22201


Michael Tita
9700 Stoneham Terrace
Bethesda, MD 20817


Michael Triebwasser
2210 Otis Street NE
Washington, DC 20018

Michael Vance
507 O St NW
Apt 4
Washington, DC 20001


Michael Zubrow
1618 11th Street NW
Apt 203
Washington, DC 20001


Michal  Conger
4709 W. Braddock Road Apt. 102
Alexandria 22311


Michele  Sumilas
3808 Huntington Street NW
Washington, DC 20015


Michele Cox


Michele Ekins
948 S Carriage Ave
Springfield, MO 65809


Michele Kreitman
17 Vanderbilt Rd, Vanderbilt Road
MANHASSET, NY 11030


Michele Topel
1830 jefferson pl NW
washington, DC 20036


Michele Ward
179 S. Southwood Ave
Annapolis, MD 21401

Michelle Albert


Michelle Crepeau
215 Palmer Avenue
Sleepy Hollow, NY 10591


Michelle Deslauriers
520 N Street
Apt S330
Washington, DC 20024


Michelle Germain
13007 Shaneybrook Circle
Reisterstown, MD 21136


Michelle Griswold


Michelle Guzzi
85 Quarter Horse Lane
Fairfield, CT 06824


Michelle Howard
3024 Alabama Ave SE
Washington, DC 20020


Michelle Koplitz
1262 Owen Pl NE
Washington, DC 20002


Michelle Koufopoulos
166 Pearsall Drive, Apt 5A
Mount Vernon, NY 10552

Michelle Madeley
1620 C St. SE
Apt. 5
Washington, DC 20003


Michelle McCarthy
1400 North State Parkway
Apartment 8E
Chicago, IL 60610


Michelle Meyer
47 Easter Drive
Stafford, VA 22554


Michelle Spek
82 North Street
Apt 2
Medford, MA 02155


Michelle Thompson
1721 Oak Lane
McLean, VA 22101


Michelle Yu
1315 W St. NW
Apt. 569
Washington, DC 20009


MIGUEL PELAEZ
2420 14th st nw
apt 427
Washington, DC 20009


Miguel Tavera
802 e st ne
Washington, DC 20002

```
mike  alleva
258 first street
hackensack, NJ 07601


Mike  Mitchell
6331 Western Avenue NW
Washington, DC 20015


Mike Carey



Mike Celone
23 B St
Apt 3-206
Laurel, MD 20707


Mike Kennedy
3315 Rowland Place NW
Washington, DC 20008


Mila Cerecina



Mimi Cho-Rohlfsen
5025 Indianola ave
Edina, MN 55424


Mimi Menenberg
4957 Lakemont Blvd SE
Suite C4, PMB 22
Bellevue, WA 98006


Minh Vu
305 Cloverway Dr.
Alexandria, VA 22314
```

Mira Patel
7620 Old Georgetown Road
Apt 912
Bethesda, MD 20814


Missy Branson
1160 1st Street NE
Apt 1214
Washington, DC 20002


missy young
1330 Vermont Avenue
#5
Washington, DC 20005


Mitch Binder
1188 North Vermont Street
Arlington, VA 22201


Miya Cohen-Sieg
3001 W Barrett St
Seattle, WA 98199


ML Davidson
8423 Brook Rd.
McLean 22102


Molly Long
2323 Dulles Station Blvd
Herndon, VA 20171


Molly McShea
3406 3rd St N
Arlington, VA 22201


Molly Williams
225 Dale Drive
Silver Spring, MD 20910

Molly Zubrow
333 8th St SE
Apt 312
Washington, DC 20003


Mona Fiuzat
1530 Key Blvd. #124
Arlington, VA 22209


Mona Ostrowski
141 Ridge Avenue
State College, PA 16803


Monica Argenti
8481 SHADETREE DR
WINDSOR, CA 95492


Monica Federoff
1 Coltrane Court
Irvine, CA 92617


Monica Henderson
620 Wilton Road
Baltimore, MD 21286


Monica Lucas
1327 Rittenhouse Street, NW
Washington, DC 20011


Monica Restrepo
4311 Torchlight Circle
Bethesda, MD 20816


Monica Rheinhardt
15214 Jenkins Ridge Rd
Bowie, MD 20721

Monica Rheinhardt


Monica Stowe
38417 Boulder Canyon Dr
Boulder, CO 80302


Monique PArker
5002 Gardner Drive
Alexandria, VA 22304


Monty Holcombe
8009 Brompton St.
Springfield, VA 22152


Morgan Cline
3608 Red Wolf Pl
Fort Collins, CO 80525


Morgan Kanarek


Morgan MacIver
1150 K Street NW
Apt 1010
Washington, DC 20005


Morgan Munnelly
975 S. Wall Street #3A
Columbus, OH 43206


Morganne Rosenhaus
724 Farragut St. NW
WASHINGTON, DC 20011

Moriah Balingit
3164 18th St NW
Washington, DC 20010


Murugappan Ramanathan
9509 Montgomery Drive
Bethesda, MD 20814


My-Van Nguyen
1151 4th ST. SW Apt 112
Washington, DC 20024


Myfanwy Davis
4017 NE 68th St
Seattle, WA 98115


Myles Morrison
1729 13th St S
Arlington, VA 22204


Nana Xu
6443 Benvenue Avenue
Oakland, CA 94618


Nancy  Schmidt
1811 Wellbourne DR
Atlanta, GA 30324


Nancy Bates
649 A ST NE
Washington, DC 20002


Nancy Ehrlich
621 Multnomah Lane
Harpers Ferry, WV 25425

Nancy Evans
1912 Hay Terrace
Easton, PA 18042


Nancy Harver
1040 Redcoat Dr
Charlotte, NC 28211


Nancy Mays
7845 Mullen Rd
Lenexa, KS 66216


Nancy Molter
16307 Halifax St
San Antonio, TX 78247


Nancy Myer
5525 NW 107 Street
Oklahoma City, OK 73162


nancy nielsen
4061 south cherry street
englewood, CO 80113


Nancy R Sharp
1333 Argall Place
Alexandria, VA 22314


Nancy Rich
565 Pennsylvania Ave NW
#814
Washington, DC 20001


Nancy Wrigley
9905 Forest Grove Drive
Silver Spring, MD 20902

Naomi Catania
31 Greenhouse Pl
Huntingtown, MD 20639


Narineh Abrahamian
42758 Montevista Square
Leesburg, VA 20176


Natalee McIntyre
622 Fell St
San Francisco, CA 94102


Natalie Damico
230 E. 97th St.
Apt. 3B
NEW YORK, NY 10029


Natalie Rossomondo
3384 PIEDMONT AVE
Oakland, CA 94611


Natanya Khashan
3902 14th st NW
Unit 722
Washington, DC 20011


Nate Martin
201 S Ellwood Ave
Baltimore, MD 21224


Nathan Funk
2824 Emma Lee St, Apt. 101
Falls Church, VA 22042


Nathan Martinez
17825 NW Elkcrest Ct
Portland, OR 97229

Nathan Matusick
1901 Upshur St NW
Washington, DC 20011


Nathan Noh
150 E 84th St
Apt 5P
New York, NY 10028


Nathania Ustun
3867 Fairfax Sq
Fairfax, VA 22031-4200


nathaniel duquette
1726 Kenyon Street NW
Washington, DC 20010


Nathaniel Westerman
1724 Humboldt Avenue South
Minneapolis, MN 55403


Neal Bacon
1611 5th St. NW
Washington, DC 20001


Neal Rothschild
1905 11th St. NW
Unit A
Washington, DC 20001


Ned Ryan
260 Townsend St
4th Floor
San Francisco, CA 94107


Negar Mortazavi
1731 BEULAH RD
VIENNA, VA 22182

Nia Lesesne


Nic Breen-Franklin
317 Old County Road
Severna Park, MD 21146


Nicholas Celone
2147 Guizot Street
San Diego, CA 92107


Nicholas Kohart
1 Declaration Drive
Newtown, PA 18940


Nicholas Miller
17318 Masemore RD
Parkton, MD 21120


Nicholas Pagano
2900 Main Line Blvd
#310
Alexandria, VA 22301


Nicholas Ruhrkraut
949 N Croft Ave Apt 101
Los Angeles, CA 90069


Nick Allen
11331 Trenton Court
Bristow, VA 20136


Nick Drews
463 Florida Ave NW
Unit B
Washington, DC 20001

Nick Kolman-Mandle


Nicola Felice
460 West 20th Street NW
UNIT 2
WASHINGTON, DC 20011


Nicolas Carter
99 KNEELAND ST
APT 1805
Boston, MA 02111


Nicolas Picard
1754 Lanier Place NW
Washington, DC 20009


Nicole Buffa
31601 Crystal Sands Drive
Laguna Niguel, CA 92677


Nicole Buffa
1757 Q St NW
Apt E
Washington, DC 20009


nicole byers
7905 glendale rd
chevy chase, MD 20815


Nicole Centrella
527 Garden St.
Apt 1
Hoboken, NJ 07030


nicole downs
15 Charles Plaza Apt 1608
baltimore, MD 21201

Nicole Frazer
2441 Ontario Road NW
Washington, DC 20009


Nicole Maylett
10432 Rockville Pike
#302
Rockville, MD 20852


Nicole Nitsche


Nicole Peiffer
1214 N Lincoln St
Arlington, VA 22201


Nicole Polizzi
48 Theo Court
Burlington, NJ 08016


Nicole Siems
16 Nostrand Rd
Cranbury, NJ 08512-2003


Nicolette Hudson
250 E. South Street
Worthington, OH 43085


Nigest Getahun
7224 Arrowood road
Bethesda, MD 20817


Nilofer Azad
8811 Jones Mill Road
Chevy Chase, MD 20815

Nina  Whitaker
10205 Eyelet Ct
Clinton, MD 20735


Nina Russell
Care of Lucy Russell
6123 Callery St
Pittsburgh, PA 15206


Noel Miller


Nolen Deibert
850 Quincy St NW
Apt 504
Washington, DC 20011


Nora Fischer
2906 Cortland Place NW
Washington, DC 20008


Nora Sheehan
4240 Lumley Rd
#1
Madison, WI 53711


noreen heffner
413 n chaplegate lane
baltimore, MD 21229


Noura Lamb
10487 Windemere blvd
Carmel, IN 46032


Ocean Dalton
1550 7th St NW
Apartment 530
Washington, DC 20001

Olga  markoff
633 West North Avenue
apt 1031
Chicago, IL 60610


Olga Rocha
1000 New Jersey Ave SE
Apt 916
Washington, DC 20003


oliver merino


Oliver Samuel-Jakubos
1921 Shepherd St NW
Washington, DC 20011


Oliver Wolf
1605 16th Street NW, Unit 4
Washington, DC 20009


Ouida Fox
1104 Woodside Crossing
Savannah, GA 31405


Pablo Valerin
460 New York Avenue Northwest
APT 402
Washington, DC 20001


Paig Scallion
43467 Thistlewood Ct.
Ashburn, VA 20147


Paige Howarth
1400 Irving Street NW
Apt 431
Washington, DC 20010

Pam Jurgens
12045 Thames Place
Cincinnati, OH 45241


Pam Rockacy
28 Craig Lane
Malvern, PA 19355


Pamela Chassin
369 Wells Hill Road
Lakeville, CT 06039


Pamela Pheeney


Pat Lincoln
9831 Hollow Glen Pl
Silver Spring, MD 20910


Pat Stubbs
95 Clarendon Terrace
Newington, CT 06111


PATIENCE STEPHENS
365 Bridge St
Apt 3B
Brooklyn, NY 11201


Patricia Barry
4513 Cumberland Ave
Chevy Chase, MD 20815


Patricia Ferrari
6316 Bannockburn Dr.
Bethesda, MD 20817

Patricia Gaitan
7119 Thrasher Rd
McLean, VA 22101


Patricia Galvan
264 N Whisman Rd.
Apt 22
Mountain View, CA 94043


Patricia Homan
11923 Frost Drive
Bowie, MD 20720


Patricia Macdonald
381 Grundy Ave
Holbrook, NY 11741


Patricia Martin
4128 Lakeshore Lane
Chattanooga, TN 37415


Patricia Matzie
15 Winhart Drive
Granby, CT 06035


Patricia Tobin
609 Captains Way
Philadelphia, PA 19146


Patricia Zengerle
1407 Pathfinder Lane
McLean, VA 22101


Patrick Butler
1701 Newton Street NW
Washington, DC 20010

Patrick Cozza
758 Christiana Road
Apt 709
Newark, DE 19713


Patrick Maher
5829 21st St N
Arlington, VA 22205


Patrick Robinson
2480 16th St NW
Apt 419
Washington, DC 20009


Patti Correll-Syring
W4944 Hoeth St
La Crosse, WI 54601


Paul Drews
1227 ATWOOD LN
STILLWATER, MN 55082


Paul Franz
2619 Garfield St NW
Apt 3
Washington, DC 20008


Paul Morley
1001 4th Street SW
Apt 611
Washington, DC 20024


Paul Nangeroni
66 Bayport ct
San Carlos, CA 94070

Paul Urbanczyk
311 2nd Street
#706
Oakland, CA 94607


Paul Wilkins
1412 D St NE
Washington, DC 20002


Paula  Salamoun
4020 Washington Blvd. Apt. 104
Arlington, VA 22201


Paula Cheung
340 East 64 Street
Apt 20B
New York, NY 10065


Paula Pardo
415 L ST NW 748
WASHINGTON, DC 20001


Paula Swett
10503 Hutting Place
Silver Spring, MD 20902


Peggy Dahlquist
5916 16th St N
Arlington, VA 22205


Peggy Keegan
7804 Buckboard CT
Potomac, MD 20854-3803


penny vinik
914 s. golf view street
tampa, FL 33629

Perry Edelman
1248 Carlisle Place
Deerfield, IL 60015


Perry Eisemann



Peter Hamberger
2727 29th St NW
#421
Washington, DC 20008


Peter Heyer
2401 Pennsylvania Ave, NW, #507
Washington, DC 20037


Peter Mikhail
115 Kincaid Lane
Hampton, VA 23666


Peter Renz
Po box 372604
Satellite Beach, FL 32937


Peter Sklaver
21 Hart Drive South
South Orange, NJ 07079


Peter Stone
611 A Street NE
Apt 2
Washington, DC 20002


Peter Stuart
100 Commerce Lane
Apt 1105
Bethesda, MD 20814

Peter Thomas
100 Florida Ave NE
Apt. 327
Washington, D.C., DC 20002


Petra Maruca
3305 Woodland Lane
Alexandria, VA 22309


Phil Andonian
7107 Poplar Ave
Takoma Park, MD 20912


Philip McGovern
2112 8th Street Northwest, #P24
Washington, DC 20001


Philip Rosenman
1408 10th St
#101
Washington, DC 20001


Phoebe Shao
1301 Vermont Ave NW
#409
Washington, DC 20005


Phyllis Stabler
3968 1st Ave
Fernandina Beach, FL 32034


Phyllis Zerhusen
1402 Dalewood Drive
Jarrettsville, MD 21084


Pia Trivedi
773 Hobart Pl NW
Washington, DC 20001

Pierce Hunsaker
19819 Hollygrape Street
Bend, OR 97702


Powei Pan
1625 I St NW
Suite 700
Washington, DC 20006


Pranee Halvorsen
533 Lake Washington Blvd E
Seattle, WA 98112


Priya Chatterjee
1204 P street
Unit 3
Washington, DC 20005


Priya Wellington
176 STERLING PL
APT 2L
Brooklyn, NY 11217


Priyanka Cohen
7035 Blair Road NW
Apt. 335
Wshington, DC 20012


Rachael Balter
8399 Montgomery Run Rd Apt I
Ellicott City, MD 21043


Rachael Bornstein
754 Park RD NW #6
Washington, DC 20010


Rachael Erickson
2160 S Acoma Street
Denver, CO 80223

Rachael Kent
8108 Kentbury Dr
Bethesda, MD 20814


Rachael Marr
101 East San Fernando St, 418
San Jose, CA 95112


Rachael Plymale
401 Peabody St NE
Washington, DC 20011


Rachel Canter
3427 13th Street NW
Apt 305
Washington, DC 20010


Rachel Clegg
7 Sargent Ave


Rachel Egan
2500 Wisconsin Avenue NW
Apt 756
Washington, DC 20007


Rachel McClain
100 Fallsgrove Blvd Apt 2404
Rockville, MD 20850


Rachel Nover


Rachel Plummer
3656 New Hampshire Ave
#2
Washington, DC 20010

Rachel Saltman
1354 East Capitol St NE
Unit B
Washington, DC 20003


Rachel Sherman
7219 Marbury Court
Bethesda, MD 20817


Rachel Thomas
281 Hugh Shelton Loop
Fayetteville, NC 28301


Rachna Goyal
1615 N. Queen Street
# 404
Arlington, VA 22209


Rae Grad
3024 Tilden St NW
#203
Washington, DC 20008


Raenell Williams


Rainey Brown
1328 Maryland Ave NE
Apt 3
Washington, DC 20002


Ramsey Brame
4706 Jamestown
Bethesda, MD 20816


Randal Huff
1874 Cottesworth Lane
Gates Mills, OH 44040

Randall Martin
75 North 7th Street
Hudson, NY 12534


Randy Briggs
5000 Flanders Ave.
Kensington, MD 20895


Randy Smith
7711 Spring Ridge Drive
Indianapolis, IN 46278-9617


Ranjit Singh
Deloitte Consulting LLP
1920 N Lynn Street
Arlington, VA 22210


Raul Burgos
1464 Rhode Island Ave NW
#400
Washington, DC 20005


Ray Cusic
221 CHEROKEE DR
LOWELL, IN 46356


ray hicks
15004 narrows lane
Bowie, MD 20716


Raya Jarawan
555 Massachusetts Ave NW
Apt 1109
Washington, DC 20001


Raymond  Gaspari
21 Forsberg St
Worcester, MA 01607

Real Limoges
750 MacArthur Blvd
Unit 201
Oakland, CA 94610


Reamy Ancarrow
3834 Harrison St NW
Washington, DC 20015


Rebeca Omana
1663 Newton Street
#3
Washington, DC 20010


Rebecca  Davis
608 Highland Ave
Falls Church, VA 22046


Rebecca Breed
13280 Kelston Court
Richmond, VA 23238


Rebecca Ende Lichtenberg
14 S Street, NE #202
Washington, DC 20002


Rebecca Fratkin
475 K St NW Apt 716
Washington, DC 20001


Rebecca Hantman
741 12th St SE
Washington, DC 20003


Rebecca Hasbun
20 Logan Circle NW
Apt 3-3
Washington, DC 20005

Rebecca Hasik
2727 South Arlington Street
Apt. 622
Washington, DC 22206


Rebecca Kannam
20 Damien Road
Wellesley, MA 02841


Rebecca Levy
920 6th ST NE
Washington, DC 20002


Rebecca Lindrew
3 West Cedar St.
Alexandria, VA 22301


Rebecca Mann
6260 Pesta Ct
Raleigh, NC 27612


Rebecca Regan-Sachs
3719 Van Ness Street NW
Washington, DC 20016


Rebecca Shapalis
1353 Meridian Pl NW
Washington, DC 20010


REbecca Shoemaker
7521 Heartland Rd
Indianapolis, IN 46278


Rebecca Silver
257 W 17th Street, Apt 6D
New York, NY 10011

Rebecca Winters
1500 N California Blvd Apt #205
Walnut Creek, CA 94596


Rebecca Woods
2358 Fairoaks Rd
Decatur, GA 30033


Rebecca Yuan
435 W 31st St
Apt 12H
New York, NY 10001


Reed Blakemore


Reed Dunn
1816 BEECH AVE
NASHVILLE, TN 37203


Regina Sica
1440 N Street NW
Apt 714
Washington, DC 20005


Renata Halas
7300 Beijing Pl
Dulles, VA 20189


Renee LaMura
4829 9th Street S
Arlington, VA 22204


Renee Orazi
3005 NE 173rd St
Ridgefield, WA 98642

Renee Sharp
2767 Ravine Hill Dr
Middleburg, FL 32068


Renee Trabert
870 Summit Avenue
Westfield, NJ 07090


Rhonda Abashian
1479 Long Grove Drive
#303
Mount Pleasant, SC 29464


Rhonda Cagle
422 South 111th Drive
Avondale, AZ 85323


Rhonda Cormney
115 Stoneybrook Drive
Richmond, KY 40475


Ricardo Marto


Rich Clough
37 W St NW Unit 2
Washington, DC 20001


Rich Doody
2705 N Racine
Chicago, IL 60614


Richard  Schwartz
935 Bellview Rd
McLean, VA 22102

Richard Howe
128 E 3rd St.
Frederick, MD 21701


Richard Kauffman
41 Queen Anne Bridge Rd
Upper Marlboro, MD 20774


Richard Lee
770 P Street
Apt 412
Washington, DC 20001


Richard Moreland
15244 Falconbridge Terrace
North Potomac, MD 20878


Richard Pohlman
4347 16th Street NE
Washington, DC 20017


richard schoepke
5517 10th st n
Arlington, VA 22205


Rick Berger
1720 S Street NW
Apt S-G
Washington, DC 20009


Rick Kennedy
1021 N Garfield St
#915
Arlington, VA 22201


Rick White
323 Foxtail Court
Boulder, CO 80305

Rima Fusisi
8200 oxbow ct.
alexandria, VA 22308


Rita Smith
W Street Northwest
#301
Washington, DC 20007


Robbie Gramer
739 newton place nw
washington, DC 20010


Robbie Raker
3003 Winding Shore Lane
Katy, TX 77450


Robby Diesu
2034 First Street Nw
Washington, DC 20001


Robert Anderson
1947 N. Uhle Street, Apt 412
Arlington, VA 22201


Robert Burie
199 nw 10th ave
Boca Raton, FL 33486


Robert Cummings
142 Lakeway Dr
Oxford, MS 38655


Robert Cusic

Robert Gallagher
10230 Parkwood Dr
Kensington, MD 20895


Robert Guider
1209 North Taft St
Arlington, VA 22201


Robert Kearns


Robert Loughran
826 N Taney St
Philadelphia, PA 19130


Robert Lowy
15912 Mount Everest Lane
Silver Spring, MD 20906


Robert Lystad
625 W 51st Street
Kansas City, MO 64112


Robert M Fitzgerald
1909 S St NW Apt 3
Washington, DC 20009


Robert Marcum
222 West St Apt D
Annapolis, MD 21401


Robert Mashal
95 Prince Street
Newton, MA 02465-2632

Robert Rudd
23193 Kingwood Forest Court
Leesburg, VA 20175


Robert Schmieder
363 East 76th Street
Apt 19K
New York, NY 10021


Robert Shaughnessy
7907 cliff rock court
Springfield, VA 22153


Robert Sitch
8409 Millwood Drive
Springfield, VA 22152


Robert Vachon
83 C Nipmuc Trail
North Providence, RI 02904


Robert Weiss
916 General Wayne Dr
West Cheater, PA 19382


Robin Carlson
2915 Corte del Pozo
Santa Fe, NM 87505


Robin Farber


Robin Kane
1018 South Williams
Denver, CO 80209

Robin Murray


Robin North
14 Berwyn Ct
Simpsonville, SC 29681


Robin Palmer
826 22nd St. S
Arlington, VA 22202


Robin Quinn
11807 Antietam Road
Woodbridge, VA 22192


Robin Reck
1711 Linwood Place
McLean, VA 22101


Robin Seals
4321 Fauquier
Richmond, VA 23227


Robyn Derito
33 Jeanne Ave
Brockton, MA 02301


Rochelle Sherman
9905 Rogart Road
Silver Spring, MD 20901


rodrigo sauno
MD 20737

Rodrigo Zuleta
8510 Pelham Rd
Bethesda, MD 20817


Roger Sullivan
4930 SEDGWICK ST NW
WASHINGTON, DC 20016


Rohith Shetty


roland Peters
10301 Bells Mill Terrace
Potomac, MD 20854


Rolando Amaya
221 Gentry Avenue
Alexandria, VA 22305


Roldan Arbis
121 Cedar Mill drive
Goose creek, SC 29445


Ron Kuppersmith
7 Chessman Dr
Sharon, MA 02067-2410


Ron McNeill
6003 Johnson Avenue
Bethesda, MD 20817


Ronald Anderson
3 Airey Ct
Andrews AFB, MD 20762

Ronald Hopson
1710 R St. N.W.
Washington, DC 20009


RONALD PROCTOR
7103 East Cedar Street
Hyattsville, MD 20785


Roopa Vasan
53 Valerian Ct
Rockville, MD 20852


Rory Calabrese
5215 Portsmouth Road
Bethesda, MD 20816


Rosalie Cicchinelli
4650 Washington Blvd
Apt 431
Arlington, VA 22201


Rosalyn Pierce
1650 Harvard St NW
Apt 708
Washington, DC 20009


Rosanna Nelson
1239 Rossmore
Cincinnati, OH 45237


Rose Mortenson
1081 Cedrus ln
Mclean, VA 22102


Rose O'Byrne

Rosemary091653#Rose Traub
4516 Bermuda Drive NE
Albuquerque, NM 87111


Ross Ensor
1515 O St NW #201
Washington, DC 20005


Rossemary Yurivilca



Rowland Kirkman
2The grange
6 Clifton Drive
Lytham, United Kingdom FY85RQ


Rowland Kirkman
2The grange
6 Clifton Drive
Lytham, UK FY85RQ


Russell Nemiroff
508 N Columbus St
Alexandria, VA 22314


ruth  faden
3173 porter st nw
washtington, DC 20008


ruth foley
4656 Whispering Woods Ct.
San Diego, CA 92130


Ruth Lapidas

Ruth Morgan
3100 Connecticut Ave NW
Apt 301
Washington, DC 20008


Ruth Signorelli
22 Lotus Rd
Bayport, NY 11705


Ryan  Chowdhury
415 L St NW
Apt 1044
Washington, DC 20001


Ryan Benitez
616 E ST NW
Apt 702
Washington, DC 20004


Ryan Boone
2801 Quebec St NW
Room 607
Washington, DC 20008


Ryan Combs
200 Oak Point Lane
Ponte Vedra Beach, FL 32082


Ryan Dare
3720 Hickory Ave
Baltimore, MD 21211


Ryan Grube
7027 Strathmore St. Apt. 1
Chevy Chase, MD 20815


Ryan Haldi
1400 Irving Street NW
Washington, DC 20010

Ryan Holland
77 Park Terrace East, Apt. D75
New York, NY 10034


Ryan Kauffman
2723 13TH STREET NW #1
Washington, DC 20009


Ryan Lee-Young
102 Grant St., Unit 3
Somerville, MA 02145


Ryan Mukherjee
2315 Brooke Grove Rd
Mitchelville, MD 20721


Ryan Thomas
7808 Locris Dr
Upper Marlboro, MD 20772


Ryan Will
1301 M St NW
Washington, DC 20005


Ryn Horner
4555 Indian Rock Terrace, NW
Washington, DC 20007


Sabrina Laine
3812 Military Road Northwest
Washington, DC 20015


Sailor Holobaugh
2624 Saint Paul St. Apt 2B
Baltimore, MD 21218

Sal Caccavale
2302 Peggy Lane
Silver Spring, MD 20910


Sallie McCullough
PO Box 1674
Kapaau, HI 96755


Sally Caras
110 Mill lsland Road
Arrowsic, ME 04530


sally middleton
8461 Bay Point Drive
Indianapolis, IN 46240


Sally Ness
1150 4th St SW
Apt 1114
Washington, DC 20024


Sam Chiron
1725 17th Street NW
Apt 506
Washington, DC 20009


Sam Givens
4415 Pinetree Rd.
Rockville, MD 20853


Sam Knight
1211 13th St NW
Apt 101
WASHINGTON, DC 20005


Sam Shapiro
2020 12th Street NW
Apt 406
Washington, DC 20009

Samana Shaikh
641 Ship Ave
Beachwood, NJ 08722


Samantha and Skrab
7311 Scarlet Oak CT
Fairfax Station 22039


Samantha Daisy
47 West Street
Antrim, NH 03440


Samantha Davison
12128 Chatsworth Court
Charlotte, NC 28277


Samantha DePaul
2000 N Street NW
Apt 203
Washington, DC 20036


Samantha Garvin
1435 Newton St. NW
Unit 109
Washington, DC 20010


Samantha Horosky
PO Box 157
St Peters, PA 19470


samantha spindel
1220 Blair Mill Road
apt 507
Silver Spring, MD 20910


Samantha Young
1350 R Street, NW
PH 509
Washington, DC 20009

Samira Diggs
6240 Rainier Dr
Frederick, MD 21703


Sammi  Roth
1701 Sunnyside Circle
Northbrook, IL 60062


Samuel Mahler
800 P ST NW APT 916
WASHINGTON, DC 20001


Samuel O'Hearn
120 Henry Stoupe Way
Chester, MD 21619


samuel richman
7833 Butterfield Lane
Annandale, VA 22003


samuel richman


Sanchia Patrick-Rasul


Sandeep Nandivada
1634 14th Street NW
Apt 303
Washington, DC 20009


Sandra Cary
50 Malden Street
Apt 704
Boston, MA 02118

Sandra Murphy
2811 Larranaga drive
the Villages, FL 32162


Sandra Rodin



Sangeetha Shanmugham



Sara Bromley
5301 WISCONSIN AVE NW, STE 500
Suite 500
WASHINGTON, DC 20015


Sara Kelly
6251 22nd St. N
Arlington, VA 22207


Sara Lowe
23651 Rolling Fork Way
Gaithersburg, MD 20882


Sara Moscowitz



Sara Richman
1201 Braddock Place
Apartment 714
Alexandria, VA 22314


Sara Rusniak
673 Integrity Drive
Lititz, PA 17543

Sara Scheller
1111 11 Street NW #408
Washington, DC 20001


Sara Vasquez
14334 Silo Valley View
Centreville, VA 20121


Sara-Jane Whitcher
1132 6th St. NW
Apt. 2
Washington 20001


Sarah  Martin
1935 S. Arlingotn Ridge
Arlington, VA 22202


Sarah  Williams
61 Devoe Street Apt 1
Brooklyn, NY 11211


Sarah Blackwill
1211 Euclid Street NW, Apt 2
Washington, DC 20009


Sarah Clark
7000 Carroll Ave
Ste 200-14
Takoma Park, MD 20912


Sarah Coghlan
8020 Parklane Ct
Springfield, VA 22153


Sarah Coghlan
321A Jefferson Avenue
Apt 4
Brooklyn, NY 11216

Sarah Coghlan


Sarah Eldredge
1451 Park Road NW, #507


Sarah Hayden
Perkins Coie LLP
700 13th St NW
Washington, DC 20005-3960


Sarah Isbey
2344 Lee Hwy
Arlington, VA 22201-3516


Sarah Krieger
1419 S Street NW
Washington, DC 20009


sarah maschal
29710 Journey's End Road
BIG PINE KEY, FL 33043


Sarah Mixon
604 Downing Rd
Winston Salem, NC 27106


Sarah Myers
113 Third Street
Akron, PA 17501


Sarah Newhall
1813 Monroe St NW
Washington, DC 20010

Sarah Pokempner
3605 Livingston Street, NW
Washington, DC 20015


Sarah Proper
1200 N Herndon St Apt 602
Arlington, VA 22201


Sarah Ramirez
9209 Long Branch Pkwy
Silver Spring, MD 20901


Sarah Shields
49 Sunrise Park
Pittsford, NY 14534


Sarah Skelly
1250 S 28th St
Philadelphia, PA 19146-3634


Sarah Starr
4636 Q St NW
Washington, DC 20007


Sarah Tellock
4114 Emerson St
Hyattsville, MD 20781


Sarah Wiant
1353 Irving St NW
Apt 11
Washington, DC 20010


Sarah Zisling QB 6230

Saranah Walden
6816 Winners Drive
Whitsett, NC 27377


Sasha Post
9300 Silvermill Place
Fairfax, VA 22031


Sashi Kundi
1784 Creekview Terrace
Okemos, MI 48864


Savannah Whalen
626 N Nelson St
Arlington, VA 22203


Scott Amoros
712 Mary Jo Way
Ellicott City, MD 21043


Scott Atkinson
3103 Hollly Street
Alexandria, VA 22305


Scott Burton
4233 Denbigh Dr
Charlotte, NC 28226


Scott cooper
14 5th St NE
Washington, DC 20002


Scott Donaldson
1376 46th Street NW
Washington, DC 20024

Scott Goldstein
1100 6th Street SW
Apartment 315
Washington, DC 20024


Scott Greenberger
7128 WILLOW AVE
TAKOMA PARK, MD 20912


Scott Keeter
North Kenmore Street
Arlington, VA 22201


scott leyba
12013 evening ride drive
potomac, MD 20854


Scott McCrary
937 Randolph St. NW
Apt. 1
Washington, DC 20011


Scott Mulhauser
428 6th St. NE
Washington, DC 20002


Scott Schwantes
3226 Humboldt Ave S
Minneapolis, MN 55408


Scott Silverstein
639 Hamilton St NW
Washington, DC 20011


Scott Stewart
5520 Chenango Drive
Bethlehem, PA 18017

Sean  Szmal
28 Delwood Drive
Danville, PA 17821


Sean Beaty
706 W. Abingdon Ct.
Alexandria, VA 22314


Sean Kuenning
2846 Katherine Paige Ln, Apt 307
Apt 307
Falls Church, VA 22042


Sean Massey
93 Highland Ave
Metuchen, NJ 08840


Sean Pagano


Sean Vannatta
4307 Michel
Murraysville, PA 15668


Seema Gupta
26 LOEFFLER LN
MEDFIELD, MA 02052-3145


semira ahdiyyih
2500 Wisconsin Avenue NW Apt 807
Washington, DC 20007


Serena Vaz
415 Newark St
Hoboken, NJ 07030

Sereno Sok
7804 Jeremy Terrace
Derwood, MD 20855


Seth Barsky
8108 Tomlinson Avenue
Bethesda, MD 20817


Seth Moody
8441 Clearly Spring Drive
Chesapeake Beach, MD 20732


Shakir Cannon-Moye
604 7th St SW
Washington, DC 20024


Shane Smith
2400 16th Steet NW #342
Washington, DC 20009


Shannon Kennedy
717 Kenyon Street, NW
Apt 301
Washington, DC 20010


SHANNON MARTIN
1825 New Hampshire Ave NW
Washington, DC 20009


Shannon Reeve
5925 32nd St NW
Washington, DC 20015


Shannon Reeve
5925 32nd Street NW
Washington, DC 20015

Sharon Ames
124 Cammot Lane
Fayetteville, NY 13066


Sharon Applestein
1200 Steuart Street, Unit 1029
Baltimore, MD 21230


Sharon Bradley
1010 Wisconsin Avenue NW
Suite 620
Washington, DC 20007


Sharon Bradley
159 Research Road
Greenbelt, MD 20770


Sharon Giglio
128 Rabbit Run
Wells, ME 04090


Sharon O'Hara
504 Prince George Drive
Lancaster, PA 17601


Sharon Schwartz
36596 Putter Lane
Frankford, DE 19945


Shaundra Wood
4504 Lee St Ne
Washington, DC 20019


Shawn Gee
8618 Camden Street
Alexandria, VA 22308

SHAWN HOWELL
10121 Peanut Mill Dr
Gaithersburg, MD 20882


Shawn Smith
15 West View Road
Old Saybrook, CT 06475-2824


Shawn Vogel
27 Logan CIR NW
#2
Washington, DC 20005


Shawn West
10405 Grandin Street
Silver Spring, MD 20902


Shawna Allevato
N. Carlin Springs Rd
Arlington, VA 22203


Shayna DeBarros
7876 Azalea Cove Terrace
Alexandria, VA 22315


Sheeva Shajib


Sheila DeFord
311 Crandon Drive
St. Louis, MO 63105


Shelby DeCarlo
12 Russell CT
Matawan, NJ 07747

Sheldon Stromberg
5425 Connecticut ave n.w., apt 416
washington, DC 20015


Shella Neba
790 Huff Rd. NW
#7036
Atlanta, GA 30318


Sherice Perry
43 K Street NW
#611
Washington, DC 20001


Sheridan  Ackiss
4601 Connecticut Ave NW
Apartment 210
Washington, DC 20008


Sherrie McConaughey
11740 E Fort Lowell Road
Tucson, AZ 85749


Shir Boger
8203 Spring Bottom Way
Baltimore, MD 21208


Shirley Keel


Shirley McCartney
3101 Sharpie Ct
Virignia Beach, VA 23456


Shravya Kovela
2000 16th St NW
Apt 504
Washington, DC 20009

Shundra Jackson
1550 Larimer St.
#1039
Denver, CO 80202


Sid Pandit
360 H Street, NE, Apt. 432
Washington, DC 20002


Sid Phillips
1533 15th st nw
Apt 301
Washington, DC 20005


Silvia Quevedo
3140 Wisconsin Ave #216
Washington, DC 20016


Simon Fisherow
52 Quincy Place NW
#201
Washington, DC 20001


Simon van Steyn
406 Lincoln Avenue
Falls Church, VA 22046


Simone Gore
30 South 4th Avenue
Highland Park, NJ 08904


Sindu Stephen
5022 Warren St. NW
Washington, DC 20016-4370


Sinthia Shuler
9622 Eaton Woods Place
Lorton, VA 22079

Skye Wheeler
1004 Monroe St NW
Washington, DC 20010


Snigdha Sharma
8012 S. 20th.Avenue
Phoenix, AZ 85041


Sofia Burton
1935 Marthas Road
Alexandria, VA 22307


Soleil David
200 South Madison Street
Apt. 202
Bloomington, IN 47404


Sophie Schwadron
2910 Georgia Ave NW #103
Washington, DC 20001


Sowmya Viswanathan
828 Sweet Birch Drive
Middletown, DE 19709


Stacey Apfelbaum
45 Glenwood Rd
Menands, NY 12204


stacey held
6121 Fairhaven Court
agoura hills, CA 91301


stacey hughes
314 north Garfield
Arlington, VA 22201

Stacey Lee


Stacey Platte
6840 Corder Ln
Lorton, VA 22079


Stacie Arpey
6 Sherwood Trail
SARATOGA SPRINGS, NY 12866


Stacy Kamisar
4 Parade Ground
Weston, CT 06883


Stacy Knauer
9213 Club House Road
Presto, PA 15142


Stacy Levine
285 Grande Way Apt#401
Naples, FL 34110


Stacy Mack
1629 Columbia Rd, NW, Apt 826
Washington, DC 20009


Stacy Sassman
1700 Bel Air Dr
Ames, IA 50010


Stan Pietrak
2130 P St., NW #1009
Washington, DC 20037

Stefan Kazacos
8601 Sardonyx Dr. SW
Lakewood, WA 98498


Stefanie Dombek
70 Noyes Ave
Stonington, CT 06378


Stefanie Hennes
2006 Derby Ridge Lane
Silver Spring, MD 20910


Stefanie Mondor
1315 W Street NW
Apt 631
Washington, DC 20009


Stefanie Wolf
301 W Broad Street
Apt 736
Falls Church, VA 22046


Stella Hwang


Stephan Carter
205 Braeburn Road
Barrington, IL 60010


Stephanie Aaronson
7306 Pyle Rd
BETHESDA, MD 20817


Stephanie Boyland

Stephanie Carra


Stephanie Crivello
415 L St NW
#1147
Washington, DC 20001


Stephanie Denney
4212 20th Street NE
Washington, DC 20018


Stephanie Ebbs
1310 East Grand Ave
Carbondale, IL 62901


Stephanie Frantz
1306 Harmott Ave
Norfolk, VA 23509


Stephanie Fussell
163 Lotus Loop
Hot Springs, AR 71901


Stephanie Goodman
399 Gallup Rd
Morristown, VT 05661


Stephanie Guidry
7 Glenvale Terrace
Unit 3
Jamaica Plain, MA 02130


Stephanie Silton
3237 GLADSTONE LANE
MOUND, MN 55364

Stephanie Warren
5290 Ridge Road, 3
Somerset, VA 22972


Stephanie White
3506 15th Street N
Arlington, VA 22201


STEPHEN BRYANT
15705 QUINCE TRACE TERRACE
GAITHERSBURG, MD 20878-2287


Stephen Gresham
3222 Davenport Street, NW
Washington, DC 20008


Stephen Hart
1530 Key BLVD
Unit 1315
Arlington, VA 22209


Stephen Jorgensen
409 East 8th Street
Brooklyn, NY 11218


Stephen Nei
5701 16th St N
Saint Cloud, MN 56303


Stephen Poston
1519 P Street, NW
Washington, DC 20005


Stephen Rodger
1401 Church Street NW
Unit #420
Washington, DC 20005

Stephen Rosen


Sterling Cates
410 S Hauser Blvd
12L
Los Angeles, CA 90036


Steve  Etienne
1326 North Broadway
Baltimore, MD 21213


Steve Brescia
1215 Kearny St. NE
Washington, DC 20017


Steve Covington
8 Kings Creek Drive
Kingwood, TX 77339


Steve Sharkey
33 Inkberry Circle
Gaithersburg, MD 20877


Steven Agran
7 Radford Court
West Windsor, NJ 08550


Steven Formicola
58 N Greenwich Rd
Armonk, NY 10504


Steven Gentile
1169 Pacific Beach Dr.
Apt F
San Diego, CA 92109

Steven Malpiedi
136 Summer Street
Unit 1
Watertown, MA 02472


Steven Per
11 Portland Dr
Skillman, NJ 08558


Steven Resman
1200 N. Veitch St.
apt 805
Arlington, VA 22201


Steven Richardson
3935 Tallow Tree Place
Fairfax, VA 22033


Steven Varabkanich
6720B Rockledge Drive
Suite 140
Bethesda, MD 20817


Steven Walker
16A Hobbs Rd
North Hampton, NH 03862


Storm Horncastle
2701 O Street, NW
Washington, DC 20007


Stuart Sessions
7700 Meadow Lane
Chevy Chase, MD 20815


Stuart Watson
3123 35th Ave S
Seattle, WA 98144

Sue Gates
2010 Thornwood Avenue
Wilmette, IL 60091


sue kasner
4943 rutherford ct
Granite Bay, CA 95746


Sue Sullivan
98 north elm street
Northampton, MA 01060


Sue walsh
12127 Longmeadow Lane
HOMER GLEN, IL 60491-6906


Sumintra Palm
1100 Connecticut Avenue NW
Suite 1200
Washington, DC 20036


Sunil Bajaj
7600 manor house drive
Fairfax Station, VA 22039


Sunil Chacko
37 Maryland Avenue, Apt 427
Rockville, MD 20850


Susan  Apollonio
2685 Chancellors Way NE
Washington, DC 20017


Susan  McNeice
816 Rivergate Pl
Alexandria, VA 22314-1759

Susan  Zweighaft
619 Poplar Drive
Falls Church, VA 22046


Susan Abrams
2012 Wyoming Ave NW
Washington, DC 20009


Susan Arnim
402 Castano Avenue
San Antonio, TX 78209


Susan Backus


Susan Barse
1400 Church Hill Place
Reston, VA 20194


Susan Benett
2323 49th Street, NW
Washington, DC 20007


Susan Brady
205 Van Buren Street
Suite 240
Herndon, VA 20147


Susan Cassidy
11109 Waycroft Way
Rockville, MD 20852


Susan Charboneau
853 Whitney Ave.
Hamden, CT 06517

Susan Chin
310 Riverside Drive
Apt. 704
New York, NY 10025


Susan Cleverdon
9131 Scott Street
Springfield, VA 22153


Susan Fernandez
2411 Grandin Rd
CINCINNATI, OH 45208


Susan Goings
1717 Ridgevue Avenue
Clifton Forge, VA 24422


Susan Halambeck


Susan Ingram


Susan Kohler
12208 Drews Court
potomac, MD 20854


Susan Long
19650 Olympic Club Ct
Ashburn, VA 20147


Susan Martins-Phipps
84 Janice Rd
Warwick, RI 02886

Susan Murphy
2200 Benjamin Franklin Parkway W1909
Philadelphia, PA 19130


Susan Nelson
60 East 96th St.
Apartment 20A
New York, NY 10128


Susan OBrien
25 D Heritage Drive
Chatham, NJ 07928


Susan Poppe
20 Honey Brook CT
Cameron, NC 28326


Susan Sabo
27897 Queentree Rd
Mechanicsville, MD 20659


Susan Saglimbene
554 Lee Court
Wyckoff, NJ 07481


Susan Sansale
10555 Landau Drive
Wexford, PA 15090


Susan Selkin
465 west end ave
New york, NY 10024


Susan Shams
10518 Dawson Dr
Lafayette, CO 80026

Susan Tharp
14954 Rancho Real
Del Mar, CA 92014


Susan Vickers


Susan Vickers QB 5366


Susan Waddington


Susan Watters
116 Lexington Drive
Silver Spring, MD 20901


Susan Wheeler
10 Elm Street
Hawthorn Woods, IL 60047-9247


Susanne Ortmann
140 south 29 th st
Purcellville, VA 20132


Sushma Sheth
3300 16TH ST NW
Washington, DC 20010


Susie Grover
29671,Softwind Circle
Fair Oaks Ranch, TX 78015

Suzanne Cech
233 S Edgewood Ave
Lombard, IL 60148


Suzanne Swanhorst
Care of Yvonne Rubin
7 Deer Run
East Haddam, CT 06423


Suzette Bradbury
2931 Tilden St, NW
Washington, DC 20008


Suzette Melendez
4453 Winding Creek Rd
Manlius, NY 13104


sven collette
21 Rue Kockelberg
Diekirch, CA 09252


swati  Saraiya
6201 Devon Drive
Columbia, MD 21044


sydney  farrell


Sydney Latas
She Should Run
718 7th St NW, 2nd Floor
Washington, DC 20001


Sydney Rose
300 W 14th Street
Apt 201
New York, NY 10014

Tabetha Karydas
47-04 Springfield Blvd
BAYSIDE, NY 11361


Taleen Ghazarian
5909 Massachusetts Ave
Bethesda, MD 20816


Talya Meyers
223 W Pedregosa St
Santa Barbara, CA 93101


Tamara Ballou
1506 Crane St.
Falls Church, VA 22046


Tammie Askew
1904 Great Falls St
McLean, VA 22101


Tammy Barboza
147 Liberty Street
Apt. 1
Fall River, MA 02724


Tanya Wadhawan
2048 Via Visalia
Apt 700
Palos Verdes Estates, CA 90274


Tanya wadhawan
1629 Columbia Rd NW
Washington, DC 20009


Tara Charles
1329 Independence Ct SE
Washington, DC 20003

Tara Hickey
1527 12th St #3
Washington, DC 20005


Tara Kunkel
600 H St NE
Washington, DC 20002-5167


Tara Stratton
4404 Julies Way
Williamsburg, VA 23188


Tara Van De Mark
3624 New Hampshire Ave., NW
Washington, DC 20010


Tari St Marie
475 Front Street #206
Lahaina, HI 96761


Tatiana Kovtoun
1507 Langhorne RD.
Lynchburg, VA 24503


Taylor Cappel
Deloitte Services LP
1919 N Lynn Street
Arlington, VA 22209


Taylor Rosenbaum
3550 Main St
Apt 6205
Houston, TX 77002


Taylor Spillman
325 LaSalle Ct.
Flowood, MS 39232

Taylor Witte
2901 Terrace Dr.
Millersville, PA 17551


Ted Cooper
1514 8th Street NW
Unit 8
Washington, DC 20001


Teddi Parra
1 sheeidnlane
Sea cliff, NY 11579


Teddy Berlin
6821 Algonquin Ave
Bethesda, MD 20817


Terence Boes
3426 16th st NW #T5
Washington, DC 20010


Terence Hardy
1038 Otis St NE
#102
Washington, DC 20017


Teresa Honnold
3953 Cottontail Lane
Bloomfield Hills, MI 48301


Teresa McLain
14009 Fontana St.
Leawood, KS 66224


Teresa Safer

Teresa Valls
1205 Addison
Philadelphia, PA 19147


terrence sheehan
9614 beman woods way
potomac, MD 20854


Terri Edwards
800 17th Street, NW
Washington, DC 20006


Tess DeLean
2019 HBS Mail Center
500 Soldiers Field Road
Boston, MA 02163


Tessa Connelly
2007 Sansom Street
Floor 3
Philadelphia, PA 19103


Tessica Venteicher
4121 Churchman Way
Wodbridge, VA 22192


Theodore Wierzbanowski
1133 Bal Harbor Blvd.
Suite 1139 PMB 308
Punta Gorda, FL 33950


Theresa Cassi Hook
79 Turnstone Ct
Stafford, VA 22556


Theresa Chase
2210 Las Rosas Lane
Santa Barbara, CA 93105

Theresa Gabris
5414 1st Place NW
502
Washington, DC 20011


Theresa Lewis
304 W. Orchard Dr.
Palmyra, PA 17078


Theresa Meehan
1401 N. Taft Street
Apt. 310
Arlington, VA 22201


Theron Taggart
4117 FESSENDEN ST NW
WASHINGTON, DC 20016


Thomas Bush


Thomas Carlton
34 F Street
Apt. 2
Boston, MA 02127


Thomas Casker
1511 22nd Street NW
#33
Washington, DC 20037


Thomas Dinh
1001 N Randolph Street
Apt 716
Arlington, VA 22201


Thomas Haslinger
9430 Lost Trail Way
Potomac, MD 20854

Thomas James
2737 Saint Paul St Apt 2
Baltimore, MD 21218


Thomas Lee
50 Q St NE
Apt 2
Washington, DC 20002


Thomas McManus
3164 Arnold Ave SW
Washington, DC 20032


Thomas Mugavero
4511 Brookside Drive
Alexandria, VA 22312


Thomas Nelson
5105 52nd Street NW
Washington, DC  20016


Thomas Perez-Lopez
1330 New Hampshire Ave NW
Apt 610
Washington, DC 20036


Thomas Pulham
1425 P St NW #510
WASHINGTON, DC 20005


Thomas Stahl
455 Luray Place, NW
Unit B
Washington, DC 21045


Thomas Young
5304 7th St NW
Washington, DC 20011

Thor Alden
1255 25th, St, NW, Apt 326
Washington, DC 20037


Thy-Ann Nguyen
2011 Crystal Drive Suite 1005
Arlington, VA 22202


Thyda Chhuan


Thys DeYoung
1241 Euclid St NW
Washington, DC 20009


Tia Odeneal
625 Guerrero St Apt 11
San Francisco, CA 94110


Tiffany Fletcher
613 Lancaster St NE
Washington, DC 20017


Tim Hood
19245 Kepharts Mill Terrace
Leesburg, VA 20176


Tim Machenaud
3342 M Street NW
Washington, DC 20007


Tim Seeley
4355 Annandale Drive
Schwenksville, PA 19473

Tim Tourbin
537 Regent Place, NE
Washington, DC 20017


Timothy Casey
210 E Glebe Rd
Alexandria, VA 22305


Timothy Crowley
1817 1st St NW
Washington, DC 20001


Timothy Eicher
1701 Kalorama Rd Nw
Apt 212
Washington, DC 20009


Timothy Fleury
4417 Zenith Ave S
Minneapolis, MN 55410


Timothy Hucko
6404 Rivington Rd
Springfield, VA 22152


Timothy Lindon
1533 28th Street, NW
Washington, DC 20007


Timothy Taylor
1650 Tysons Blvd.
Ste. 1700
McLean, VA 22102


TINA NEFF
3650 Woodhaven Court
Woodbridge, VA 22192

Toam Rubinstein
2601 16th St NW
Unit 826
Washington, DC 20009


Todd Ogin
816 North Carolina Ave. SE
Lower Level
Washington, DC 20003-1361


Tom  Wintering
755 Deepwoods Drive
Aurora, OH 44202


Tom Benneche
2044 W Rice Street
Chicago, IL 60622


Tom Flynn
1820 Independence Ave SE
Unit 3
Washington, DC 20003


Tom Haslinger
9430 Lost Trail Way
Potomac, MD 20854


Tom Mauro
1433 t st nw
apt 208
washington, DC 20009


tom mccormick
12700 found stone road
Unit 330
germantown, MD 20876

Tom Newhouse
21A E. Myrtle St
Alexandria, VA 22301


TOM Rippeto
806 West Blvd S
Columbia, MO 65203


Tom Wright
1440 Corcoran St. NW
Apt B
Washington, DC 20009


Tommy Robb
512 E 82nd Street
4D
New York, NY 10028


Tonia Heffner
6802 Blue Slate Ct
Alexandria, VA 22306


Tori Whyte
7106 Rebecca Drice
Alexandria, VA 22307


Tory Williams
5911 Edsall Rd Apt 1109
Alexandria, VA 22304-4120


TR Riney
1506 Caroline St NW
Washington, DC 20009


Tracy Crittenberger
8119 Thoreau Drive
Bethesda, MD 20817

tracy de la mater
3405 shepherd street
chevy chase, MD 20815


Tracy Stuck
872 Mendes Ct
Columbus, OH 43235


Travis Langster
14705 danton ct
mitchellville, MD 20721


travis roberts
6932 Hazeltine
Fort Worth, TX 76132


Treda Grayson
15750 Easthaven Court
Bowie, MD 20716


Trevon Christopher
216 Macon Street
Apt 5
Brooklyn, NY


Trevor Clark
325 Gallatin St. NW
Washington, DC 20011


Trevor Deighton
10325 colters run trail
victor, ID 83455


Trevor Howard
408 N Street
Washington, DC 20001

Trevor Lynn
1425 P st., NW
Unit 312
Washington, DC 20005


tristin monroe
1634 14th street nw
Unit 501
washington, DC 20009


Troy Dildine
1160 1st ST. NE
Apt. 1239
Washington, DC 20002


Tyler Anderson
329 East 10th St
New York, NY 10009


Tyler Klimas
506 6th Street NE
Washington, DC 20002


Tyler Lechtenberg
3415 Mount Pleasant Street NW
Washington, DC 20010


Uri Lerner
1115 M Street NW
Apt 4
Washington, DC 20005


Valerie DuBreuil
1314 1/2 9th St NW
Unit 1
Washington, DC 20001

Valerie Royal
3718 13th Street NE
Washington, DC 20017


Vanessa  Hallett
525 East 86th Street
apt 10A
new york, NY 10028


Vanessa Alexander
9 Blue Rock Court
Corte Madera, CA 94925


vanessa carones
5207 Wood Stove Ln
Columbia, MD 21045


Vanessa Perry
514A N Columbus St
Alexandria, VA 22314


Veniqua Stewart
2351 Eisenhower ave
apt 908
Alexandria, VA 22314


vera sells
11918 Laurel Meadow Drive
Tomball, TX 77377


Veronica Barkley
5225 Langford Terrace
Durham, NC 27713


veronica maton
225 E 46th St
Apt 7K
New York, NY 10017

veronica sesana
450 Costanera Rd
Coral Gables, FL 33143


Vicki McKernan
6520 Beaver Ridge Road
Knoxville, TN 37931


vickie smith
1037 Homestead Drive
Bloomington, IL 61705


Victor Doddy
3940 Fordham Road NW
Washington, DC 20016


Victoria Aboagye
8 Francis Ct
Stafford, VA 22554


Victoria Benning
2330 Dulles Station Blvd Apt 2249
Herndon, VA 20171


Victoria DeLuca
451 S St NW
Apt 1
Washington, DC 20001-5125


Victoria Houghtalen
127 11th Street NE
Apt B
Washington, DC 20002


Victoria Reimlinger
76 S McClellan
Manasquan, NJ 08736

Victoria Zulkoski
233 Thorpe Cove Road
Charlotte, VT 05445


Vidhya Amirthalingam
1453 Poplar Run Drive
Silver Spring, MD 20906


Vidhya Amirthalingam


Vikram Mangalmurti
6220 Howe St
Pittsburgh, PA 15206


Vincent D'Ambra
327 U Street, NW
Washington, DC 20001


Vincent Pugliese
1040 W Adams St
Unit 265
Chicago, IL 60607-3084


vincent vanoss
23833 COVENTRY DR
LEONARDTOWN, MD 20650


Virginia Filer
2524 41st St Nw
Apt 4
Washington, DC 20007


Virginia Steverson

Viv Crea


Vivek Mathur
2127 N Street NW
Washington, DC 20037


Vivian Telgarsky
2324 1st Ave, Apt 209
Seattle, WA 98121


Vy Hoang
7220 Margerum
San Diego, CA 92120


Walter Brown
1021 N. Garfield St.
Unit 333
Arlington, VA 22201


Wendy Allen
3852 26th St N
Arlington, VA 22207


Wendy Fujka
26A E Linden St
Alexandria, VA 22301


Wendy J Pierce
Davis and Harman LLP
1455 Penn Ave NW Ste 1200
Washington, DC 20004


Wendy Potter
232 Talmage Rd
Mendham, NJ 07945

Wendy Shaw
2037 North Utah Street
Arlington, VA 22207


Wes Stange



Wesley  Evans
2600 S 16th Street
#704
Arlington, VA 22204


Wesley Hunn
855 Peachtree Street NE Apartment 1704
Atlanta, GA 30308


West Cuthbert
20 Prince Street
Unit 44
New York, NY 10012


Whitney Tritt
1124 25th Street NW
Apartment #T2
Washington, DC 20037


Will Archer
4646 West Hayward Pl
Denver, CO 80212


Will Herlong
5217 Chippewa pl
Alexandria, VA 22312


Will O'Neill
118 Hilton St
ALEXANDRIA, VA 22314

Will Rice
2300 Stuart Ave.
Richmond, VA 23220


Will Sarver
96 Village Lane
Levitttown, PA 19054


William  Greenbank


William  Perry
1039 Solana Drive
Del Mar, CA 92014


William Albores
268 Van Buren Street
Brooklyn, NY 11221


William Bahlke


William Burns
201 Lennox avenue
Severna park, MD 21146


William Calhoun
3205 Sutton Pl NW
Apt A
Washington, DC 20016-7507


William Clinton
42 East Range
Charlottesville, VA 22903

William Emmanuel


William Gaskins
1315 Independence Ave SE
Suite PH32
Washington, DC 20036


william gates
3321 South Stafford Street
Arlington, VA 22206


William Heinzel


William Heinzel
5239 Colewood Drive
Pittsburgh, PA 15236


William Laxton
331 9th Street SE
Washington, DC 20003


William Maroni
1300 I Street, NW
Suite 1200 East
Washington, DC 20005


William Marsh
1919 N Lynn Street
Arlington, VA 22209


William Miller
902 Jefferson Street NW
Washington, DC 20011

William Omorogieva
1327 Jefferson st. nw
Washington, DC 20011


William Stafford
1939 Sherman Avenue, #4E
Evanston, IL 60201


William Thompson
578 Regent Pl NE
Washington D.C., DC 20017


William Vincent
6006 Bryn Mawr Ave
Glen Echo, MD 20812


Wilma Hawkins
20820 NW Wapinitia Pl
Portland, OR 97229


Winifred Kao-Seda
120 Millwyck Road
Lititz, PA 17543


yaolin fennell
1400 East West Hwy
Apt 1608
Silver Spring, MD 20910


Yaron Blinder
25 Pitman Street
Apt 1
Somerville, MA 02143


Yash Mehta
41889 Withorne Way
Ashburn, VA 20148

Yasmine Rouai
4918 Saint Elmo avenue, Apt 11
Bethesda, MD 20814


Yvette Artman
3911 245th ct se
Issaquah, WA 98029


Yvonne Bagnell
171 Big Horn Ridge Dr NE
Albuquerque, NM 87122


Zach McMenamin
2406 Chestnut Terrace Court
Unit 202
Odenton, MD 21113


Zach Wahl
3100 Clarendon Boulevard- Enterprise Kno
Suite 300
Arlington, VA 22201


Zachariah Schlegel
640 A St. NE
Washington, DC 20002


Zachary Evans
1000 New Jersey Ave SE, Apt. 220
Washington, DC 20003


Zachary Gassman
222 Glenwood Ave #304
Raleigh, NC 27603


Zahra Barnes
1 Scott Circle NW
Unit 501
Washington, DC 20036

Zak Sheft
1704 V St. NW
Washington, DC 20009


Zerxes Spencer
650 Bryants Nursery Road
Silver Spring, MD 20905


Zuri Goss
4220 Campbell Ave
Apt 404
Arlington, VA 22206


Zuzana Dillon
11654 Plaza America Dr
Unit 281
Reston, VA 20190

# United States Bankruptcy Court
### District of Columbia

In re   **CulinAerie DC, LLC** _____   Case No. _____
                                                          Debtor(s)         Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**CulinAerie DC, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 26, 2021** _____      **/s/ Justin P. Fasano** _____
Date                                            **Justin P. Fasano**
                                              Signature of Attorney or Litigant
                                              Counsel for   **CulinAerie DC, LLC** _____
                                              **McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.**
                                              **6411 Ivy Lane, Ste. 200**
                                              **Greenbelt, MD 20770**
                                              **301-441-2420 Fax:301-982-9450**
                                              **jfasano@mhlawyers.com**